UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OMEGA, S.A.,
        Plaintiff,

v.

OMEGA ENGINEERING, INC.,
OMEGA SCIENTIFIC, INC.,
OMEGA PRESS, INC.,
        Defendants.

APPEARANCE

CASE NUMBER: Civil Action No.:
3:01 CV 2104 (MRK)

FILED
Nov 3  4 02 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: OMEGA ENGINEERING, INC., OMEGA SCIENTIFIC, INC., and OMEGA PRESS, INC., Defendants.

11-03-03
Date

CT 06845
Connecticut Federal Bar Number

203-966-6916
Telephone Number

203-966-6917
Fax Number

E-mail address

[Signature]
Signature

Thomas E. Minogue, Jr.
Print Clearly or Type Name

Minogue Birnbaum LLP
Address

237 Elm Street

New Canaan, CT   06840

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Paul Fattibene, Esq.
FATTIBENE & FATTIBENE
2480 South Post Road
Southport, CT   06490

Jess M. Collen, Esq.
James Hastings, Esq.
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY   10562

[Signature]
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001