

Search [ ] 

WORLD OF OMEGA | OMEGA COLLECTION | OMEGA MUSEUM | COMPANY | STORE LOCATOR | CUSTOMER SERVICE |

# THE OMEGA COLLECTION



- Constellation
- Seamaster
- Speedmaster
- De Ville
- Specialties



Try our WATCHFINDER and discover your OMEGA



 

**The Speedmaster** Professional has the most impressive history in the OMEGA range. ...

**Read more**

▶ Ladies  ▶ Gents

    

Constellation   Seamaster   Speedmaster   DeVille   Specialities

| | |
|---|---|
| ▶ Anna Kournikova's Choice | ▶ Discover the Speedmaster Broad Arrow |
| ▶ Pierce Brosnan's Choice | ▶ Discover the Aqua Terra |
| ▶ Michael Schumacher's Choice | ▶ Discover the Deville Co-Axial Escapement |



[ Back to top ▲ ]

Press Corner
Help and FAQ
Contact Us
Sitemap

Legal & Copyright
Print this page
Downloads

Omega does not sell any watches on the Internet. Genuine OMEGA watches are sold exclusively through our worldwide network of authorized retailers. Therefore, any OMEGA watches offered for sale on the Internet are either counterfeit or of dubious origin.

© 2003 OMEGA SA. All rights reserved.



WORLD OF OMEGA | OMEGA COLLECTION | OMEGA MUSEUM | COMPANY | STORE LOCATOR | CUSTOMER SERVICE

Search

**OMEGA COLLECTION**
Constellation
**Gents'**
**Ladies'**
Seamaster
Speedmaster
De Ville
Specialities

# Constellation



ENTER GENTS »



ENTER LADIES »

## A Universal Symbol of Success

## Constellation Collection Key Points:

The OMEGA Constellation – celebrating half a century of a classic design.

Throughout its 50-year history, the OMEGA Constellation has always been up-to-date with the latest fashions, yet remains ever the timeless classic. The observatory emblem embossed on the case back of the Constellation evokes excellence and perfection, reflecting OMEGA's past world records in precision competitions held in Europe's major observatories.

The Constellation line offers ladies' and gents' models to suit all tastes, in gold, steel or combinations of the two, with round or square cases, in numerous different sizes, with different dial colours and every level of luxury from subtle diamond hour markers to cases fully paved with diamonds.


**The Case**
Is designed with soft rounded lines accentuating the watch's volume and profile, in keeping with fashion trends.


**The Claws**
Are essentially decorative, embracing perfectly the shape of the case.


**The Bezel**
Has Roman numerals engraved then blackened by a special chromium-plating technique which assures their durability.


**The Half Moons**
On two sides of the case at the bracelet attachments are distinctly identifying features.


**The Medallion**
Of the observatory - the line's emblem - is on the back of every Constellation.


**The Bracelet**
With rounded links, blends harmoniously with the case and guarantees top security and comfort on the wrist. Even on the steel bracelet clasp, the OMEGA logo is in 18 k gold.





[ **Back to top** ▲ ]

Press Corner

Legal & Copyright

**Important information:**

Help and FAQ

Print this page

Omega does not sell any watches on the Internet. Genuine OMEGA watches are sold exclusively through our worldwide network of authorized retailers. Therefore, any OMEGA watches offered for sale on the Internet are either counterfeit or of dubious origin.

Contact Us

Downloads

Sitemap

© 2003 OMEGA Ltd. All rights reserved.



Search [____] [GO]

WORLD OF OMEGA | OMEGA COLLECTION | OMEGA MUSEUM | COMPANY | STORE LOCATOR | CUSTOMER SERVICE |

**OMEGA COLLECTION**

- Constellation
- Seamaster
- **Gents'**
- Ladies'
- Speedmaster
- De Ville
- Specialities



Try our WATCHFINDER and discover your OMEGA

# Seamaster

**ENTER GENTS ▶**



**ENTER LADIES ▶**



## For Adventure Lovers

The OMEGA Seamaster – the watch for those with the ocean at heart.

The Seamaster is the watch for those whose world revolves around the ocean. Whether measuring an apnea diver's single breath hold or counting down the crucial final seconds before the start of a sailing regatta, it is vital that the instruments used offer the utmost in reliability in the ocean's harsh environment.

