Int. Cls.: 1, 2, 7, 9, 11, 14 and 16

Prior U.S. Cls.: 1, 2, 5, 6, 10, 11, 13, 16, 19, 21, 22, 23, 26, 27, 28, 29, 31, 34, 35, 36, 37, 38, 46 and 50

## United States Patent and Trademark Office

Reg. No. 2,022,762

Registered Dec. 17, 1996

## TRADEMARK
## PRINCIPAL REGISTER

## OMEGA

OMEGA ENGINEERING, INC. (DELAWARE CORPORATION)
ONE OMEGA DRIVE, BOX 4047
STAMFORD, CT 069070047

FOR: SOLUTIONS, NAMELY CONDUCTIVITY SOLUTIONS, ION SELECTIVE ELECTRODE STANDARD SOLUTIONS, PH BUFFER SOLUTIONS, PH ELECTRODE FILL SOLUTIONS; CEMENTS, NAMELY AIR SET CEMENTS, CHEMICAL SET CEMENTS, EPOXY CEMENTS, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 9-0-1962; IN COMMERCE 9-0-1962.

FOR: COATINGS, NAMELY HEAT TRANSFER AND RELEASE COATINGS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 9-0-1962; IN COMMERCE 9-0-1962.

FOR: ELECTRIC MOTORS FOR FLUID FLOW PUMPS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-0-1962; IN COMMERCE 9-0-1962.

FOR: ADAPTORS, NAMELY ELECTRODE ADAPTORS; ALARMS, NAMELY ALARM MODULES, AUDIBLE ALARMS; AMMETERS, NAMELY D.C. AMMETERS; AMPLIFIERS, NAMELY THERMOCOUPLE AMPLIFIERS; ANALYZERS, NAMELY ION ANALYZERS, LOOP ANALYZERS, WATER ANALYZERS; ANEMOMETER, NAMELY ANEMOMETERS, HYGRO/THERMAL/ANEMOMETERS; BAROMETERS, NAMELY BAROMETERS, HAND-HELD BAROMETERS; TEMPERATURE CONTROLLING BATHS, NAMELY CIRCULATING BATHS, CONSTANT TEMPERATURE BATHS, FLUIDIZED SAND BATHS, HEATED BATHS, REFRIGERATED BATHS; BATTERY CHARGERS; CIRCUIT BOARDS, NAMELY ANALOG I/O BOARDS, DIGITAL I/O BOARDS, PLUG-IN BOARDS, ADAPTER BOARDS, RELAY BOARDS; CABLE, NAMELY CONSTANT WATTAGE HEAT TRACE CABLE, MINERAL INSULATED HEAT TRACE CABLE, SELF-REGULATING HEAT TRACE CABLE; CALIBRATORS, NAMELY AUTOMATIC PH LOOP CALIBRATORS, BENCHTOP CALIBRATORS, BLOCK CALIBRATORS, CONDUCTIVITY CALIBRATORS, FREQUENCY CALIBRATORS, HANDHELD CALIBRATORS, LOOP CALIBRATORS, MULTI-FUNCTION CALIBRATORS, PH CALIBRATORS, PROCESS CALIBRATORS, RTD CALIBRATORS, THERMOCOUPLE CALIBRATORS; CAPSULES, NAMELY PH BUFFER CAPSULES; CARDS, NAMELY PLUG-IN CARDS; CELLS, NAMELY CONDUCTIVITY CELLS, CONDUCTIVITY/RESISTIVITY CELLS, LOAD CELLS; HIGH TEMPERATURE CEMENTS; CHECKER, NAMELY HANDHELD LEAK CHECKERS; CLAMPS, NAMELY TUBE CLAMPS; COMPUTERS, NAMELY BTU/FLOW COMPUTER, MASS FLOW/BTU COMPUTER, COMPUTERS, COMPUTER INTERFACES, COMPUTER SOFTWARE; CONDITIONERS, NAMELY SIGNAL CONDITIONERS; CONNECTORS, NAMELY CONTACTORS, NAMELY MAGNETIC CONTACTORS; CRAYONS, NAMELY TEMPERATURE INDICATING

