Int. Cls.: 37, 40 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,150,239
Registered Apr. 14, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

### OMEGA

OMEGA ENGINEERING, INC. (DELAWARE CORPORATION)
ONE OMEGA DRIVE
P.O. BOX 4047
STAMFORD, CT 069070047

FOR: REPAIR AND MAINTENANCE SERVICES OF MACHINES, EQUIPMENT, AND INSTRUMENTS, IN THE FIELDS OF MEASURING, CONTROLLING, AND/OR REGULATING TEMPERATURE, HUMIDITY, PRESSURE, STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION, CONDUCTIVITY, DATA ACQUISITION, DISPLAY, AND RETRIEVAL, AND ENVIRONMENTAL PARAMETERS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 10-0-1978; IN COMMERCE 10-0-1978.

FOR: MANUFACTURING MACHINES, EQUIPMENT, AND INSTRUMENTS TO THE ORDER AND SPECIFICATION OF OTHERS IN THE FIELDS OF MEASURING, CONTROLLING, AND/OR REGULATING TEMPERATURE, HUMIDITY, PRESSURE, STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION, CONDUCTIVITY, DATA ACQUISITION, DISPLAY, AND RETRIEVAL, AND ENVIRONMENTAL PARAMETERS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 10-0-1978; IN COMMERCE 10-0-1978.

FOR: CALIBRATION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-0-1978; IN COMMERCE 10-0-1978.

OWNER OF U.S. REG. NOS. 818,251, 1,443,078 AND OTHERS.

SER. NO. 75-158,162, FILED 8-27-1996.

NORA BUCHANAN WILL, EXAMINING ATTORNEY