Int. Cl.: 9

Prior U.S. Cls.: 21, 26 and 38

**United States Patent and Trademark Office**  Reg. No. 1,397,434
Registered June 17, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## OMEGA

OMEGA ENGINEERING, INC. (DELAWARE CORPORATION)
ONE OMEGA DRIVE
BOX 4047
STAMFORD, CT 06907

FOR: TRANSDUCERS, DETECTORS AND SENSORS FOR VARIABLE PARAMETERS FOR SUCH USES AS: PRESSURE, FORCE, LOAD, VIBRATION, ELECTRICAL LIQUID CONDUCTIVITY, LIQUID LEVEL, ACIDITY, HUMIDITY, STRAIN AND FLOW; COMPUTER PROGRAMS, COMPUTERS, SIGNAL AMPLIFIERS; ELECTRICAL ADAPTORS, CONNECTORS, TERMINALS; ELECTRICAL INSTRUMENTS AND CONTROLS FOR CHECKING, DISPLAYING, CONTROLLING, MEASURING, MONITORING, WARNING AND RECORDING VARIABLE PARAMETERS FOR SUCH USES AS PRESSURE, FORCE, LOAD, VIBRATION, ELECTRICAL LIQUID CONDUCTIVITY, LIQUID LEVEL, ACIDITY, HUMIDITY, STRAIN AND FLOW; VARIABLE PARAMETER ELECTRICAL DATA LOGGING AND RECORDING APPARATUS, IN CLASS 9 (U.S. CLS. 21, 26 AND 38).

FIRST USE 2-0-1984; IN COMMERCE 2-0-1984.

SER. NO. 481,502, FILED 5-21-1984.

J. TINGLEY, EXAMINING ATTORNEY