Int. Cls.: 2, 7, 9, 11, 16, and 42

Prior U.S. Cls.: 2, 5, 6, 11, 13, 16, 19, 21, 22, 23, 26, 29, 31, 34, 35, 36, 37, 38, 50, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 2,412,722
Registered Dec. 12, 2000

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

### OMEGA.COM

OMEGA ENGINEERING, INC. (DELAWARE CORPORATION)
ONE OMEGA DRIVE
P.O. BOX 4047
STAMFORD, CT 069070047

FOR: TEMPERATURE SENSITIVE PAINTS AND LACQUERS IN THE NATURE OF A COATING, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 12-0-1997; IN COMMERCE 12-0-1997.

FOR: CRIMPERS; MECHANICALLY OPERATED HAND-HELD PUNCHES, MACHINE-HELD PUNCHES AND HOLE SAWS, AND PUNCH TOOLS AND SAW TOOLS THEREFORE; PANEL PUNCHES, AND SAWS FOR METERS AND CONNECTORS; MECHANICALLY OPERATED HAND-HELD OR MACHINE-HELD WIRE STRIPPERS AND WIRE STRIPPER TOOLS THEREFOR; FLUIDISED SAND BATH MACHINES; TEMPERATURE CONTROLLED, MECHANICALLY OPERATED CIRCULATING BATH MACHINES; AIR BLOWERS; STIRRING MACHINES; PUMPS, NAMELY, CARBOY DRUM PUMPS, CHEMICAL DOSING PUMPS, DRUM PUMPS, GEAR PUMPS, HAND PUMPS, RUBBER IMPELLER PUMPS, FLUID PUMPS, PERISTALTIC PUMPS, FLUID PUMP MOTORS, VACUUM PUMPS, HAND-OPERATED VACUUM PUMPS, CENTRIFUGAL PUMPS, GEAR PUMPS, RUBBER IMPELLER PUMPS, DRUM PUMPS, AND HAND-HELD PORTABLE TRANSFER PUMPS, SEALED MAGNETIC CENTRIFUGAL PUMPS, HAND PNEUMATIC CONTROL VALVES, PNEUMATIC VALVES FOR CONTROLLING PNEUMATICALLY OPERATED MACHINES, ACTUATED VALVES, BALL VALVES, DIAPHRAGM VALVES, CHECK VALVES -HELD DISPENSING PUMPS, DIAPHRAGM TYPE INJECTOR MOTOR PUMPS, INJECTION PUMPS, CHEMICAL DOSING PUMPS; VALVES BEING PARTS OF MACHINES, NAMELY, PNEUMATIC CONTROL VALVES, PNEUMATIC VALVES FOR CONTROLLING PNEUMATICALLY OPERATED MACHINES, ACTUATED VALVES, BALL VALVES, DIAPHRAGM VALVES, CHECK VALVES; HAND-HELD MECHANICALLY OPERATED PH/CONDUCTIVITY METER TOOLS; MECHANICALLY OPERATED ELECTRODE HOLDERS; MOTORS FOR MACHINES; TUBING, BEING PARTS OF MACHINES; ELECTRIC MOTORS; MIXING MACHINES; TRANSDUCERS FOR DISTANCE, DISPLACEMENT, AND ANGULAR VELOCITY; MACHINE COUPLINGS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 12-0-1997; IN COMMERCE 12-0-1997.

