Int. Cls.: 1, 2, 7, 9, 11 and 16

Prior U.S. Cls.: 1, 2, 5, 6, 10, 11, 13, 16, 19, 21, 22, 23, 26, 29, 31, 34, 35, 36, 37, 38, 46 and 50

## United States Patent and Trademark Office

Reg. No. 2,276,934
Registered Sep. 14, 1999

## TRADEMARK
### PRINCIPAL REGISTER

# ΩΞ OMEGA

OMEGA ENGINEERING, INC. (DELAWARE CORPORATION)
ONE OMEGA DRIVE, BOX 4047
STAMFORD, CT 069070047

FOR: SOLUTIONS, NAMELY CONDUCTIVITY SOLUTIONS, ION SELECTIVE ELECTRODE STANDARD SOLUTIONS, PH BUFFER SOLUTIONS, PH ELECTRODE FILL SOLUTIONS; CEMENTS, NAMELY AIR SET CEMENTS, CHEMICAL SET CEMENTS, EPOXY CEMENTS, HIGH TEMPERATURE CEMENTS, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 1-0-1973; IN COMMERCE 1-0-1973.

FOR: COATINGS, NAMELY HEAT TRANSFER AND RELEASE COATINGS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 1-0-1973; IN COMMERCE 1-0-1973.

FOR: ELECTRIC MOTORS FOR FLUID FLOW PUMPS, MOTOR VALVES; CARBOY DRUM PUMPS, CENTRIFUGAL PUMPS, CHEMICAL DOSING PUMPS, GEAR PUMPS, HAND PUMPS, MAGNETIC DRIVE CENTRIFUGAL PUMPS, PERISTALTIC PUMPS, RUBBER IMPELLER PUMPS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-0-1973; IN COMMERCE 1-0-1973.

FOR: ADAPTORS, NAMELY ELECTRODE ADAPTORS; ALARMS, NAMELY ALARM MODULES, AUDIBLE ALARMS; AMMETERS, NAMELY D.C. AMMETERS; AMPLIFIERS, NAMELY THERMOCOUPLE AMPLIFIERS; ANALYZERS, NAMELY

ION ANALYZERS, LOOP ANALYZERS, WATER ANALYZERS; ANEMOMETER, NAMELY ANEMOMETERS, HYGRO/THERMAL/ANEMOMETERS; BAROMETERS, NAMELY BAROMETERS, HANDHELD BAROMETERS; TEMPERATURE CONTROLLING BATHS, NAMELY CIRCULATING BATHS, CONSTANT TEMPERATURE BATHS, FLUIDIZED SAND BATHS, HEATED BATHS, REFRIGERATED BATHS; BATTERY CHARGERS; CIRCUIT BOARDS, NAMELY ANALOG I/O BOARDS, DIGITAL I/O BOARDS, PLUG-IN BOARDS, ADAPTER BOARDS, RELAY BOARDS; CABLE, NAMELY CONSTANT WATTAGE HEAT TRACE CABLE, MINERAL INSULATED HEAT TRACE CABLE, SELF-REGULATING HEAT TRACE CABLE; CALIBRATORS, NAMELY AUTOMATIC PH LOOP CALIBRATORS, BENCHTOP CALIBRATORS, BLOCK CALIBRATORS, CONDUCTIVITY CALIBRATORS, FREQUENCY CALIBRATORS, HANDHELD CALIBRATORS, LOOP CALIBRATORS, MULTIFUNCTION CALIBRATORS, PH CALIBRATORS, PROCESS CALIBRATORS, RTD CALIBRATORS, THERMOCOUPLE CALIBRATORS; CAPSULES, NAMELY PH BUFFER CAPSULES; CARDS, NAMELY PLUG-IN CARDS; CELLS, NAMELY CONDUCTIVITY CELLS, CONDUCTIVITY/RESISTIVITY CELLS, LOAD CELLS; CHECKER, NAMELY HANDHELD LEAK CHECKERS; CLAMPS, NAMELY TUBE CLAMPS; COMPUTERS, NAMELY BTU/FLOW COMPUTER, MASS FLOW/BTU COMPUTER, COMPUTERS, COMPUTER INTERFACES, COMPUTER SOFTWARE; CONDITIONERS, NAMELY SIGNAL CONDITIONERS; CONNECTORS, NAMELY CONTACTORS, NAMELY MAGNETIC CONTACTORS; CRAYONS, NAMELY TEMPERATURE INDICATING CRAYONS; CONTROLLERS, NAMELY ANALOG CONTROLLERS, AUTOTUNE

