# United States Patent Office

708,731
Registered Dec. 20, 1960

AFFIDAVIT SEC. 8
ACCEPTED

PRINCIPAL REGISTER
Trademark

AFFIDAVIT SEC 15
RECEIVED 3-29-66

Ser. No. 95,127, filed May 31, 1960

Ω
**OMEGA**

Omega Louis Brandt & Frère, S.A. (Swiss company)
Bienne, Switzerland

For: ELECTRONIC TIME RECORDERS FOR AUTOMATIC PRECISION TIMING IN SCIENCE AND INDUSTRY, in CLASS 26.
First use 1957; in commerce 1957.
Owner of U.S. Reg. Nos. 25,036, 660,541 and others.