454 30 018/SP

## Application for Renewal

Mark: OMEGA & DESIGN

To the Commissioner of Patents and Trademarks:

OMEGA LOUIS BRANDT & FRERE S.A., a Swiss corporation, having a principal business address of 96 Rue Stampfli, Bienne, Switzerland

hereby requests that the Certificate of Registration No. __708,731__, dated __December 20, 1960__
and granted to __Omega Louis Brandt & Frere S.A., a Swiss corporation__

which __it__ now owns, be renewed in accordance with the provisions of Section 9 of the Trademark Act of July 5, 1946.

### Declaration

J. Meuwly and R. Vogt _____ declare

that they are Authorized Signatory and Manager, respectively,

of said applicant and that said applicant, as shown by the Patent and Trademark Office records, is the owner of Registration No. __708,731__; that the mark described therein is still in use in foreign commerce with the United States on each of the following goods recited in the registration — namely,

ELECTRONIC TIME RECORDERS FOR AUTOMATIC PRECISION TIMING IN SCIENCE AND INDUSTRY

that the attached specimen shows the mark as currently used; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that, these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this Declaration or Registration in connection therewith.

### Power of Attorney

Please recognize Boynton P. Livingston and Mason, Fenwick & Lawrence, a law firm comprised of Boynton P. Livingston, G. Cabell Busick, Thomas B. Van Poole, Edward G. Fenwick, Jr., Nathaniel A. Humphries and J. Timothy Hobbs, all members of the Bar of the District of Columbia, and all having an address at 310 OFC Building, 1730 Rhode Island Avenue, N.W., Washington, D.C. 20036, to file this Declaration, with full power of substitution and revocation, to transact all business in the Patent Office in connection therewith, and to represent the undersigned in all proceedings affecting the mark which may arise in the Patent and Trademark Office hereafter. All powers of attorney heretofore granted are hereby revoked.

### DOMESTIC REPRESENTATIVE

The said firm of Mason, Fenwick & Lawrence is hereby designated the registrant's representative upon whom notices or process in proceedings affecting the mark may be served, and all prior appointments in connection herewith are hereby revoked.

OMEGA LOUIS BRANDT & FRERE S.A.

By _____    _____
   J. Meuwly            R. Vogt
   (Title)
   Auth. Signatory      Manager
   (Date)
   Bienne, October 24th, 1980

Application for Renewal—Foreign