ATTORNEY DOCKET NO.: 1-1/,550

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark       : OMEGA
Registrant : Omega S.A.
Address    : 96 Rue Jakob Stämpfli, Bienne, SWITZERLAND
Reg. No.   : 708,731
Dated      : December 20, 1960

Assisstant Commissioner for Trademarks
Box POST REG - FEE
2900 Crystal Drive
Arlington, Virginia 22202

12-20-2000

U.S. Patent & TMOfc/TM Mail Rcpt Dt #40

## COMBINED SECTION 8 AND 9 DECLARATION

Sir:

The above-identified registrant requests that registration no. 708,731, granted to Omega S.A. on December 20, 1960 which it now owns as shown in the records of the Patent and Trademark Office, be renewed in accordance with the provisions of Section 9 of the Trademark Act of July 5, 1946.

The undersigned hereby appoints JESS M. COLLEN, a member of the New York Bar with an address at COLLEN LAW ASSOCIATES, P.C., THE HOLYOKE-MANHATTAN BUILDING, 80 SOUTH HIGHLAND AVENUE, OSSINING, NEW YORK 10562; Telephone No. (914) 941-5668, its attorney to file this declaration, with full power of substitution and revocation and to transact all business in the Patent and Trademark Office connected therewith, simultaneously revoking all previous powers of attorney.

Collen Law Associates, P.C., whose postal address is The Holyoke-Manhattan Building, 80 South Highland Avenue, Ossining, New York 10562 is hereby designated declarant's representative upon whom notices or process in proceedings affecting the mark may be served. Hanspeter Rentsch / Josiane Citiso declare that they are at present Administrator / Authorized Officer of __Omega S.A.__, the registrant, and is authorized to sign this application and renewal on its behalf;

THAT registrant owns Registration No. 708,731, that the mark shown therein is in use in Commerce on each of the goods recited in the registration, with the attached specimen showing the mark as currently used;

THAT all statements made herein of his own knowledge are true and that all statements

12/27/2000 GTHOMAS2 00000104 708731

01 FC:372          100.00 OP
02 FC:365          400.00 OP

made on information and belief are believed to be true; and further that these statements were made with the knowledge that wilful false statements and the like so made are punishable by fine or imprisonment or both under section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the renewal application or document or any registration resulting therefrom.

OMEGA SA (OMEGA AG) (OMEGA LTD.)

BY: Hanspeter Rentsch     Josiane Citiso
(Name)

_____     _____
(Signature)

Administrator              Authorized Officer
(Title)

DATED: _____

T20560.4

THE HOLYOKE-MANHATTAN BUILDING
80 SOUTH HIGHLAND AVENUE
OSSINING, NEW YORK 10562

# OMEGA ELECTRONICS
## aquatics

## Timing device ARES 21
### SPORTS TIMING



If you want the best, buy an Omega Electronics product

*The ARES21 has already been installed in hundreds of swimming pools world-wide.*

ARES is certainly the most powerful - and flexible sports timing device currently available. ARES-SV has been specifically configured to meet the requirements of aquatics disciplines, comprising swimming, synchronised swimming, diving synchronised diving and water polo. With the operational (sports) software installed in the associated PC, rule changes can be rapidly accommodated and customer systems updated.



| | | |
|---|---|---|
| SYNC | Input and output (relay) of synchronisation data |
| START | Input of start contact and output for LED of transducer |
| MAIN/BU | Power supply, 12V external |
| SCB | Scoreboard output (serial line output: 20mA current loop and RS 485 |
| PC | Computer channel, galvanically separated, serial line RS 232, full duplex |
| PRN | Printer output, galvanically separated, serial line RS 232, full duplex |
| GP | General purpose communication channel, (data handling) galvanically separated, serial line RS485, full duplex |
| OMT | Communication channel with chain of OMEGA microterminals (MTS) |

**LINE (1/2/3)** Serial inputs Diving/Synchro Swimming and water-polo

**HARNESS (1/2)** Inputs for timing Lines Swimming 2x30

### TECHNICAL CHARACTERISTICS



| | |
|---|---|
| Power Supply | External battery 10.8-14.4 V (NiCd or lead) |
| Temperature | Working 0° - 45°C |
| Power Consumption (typical) | ARES interface 400mA<br>Swim Harness 200mA/harness<br>MTO console 100mA/console |
| Timing System | Capacity 23:59:59.99, repetitive |
| Resolution | 1, 1/10, 1/100, 1/1000th sec |
| Relative Humidity | With no condensation 20% - 80% |
| Time Base | Frequency 16 MHz<br>Stability (0°-45°C) ±1ppm<br>Ageing renewable ± 5ppm |
| Dimensions | 410 x 285 x 80mm |
| Weight | 2,8 kg |

000560



ARES21 is an intelligent input/output interface with an on board buffer memory. Timing data is recorded for each input port and identified with a unique alphanumeric code. Data from the ARES interface is transmitted to the associated computer(desktop or notebook) via a standard serial line. All data processing then takes place in the computer.

