Mark: OMEGA and Design

Reg. No. 1,290,661

Int. Classes: 9 and 14

## DECLARATION UNDER SECTIONS 8 AND 15

Comes now OMEGA S.A., a corporation of Switzerland, by Edouard Boutellier and W. Robert Coutts, its respective vice-president and trademark counsel, who, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this document, declare:

That OMEGA S.A. owns the above-identified registration, issued August 21, 1984, as shown by records in the Patent and Trademark Office.

That the trademark shown in said registration has been in continuous use in commerce with the United States for five consecutive years from the date of the registration to the present, on or in connection with all the goods of Classes 9 and 14 (U.S. Classes 26 and 27) recited in the registration.

That the mark shown therein is still in use in commerce with the United States is evidenced by the attached facsimiles showing the mark as currently used in Class 9 and in Class 14.

TL 08/22/90 1290661        0 311    400.00 CK

-1-

That there has been no final decision adverse to registrant's claim of ownership of such mark for such goods, or to registrant's right to register the same or to keep the same on the Register, and that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.

That declarants are authorized to execute this document on behalf of registrant corporation, and that all statements made herein of their own knowledge are true and all statements made on information and belief are believed to be true.

OMEGA S.A.

By *[signature]* X
   Name: Edouard Boutellier
   Title: Vice-president

Date: July 26, 1990

By *[signature]*
   W. Robert Coutts
   Trademark Counsel

Date: July 26, 1990

-2-

### POWER OF ATTORNEY

OMEGA S.A. hereby appoints FRANCIS M. O'CONNOR, Registration No. 17,556 and RICHARD S. SHENIER, Registration No. 20,405 -- all attorneys at law, and all of 380 Lexington Avenue, New York, New York 10168, U.S.A. -- and each of them constituting the firm of SHENIER & O'CONNOR, Registration No. 19,298, its attorneys to file this declaration and to transact all business in the United States Patent and Trademark Office in connection therewith.

OMEGA S.A.

By _____
Name: Edouard Boutellier
Title: Vice-president

By _____
W. Robert Coutts
Trademark Counsel

### DESIGNATION OF DOMESTIC REPRESENTATIVE

The firm of Werner, Kennedy & French, whose postal address is 220 East 42nd Street, New York, New York 10017, U.S.A., is hereby designated applicant's representative upon whom notices or process in proceedings affecting the mark may be served.

OMEGA S.A.

By _____
Name: Edouard Boutellier
Title: Vice-president

By _____
W. Robert Coutts
Trademark Counsel

-3-

# SYMBOL CLASSIC
## The Watch Remembered and Redefined.

Omega finds fresh inspiration in classic watch design, endowing it with new elegance of form, greater simplicity of line, ultimate sophistication of mood. Symbol Classic: in honor of its power to engrave all the Significant Moments it accompanies in the wearer's memory.

These masterpieces epitomize the standards of fastidious styling and technical perfection which have made Omega a highly esteemed name for many generations. Proportioned for men and women, with gently curved cases of 18K gold or a combination of 18K gold and stainless steel. Many dial colors. Men's models include a date indicator. All designs available with supple metal bracelets or with fine leather straps.

Symbol Classics have quartz movement, scratchproof sapphire crystal and water resistance to 30 meters.



CL. 14



# OMEGA ELECTRONICS

# OTR 7-AT 05
## Data Sheet

CL. 9



**TION**

The OTR 7-AT 05 is a computer which measures and displays the times attained during athletic competitions.
It can be incorporated into automatic timing systems of varying complexity, the latter being determined by the importance attributed to the competition as well as by the regulations in force.
Refer to document E 5012-0650-02

The OTR 7-AT 05 controls and generates the instantaneous times of athletic competitions, distributing them to the numerical field display boards, to the main public display board and to a video character generator.
It also generates two additional lines of static information for the display of reference times.

This is a method based on the time lapse during which the light beam of a photoelectric cell is interrupted in relation to the thickness of the athlete's body.
Ranking of each competitor is obtained to within 15/100ths of a second.
Refer to documents 0013-0350 and 0013-1510.
It is a function which is particularly useful for training or for youth and school competitions, in that a photosprint camera is not required.

**SSING**

The OTR 7-AT 05 has a data-processing output which may also be assigned to the control of a second display board or a video character generator.

All times are recorded in time of day. This guarantees maximum operating security as well as optimal management and control of the competition.
Thus, it is possible to introduce a start time at any given moment – even after the finish – so that several races may be handled concurrently.
It also transmits the time of day.

**OMMAND**

The OTR 7-AT 05 – depending on operating mode – will accept opening or closing contacts.

The unit is equipped with a thermo-compensated precision quartz, which is essential to ensure adequate stability for operations in real time and in a multi-apparatus timing context.

The OTR 7-AT 05 functions on internal or external accumulators, thus ensuring immunity to mains power failures and providing both autonomy and mobility.
Results stored in the memory are retained, even when the apparatus is switched off.

**Y**

Two standard modules are available on option:

**Repeater LP 02**
With this programme the OTR 7 can be used as a remote printer for:
– recording wind speeds from the WSM-2 anemometer
– printing the log of results displayed on the OIN 11 field display
– printing jumping and throwing results coming from the Jena Measurement Reta Sport tachometer.

**Games Module PT 01**
This enables the management of playing times along with indication of the score.
The ON/OFF functions can be remote controlled.

**S**

The OTR 7-AT was used on the following occasions:

| | | |
|---|---|---|
| Olympic Games | Los Angeles USA | 1984 |
| World Cup | Canberra (Australia) | 1985 |
| European Championships | Stuttgart (W. Germany) | 1985 |
| Universiade | Zagreb (Jugoslavia) | 1987 |
| Olympic Games | Seoul (S. Korea) | 1988 |