DESCRIPTION | OPTIONS



### Windmeter ALIZÉ DESCRIPTION

The Alizé is a compact and completely self-contained meteorological instrument. All components are enclosed in a sealed, weather-proof cylinder. The package contains a microprocessor for determining weather parameters, performing self-diagnostic tests, and transmitting data and status information. The Alizé is an intelligent device capable of transmitting data over a RS485 and RS232 serial digital interface.

### Standard Features
Wind speed measurement
Wind direction measurement
Air temperature measurement
Barometric pressure measurement
Density altitude compensation of wind measurements
Automatic cyclic self testing and reporting
RS485 and RS232 serial digital output for connecting to a computer (Scan'O'Vision) or a PowerTime.

Alizé can be connected to a Powertime or to a Scan'O'Vision so the wind measurement will be inserted automatically in the photofinish results.

Data Sheet to download

CLOSE

Compare The **Price**, Compare The **Quality**, Compare The **Service** = **OMEGA ELECTRONICS**

October 29, 2003

**Time of Day**

**Home**

**Products**

**Live Timing**

**Installation Diagrams**

**Download**

**Contact Us USA**

**Timing Special**

Ω
OMEGA

# OMEGA *Alizé* Wind gauge







The Alizé are regular winds blowing in a third of the earth's surface. *Alizé* is also the name of the new OMEGA wind gauge. This device can be used in athletics to measure the wind in the competitor direction for sprint races and long jump according to the IAAF rules. But it also measure the wind direction, so it can be used in rowing, canoe and kayak.

The *Alizé* Automatic Weather Station incorporates an innovative wind velocity and direction sensor that detects Thermal Aura Variation (TAV) caused by the wind flowing past a heated cylinder.

The *Alizé* is a rugged and reliable, all solid-state automatic instrument **with no moving parts**. It reports wind speed and direction, air temperature and barometric pressure.

The *Alizé* is a compact and completely self-contained

# OMEGA *Alizé* Wind gauge





The Alizé are regular winds blowing in a third of the earth's surface. *Alizé* is also the name of the new OMEGA wind gauge. This device can be used in athletics to measure the wind in the competitor direction for sprint races and long jump according to the IAAF rules. But it also measure the wind direction, so it can be used in rowing, canoe and kayak.

The *Alizé* Automatic Weather Station incorporates an innovative wind velocity and direction sensor that detects Thermal Aura Variation (TAV) caused by the wind flowing past a heated cylinder.

The *Alizé* is a rugged and reliable, all solid-state automatic instrument **with no moving parts**. It reports wind speed and direction, air temperature and barometric pressure.

The *Alizé* is a compact and completely self-contained meteorological instrument. All components are enclosed in a sealed, weather-proof cylinder. The package contains a microprocessor for determining weather parameters, performing self-diagnostic tests, and transmitting data and status information. The *Alizé* is an intelligent device capable of transmitting data over a RS485 and RS232 serial digital interface.

### Standard Features

- Wind speed measurement.
- Wind direction measurement.
- Air temperature measurement.
- Barometric pressure measurement.
- Density altitude compensation of wind measurements.
- Automatic cyclic self testing and reporting.
- RS485 and RS232 serial digital output for connecting to a computer (Scan'O'Vision) or a PowerTime.

| About Thermal Aura Variation (TAV) Technology ||
|---|---|
| The TAV instruments senses wind velocity and direction by applying the thermal aura variation principle to a heated cylinder exposed to winds. This principle is easily demonstrated when using a wet finger to sense the wind speed and direction.<br><br>The TAV transducer is a small, rugged cylinder with several minute vertical transducers mounted symmetrically around its outer surface. The cylinder's core is heated to a controlled, constant temperature of 50°C above the ambient temperature. When there is no wind, the cylinder's thermal field radiating from the central heated core is homogeneous and all the vertical transducers sense the same signal level. As the wind blows, the cylinder's thermal field changes. Because the TAV transducer is cylindrical shaped, its thermal aura forms a symmetrical parabola shape in the wind. The signals from the vertical sensors are used by the microprocessor to determine the parabolic form and derive the wind direction.<br><br>The amount of energy required to maintain the cylinder's central core at a constant temperature is the main information used to determine the wind velocity. Since thermal radiation and convection are influenced by ambient temperature and barometric pressure, measurements of these parameters are used in the wind determination; thereby, compensating for extreme meteorological conditions or low wind velocity. | **TAV Principle**<br><br>No wind<br><br>Wind |

**Utilisation :**
We have two using configuration, the stand alone and the Scan'O'Vision connection.

The stand alone is for long jump or sprint races; a dedicated operator will manually start the measurement according to the rules. In these cases, a PowerTime is used as user interface. A dedicated software allow you to choose the measurement duration, the scoreboard connection and will display and print all the results (wind speed in race direction, temperature and barometric pressure). A scoreboard can optionally be connected.



With the Scan'O'Vision connection, the OMEGA Alizé windmeter is directly connected and commanded by the Scan'O'Vision Software; so the measurements will automatically be inserted in the photofinish results. In this configuration, the start of the measurement can be manually given by the OSV operator or automatically with the start detection.



## Technical Specifications

**Wind Speed**
  Range :                    0 - 6 m/s
  Accuracy (RMS) :           0.06 m/s

**Wind Direction**
  Azimuth :                  0 - 360° (no electrical gap)
  Accuracy (RMS) :           +/- 4°

**Air Temperature**
  Range :                    -10°C to +50°C
  Accuracy (RMS) :           +/-1°C

**Barometric Pressure**
  Range :                    600 to 1100 mbar
  Accuracy (RMS) :           +/- 4 mbar

**Input voltage :**          9 to 30 VDC

**Power**
  At wind 0m/s :             4.8W
  At wind 6m/s :             7.0W

**Operating temperature :** -10°C to +50°C

**Dimensions :**
  Height (without tripod) :  285mm
  Maximum diameter :         105mm

 For more information please get in contact with: *sport@omega-electronics.ch*

*HomePage* / *Products* / *Installations* / *Download* / *Sport* /
*RFID* / *Passenger Information Systems* / *Company*