DESCRIPTION | OPTIONS



**Timer POWERTIME DESCRIPTION**

The software is downloaded through a series connection (RS232). New versions as well as new applications are available at all times free of charge on powertime download. The POWERTIME has several in/out connectors, so that it can be linked to the necessary peripherals. One start entry and one stop are used to connect push buttons or photocells (extendable up to 9 entries using the optional external connection boxes).

A serial connection (RS485) is used to connect the device to a display board (for example the RollerTime 3340-600) and another series connection (RS232) is used to connect the device to a PC so that the results can be transferred to another software. Thanks to the existing peripherals the POWERTIME assures the processing of athletic, ski and swimming (harness with a push button per swimming line) competitions. It is also used for measuring speed and has many other applications.

**Available configurations**

- Standard
- Ski
- Dual
- Track and Field
- Swimming

The POWERTIME contains all the know-how of Omega Electronics, official time-keeper of over 25 sessions of the Olympic Games. The device, taking advantage of the latest micro-electronic innovations, successfully meets all of the users'requirements.

**Software overview**

- Are you responsible for the time-keeping of a marathon or cycling race?
  All you have to do is give the signal for the race to start either manually or with a pushbutton. Then you connect a photocell (for example the Transtime 3359-900) on the finishing line and the will register the time at which up to 2000 athletes pass the finishing line.
- Would you rather do the time-keeping in school swimming races?
  Connect a StartTime 2850-737 (a start device which gives a loud acoustic signal) and a swimming harness with a push button at each swimming line. The childrens' parents will press the button enthusiastically as their child ends the race.

**Software descriptions**
Softwares free of charge in the download section

- Standard
    - Individual start: used as for ski competitions, who each competitor has a start and arrival time.
    - Collective start: this mode you will use in competitions like marathon, where you have one start time and one arrival time for each competitor.
    - Day time: allows you to show the day time at any event. It ist useful if the Powertime is used as a backup device for an other system.
    - Speed: this mode gives you the possibility to measure the speed of each competitor between two photocells.

  Directions for use The assembling of all functions is presented on a manual chronograph; it is possible to initiate the timing and to take for example the time per round an athlete needs during training or else to measure different performances by having the possibility in adding up with the manual mode.

- Ski
  All the standard module functions (without the manual part) are available in the ski module. This offers a possibility to realize courses on several control columns and the time of a parallel ski course.
- Dual
  This program reveals how useful it can be when the distance between departure and arrival is several kilometers

(ex: a cross-country ski course or rally). A Power Time can register all the departures and another all the arrivals. Finally at the end of the course both PowerTimes are connected to each other, so that the departure time can be transfered to the arrival PowerTime. The arrival PowerTime is able to calculate the effective time, print and send to the computer output.

- Top-8
  This program is used for timing track courses, like for athletics and swimming. Beneficiale is the extern entry branched either on the 9 entry box or the harness. A departure signal is part of the course, as the program can memorize up to 8 arrivals at the same time.

*3361.900 PowerTime*

Data Sheet to download

CLOSE

# PowerTime





The *POWERTIME* is a lightweight, hand held, battery operated timing computer with the following built in features:

- 4 line, 16 character LCD display, thermal printer
- Keypad with ten numeric keys and eight function keys.
- Connections for external start devices and up to eight separate finish devices
- RS232 and RS485 outputs allowing connection to a PC serial port or scoreboard
- Socket for connection to supplied external power supply

These features, combined with the 2,000 competitor memory and the thermally compensated time base make *POWERTIME* the most Powerful and adaptable hand held timing system in the world. No wonder then, that in the U.S.A. alone *POWERTIME*'s are being used for a range of sports as diverse as swimming, track, marathon, cross country running, canoeing, mountain biking, windsurfing, athletics, and in line speed skating to name but a few.

### The *POWERTIME* family of products and accesories.

The flexibility of the *POWERTIME* system means that it can be used in conjunction with start transducers, acoustic start devices, ski start gates, photocells, touchpads, tape switches, in fact almost any device that is used to trigger the start and finish of a race. New software can be loaded onto the *POWERTIME* from a PC via the serial port and software updates and new programs are available for download free of charge from the Omega Electronics website.

Results can be sent to a PC or a scoreboard such as the Omega Electronics UNT8. Depending on the program being used, it is also possible to send data to a scoreboard and to a PC at the same time. Software is available for your PC that captures the PowerTime data and allows you to import it into other applications. PowerTime Receiver Windows Software

To date, software is available to time races with a common start, staggered starts, races requiring just the time of day of each pulse to be logged and for speed traps. Specially written software is also available for sports such as

rally driving and other sports where the start and finish may be long distances apart, mountain biking, skiing, measuring start reactions and for track athletics and swimming (up to eight lanes).

For more information and pricing please contact:

GDG Inc.
1463 SE 8th Court
Deerfield Beach, Florida
33441

Tel: 954 494 8669
Fax: 954 428 3887
info@omegaelectronicsus.com