The Seamaster is above all a sports watch, available in resistant materials such as titanium and rubber, in addition to the classic appeal of steel and gold. A wide variety of models is available, including chronographs, regatta timers, GMT chronometers and – with the elegant Aqua Terra models – OMEGA's revolutionary Co-Axial Chronometer movement.

## Seamaster Collection Key Points:

  

**The Case**
Is recognizable by its famous curved horns, found also on the Speedmaster models.

**The Crown**
Protected by the case, is screwed in.

**The Water-Resistance**
Is guaranteed to 120 m / 360 ft or 300 m / 1000 ft, depending on the model.

  

**The Dial**
Has an exclusive wave decor in the center and highly contrasting hands and hour markers for easy legibility.

**The Bracelet**
Is elegantly sportive with a sturdy safety clasp and fits comfortably on the wrist thanks to its carefully assembled links.

**The Seahorse Medallion**
Is engraved on the screw-in case back.

[ Back to top ▲ ]

Press Corner        Legal & Copyright        **Important Information:**

Help and FAQ        Print this page          Omega does not sell any watches on the Internet. Genuine OMEGA watches are sold exclusively through our worldwide network of authorized retailers. Therefore, any OMEGA watches offered for sale on the Internet are either counterfeit or of dubious origin.

Contact Us          Downloads

Sitemap                                      © 2003 OMEGA Ltd. All rights reserved.

http://www.omegawatches.com/omega/co_se_home?lineID=116                     10/28/2003



WORLD OF OMEGA | OMEGA COLLECTION | OMEGA MUSEUM | COMPANY | STORE LOCATOR | CUSTOMER SERVICE |

Search

## OMEGA COLLECTION

- Constellation
- Seamaster
- **Speedmaster**
  - **Gents'**
  - **Ladies'**
- De Ville
- Specialities


Try our WATCHFINDER and discover your OMEGA

# Speedmaster



ENTER GENTS ▶▶



ENTER LADIES ▶▶

### A WALK ON THE MOON WITH THE SPEEDMASTER

The legendary OMEGA Speedmaster.

The OMEGA Speedmaster was the only chronograph from a group of 12 brands to pass NASA's strict tests for use in space missions – tests that included exposure to extreme temperatures, vacuums, intense humidity, corrosion, shocks, acceleration, pressure, vibrations and noise.

It was thanks to this astounding feat that the Speedmaster ultimately earned itself the nickname by which it is still known today: The Moon Watch.

To this day, the Speedmaster remains the only watch ever to be worn on the Moon and the only watch flight-qualified for extra-vehicular use by NASA and chosen for use in outer space by the Russian space agency NPO Energija.

### SPEEDMASTER COLLECTION KEY POINTS:


**The Case**
Is recognizable by its famous curved horns, found also on the Seamaster models.


**The Bezel**
Is inspired by the legendary Moon Watch, with tachometric scale.


**The Seahorse Medallion**
Engraved on the screw-in case back, originated on the Seamaster line.


**The Movements**
Manual-winding or automatic, are all chronographs.


**The Push-Buttons**
Are designed for easy manipulation of the chronograph function.


**The Bracelet**
With solid links, is inspired by the first bracelet of the sixties.

[ **Back to top** ▲ ]



Press Corner

Help and FAQ

Contact Us

Sitemap

Legal & Copyright

Print this page

Downloads

**Important Information:**

Omega does not sell any watches on the Internet. Genuine OMEGA watches are sold exclusively through our worldwide network of authorized retailers. Therefore, any OMEGA watches offered for sale on the Internet are either counterfeit or of dubious origin.

© 2003 OMEGA Ltd. All rights reserved.




WORLD OF OMEGA | OMEGA COLLECTION | OMEGA MUSEUM | COMPANY | STORE LOCATOR | CUSTOMER SERVICE

**OMEGA COLLECTION**

Constellation
Seamaster
Speedmaster
De Ville
**Gents'**
**Ladies'**
Specialities



# DeVille



ENTER
**GENTS ▸**



ENTER
**LADIES ▸**

## THE PRESTIGE OF A DE VILLE

The classic appeal of the De Ville.