2

2,022,762

CRAYONS; CONTROLLERS, NAMELY ANALOG CONTROLLERS, AUTOTUNE CONTROLLERS, BATCH CONTROLLERS, BENCHTOP CONTROLLERS, CONDUCTIVITY CONTROLLERS, CONDUCTIVITY/RESISTIVITY CONTROLLERS, CRYOGENIC CONTROLLERS, DEVIATION CONTROLLERS, DIGITAL CONTROLLERS, DUAL INPUT CONTROLLER, IEEE-488 CONTROLLERS, INDICATING CONTROLLERS, INDUSTRIAL PH CONTROLLERS, LEVEL AND TEMPERATURE CONTROLLERS, LIMIT CONTROLLERS, MICROPROCESSOR BASED CONDUCTIVITY/RESISTIVITY CONTROLLERS, MICROPROCESSOR BASED PH CONTROLLERS, MICROPROCESSOR BASED PH/ORP CONTROLLERS, MULTILOOP CONTROLLERS, NON-INDICATING CONTROLLERS, PANEL MOUNT CONTROLLERS, PH CONTROLLERS, PH/ORP CONTROLLERS, PH PUMP CONTROLLERS, POWER CONTROLLERS, PROCESS CONTROLLERS, PROFILE CONTROLLERS, PROGRAMMABLE LOGIC CONTROLLERS, PULSE FREQUENCY PH CONTROLLERS, RAMP AND SOAK CONTROLLERS, RESISTIVITY CONTROLLERS, SCR CONTROLLERS, SCR POWER CONTROLLERS, SETPOINT CONTROLLERS, SEQUENCING CONTROLLERS, TEMPERATURE CONTROLLERS; CONVERTERS, NAMELY A/D CONVERTERS, D/A CONVERTERS, CONVERTERS; DATALOGGERS, NAMELY BATTERY POWERED, HANDHELD DATALOGGERS, INTELLIGENT DATALOGGERS, PORTABLE DATALOGGERS, PROGRAMMABLE DATALOGGERS, TEMPERATURE DATALOGGERS; DETECTORS, NAMELY LEAK DETECTORS; DIALERS, NAMELY AUTODIALERS, TELEPHONE DIALERS; ELECTRODES, NAMELY COMBINATION PH ELECTRODES, CONDUCTIVITY ELECTRODES, EPOXY BODIED COMBINATION PH ELECTRODES, GLASS BODIED PH ELECTRODES, IN-LINE PH/ORP ELECTRODES, INDUSTRIAL PH/ORP ELECTRODES, ION SELECTIVE ELECTRODES, ISE ELECTRODES, LABORATORY PH/ORP ELECTRODES, MEASURING ELECTRODES, ORP ELECTRODES, OXIDATION-REDUCTION POTENTIAL ELECTRODES, PH ELECTRODES, PREAMPLIFIED PH ELECTRODES, REFERENCE ELECTRODES, RETRACTABLE PH/ORP ELECTRODES, SUBMERSIBLE PH/ORP ELECTRODES, POWER CONTROL ELEMENTS LABORATORY FEEDTHROUGHS, NAMELY HERMETIC FEEDTHROUGHS, VACUUM FEEDTHROUGHS, LABORATORY FEEDTHROUGHS, NAMELY COMPRESSION FITTINGS, TUBE FITTINGS; FLOWMETERS, NAMELY IN-LINE FLOWMETERS, MAGNETIC FLOWMETERS, MASS FLOWMETERS/CONTROLLERS, ULTRASONIC FLOWMETERS; GAGES, NAMELY DIAL GAGES, HANDHELD FORCE GAGES, STRAIN GAGES; HYGROMETERS, NAMELY DIGITAL THERMAL HYGROMETERS; INDICATORS, NAMELY ANALOG INDICATORS, ANALOG INPUT INDICATORS, ANALOG/FREQUENCY INPUT INDICATORS, FLOW/TOTAL/BATCH CONTROL INDICATORS, FREQUENCY INPUT INDICATORS, HUMIDITY AND RECORDER INDICATORS, LOOP INDICATORS, LOOP POWERED INDICATORS, MINI INDICATORS, MODULAR INDICATORS/CONTROLLERS/TRANSMITTERS, MOTOR ROTATION INDICATORS, PHASE SEQUENCE INDICATORS, PH INDICATORS, RTD INDICATORS, TEMPERATURE INDICATORS, THERMISTOR INDICATORS; INTERFACES; ISOLATORS, NAMELY LOOP ISOLATORS, LOOP POWERED ISOLATORS; JUNCTION BOXES, NAMELY LOAD CELL SUMMING JUNCTION BOXES; LABELS, NAMELY LIQUID CRYSTAL LABELS, TEMPERATURE LABELS; LACQUERS, NAMELY TEMPERATURE INDICATING LACQUERS; LOGGERS, NAMELY POWER LOGGERS; MANOMETERS, NAMELY HANDHELD MANOMETERS; METERS, NAMELY AC/DC METERS, AC CLAMP METERS, AIR VELOCITY METERS, ANALOG METERS, BENCHTOP METERS, BENCHTOP CONDUCTIVITY METERS, BENCHTOP PH METERS, BENCHTOP DISSOLVED OXYGEN METERS, CONDUCTIVITY METERS, CONDUCTIVITY/TDS METERS, CURRENT METERS, DATALOGGING PH/MV METERS, DC VOLT METERS, DEWPOINT METERS, DIGITAL METERS, DISSOLVED OXYGEN METERS, FLOW METERS, FREQUENCY METERS, HANDHELD METERS, HANDHELD DISSOLVED OXYGEN METERS, HANDHELD CONDUCTIVITY METERS, HANDHELD STRAIN GAGE METERS, HANDHELD HUMIDITY METERS, PANEL INSTRUMENTATION METERS, LABORATORY CONDUCTIVITY METERS, LARGE DISPLAY METERS, LOAD METERS, LOOP POWERED METERS, LOAD CELL METERS, MICROVOLT METERS, MINIATURE METERS, OHM METERS, PANEL METERS, PANEL MOUNTED METERS, PH METERS, PH/MV METERS, PH/KV/ISE METERS, PH/ORP METERS, POTENTIOMETERS, PORTABLE CONDUCTIVITY METERS, PORTABLE DISSOLVED OXYGEN METERS, PORTABLE PH METERS, PORTABLE PRESSURE METERS, POSITIVE DISPLACEMENT METERS, PRESSURE METERS, PROCESS METERS, PROCESS INSTRUMENTATION