FOR: PH INSTRUMENTS, NAMELY, HAND-HELD CONTROLLERS AND PANEL METERS; MECHANICALLY OPERATED CURRENT PROBES; HAND-HELD MECHANICALLY-OPERATED WATT METERS; TEMPERATURE CONTROL MECHANISMS FOR INDUSTRIAL PLANTS, NAMELY, CONTROLLERS AND PANEL METERS; SCIENTIFIC, SURVEYING AND ELECTRICAL APPARATUS AND INSTRUMENTS, OPTICAL, WEIGHING, MEASURING, SIGNALING, CHECKING (SUPERVISION), TEACHING APPARATUS AND INSTRUMENTS, NAMELY, CALCULATING MACHINES, INSTRUMENTS USED TO MEASURE THE RATE OF FLOW, PH LEVEL, AND AIR VELOCITY; MECHANICALLY OPERATED

2,412,722

ELECTRONIC CONTROLS FOR ADHESIVE APPLYING MACHINES; ELECTRIC SOLDERING IRONS; AMMETERS, AMPMETERS, ANEMOMETERS, BAROMETERS; BARRIER STRIPS USED TO MEASURE AND CONNECT A SENSOR AND AN INSTRUMENT; BATTERY CHARGERS; ELECTRIC HEATING CABLE, NAMELY, CONSTANT WATTAGE HEAT TRACE CABLE, MINERAL INSULATED HEAT TRACE CABLE, AND SELF-REGULATING HEAT TRACE CABLE; CALIBRATORS FOR CALIBRATING THE MEASUREMENT OF TEMPERATURES, HUMIDITY, PRESSURE, STRAIN, FORCE FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION OR CONDUCTIVITY BY ELECTRICAL INSTRUMENTS; PH BUFFER CAPSULES; CHECKERS, NAMELY, HAND HELD LEAK CHECKERS; COMPENSATORS, NAMELY, COLD JUNCTION COMPENSATORS; SIGNAL CONDITIONERS; CONTACTORS, NAMELY, MAGNETIC CONTACTORS; ON-OFF, PROPORTIONAL AND PROPORTIONAL WITH INTEGRAL AND DERIVATIVE CONTROL CONTROLLERS, CONTROLLERS, NAMELY, ANALOG CONTROLLERS, AUTOTUNE CONTROLLERS, BATCH CONTROLLERS, CONDUCTIVITY CONTROLLERS, CONDUCTIVITY/RESISTIVITY CONTROLLERS, CRYOGENIC CONTROLLERS, DEVIATION CONTROLLERS, DIGITAL MONITOR METER/CONTROLLERS, DUAL INPUT CONTROLLERS, PH CONTROLLERS, COMBINED LEVEL AND TEMPERATURE CONTROLLERS, LIMIT CONTROLLERS, PH/OXIDATION REDUCTION POTENTIAL CONTROLLERS, MULTI-LOOP CONTROLLERS, NON-INDICATING CONTROLLERS, PANEL MOUNT CONTROLLERS, PH/OXIDATION REDUCTION POTENTIAL CONTROLLERS, PH PUMP CONTROLLERS, POWER CONTROLLERS, PROCESS CONTROLLERS, PROFILE CONTROLLERS, PROGRAMMABLE LOGIC CONTROLLERS, PULSE FREQUENCY CONTROLLERS, RAMP AND SOAK CONTROLLERS, RESISTIVITY CONTROLLERS, SILICON CONTROLLED RECTIFIED POWER CONTROLLERS, SETPOINT CONTROLLERS, SEQUENCING CONTROLLERS, AND TEMPERATURE CONTROLLERS; CONVERTERS, NAMELY, ANALOG TO DIGITAL CONVERTERS, AND DIGITAL TO ANALOG CONVERTERS; COUNTERS USED TO REGISTER OF NUMBER OF ACTIVITIES OF MOVEMENT; MICROPROCESSOR BASED DATA LOGGERS, NAMELY, BATTERY POWERED, HANDHELD DATA LOGGERS, INTELLIGENT DATA LOGGERS; PORTABLE DATA LOGGERS, PROGRAMMABLE