CONTROLLERS, BATCH CONTROLLERS, BENCH-TOP CONTROLLERS. CONDUCTIVITY CONTROL-LERS, CONDUCTIVITY/RESISTIVITY CONTROLLERS, CRYOGENIC CONTROLLERS, DEVIATION CONTROLLERS, DIGITAL CONTROL-LERS, DUAL INPUT CONTROLLER, IEEE-488 CON-TROLLERS, INDICATING CONTROLLERS, INDUSTRIAL PH CONTROLLERS, LEVEL AND TEMPERATURE CONTROLLERS, LIMIT CON-TROLLERS, MICROPROCESSOR BASED CONDUC-TIVITY/RESISTIVITY CONTROLLERS, MICROPROCESSOR BASED PH CONTROLLERS, MICROPROCESSOR BASED PH/ORP CONTROL-LERS, MULTI-LOOP CONTROLLERS, NON-INDI-CATING CONTROLLERS, PANEL MOUNT CONTROLLERS, PH CONTROLLERS, PH/ORP CONTROLLERS, PH PUMP CONTROLLERS, POW-ER CONTROLLERS, PROCESS CONTROLLERS, PROFILE CONTROLLERS, PROGRAMMABLE LO-GIC CONTROLLERS, PULSE FREQUENCY PH CONTROLLERS, RAMP AND SOAK CONTROL-LERS, RESISTIVITY CONTROLLERS, SCR CON-TROLLERS, SCR POWER CONTROLLERS, SETPOINT CONTROLLERS, SEQUENCING CON-TROLLERS, TEMPERATURE CONTROLLERS; CONVERTERS, NAMELY A/D CONVERTERS, D/A CONVERTERS, CONVERTERS; DATA ACQUISI-TION SYSTEMS, NAMELY IEEE-488 DATA ACQUI-SITION SYSTEMS; DATALOGGERS, NAMELY BATTERY POWERED, HANDHELD DATALOG-GERS, INTELLIGENT DATALOGGERS, PORTABLE DATALOGGERS, PROGRAMMABLE DATALOG-GERS, TEMPERATURE DATALOGGERS; DETEC-TORS, NAMELY LEAK DETECTORS; DIALERS, NAMELY AUTODIALERS, TELEPHONE DIALERS; ELECTRODES, NAMELY COMBINATION PH ELECTRODES, CONDUCTIVITY ELECTRODES, EPOXY BODIED COMBINATION PH ELECTRO-DES, GLASS BODIED PH ELECTRODES, IN-LINE PH/ORP ELECTRODES, INDUSTRIAL PH/ORP ELECTRODES, ION SELECTIVE ELECTRODES, ISE ELECTRODES, LABORATORY PH/ORP ELEC-TRODES, MEASURING ELECTRODES, ORP ELEC-TRODES, OXIDATION-REDUCTION POTENTIAL ELECTRODES, PH ELECTRODES, PREAMPLIFIED PH ELECTRODES, REFERENCE ELECTRODES, RETRACTABLE PH/ORP ELECTRODES, SUBMER-SIBLE PH/ORP ELECTRODES, POWER CONTROL ELEMENTS FEEDTHROUGHS, NAMELY HER-METIC FEEDTHROUGHS, VACUUM FEED-THROUGHS, LABORATORY FEEDTHROUGHS, NAMELY COMPRESSION FITTINGS, TUBE FIT-TINGS; FLOWMETERS, NAMELY IN-LINE FLOW-METERS, MAGNETIC FLOWMETERS, MASS FLOWMETERS/CONTROLLERS, ULTRASONIC FLOWMETERS; GAGES, NAMELY DIAL GAGES, HANDHELD FORCE GAGES, STRAIN GAGES; HYGROMETERS, NAMELY DIGITAL THERMAL HYGROMETERS; INDICATORS, NAMELY ANA-LOG INDICATORS, ANALOG INPUT INDICATORS, ANALOG/FREQUENCY INPUT INDICATORS, FLOW/TOTAL/BATCH CONTROL INDICATORS, FREQUENCY INPUT INDICATORS, HUMIDITY AND RECORDER INDICATORS, LOOP INDICA-TORS, LOOP POWERED INDICATORS, MINI INDI-CATORS, MODULAR INDICATORS/CONTROLLERS/TRANSMITTERS, MOTOR ROTA-TION INDICATORS, PHASE