The quantity of data stored (i.e. number of races or competitions) is only limited by the size of the hard drive, enabling results form previous races to be recalled for examination on the computer screen, for re-transmission to the scoreboard or re-printed.

The ARES concept is protected by a number of International Patents and the ARES interface is fully CE compliant.

### APPLICATIONS

Although very powerful, ARES is easy to use thanks to both the extensive "on board" help file and the full colour control screen with an interactive graphical representation of all key functions.

As such ARES is suitable for use at all levels of competition, through from school events right up to the World Championships and Olympic Games - where the power and versatility of the system have already been proven! Complying with FINA rules!

### PRINTED RESULTS

Printed data is actually available in two formats. Firstly, results are available (appropriate to that actual discipline) for each event, in an A4 format. Secondly a "protocol printer" may be connected directly to the ARES interface to print - in real time - all data recorded by ARES, such as lane number and time for swimming or judge number and score for diving.

### ARES DATABASE

The ARES concept enables start lists and event d. including title and records to be loaded into 1 main ARES database. This enables a full result to generated by ARES, including competitor name with this data available for transmission to the m. results printer or to a full matrix scoreboard.

Protocol information ca be provided to design( of external results systems to enable start lists be downloaded from the results system into t ARES database and for timing data to be upload from ARES into the results system.

### SCOREBOARD COMPATIBILITY

A variety of Omega Electronics scoreboards m. be driven directly by the ARES interface. The include single or multi-line numeric boards pl full matrix devices.

As well as transmitting pure timing data, ARES able to transmit competitor names and recoi information if the appropriate details has bee loaded into the ARES database.

### SECURITY

The ARES interface is operated from a twelve vo power pack - ensuring correct operation even in th event of a complete failure of the mains powe supply. The use of a notebook computer an battery operated A4 printer mean that the whol system may be operated from the pool side, c merely to enable the competition to continue unt mains power is restored.

Even when connected to a desktop computer, ARE. retains the appropriate timing data in its interna buffer memory - ready for processing as soon as th( PC is operational once more.

### OPTIONS



3330-621   ARES
Single power supply 230 V



9051-639   ARES
online printer

*Represented by:*

The information contained within this document may be modified without warning.
Omega Electronics cannot be held responsible for errors within this document nor for any subsequent nor consequential damages (including loss of profit) arising from its provision, nor performance or use of products described herein, which will be covered by another guarantee, contract or other legal document.

000561

OMEGA ELECTRONICS SA • P.O BOX 4161 • RUE DES PRÉS 149 • CH-2500 BIENNE 4, SWITZERLAND
PHONE ++41 32 3433 711 • FAX ++41 32 3433 808 • e-mail: info@omega-electronics.ch • Web: http://www.omega-electronics.ch



TIME KEEPING SYSTEM FOR SWIMMING POOL FIXED CABLING WITH BACKUP ON FINISH

000562



# THE SYDNEY 2000 OLYMPIC GAMES

OMEGA
ELECTRONICS





OMEGA ELECTRONICS

OMEGA ELECTRONICS HAS A LONG EXPERIENCE IN TIMING OLYMPIC GAMES. OUR ENGINEERS WERE ACTIVELY INVOLVED IN SYDNEY IN DIFFERENT SPORTS



OPERATOR FOR WATERPOLO — OE, Cédric Caillet
OPERATOR FOR SWIMMING — OE, P.E. Lüthi



OPERATORS FOR ATHLETICS — OE, P. Richard / USA, G. Gibbons
OPERATOR FOR SWIMMING — Germany, J. Quandt



OPERATOR FOR AQUATICS — Canada, M. Lefebvre
OPERATOR FOR ATHLETICS — OE Australia, P. Du Plessis



OPERATOR FOR ATHLETICS & THRIATLON — OE, M. Müller
OPERATORS FOR EQUESTRIAN — OE UK, S. Huffer & S. James

P.S.: Missing on this list: Italy, P. Capanni - UK, T. Colman/C. Walker

000561

OMEGA ELECTRONICS SA • P.O. BOX 4161 • RUE DES PRÉS 149 • CH-2500 BIENNE 4, SWITZERLAND
PHONE ++41 32 3433 711 • FAX ++41 32 3433 808 • e-mail: info@omega-electronics.ch • Web http://www.omega-electronics.ch

A COMPANY OF SWATCH GROUP





Charlety Stadium - Paris, France

WHERE THE ACTION TAKES PLACE!