The OMEGA De Ville collection represents the art of watchmaking in its purest form. The classic lines of the models in this collection combine with discreet dials and precious materials to produce a design that defies passing trends.

The De Ville was the first watch in the world to use one of the twentieth century's major horological inventions: the Co-Axial Escapement. OMEGA developed the Co-Axial Escapement for large-scale industrial production in conjunction with its inventor, master British watchmaker Dr. George Daniels. Its unique design, which uses an escape wheel with an escape pinion mounted on it co-axially, reduces the sliding friction within the watch movement and thus offers better timekeeping over longer periods, as well as reduced servicing requirements.

## DE VILLE COLLECTION KEY POINTS:

  

**The Movement** is a self-winding, mechanical, certified (COSC) chronometer with a 44-hour power reserve. Revolutionary technology with coaxial escapement and new sprung-balance without index for an accuracy that remains stable over time.

**The Warranty** Is extended to 3 years for all new De Ville Co-Axial models.

**The Bracelet** In 3N 18 k yellow gold or in steel recaptures the famous gold bracelet of the celebrated OMEGA 1952 model : the satin-finished central zone and contrasting polished edges harmonize perfectly with the case of the new De Ville Co-Axial.

  

**The Case** Is all polished in 3N 18 k yellow gold or in steel and resembles the very typified look of the Central Tourbillon watch. The horns recall OMEGA's prestigious models of the fifties and sixties.

**The Medallion** Created in 1895 commemorates the first association of the name Omega and its famous logo. Representing the god Chronos, the exclusive medallion - stamped on the case back with the engraved inscription Co-Axial Escapement adds a touch of elegance to the De Ville Co-Axial.

**The Dial** Has an antique dome shape with center raised 0.35 mm, an applied OMEGA logo and facetted hour markers. The alpha-shaped Omega hands are facetted and luminescent for excellent legibility at night.



[ **Back to top** ▲ ]

Press Corner Legal & Copyright **Important Information:**

Help and FAQ Print this page Omega does not sell any watches on the Internet. Genuine OMEGA watches are sold exclusively through our worldwide network of authorized retailers. Therefore, any OMEGA watches offered for sale on the Internet are either counterfeit or of dubious origin.

Contact Us Downloads

Sitemap © 2003 OMEGA Ltd. All rights reserved.



WORLD OF OMEGA | OMEGA COLLECTION | OMEGA MUSEUM | COMPANY | STORE LOCATOR | CUSTOMER SERVICE

Search [    ] GO

**OMEGA COLLECTION**

- Constellation
- Seamaster
- Speedmaster
- De Ville
- Specialities
- Jewellery
- Museum
- Skeleton
- Tourbillon



# SPECIALITIES





## OMEGA SPECIALITIES

Traditionally, OMEGA creates special limited edition series to commemorate its historic milestones through high-end speciality timepieces that bear unique features and come in extremely limited quantities. A prime example is the Central Tourbillon watch.

OMEGA watches are available in 18 k gold, steel or steel-gold combinations and are water-resistant from at least 30 meters to 300 meters. All OMEGA movements are protected against shock, magnetic fields and temperature variations.

[ Back to top ▲ ]



Press Corner

Help and FAQ

Contact Us

Sitemap

Legal & Copyright

Print this page

Downloads

**Important Information:**

Omega does not sell any watches on the Internet. Genuine OMEGA watches are sold exclusively through our worldwide network of authorized retailers. Therefore, any OMEGA watches offered for sale on the Internet are either counterfeit or of dubious origin.

© 2003 OMEGA Ltd. All rights reserved.





WORLD OF OMEGA | OMEGA COLLECTION | OMEGA MUSEUM | COMPANY | STORE LOCATOR | CUSTOMER SERVICE |

Search

**THE COMPANY**
Help
FAQs

# HELP
# FAQ'S

How can I be sure I am buying a genuine Omega watch?

What is the difference between a chronograph and a chronometer?

What are the functions of the pushbuttons on a chronograph?

What is the function of the helium escape valve on the Seamaster Professional watches?

What is the difference between a self-winding and a manual-winding movement?