METERS, PROGRAMMABLE PROCESS METERS, QUADRATURE METERS, RATE METERS, REFERENCE POINT METERS, RELATIVE HUMIDITY METERS, RDT METERS, STRAIN-GAUGE METERS, SOLAR POWERED METERS, STRAIN METERS, TEMPERATURE METERS, SQUARE ROOT METERS, TEMPERATURE METERS USING INFRARED TECHNOLOGY, THERMISTOR METERS, THERMOCOUPLE RTD METERS, THERMOCOUPLE METERS, TRUE-RMS (ROOT MEAN SQUARE) METERS, TURBINE METERS, VOLTAGE METERS, PLASTIC VORTEX METERS, HARSH ENVIRONMENT VORTEX METERS, WATER METERS, WATERTIGHT PH METERS; MIXERS, NAMELY BUNG-ENTERING MIXERS, STATIC MIXERS; MODEMS, NAMELY SHORT HAUL MODEMS; MODULES, NAMELY INTELLIGENT CONTROL MODULES, ISOLATION MODULES, LOOP ISOLATOR MODULES, PROPORTIONAL FIRING MODULES, PULSE CONTROL MODULES, SOLID STATE I/O MODULES; MONITORS, NAMELY CONDUCTIVITY MONITORS, DEWPOINT MONITORS, ENVIRONMENTAL MONITORS, HANDHELD PRESSURE MONITORS, HANDHELD TEMPERATURE MONITOR, POWER LINE MONITORS; MULTIMETERS, NAMELY DIGITAL MULTIMETERS, HANDHELD MULTIMETER, MULTI-FUNCTIONAL MULTIMETERS, MULTIMETERS/THERMOMETERS; PANELS, NAMELY POWER CONTROL PANELS; PAPERS, NAMELY PH INDICATING PAPERS; PELLETS, NAMELY TEMPERATURE INDICATING PELLETS; PLOTTERS; PRINTERS, NAMELY PANEL-MOUNT PRINTERS; PROBES, NAMELY CONDUCTIVITY PROBES; PROFILER NAMELY TEMPERATURE PROFILER; PSYCHROMETERS, NAMELY SLING PSYCHROMETERS; PUMPS, NAMELY CARBOY DRUM PUMPS, CENTRIFUGAL PUMPS, CHEMICAL DOSING PUMPS, CHEMICAL METERING PUMPS, DIAPHRAGM METERING PUMPS, DRUM PUMPS, ELECTRONIC METERING PUMPS, GEAR PUMPS, HAND PUMPS, LARGE CAPACITY METERING PUMPS, MICROPROCESSOR BASED CHEMICAL METERING PUMPS, LOW FLOW METERING PUMPS, MAGNETIC DRIVE CENTRIFUGAL PUMPS, PERISTALTIC PUMPS, RUBBER IMPELLER PUMPS; PYROMETERS, NAMELY INFRARED RADIATION PYROMETERS; RECEIVERS, NAMELY PROCESS RECEIVERS; RECORDERS, NAMELY ANALOG RECORDERS, BATTERY POWERED RECORDERS, BENCHTOP RECORDERS, CIRCULAR RECORDERS, COMPACT RECORDERS, DISTRIBUTED PROCESS RECORDERS, EVENT