DATA LOGGERS, AND TEMPERATURE DATA LOGGERS; DETECTORS, NAMELY, LEAK DETECTORS; AUTOMATED DIALING REMOTE MONITORS FOR MONITORING TEMPERATURE, HUMIDITY, FLUID LEVELS, WATER INCURSION, SMOKE AND SOUND LEVELS; DIODES, NAMELY, TEMPERATURE SENSITIVE DIODES; ELECTRODES, NAMELY, COMBINATION PH ELECTRODES, CONDUCTIVITY ELECTRODES, EPOXY BODIED COMBINATION PH ELECTRODES, IN-LINE PH/OXIDATION REDUCTION POTENTIAL ELECTRODES, INDUSTRIAL PH/OXIDATION REDUCTION POTENTIAL ELECTRODES, ION SELECTIVE ELECTRODES, ION SELECTIVE ELECTRODES, LABORATORY PH/OXIDATION REDUCTION POTENTIAL ELECTRODES, OXIDATION-REDUCTION POTENTIAL ELECTRODES, PH ELECTRODES, REFERENCE ELECTRODES, RETRACTABLE PH ELECTRODES, SUBMERSIBLE PH/OXIDATION REDUCTION POTENTIAL ELECTRODES; ELECTRICAL POWER SUPPLIES; POWER CONTROL ELEMENT FEEDTHROUGHS, NAMELY, HERMETIC FEEDTHROUGHS, VACUUM FEEDTHROUGHS, AND LABORATORY FEEDTHROUGHS; FLOWMETERS, GAUGES, TIPPING BUCKET RAIN GAUGE AND SNOW GAUGE MACHINES FOR MEASURING RAIN AND SNOW LEVELS; HYGOMETERS, INDICATORS, NAMELY, ANALOG INDICATORS, ANALOG INPUT INDICATORS, ANALOG/FREQUENCY INPUT INDICATORS, FLOW/TOTAL/BATCH INDICATORS, FREQUENCY INPUT INDICATORS, HUMIDITY AND RECORDER INDICATORS, LOOP INDICATORS, LOOP POWERED INDICATORS, MINI INDICATORS, MODULAR INDICATORS/CONTROLLERS/TRANSMITTERS, MOTOR ROTATION INDICATORS, PHASE SEQUENCE INDICATORS, PH INDICATORS, RESISTANCE TEMPERATURE DETECTOR INDICATORS, TEMPERATURE INDICATORS, THERMISTOR INDICATORS, MOISTURE INDICATORS, ACIDITY INDICATORS, CONCENTRATION INDICATORS, DISTANCE INDICATORS, ANGLE INDICATORS, SPEED INDICATORS, ACCELERATION INDICATORS, POWER INDICATORS, PRESSURE INDICATORS, VOLTAGE INDICATORS, CURRENT INDICATORS, BRIGHTNESS INDICATORS, CURRENT INTENSITY INDICATORS, TRANSDUCER INDICATORS AND MAGNETIC FLUX INDICATORS, INTERFACES; ISOLATORS, NAMELY, LOOP ISOLATORS, AND LOOP POWERED ISOLATORS; JUNCTION BOXES, NAMELY, LOAD CELL SUMMING JUNCTION BOXES; LIQUID CRYSTAL LABEL DISPLAYS AND TEMPERATURE LABELS; LOGGERS, NAMELY, POWER LOGGERS; METERS, NAMELY, AC/DC METERS, AC CLAMP METERS, AIR VELOCITY METERS, ANALOG METERS, BENCHTOP METERS, BENCHTOP CONDUCTIVITY METERS, BENCHTOP PH METERS, BENCHTOP DISSOLVED OXYGEN METERS, CONDUCTIVITY METERS, CONDUCTIVITY/TOTAL DISSOLVED SOLIDS METERS, CURRENT METERS, DATALOGGING PH/MV METERS, DC VOLT METERS, DEWPOINT METERS, DIGITAL METERS, DISSOLVED OXYGEN METERS, FLOW METERS, FREQUENCY METERS, HANDHELD METERS, HANDHELD DISSOLVED OXYGEN METERS,