SEQUENCE INDICA-TORS, PH INDICATORS, RTD INDICATORS, TEMPERATURE INDICATORS, THERMISTOR IN-DICATORS; INTERFACES; ISOLATORS, NAMELY LOOP ISOLATORS, LOOP POWERED ISOLATORS; JUNCTION BOXES, NAMELY LOAD CELL SUM-MING JUNCTION BOXES; LABELS, NAMELY LI-QUID CRYSTAL LABELS, TEMPERATURE LABELS; LACQUERS, NAMELY TEMPERATURE INDICATING LACQUERS; LOGGERS, NAMELY POWER LOGGERS; MANOMETERS, NAMELY HANDHELD MANOMETERS; METERS, NAMELY AC/DC METERS, AC CLAMP METERS, AIR VELO-CITY METERS, ANALOG METERS, BENCHTOP METERS, BENCHTOP CONDUCTIVITY METERS, BENCHTOP PH METERS, BENCHTOP DISSOLVED OXYGEN METERS, CONDUCTIVITY METERS, CONDUCTIVITY/TDS METERS, CURRENT ME-TERS, DATALOGGING PH/MV METERS, DC VOLT METERS, DEWPOINT METERS, DIGITAL METERS, DISSOLVED OXYGEN METERS, FLOW METERS, FREQUENCY METERS, HANDHELD METERS, HANDHELD DISSOLVED OXYGEN METERS, HANDHELD CONDUCTIVITY METERS, HAND-HELD STRAIN GAGE METERS, HANDHELD HU-MIDITY METERS, PANEL INSTRUMENTATION METERS, LABORATORY CONDUCTIVITY ME-TERS, LARGE DISPLAY METERS, LOAD METERS, LOOP POWERED METERS, LOAD CELL METERS, MICROVOLT METERS, MINIATURE METERS, OHM METERS, PANEL METERS, PANEL MOUN-TED METERS, PH METERS, PH/MV METERS, PH/KV/ISE METERS, PH/ORP METERS, POTENTIOM-ETERS, PORTABLE CONDUCTIVITY METERS, PORTABLE DISSOLVED OXYGEN METERS, POR-TABLE PH METERS, PORTABLE PRESSURE ME-TERS, POSITIVE DISPLACEMENT METERS, PRESSURE METERS, PROCESS METERS, PROCESS INSTRUMENTATION METERS, PROGRAMMABLE PROCESS METERS, QUADRATURE METERS, RATE METERS, REFERENCE POINT METERS, RELATIVE HUMIDITY METERS, RDT METERS, STRAIN-GAUGE METERS, SOLAR POWERED ME-TERS, STRAIN METERS, TEMPERATURE ME-TERS, SQUARE ROOT METERS, TEMPERATURE METERS USING INFRARED TECHNOLOGY, THERMISTOR METERS, THERMOCOUPLE RTD METERS, THERMOCOUPLE METERS, TRUE-RMS (ROOT MEAN SQUARE) METERS, TURBINE ME-TERS, VOLTAGE METERS, PLASTIC VORTEX ME-TERS, HARSH ENVIRONMENT VORTEX METERS, WATER METERS, WATERTIGHT PH METERS; MIXERS, NAMELY BUNG-ENTERING MIXERS, STATIC MIXERS; MODEMS, NAMELY SHORT HAUL MODEMS; MODULES, NAMELY INTELLI-GENT CONTROL MODULES, ISOLATION MOD-ULES, LOOP ISOLATOR MODULES, PROPORTIONAL FIRING MODULES, PULSE CON-TROL MODULES, SOLID STATE I/O MODULES; MONITORS, NAMELY CONDUCTIVITY MONI-TORS, DEWPOINT MONITORS, ENVIRONMEN-TAL MONITORS, HANDHELD PRESSURE MONITORS, HANDHELD TEMPERATURE MONI-TOR, POWER LINE MONITORS; MULTIMETERS, NAMELY DIGITAL MULTIMETERS, HANDHELD MULTIMETER, MULTI-FUNCTIONAL MULTIME-TERS, MULTIMETERS/THERMOMETERS; PA-