PLEASE, HAVE A SEAT.


000560

OMEGA ELECTRONICS SA • P O BOX 4161 • RUE DES PRÉS 149 • CH-2500 BIENNE 4, SWITZERLAND
PHONE ++41 32 3433 711 • FAX ++41 32 3433 808 • e-mail: info@omega-electronics.ch • Web: http://www.omega-electronics.ch

A COMPANY OF THE SWATCH GROUP

# SOFTWARE

# OMEGA
## ELECTRONICS



000566

# ORCHESTRATED IMAGES



Openness to the outside world

000567



000563

# Galactica 2001

## GENERAL CONCEPT

The Galactica 2001 software package provides the user with a highly sophisticated tool for sports management on Omega Electronics matrix scoreboards (black/white or colour) and is remarkable for the excellent sociability of its operator interface.

## HARDWARE BASICS

The key elements of a system for running the Galactica 2001 software are:
- a PS/2 or a PCI bus computer built around an Intel microprocessor, with 16 Megabytes of memory and
- an Omega printed circuit board to interface with the Matrix Board Driver.

## OPERATING SYSTEM

Programs were developed to run under the IBM OS/2 WARP Operating System with true multitasking i.e. running several programs simultaneously. Thus, running times can be processed and an image generated and shown on screen, whilst the operator is editing data on the Editor facility.

The Presentation Manager, a user interface for graphics, manages the screen whilst greatly simplifying interaction with the computer. Operations are performed by selecting menu options and "dragging" items around. Additional options are available in submenus and dialog boxes, using keyboard or mouse.

## GALACTICA 2001 PROGRAM

Galactica 2001 can produce image files or receive input data from various external devices, make them compliant and finally send them to the scoreboard. It also provides numerous specialized functions.

### Window Format Editor
The board can be split into several windows treated individually as independent boards, using the Window Format Editor.

### Display Director
The Display Director interacts with the scoreboard, collating image data for transmission and choosing how to transmit it to the board.
There are 2 main groups of special effects:

**Transition from one image to another**
Scroll: new image pushes out old one
Slide: new image slides in over old one
Curtain: new image revealed line by line
Diaphragm: new image in a rectangle growing out from centre
Draughtboard: squares of new image gradually fill in
Salt & pepper: random speckles gradually fill in
Venetian: "rotating slats" contain new image
Teletype: new image blocks are "typed in" in sequence

**Eye-catchers**
Blink: the image blinks on and off
Bijou: twinkling bubbles run round border
Glitter: random spots twinkle inside image

These are used to attract attention to important messages or advertising.

### The Graphic Editor
With the Graphic Editor the operator can make his own pictures or receive images from an external device such as scanner or camera. *Paint* functions (dot by dot, line, box or circle) enable images to be created. Partial images can be dropped into a *Clipboard* for duplication, stretching, horizontal or vertical flip-over.

### Text Editor
The Text Editor generates texts over whole display surface of the board. All OS/2 fonts can be used as well as specially designed Omega fonts. Several fonts may be used in any one image and even single characters may be given a specific font and colour. Horizontally, a character can be pinpointed on a specific matrix. The usual editing tools are available e.g. margins, tabulation, line center and justification to left or right.
Text in a single line travels on to, across and off the screen in the *Newscast* effect.
There is no vertical limitation to an image. A speech of several board pages can be edited on same file and shown on board with a *Float* effect.

### Animation Editor
An animated sequence consists of a series of images. The Animation Editor interacts with the Graphic Editor and can store and manage this type of file.

### Sports Makers
There are software packages dedicated to specific sports.

Omega Electronics S.A.    P.O. BOX 6    -    CH 2500 Bienne 4    -    Switzerland
Tel  ++41 (0) 32 3433 711  Fax  ++41 (0) 32 3433 808  -  e-mail: hq@omega-electronics.c



# Timekeeping and scoring is our job!

## We did it in Atlanta!
## We did it in Perth!
## We will do it in Sydney!
## We can do it for you!

Integrated systems including timing devices, touchpads, starting platforms, portable or fixed cabling, starting devices, numeric and full matrix scoreboards, scoring systems for swimming, diving, synchronized swimming and water polo.

OMEGA ELECTRONICS SA • P.O. BOX 6 • CH-2500 BIENNE 4, SWITZERLAND
PHONE ++41 32 3433 711 • FAX ++41 32 3433 808 • e-mail: hq@omega-electronics.ch • Web: http://www.omega-electronics.ch

A COMPANY OF THE SWATCH GROUP

# ΩOMEGA
ELECTRONICS

000570