Are Omega watches shock-resistant ?

Are Omega watches resistant to magnetic fields ?

Why is the Speedmaster Professional "Moon Watch" fitted with a hesalite crystal?

Which Speedmaster is the original Moon Watch?

Which Seamaster watch is the James Bond watch?

Are Omega's gold watches made of solid gold or are they gold-plated?

Are Omega watches sold over the Internet?

Can I wear an Omega stainless steel watch if I am allergic to nickel?

How do I use the tachymeter on Speedmaster watches?

What is the difference between the Seamaster Professional watches with the reference numbers 2531.80.00, 2551.80.00, 2541.80.00 and 2561.80.00 ?

What are the precision tolerances for an Omega chronometer?

Why does the date on most Omega watches change over a period of 1.5 to 2 hours?

What are the possible applications for a chronograph?

Why is the luminosity of Omega watches so intense and so long?

What is the power reserve for a self-winding mechanical Omega watch and how does it work?

To what depth are Omega watches water-resistant?

What should I do to ensure that my watch continues to provide excellent service for many years?

What are the service intervals?

Is it true that Omega watches are designed for life?

Why does Omega not deliver spare parts directly to its customers?

Why does Omega not repurchase vintage watches?

---

**How can I be sure I am buying a genuine Omega watch?**

You can be sure you are buying a genuine Omega watch if you follow these steps:

- buy an Omega watch only from authorised Omega retailers

- ask for the credit-card size warranty, duly completed with the 8-digit serial number, the watch reference and the retailer's full name and address

- if you want to know whether a watch is genuine, please send us the 8-digit serial number which is engraved on the outer edge of the watch case-back. We can then compare your information with our official records to determine whether the watch is a genuine Omega.

[ Back to top ▲ ]

---

**What is the difference between a chronograph and a chronometer?**

A chronograph is a watch with hands that display hours, minutes and seconds, together with a mechanism for measuring elapsed time by means of a central chronograph hand, which records seconds, and 30-minute and 12-

hour totalisers. A chronometer is a watch that has obtained an official rate certificate from the COSC (Official Swiss Chronometer Testing Institute) after having passed precision tests in different positions and at different temperatures, as well as water-resistance tests. These tests are conducted over a 15-day period.

[ Back to top ▲ ]

### What are the functions of the pushbuttons on a chronograph?

The push button at 2 o'clock is to start or stop the chronograph function and the push button at 4 o'clock is for resetting the chronograph.

### What is the function of the helium escape valve on the Seamaster Professional watches?

The helium escape valve was specially developed by Omega for use by professional divers. During deep-sea dives lasting several days, divers operate from diving bells. Prior to surfacing, these bells are filled with a mixture of helium and oxygen. The helium molecules are lighter than air and can therefore penetrate the watch in sufficient quantity to push out the crystal at atmospheric pressure levels. This can be avoided by opening the valve during resurfacing, which allows the helium to escape but prevents water from entering the watch.

[ Back to top ▲ ]

### What is the difference between a self-winding and a manual-winding movement?

The difference between these two movements is the way in which the watch is wound up. Manual-winding watches must be wound by hand every day, whereas self-winding watches are wound by an internal rotor which responds to wrist movements. Self-winding watches usually have a power reserve of at least 40 hours and therefore have sufficient energy reserves to maintain a stable rate when the watch is not being worn (e.g. overnight).

[ Back to top ▲ ]

### Are Omega watches shock-resistant ?

Yes. Omega watches are shock-resistant to 5000 g

### Are Omega watches resistant to magnetic fields ?

Yes. Omega watches are anti-magnetic in accordance with the definitions of the ISO 764 standard. This standard is based on the accidental passage of a watch in a magnetic field of 4,800A/m, i.e. 0.006 Tesla. As part of the ISO 764 test, the watch is placed in a magnetic field along 3 different axes, for one minute each time:

- Parallel to the plan-view of the watch, in the direction from 3 o'clock to 9 o'clock
- Then in the direction from 6 o'clock to 12 o'clock
- Then along an axis perpendicular to the plan-view of the watch.