RECORDERS, FLATBED RECORDERS, FUNCTION RECORDERS, HYBRID RECORDERS, INDICATING RECORDERS, INK JET RECORDERS, MICROPROCESSOR RECORDERS, PAPERLESS RECORDERS, PH RECORDERS, PORTABLE RECORDERS, PROGRAMMABLE RECORDERS, TEMPERATURE RECORDERS, THERMAL RECORDERS, THERMAL-ARRAY RECORDERS, TRANSIENT RECORDERS, TREND RECORDERS, VERTICAL RECORDERS, X-Y RECORDERS; RELAYS, NAMELY INTRINSIC SAFETY RELAYS, MECHANICAL RELAYS, POWER SWITCHING RELAYS, SOLID STATE RELAYS, PUMP UP/PUMP DOWN RELAYS; ROTAMETERS, NAMELY ACRYLIC ROTAMETERS, GAS PROPORTIONING ROTAMETERS, INDUSTRIAL ROTAMETERS, LABORATORY ROTAMETERS, MULTIPLE TUBE ROTAMETERS; PURGE ROTAMETERS; SCANNERS, NAMELY PROCESS SCANNERS, TEMPERATURE SCANNERS; SEALS, NAMELY DIAPHRAGM PRESSURE SEALS; SENSORS, NAMELY CONDUCTIVITY SENSORS, CONDUCTIVITY/RESISTIVITY SENSORS, DISPLACEMENT SENSORS, LOW FLOW SENSORS, NON-CONTACT CONDUCTIVITY SENSORS; PADDLEWHEEL SENSORS, TORQUE SENSORS, VACUUM SENSORS; SIMULATORS, NAMELY PH ELECTRODE SIMULATOR, RTD SIMULATORS, THERMOCOUPLE SIMULATORS; SNUBBERS, NAMELY PRESSURE SNUBBERS; COMPUTER SOFTWARE, NAMELY DATA ACQUISITION SOFTWARE, DATA ANALYSIS SOFTWARE, GRAPHIC PRESENTATION SOFTWARE; STANDARDS, NAMELY BENCHTOP PRESSURE STANDARDS, HANDHELD PRESSURE STANDARDS, MELTING POINT STANDARDS; STIRRERS, NAMELY LAB HOT PLATE/STIRRERS; SUPPLIES, NAMELY POWER SUPPLIES; SWITCHES, NAMELY CONDUCTIVITY LEVEL SWITCHES; LEVEL SWITCHES, DRY MATERIAL LEVEL SWITCHES, INDUSTRIAL FLOW SWITCHES, PADDLE TYPE SWITCHES, PRESSURE SWITCHES; RADIO FREQUENCY LEVEL SWITCHES, SINGLE STATION LEVEL SWITCHES; TACHOMETERS; TESTERS, NAMELY CONDUCTIVITY TESTERS, PH TESTERS, POCKET PH TESTERS, POCKET TESTERS, SOLDER SYSTEM TESTER; THERMOCOUPLES; THERMOMETERS, NAMELY BENCHTOP THERMOMETERS, BI-METAL THERMOMETERS, COMPOST THERMOMETERS, DIAL THERMOMETERS, DIGITAL THERMOMETERS, GLASS THERMOMETERS, HANDHELD THERMOMETERS, INFRARED THERMOMETERS, MICROPROCESSOR BASED THERMOMETERS, NON-CONTACT THER-