2,412,722

TRANSMITTERS; TUBING BEING PARTS OF INSTRUMENTS; VALVES, NAMELY, METERING VALVES, AND SOLENOID VALVES; VOLTMETERS, NAMELY, STRAIN-GAUGE/MICRO VOLTMETERS; WIRE, NAMELY, NICHROME RESISTANCE WIRES, SENSOR WIRES, SUPERCONDUCTIVE WIRES, AND THERMOCOUPLE WIRES; ELECTRONIC WIND SPEED AND DIRECT MEASUREMENT DEVICES, WIND TUNNELS, ELECTRONIC DEVICE FOR SIMULTANEOUSLY MEASURING AND RECORDING WIND SPEED AND DIRECTION, TEMPERATURE, BAROMETRIC PRESSURE AND RAINFALL, COMPUTERS, COMPUTER HARDWARE, COMPUTER SOFTWARE FOR DATA ACQUISITION, DATA ANALYSIS, AND GRAPHIC PRESENTATION; MODEMS; AND PRINTERS, NAMELY, COMPUTER PRINTERS; ALL OF THE FOREGOING EMPLOYED INDUSTRIALLY AND/OR SCIENTIFICALLY FOR MEASURING, CONTROLLING, AND/OR REGULATING TEMPERATURE, HUMIDITY, PRESSURE, STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION, CONDUCTIVITY, DATA ACQUISITION, DISPLAY AND RETRIEVAL, AND ENVIRONMENTAL TECHNOLOGY; DATA CARRIERS WITH AND WITHOUT DATA RECORDING MEANS, NAMELY, BLANK MAGNETIC TAPES, BLANK MAGNETIC DISCS, AND BLANK FLOPPY DISCS; MICROPROCESSOR OPERATED DATA PROCESSING APPARATUS, NAMELY, INDICATING AND DISPLAY CONTROLLERS AND PANEL METERS; DATA RECORDING APPARATUS, NAMELY, CHART RECORDERS; DATA STORING APPARATUS, NAMELY, RECORDERS AND COMPUTER MEMORY; DATA REGISTERING APPARATUS, NAMELY, DATA LOGGERS; MEASUREMENT DATA AND PROCESS DATA TRANSMITTING APPARATUS FOR WIRELESS AND WIRED AND OPTICALLY-INTERCONNECTED SIGNAL TRANSFERENCE, NAMELY, TWO-WIRE TRANSMITTERS; COMPUTER HOUSINGS; ELECTRONIC CONNECTION CARDS, ELECTRONIC MEASUREMENT INDICATORS; ELECTRONIC SIGNAL INDICATING PANELS WITH ELECTRICAL INDICATING INSTRUMENTS, NAMELY, VOLTAGE, CURRENT RATE, AND TEMPERATURE METERS; LIGHT DIODES, LIQUID CRYSTAL INDICATORS, LASER SCANNERS, ELECTRONIC INPUT KEYBOARDS, OPTICAL AND MAGNETIC DATA RECORDING APPARATUS, NAMELY, IR GUNS; MAGNETIC THERMOCOUPLES; FORCE TRANSDUCERS, NAMELY, LOAD CELLS; PRESSURE TEST SYSTEMS COMPRISING PRESSURE CALIBRATORS; PRESSURE STANDARDS; PRESSURE SENSORS AND PRESSURE METERS; LABELS WHICH DISPLAY TEMPERATURE RANGES BY TURNING COLOR; PH BUFFER SOLUTIONS USED FOR CALIBRATION; SLIP RINGS USED TO MEASURE THE ROTATION OF OBJECTS; THERMOCOUPLE BLOCKS, NAMELY, ISOTHERMAL BLOCKS THAT KEEP CONSTANT TEMPERATURE; THERMOCOUPLE HEADS USED TO PROTECT LEAD ATTACHMENT; THERMOWELLS, NAMELY, PROBE HOUSINGS; REGULATION AND CONTROL APPARATUS, NAMELY, CONTROLLERS, MASS FLOW METERS, ELECTRIC PRESSURE SWITCHES, AND TEMPERATURE SWITCHES; ALL OF THE FOREGOING EMPLOYED INDUSTRIALLY AND/OR SCIENTIFICALLY FOR MEASURING, CONTROLLING, AND/OR REGULATING TEMPERATURE, HUMIDITY, PRESSURE, STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION, CONDUCTIVITY, DATA ACQUISITION, DISPLAY AND RETRIEVAL, AND ENVIRONMENTAL TECHNOLOGY; AND PRERECORDED VIDEO TAPES IN THE FIELDS OF MEASURING, CONTROLLING, AND OR REGULATING TEMPERATURE, HUMIDITY, PRESSURE, STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION, CONDUCTIVITY, DATA ACQUISITION, DISPLAY AND RETRIEVAL, AND ENVIRONMENTAL TECHNOLOGY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1997; IN COMMERCE 12-0-1997.