NELS, NAMELY POWER CONTROL PANELS; PAPERS, NAMELY PH INDICATING PAPERS; PELLETS, NAMELY TEMPERATURE INDICATING PELLETS; PLOTTERS; PRINTERS, NAMELY PANEL-MOUNT PRINTERS; PROBES, NAMELY CONDUCTIVITY PROBES; PROFILER, NAMELY TEMPERATURE PROFILER; PSYCHROMETERS, NAMELY SLING PSYCHROMETERS; CHEMICAL METERING PUMPS, DIAPHAGM METERING PUMPS, ELECTRONIC METERING PUMPS, LARGE CAPACITY METERING PUMPS, MICROPROCESSOR BASED CHEMICAL METERING PUMPS, LOW FLOW METERING PUMPS, PYROMETERS, NAMELY INFRARED RADIATION PYROMETERS; RECEIVERS, NAMELY PROCESS RECEIVERS; RECORDERS, NAMELY ANALOG RECORDERS, BATTERY POWERED RECORDERS, BENCHTOP RECORDERS, CIRCULAR RECORDERS, COMPACT RECORDERS, DISTRIBUTED PROCESS RECORDERS, EVENT RECORDERS, FLATBED RECORDERS, FUNCTION RECORDERS, HYBRID RECORDERS, INDICATING RECORDERS, INK JET RECORDERS, MICROPROCESSOR RECORDERS, PAPERLESS RECORDERS, PH RECORDERS, PORTABLE RECORDERS, PROGRAMMABLE RECORDERS, TEMPERATURE RECORDERS, THERMAL RECORDERS, THERMAL-ARRY RECORDERS, TRANSIENT RECORDERS, TREND RECORDERS, VERTICAL RECORDERS, X-Y RECORDERS; RELAYS, NAMELY INTRINSIC SAFETY RELAYS, MECHANICAL RELAYS, POWER SWITCHING RELAYS, SOLID STATE RELAYS, PUMP UP/PUMP DOWN RELAYS; ROTAMETERS, NAMELY ACRYLIC ROTAMETERS, GAS PROPORTIONING ROTAMETERS, INDUSTRIAL ROTAMETERS, LABORATORY ROTAMETERS, MULTIPLE TUBE ROTAMETERS; PURGE ROTAMETERS; SCANNERS, NAMELY PROCESS SCANNERS, TEMPERATURE SCANNERS; SEALS, NAMELY DIAPHRAGM PRESSURE SEALS; SENSORS, NAMELY CONDUCTIVITY SENSORS, CONDUCTIVITY/RESISTIVITY SENSORS, DISPLACEMENT SENSORS, LOW FLOW SENSORS, NON-CONTACT CONDUCTIVITY SENSORS; PADDLEWHEEL SENSORS, TORQUE SENSORS, VACUUM SENSORS; SIMULATORS, NAMELY PH ELECTRODE SIMULATOR, RTD SIMULATORS, THERMOCOUPLE SIMULATORS; SNUBBBERS, NAMELY PRESSURE SNUBBERS; COMPUTER SOFTWARE, NAMELY DATA ACQUISITION SOFTWARE, DATA ANALYSIS SOFTWARE, GRAPHIC PRESENTATION SOFTWARE; STANDARDS, NAMELY BENCHTOP PRESSURE STANDARDS, HANDHELD PRESSURE STANDARDS, MELTING POINT STANDARDS; STIRRERS, NAMELY LAB HOT PLATE/STIRRERS; SUPPLIES, NAMELY POWER SUPPLIES; SWITCHES, NAMELY CONDUCTIVITY LEVEL SWITCHES; LEVEL SWITCHES, DRY MATERIAL LEVEL SWITCHES, INDUSTRIAL FLOW SWITCHES, PADDLE TYPE SWITCHES, PRESSURE SWITCHES; RADIO FREQUENCY LEVEL SWITCHES, SINGLE STATION LEVEL SWITCHES; TACHOMETERS; TESTERS, NAMELY CONDUCTIVITY TESTERS, PH TESTERS, POCKET PH TESTERS, POCKET TESTERS, SOLDER SYSTEM TESTER; THERMOCOUPLES; THERMOMETERS, NAMELY BENCHTOP THERMOMETERS, BI-METAL THERMOMETERS, COMPOST THERMOMETERS, DIAL THERMOMETERS, DIGITAL THERMOMETERS, GLASS THERMOMETERS, HANDHELD THERMOMETERS, INFRARED THERMOMETERS, MICROPROCESSOR BASED THERMOMETERS, NON-CONTACT THERMOMETERS, PORTABLE THERMOMETERS, RADIATION THERMOMETERS; THERMOSTATS; TOTALIZERS, NAMELY RATAMETERS/TOTALIZERS; TRANSDUCERS, NAMELY AIR MASS FLOW TRANSDUCERS, AIR VELOCITY TRANSDUCERS, INFRARED TRANSDUCERS, PRESSURE TRANSDUCERS; TRANSMITTERS, NAMELY CHILLED MIRROR TRANSMITTERS, CONDUCTIVITY, CONTINUOUS LEVEL TRANSMITTERS, DEWPOINT TRANSMITTERS, DIGITAL TRANSMITTERS, INFRARED TRANSMITTERS, INDICATING TRANSMITTERS, INDICATING TRANSMITTERS AND RECORDERS, INTELLIGENT TRANSMITTERS, PH TRANSMITTERS, PROGRAMMABLE TRANSMITTERS, RELATIVE HUMIDITY TRANSMITTERS, MODULAR INDICATOR/CONTROLLER TRANSMITTERS, PRESSURE TRANSMITTERS, RTD TRANSMITTERS, SMART TRANSMITTERS, TEMPERATURE TRANSMITTERS, THERMOCOUPLE TRANSMITTERS, TWO-WIRE TRANSMITTERS, TWO-WIRE CONDUCTIVITY TRANSMITTERS, TWO-WIRE PH TRANSMITTERS, TWO-WIRE RESISTIVITY TRANSMITTERS, WIRELESS TRANSMITTERS; LABORATORY TUBES, NAMELY PITOT TUBES; LABORATORY TUBING, NAMELY METAL TUBING, PLASTIC TUBING, RUBBER TUBING; VALVES, NAMELY METERING VALVES, SOLENOID VALVES, VOLTMETERS, NAMELY STRAIN-GAUGE/MICRO VOLTMETER; LABORATORY WIND TUNNELS; WIRE, NAMELY NICHROME RESISTANCE WIRES, SENSOR WIRES, SUPERCONDUCTIVE WIRES, THERMOCOUPLE WIRE; AND PARTS THEREFOR INDUSTRIALLY AND/OR SCIENTIFICALLY EMPLOYED, WITH RESPECT TO ALL THE GOODS IN THIS CLASS THAT ALL OF THE FOREGOING ARE FOR SCIENTIFIC AND INDUSTRIAL USE ALL OF THE FOREGOING ARE FOR SCIENTIFIC AND INDUSTRIAL USE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1973; IN COMMERCE 1-0-1973.