In order to pass the test, a mechanical watch should not stop within the three periods indicated above. The effect of the residual magnetism should not exceed 30 seconds per day for a gents watch and 45 seconds per day for a ladies watch.

[ Back to top ▲ ]

### Why is the Speedmaster Professional "Moon Watch" fitted with a hesalite crystal?

The Speedmaster Professional is worn by astronauts in outer space. When NASA chose this watch, they requested a hesalite crystal, which "unlike a sapphire crystal" does not break into tiny fragments on impact. This feature is very important for astronauts, as the tiny fragments of a broken sapphire crystal would pose a danger in a zero-gravity environment.

[ Back to top ▲ ]

### Which Speedmaster is the original Moon Watch?

The Speedmaster Professional with reference number 3570.50.00 is the original Moon Watch. This model is made of stainless steel on a stainless steel bracelet, fitted with a black dial and a hesalite crystal. It is waterproof to 30 metres/100 feet and is equipped with the calibre 1861 manual-winding movement.

[ Back to top ▲ ]

### Which Seamaster watch is the James Bond watch?

The Seamaster Professional with reference number 2531.80.00 is the watch worn by James Bond in the last three Bond movies. This Seamaster is made of stainless steel on a stainless steel bracelet, fitted with a blue dial, unidirectional rotating bezel with blue ring and a sapphire crystal. It has a diameter of 39.3 mm and is equipped with the calibre 1120 self-winding movement with official chronometer certificate. It is waterproof to 300 metres.

### Are Omega's gold watches made of solid gold or are they gold-plated?

All Omega's gold watches (red, white or yellow gold) are made of 18-carat solid gold.

### Are Omega watches sold over the Internet?

Omega watches are only sold through our network of selected retail outlets. Companies offering Omega watches on the Internet are not authorised Omega retailers.

### Can I wear an Omega stainless steel watch if I am allergic to nickel?

The materials used by Omega are subjected to severe tests in order to avoid this problem. The stainless steel used by Omega does contain nickel, but this must first be transferred from the material to the skin before an allergy is triggered. Our stainless steel is so stable that it does not release nickel and is therefore safe for allergy sufferers. The only exception is for those who are hyper-sensitive to stainless steel, i.e. those who cannot cook or eat with stainless steel utensils. In this case, we recommend you buy a watch which is made of titanium.

[ Back to top ▲ ]

### How do I use the tachymeter on Speedmaster watches?

A tachymeter is an instrument for measuring speed. It is a chronograph with a graduated dial on which speed can be read off in kilometres per hour based on 1000 metres distance.

How to read an observation on the tachymeter: Only the central chronograph seconds-hand is used. For observations of a longer duration, the indications of the timers (minutes and hours) count.

Example for calculating the speed of a car: The chronograph indicates that the distance of one kilometre has been covered in 30 seconds. The corresponding point on the tachymeter scale indicates 120. The speed is therefore 120 km per hour.

[ Back to top ▲ ]

### What is the difference between the Seamaster Professional watches with the reference numbers 2531.80.00, 2551.80.00, 2541.80.00 and 2561.80.00 ?

The gents' Seamaster Professional watches are available in two sizes: the standard size, with a diameter of 39.3 mm, and the mid-size, with a diameter of 34.8 mm. The Seamaster watches are equipped with either a self-winding or quartz movement.

2531.80.00: standard size with a self-winding movement

2551.80.00: mid-size with a self-winding movement

2541.80.00: standard size with a quartz movement

2561.80.00: mid-size with a quartz movement

### What are the precision tolerances for an Omega chronometer?

The Swiss standards for certified chronometers are -4/+6 seconds per day when the watch is worn. Omega submits each watch movement for severe testing at the Official Swiss Chronometer Testing Institute (COSC) in order to obtain the title of chronometer. These tests are carried out in the laboratory and on the movement alone, using successive daily rate figures at different temperatures and with the movement in different positions.

[ Back to top ▲ ]

### Why does the date on most Omega watches change over a period of 1.5 to 2 hours?

Omega uses this date-change system so that the date change is clearly visible around midnight and that there is no confusion as to the moment of the date-change. The date of the day that is drawing to a close can be seen in full until 11.45pm. At midnight, the date of the day drawing to a close is still entirely visible at the bottom of the date window, with the new date appearing at the top of the window. Then, the new date moves down through the window and the previous day's date gradually disappears. This operation is completed by 1.30am at the latest. Avoid changing the date manually between 9pm and 2am, since this is the period during which the automatic date-change is in operation.