4                                    2,022,762

MOMETERS, PORTABLE THERMOMETERS, RADIATION THERMOMETERS; THERMOSTATS; TIMERS, NAMELY PERIOD TIMERS; TOTALIZERS, NAMELY RATAMETERS/TOTALIZERS; TRANSDUCERS, NAMELY AIR MASS FLOW TRANSDUCERS, AIR VELOCITY TRANSDUCERS, INFRARED TRANSDUCERS, PRESSURE TRANSDUCERS; TRANSMITTERS, NAMELY CHILLED MIRROR TRANSMITTERS, CONDUCTIVITY, CONTINUOUS LEVEL TRANSMITTERS, DEWPOINT TRANSMITTERS, DIGITAL TRANSMITTERS, INFRARED TRANSMITTERS, INDICATING TRANSMITTERS, INDICATING TRANSMITTERS AND RECORDERS, INTELLIGENT TRANSMITTERS, PH TRANSMITTERS, PROGRAMMABLE TRANSMITTERS, RELATIVE HUMIDITY TRANSMITTERS, MODULAR INDICATOR/CONTROLLER TRANSMITTERS, PRESSURE TRANSMITTERS, RTD TRANSMITTERS, SMART TRANSMITTERS, TEMPERATURE TRANSMITTERS, THERMOCOUPLE TRANSMITTERS, TWO-WIRE TRANSMITTERS, TWO-WIRE CONDUCTIVITY TRANSMITTERS, TWO-WIRE PH TRANSMITTERS, TWO-WIRE RESISTIVITY TRANSMITTERS, WIRELESS TRANSMITTERS; LABORATORY TUBES, NAMELY PITOT TUBES; LABORATORY TUBING, NAMELY METAL TUBING, PLASTIC TUBING, RUBBER TUBING; VALVES, NAMELY METERING VALVES, SOLENOID VALVES, VOLTMETERS, NAMELY STRAINGAUGE/MICRO VOLTMETER; LABORATORY WIND TUNNELS; WIRE, NAMELY NICHROME RESISTANCE WIRES, SENSOR WIRES, SUPERCONDUCTIVE WIRES, THERMOCOUPLE WIRE; AND PARTS THEREFOR INDUSTRIALLY AND/OR SCIENTIFICALLY EMPLOYED, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1962; IN COMMERCE 9-0-1962.

FOR: FURNACES, NAMELY BENCH TOP MUFFLE FURNACES; HOT PLATES; TAPES,

NAMELY FLEXIBLE HEATING TAPES; HEATERS, NAMELY AIR DUCT HEATERS, AIR GUN HEATERS, BAND HEATERS, CARTRIDGE HEATERS, CERAMIC RADIANT HEATERS, CIRCULATION HEATERS, COMFORT HEATERS, DRUM HEATERS, ELECTRIC STUD HEATERS, FINNED STRIP HEATERS, FINNED TUBULAR HEATERS, FLANGED IMMERSION HEATERS, KAPTON INSULATED FLEXIBLE HEATERS, OVER THE SIDE IMMERSION HEATERS, PROCESS AIR HEATERS, PORTABLE AIR HEATERS, RADIANT PANEL HEATERS, RING HEATERS, SCREW PLUG IMMERSION HEATERS, SILICONE RUBBER INSULATED FLEXIBLE HEATERS, SMALL TANK IMMERSION HEATERS, SPACE HEATERS, STRIP HEATERS, SUBSTRATE HEATERS, TEFLON COVERED IMMERSION HEATERS, TUBULAR HEATERS; MANTLES, NAMELY HEATING MANTLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-0-1962; IN COMMERCE 9-0-1962.

FOR: INDUSTRIAL AND SCIENTIFIC CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-0-1962; IN COMMERCE 9-0-1962.

FOR: PRINTED MATTER, NAMELY CATALOGS AND REFERENCE GUIDES CONTAINING PRODUCT, ENGINEERING AND/OR TECHNICAL DATA, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-1962; IN COMMERCE 9-0-1962.

OWNER OF U.S. REG. NOS. 818,251 AND 1,397,434.

SER. NO. 74-480,756. FILED 1-21-1994.

J. TINGLEY, EXAMINING ATTORNEY