FOR: HAND-HELD MECHANICALLY OPERATED HEAT GUNS; COLD JUNCTION REFERENCE POINT UNITS TO MAINTAIN ACCURATELY A ZERO DEGREE CENTIGRADE ENVIRONMENT IN REFERENCE CHAMBERS; TEMPERATURE CONTROLLING BATHS; COMMERCIAL, INDUSTRIAL, AND PROCESS HEATERS AND FURNACES, HOT PLATES FOR LABORATORIES; HEATING MANTELS; SOFT METAL HEATING POTS; HEAT GUNS; PUMPS, NAMELY, PH AND LABORATORY FLUID PUMPS; LAMPS; BLOWERS, NAMELY, FLOOR AND CEILING HEATER UNITS WITH BLOWERS AND HEAT GUNS; WIND STATIONS, WEATHER STATIONS; AND WIND INDICATING LIGHTS; ALL OF THE FOREGOING PRODUCTS ARE USED FOR MEASURING, CONTROLLING, AND/OR REGULATING TEMPERATURE, HUMIDITY, PRESSURE, STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION, CONDUCTIVITY, DATA ACQUISITION, DISPLAY AND RETRIEVAL, AND IN ENVIRONMENTAL TECHNOLOGY, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 12-0-1997; IN COMMERCE 12-0-1997.

FOR: CATALOGS, HANDBOOKS AND TECHNICAL REFERENCE TEXTBOOKS IN THE FIELDS OF MEASURING, CONTROLLING, AND/OR REGULATING TEMPERATURE, HUMIDITY, PRESSURE,