FOR: FURNACES, NAMELY BENCH TOP MUFFLE FURNACES; HOT PLATES; TAPES, NAMELY FLEXIBLE HEATING TAPES; MANTLES, NAMELY HEATING MANTLES; HEATERS, NAMELY AIR DUCT HEATERS, AIR GUN HEATERS, BAND HEATERS, CARTRIDGE HEATERS, CERAMIC RADIANT HEATERS, CIRCULATION HEATERS, COMFORT HEATERS, DRUM HEATERS, ELECTRIC STUD HEATERS, FINNED STRIP HEATERS, FINNED TUBULAR HEATERS, FLANGED IMMERSION HEATERS, KAPTON INSULATED FLEXIBLE HEATERS, OVER THE SIDE IMMERSION HEATERS, PROCESS AIR HEATERS, PORTABLE AIR HEATERS, RADIANT PANEL HEATERS, RING HEATERS, SCREW PLUG IMMERSION HEATERS, SILICONE RUBBER INSULATED FLEXIBLE HEATERS, SMALL TANK IMMERSION HEATERS, SPACE HEATERS, STRIP HEATERS, SUBSTRATE HEATERS, IMMERSION HEATERS, TUBULAR

HEATERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-0-1973; IN COMMERCE 1-0-1973.

FOR: PRINTED MATTER, NAMELY CATALOGS AND REFERENCE GUIDES CONTAINING PRODUCT ENGINEERING AND/OR TECHNICAL DATA, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-1973; IN COMMERCE 1-0-1973.

OWNER OF U.S. REG. NO. 1,465,220.

SER. NO. 74-480,757, FILED 1-21-1994.

J. TINGLEY, EXAMINING ATTORNEY