### What are the possible applications for a chronograph?

A Speedmaster chronograph is equipped with a mechanical movement which displays the hour, minutes and seconds. A chronograph has a tachymetric scale and chronograph functions that allow the measurement of time. The precision tolerances of a Speedmaster chronograph are 0/+15 seconds per day when the watch is worn. Chronograph watches may be adjusted to 0/-10 seconds per day by a qualified watchmaker at an Omega service centre.

[ Back to top ▲ ]

### Why is the luminosity of Omega watches so intense and so long?

Because the luminescent Super-LumiNova crystals are composed of a pure phosphorescent substance of Earth Alkali-Aluminate type (an anorganic pigment) and work like a light "battery". After sufficient exposure to sun or artificial light, afterglow continues throughout the night. The activation and phosphorescence processes may be repeated almost infinitely without any deterioration.

### What is the power reserve for a self-winding mechanical Omega watch and how does it work?

The functioning of a self-winding mechanical Omega movement depends on the wrist movements of the wearer. When fully wound, the watch will usually have a power reserve of around 44 hours. Since the watch's self-winding mechanism is directly linked to the wearer's activity, 10 to 12 hours' wear should be sufficient to generate a power reserve of 20 hours or more, which ensures that the watch will continue to run throughout the night. However, if a watch has not been worn for several days and its power reserve has thus run low, we recommend you wind the watch manually for around 15 rotations of the crown (clockwise) to ensure the best possible rate from the outset.

[ Back to top ▲ ]



### To what depth are Omega watches water-resistant?

Omega watches are water resistant to 30, 50, 120, 200 or 300 metres, depending on the type of watch. Click here to view the water resistence chart

### What should I do to ensure that my watch continues to provide excellent service for many years?

Magnetic fields: avoid placing your watch on speakers or refrigerators, since these have strong magnetic fields.

Bathing in the sea: always rinse your watch with warm water afterwards.

Shocks: whether thermal or other, avoid them.

Crown: screw it in carefully to ensure that no water enters the mechanism.

Cleaning: for metal bracelets and for all water resistant cases use a toothbrush with soapy water and a soft cloth for drying.

Chemical products: avoid direct contact with solvents, detergents, perfumes, cosmetic products etc., since they may damage the bracelet, the case or the gaskets.

Temperatures: avoid extreme temperatures (above 60C, or 140F, below 0C, or 32F) or extreme temperature changes.

[ Back to top ▲ ]

### What are the service intervals?

Like any high-precision instrument, a watch needs to be services regularly in order for it to work perfectly. Obviously, we cannot indicate the intervals for such work, given that it depends entirely on the model, climate and the care taken by the watch's owner. As a general rule, it is between 4 and 5 years, depending on the use of the watch.

[ Back to top ▲ ]

### Is it true that Omega watches are designed for life?

Omega guarantees repairs and the delivery of spare parts for its watches for at least 15 years from the date production is discontinued. Beyond this time, Omega will do its utmost to ensure collectors' items and vintage watches can be repaired.

### Why does Omega not deliver spare parts directly to its customers?

For technical and quality reasons, we do not deliver individual spare parts directly to our customers. The Omega world service centres are available to all customers and offer a professional service, carried out in accordance with Omega's high quality standards.

### Why does Omega not repurchase vintage watches?

Omega does not repurchase vintage watches or watches that have been worn. We recommend that anyone interested in selling their watch contact their local antique dealer or auction house.

[ Back to top ▲ ]

| Press Corner | Legal & Copyright | **Important Information:** |
| --- | --- | --- |
| Help and FAQ | Print this page | Omega does not sell any watches on the Internet. Genuine OMEGA watches are sold exclusively through our worldwide network of authorized retailers. Therefore, any OMEGA watches offered for sale on the Internet are either counterfeit or of dubious origin. |
| Contact Us | Downloads | |
| Sitemap | | © 2003 OMEGA Ltd. All rights reserved. |