2,412,722

HANDHELD CONDUCTIVITY METERS, HANDHELD STRAIN GAGE METERS, HANDHELD HUMIDITY METERS, PANEL INSTRUMENTATION METERS, LABORATORY CONDUCTIVITY METERS, LARGE DISPLAY METERS, LOAD METERS, LOOP POWERED METERS, LOAD CELL METERS, MICROVOLT METERS, MINIATURE METERS, OHM METERS, PANEL METERS, PANEL MOUNTED METERS, PH/MV/ION SELECTIVE METERS, PH/OXIDATION REDUCTION POTENTIAL METERS, POTENTIOMETERS, PORTABLE CONDUCTIVITY METERS, PORTABLE DISSOLVED OXYGEN METERS, PORTABLE PH METERS, PORTABLE PRESSURE METERS, POSITIVE DISPLACEMENT METERS, PRESSURE METERS, PROCESS METERS, PROCESS INSTRUMENTATION METERS, RATE METERS, REFERENCE POINT METERS, RELATIVE HUMIDITY METERS, RESISTANCE TEMPERATURE DETECTOR METERS, STRAIN GAUGE METERS, SOLAR POWERED TEMPERATURE METERS, TEMPERATURE METERS, SQUARE ROOT METERS, TEMPERATURE METERS USING INFRARED TECHNOLOGY, THERMISTOR METERS, TURBINE METERS, VOLTAGE METERS, PLASTIC VORTEX FLOW METERS, HARSH ENVIRONMENT VORTEX FLOW METERS, WATER METERS, WATERTIGHT PH METERS, WATT METERS, AND DIGITAL STRAIN GAUGE MONITOR METERS; MIXERS, NAMELY, BUNG-ENTERING MIXERS, AND STATIC MIXERS; MODULES, NAMELY, INTELLIGENT CONTROL MODULES, ISOLATION MODULES, LOOP ISOLATION MODULES, PROPORTIONAL FIRING MODULES, PULSE CONTROL MODULES; SOLID STATE I/O MODULES, MONITORS, NAMELY, CONDUCTIVITY MONITORS, DEWPOINT MONITORS, HANDHELD PRESSURE MONITORS, HANDHELD TEMPERATURE MONITOR, POWER LINE MONITORS; MULTIMETERS, NAMELY, DIGITAL MULTIMETERS, HANDHELD MULTIMETERS, MULTI-FUNCTION MULTIMETERS, AND MULTIMETERS/THERMOMETERS; PANELS, NAMELY, POWER CONTROL PANELS; TEMPERATURE INDICATING PELLETS, NAMELY, SPECIFIC TEMPERATURE TURNING POINT INDICATORS; PLOTTERS; PROBES, NAMELY, CONDUCTIVITY PROBES, SURFACE TEMPERATURE PROBES, AND INSERTION TEMPERATURE PROBES; PROFILERS, NAMELY, TEMPERATURE PROFILERS; PSYCHROMETERS, NAMELY, SLING PSYCHROMETERS; PUMPS, NAMELY, DIAPHRAGM METERING PUMPS, LARGE CAPACITY METERING PUMPS, LOW FLOW METERING MAGNETIC DRIVE CENTRIFUGAL PUMPS, ELECTRONIC METERING PUMPS, MICROPROCESSOR BASED CHEMICAL METERING PUMPS, AND CHEMICAL METERING PUMPS; PYROMETERS; RECEIVERS, NAMELY, PROCESS RECEIVERS; RECORDERS FOR RECORDING AND DISPLAYING MEASUREMENTS OF TEMPERATURE, HUMIDITY, PRESSURE, STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION OR CONDUCTIVITY, NAMELY, ANALOG RECORDERS, BATTERY POWERED RECORDERS, BENCHTOP RECORDERS, CIRCULAR RECORDERS, COMPACT RECORDERS, DISTRIBUTED PROCESS RECORDERS, EVENT RECORDERS, FLATBED RECORDERS, FUNCTION RECORDERS, HYBRID RECORDERS, INDICATING RECORDERS, INK JET RECORDERS, MICROPROCESSOR RECORDERS, PAPERLESS RECORDERS, PH RECORDERS, PORTABLE PH, PROGRAMMABLE RECORDERS, THERMAL RECORDERS, THERMAL-ARRAY RECORDERS, TRANSIENT RECORDERS, TREND RECORDERS, VERTICAL RECORDERS, AND X-Y RECORDERS; REGULATORS USED TO CONTROL AND/OR REGULATE CURRENT OR FLOW: RELAYS, NAMELY, INTRINSIC SAFETY RELAYS, MECHANICAL RELAYS, POWER SWITCHING RELAYS, SOLID STATE RELAYS, AND PUMP UP/PUMP DOWN RELAYS; ROTAMETERS; SCANNERS, NAMELY, PROCESS SCANNERS AND TEMPERATURE SCANNERS; SENSORS, NAMELY, CONDUCTIVITY SENSORS, BOLT SENSORS, CONDUCTIVITY/RESISTIVITY SENSORS, DISPLACEMENT SENSORS, LOW FLOW SENSORS, NON-CONTACT CONDUCTIVITY SENSORS, PADDLEWHEEL SENSORS, TORQUE SENSORS AND VACUUM SENSORS; SIMULATORS, NAMELY, PH ELECTRODE SIMULATORS, TRANSDUCER SIMULATORS, RESISTANCE TEMPERATURE DETECTOR SIMULATORS, AND THERMOCOUPLE SIMULATORS; SNUBBERS, SOCKETS, NAMELY, HOLDERS FOR TRANSDUCERS; STANDARDS, NAMELY, BENCHTOP PRESSURE STANDARDS, HANDHELD PRESSURE STANDARDS, AND MELTING POINT STANDARDS; STIRRERS, NAMELY, LABORATORY HOT PLATE/STIRRERS; SWITCHES, NAMELY, CONDUCTIVITY LEVEL SWITCHES, LEVEL SWITCHES, DRY MATERIAL LEVEL SWITCHES, INDUSTRIAL FLOW SWITCHES, PADDLE TYPE SWITCHES, PRESSURE SWITCHES, RADIO FREQUENCY LEVEL SWITCHES, SINGLE STATION LEVEL SWITCHES; TACHOMETERS; THERMOCOUPLE TERMINALS; TESTERS, NAMELY, CONDUCTIVITY TESTERS, PH TESTERS, POCKET PH TESTERS, SOLDER SYSTEM TESTERS; THERMISTORS, NAMELY, RESISTIVE MEASURING SENSORS; THERMOCOUPLES, THERMOCOUPLE ASSEMBLIES COMPRISING HEAD AND WELL ASSEMBLIES AND PROBES; THERMOMETERS (NOT FOR MEDICAL USE), THERMOPILES, THERMOSTATS; TOTALIZERS, NAMELY, ROTAMETERS/TOTALIZERS; TRANSDUCERS, NAMELY, AIR MASS FLOW TRANSDUCERS, AIR VELOCITY TRANSDUCERS, INFRARED TRANSDUCERS, PRESSURE TRANSDUCERS, AND TORQUE MEASURING TRANSDUCERS;

2,412,722

STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION, CONDUCTIVITY AND DATA ACQUISITION, DISPLAY AND RETRIEVAL; POSTERS FEATURING TECHNICAL AND SCIENTIFIC PRODUCTS AND INSTRUMENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-1996; IN COMMERCE 10-0-1996.

FOR: ONLINE PUBLICATIONS, CATALOGS, AND TECHNICAL AND SCIENTIFIC HANDBOOKS, TEXTBOOKS, POSTERS, DISPLAYS, AND TECHNICAL REFERENCE TEXTS FOR MEASURING, CONTROLLING, AND/OR REGULATING TEMPERATURE, HUMIDITY, PRESSURE, STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION, CONDUCTIVITY, DATA ACQUISITION, DISPLAY AND RETRIEVAL, AND IN ENVIRONMENTAL TECHNOLOGY AND SERVICES; COMPUTER PROGRAMMING FOR OTHERS, NAMELY, THE DEVELOPMENT OF PROGRAMS FOR DATA PROCESSING AND ENGINEERING SERVICES IN THE FIELD OF EQUIPMENT FOR MEASURING, CONTROLLING, AND/OR REGULATING TEMPERATURE, HUMIDITY, PRESSURE, STRAIN, FORCE, FLOW, LEVEL, PH, LOAD, VIBRATION, ELECTRICAL RESISTANCE, AIR VELOCITY, AMPERAGE, FREQUENCY, VOLTAGE, ION CONCENTRATION, CONDUCTIVITY, DATA ACQUISITION, DISPLAY AND RETRIEVAL, AND FOR ENVIRONMENTAL TECHNOLOGY AND SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.

OWNER OF U.S. REG. NOS. 818,251, 1,327,796, AND OTHERS.

SN 75-070,026, FILED 3-11-1996.

ANGELA LYKOS, EXAMINING ATTORNEY