

**PRODUCTS & PRICE LIST**

December 2001

# RFID & SRFID
# Secured Radio Frequency IDentification



Ω
OMEGA
ELECTRONICS

Reader
Transponder
Antenna
Applications software

SWATCH GROUP

000843

All prices are indicative and given in Swiss Francs, ex-factory, unpacked and taxes not included

Every effort has been made to ensure dimensions and other technical details are correct.
However, Omega electronics accept no responsibility for errors.
Omega Electronics have a policy of ongoing product improvement and therefore reserve the right to alter without any notice their specification and design.
All goods are subject to the company's standard terms and conditions

000844

# Ω OMEGA
### ELECTRONICS

## Table of Contents

| | |
|---|---|
| Omega Electronics company | 4 |
| What is RFID | 5 |
| Open system and secured system description | 6 |
| Multi-applications and multi-operators description | 7 |
| Chip Set and Core Module description | 8 |
| PCB and Packaged Module description | 9 |
| Handy description | 10 |
| Specific solutions | 11 |
| Transponders description | 12 |
| Antennas description | 13 |
| Chip Set and Core Modules order # and price | 14 |
| PCB modules order # and price | 15 |
| Packaged modules order # and price | 16 |
| Antennas order # and price | 17 |
| Transponders order # and price | 18 |
| How to access | 20 |

000845

SWATCH GROUP

Ω
**OMEGA**
ELECTRONICS

## OMEGA ELECTRONICS

A company of the Swatch Group with its head quarter at Biel Switzerland.
Omega Electronics is active in three business lines



### Sport timing



### Passenger information systems

Railways

Bus

Airport



### RFID products
Set the standard

Multi applications



Multi applications

Page 4

000846

SWATCH GROUP

Ω OMEGA
ELECTRONICS

# What is RFID

## Principles

RFID means Radio Frequency IDentification

A basic RFID solution is an assembly of different parts:

Transponder, reader, peripheral, terminals

## Wireless system

The reader and the transponder (also called tag) are working as a wireless system.

The system is based on a magnetic coupled communication, the transponder and the reader have both a resonance circuit tuned to the same frequency.

The reader provides energy to the transponder by an electromagnetic field.

By modulating this field the reader can communicate with the transponder.

## Examples of applications

- Internet access
- Access control
- Timing
- Ticketing
- Logistic
- Electronic Purse

## Basic system setup



Ω
OMEGA
ELECTRONICS

# Omega Electronics RFID/SRFID description

Omega Electronics has developed RFID products and different RFID/SRFID operating systems

- Open system
- Secured system
- secured Multi-application system

## Open system

The open system called <u>PC dialogue</u> is the most basic one, the transponder memory and the communication protocol between readers and transponders are fully open



## Secured system

The secured system called <u>S-Link</u> offers a single application with a double encryption:

1. An encrypted communication protocol between the reader and the transponder
2. Encrypted data on transponders memory



# Omega Electronics RFID/SRFID description

## Secured Multi-application system

The Secured multi-application system called SMA-Link is based on the same double encryption as described before.

The Link offers the best solution for the management of **multi-application** for one or **multiple operators**, up to four independent operators each with several potential applications

Four different applications can be loaded on one transponder and are protected (firewall) from each other but also by operators



SWATCH GROUP      © 2002 OMEGA ELECTRONICS

000849

**OMEGA**
**ELECTRONICS**

## Omega Electronics products description

### Chip set

The best solution for integrators who want to design their own reader

The Chip Set contains the RF (radio frequency front end) integrated circuit, a microprocessor and an antenna

The Chip Set is able to work with several transponders like Swatch watches, ISO cards, key ring,...

| | |
|---|---|
| Operating system: | PC dialogue or Link (S-Link on request) |
| Serial interface: | CMOS |
| Input: | 2 |
| Output: | 3 |
| Temperature of use: | -40°C to 85°C |

Option: Omron protocol

### Core Module

Small size and high performance solution for integrator who want a low-level interface (CMOS) for direct integration in terminals, or USB and RS232 for direct connection to computer

Core Module are able to work with several transponders like Swatch watches, ISO cards, key ring,...

The CMOS Core Module is designed for several antennas and with two connecting system:
- 2.54mm connector for a simple CMOS- integration (access to serial interface only)
- 1mm PLCC connector for extended integration (access to all processor signals)

The USB and RS232 are prepared for the right connection

| | |
|---|---|
| Operating system: | Link (PC Dialogue, S-Link on request) |
| Serial interface: | CMOS or RS232 or USB |
| Power supply: | 5V |
| Temperature of use: | -40°C to 85°C |
| Size: | 18 x 21mm (CMOS) |

© 2002 OMEGA ELECTRONICS                                              SWATCH GROUP

000850



# Omega Electronics products description

## PCB Module

High-performance read and write module with PC dialogue, S-Link (on request) or Link operating system
Ideal for direct and quick implementation
Ready to drive relays, Door lock,...
Working with different transponders like Swatch watches, ISO cards, key rings,...
Designed for several reading range and for several external antenna size
Distance between readers and antenna up to 15m with standard cable



Serial interface:      RS232 or RS485 or USB
Input:                 2
Output:                3
Additional feature:    2 led
Power supply:          5-12V / 60mA
Temperature of use:    -40°C to 85°C
Dimensions:            35 x 50 x 12mm
Reading range:         from 2mm up to 30 cm
Antenna cable length:  up to 15m
Option: Omron protocol; Stand-alone functionalities

## Packaged Module

Custom or standard packaging for PCB Module

Serial interface:    RS232 or RS485 or USB
Temperature of use:  -40°C to 85°C
Reading range:       from 2mm up to 30 cm
Powered by :         external 240V/12V adaptor or mouse connector or USB connector

Option: Omron protocol







SWATCH GROUP         © 2002 OMEGA ELECTRONICS

000851





## Handy RFID Unit

With integrated core module / SMA-Link operating system

Price: On request
Type Axiome Barman

| Electronics |
|---|
| Micro-controller : 8 bit CMOS, 8 KB bootstrap loader EPROM<br>Program memory : 64 KB flash memory<br>Data RAM : 512 KB or 1MB SRAM<br>Power supply : 4 NiCad 200 mAh, rechargeable<br>Autonomy : approx. 12 hours, when reading every 20 seconds<br>Programming : AXEL compiler (BASIC like) or C |
| **Physical** |
| Technology : SMT<br>Dimensions : 167 x 56 x 38mm (6.57 x 2.2 x 1.5 in.)<br>Weight : 190 g (6.7 oz.) with batteries<br>Buzzer : piezoelectric, programmable in frequency and duration<br>LED : programmable red / green<br>Display : high contrast LCD 4 x 16 characters plus icons, back light<br>Calendar / Clock : quartz RTC, date and time<br>Keyboard : 25 silicone rubber keys |
| **Environment** |
| Operating temperature : -20°C to 50°C<br>Storage temperature : -20°C to 50°C<br>Relative humidity : 95% non condensing<br>Protection standard : IP65<br>Electrostatic charges : IEC 801 - 2 (up to 15 kV) |


OMEGA
ELECTRONICS

# Omega Electronics applications specific solutions

**Omega Electronics develops customized application based on customer specifications**

## On board secured applications

Omega Electronics develops specific custom on board applications.
These applications are downloaded by Omega Electronics in the different Chip Set, Core Module, PCB module or packaged module. These applications are protected by customer and could be encrypted with Omega Electronics cryptology
For independent customer security Omega Electronics recommends secured applications

## PC specific applications example

Omega Electronics specific custom applications, on personal computer

For Windows 98, Windows NT, Windows 2000, linux



PC Access software

## Network specific applications example

Omega Electronics specific intranet or internet interfaces and solutions.

Internet ticketing software

## Specific system peripherals integration samples



SWATCH GROUP


Integrated antenna 5 cm reading range for a watch
2 LEDs (red & green)
Power supply 12V
IC interface RS232 USB or RS485

© 2002 OMEGA ELECTRONICS


For example electric strike 12V 4.5W



Page 11

000853

Ω
OMEGA
ELECTRONICS

# Omega Electronics products description

## Transponder

A transponder is an assembly of an IC chip, a coil and a housing.
Omega electronics offers different kind of transponders (also called tags) for read only or read-write applications.
Omega Electronics transponders are dedicated for PC dialogue or S-Link or Link operating systems



Epoxy Disc

Pet Disc

Key

Wrist Band

Key holder

Cylinder Glass

ISO Card

© 2002 OMEGA ELECTRONICS

SWATCH GROUP

000854

# OMEGA
ELECTRONICS

## Omega Electronics products description

### Antenna

Omega Electronics has a large range of antennas and offers the possibility for custom size and packaging
All antennas are designed to work with Omega Electronics PCB Module
Omega Electronics PCB Module combined with an Omega Electronics antenna offers a reading range from several mm to 30 cm for an ISO-Card transponder (depending on antenna size)

Custom design and packaged antenna on request

Typical reading range for watches



Reading range       Antenna size
distance 5 cm       Ø 12 mm x 10 mm

Reading range       Antenna size
distance 8 cm       75 mm x 50 mm

Reading range       Antenna size
distance 12 cm      Ø 90 mm x 25 mm

Reading range       Antenna size
distance 16 cm      Ø 190 mm x 0.4 mm

Page 13

SWATCH GROUP                © 2002 OMEGA ELECTRONICS

000855

# Ω OMEGA ELECTRONICS

## Omega Electronics order # and price

## Chip Set

**PC dialogue**
Microcontroller, antenna (3368.622) and RF integrated circuit with PC dialogue operating system for CMOS interface

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|------|------|-------|---------|---------|
| Price: | 75.- | 63.- | 50.- | 38.- |

Order #: 3368.618
Type: PCD-CS

**Link**
Microcontroller, antenna (3368.622) and RF integrated circuit with Link operating system for CMOS interface

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|------|------|-------|---------|---------|
| Price: | 75.- | 63.- | 50.- | 38.- |

Order #: 3405.600
Type: MR-CS

**Other type on request**
Secured-Link operating system for CMOS interface, Omron Protocol, customized system

## Core Module

**Link**
With Link operating system for CMOS interface
PC dialogue, Secured-Link operating system on request

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|------|------|-------|---------|---------|
| Price: | 100.- | 90.- | 70.- | 60.- |

Order #: 3404.600
Type: MR-CM

**Other types on request**
PC-Dialogue, Secured-Link operating system for CMOS interface; Omron Protocol



## Omega Electronics order # and price

### PC Dialogue PCB Module

**PCD-RS232**
Read and write module with PC Dialogue operating system, RS232 interface and embedded antenna (3368.622)

| QTY:   | 1-49  | 50-99 | 100-499 | 500-999 |
|--------|-------|-------|---------|---------|
| Price: | 150.- | 125.- | 100.-   | 75.-    |

Order #: 3368.634
Type: PCD-RS232

**PCD-RS485**
Read and write module with PC Dialogue operating system, RS485 interface and embedded antenna (3368.622)

| QTY:   | 1-49 | 50-99 | 100-499 | 500-999 |
|--------|------|-------|---------|---------|
| Price: | 164. | 137.  | 110.    | 84.     |

Order #: 3368.635
Type: PCD-RS485

**Other types on request**
Omron Protocol, customized system

### Multi-application PCB Module

**MR-RS232**

Read and write module with Link operating system, RS232 interface and embedded antenna (3368.622)

| QTY:   | 1-49  | 50-99 | 100-499 | 500-999 |
|--------|-------|-------|---------|---------|
| Price: | 150.- | 125.- | 100.-   | 75.-    |

Order #: 3368.748
Type: MR-RS232

**MR-RS485**

Read and write module with Link operating system, RS485 interface and embedded antenna (3368.622)

| QTY:   | 1-49  | 50-99 | 100-499 | 500-999 |
|--------|-------|-------|---------|---------|
| Price: | 164.- | 137.- | 110.-   | 84.-    |

Order #: 3368.750
Type: MR-RS485

**MR-USB**

Read and write module with Link operating system, USB interface and embedded antenna (3368.622)

| QTY:   | 1-49  | 50-99 | 100-499 | 500-999 |
|--------|-------|-------|---------|---------|
| Price: | 170.- | 145.- | 120.-   | 90.-    |

Order #: 3368.656
Type: MR-USB

**Other types on request**

Omron Protocol, customized system

000857

Ω OMEGA ELECTRONICS

## Omega Electronics order # and price

### Packaged Multi-application Reader 232a

with Multi-application Module RS232 interface, internal antenna ,Gray housing 150x135x30mm, 1.5m SubD cable

Reading distance for a swatch access up to 12 cm

Powered by PC mouse connector



| QTY:   | 1-49 | 50-99 | 100-499 | 500-999 |
|--------|------|-------|---------|---------|
| Price: | 200.- | 180.- | 150.- | 125.- |

Order #: 3368-765
Type: MR-RS232PA

### Packaged Multi-application Reader 232b

with Multi-application Module RS232 interface, internal antenna ,Gray housing 150x135x30mm, 1.5m SubD cable

Reading distance for a swatch access up to 12 cm

Powered by external 220V/12V adaptor

| QTY:   | 1-49 | 50-99 | 100-499 | 500-999 |
|--------|------|-------|---------|---------|
| Price: | 200.- | 180.- | 150.- | 125.- |

Order #: 3368.766
Type: MR-RS232PAA

### Custom packaging on request

Integration with or without antenna

Some examples




Page 16

© 2002 OMEGA ELECTRONICS
All prices are indicative and given in Swiss Francs, ex-factory, unpacked and taxes not included

SWATCH GROUP

000858



## Omega Electronics order # and price



### Mini Antenna

Dimension: ? 12mm x 10mm
Typical reading range with ISO card: 8cm
Typical reading range with watches: 5cm

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|---|---|---|---|---|
| Price: | 8.- | 6.- | 5.- | 4.- |

Order #: 3368.622
Type: MAR12

### Rectangular antenna



Dimension: 35mm x 50mm
Typical reading range with ISO card: 13cm
Typical reading range with watches: 8cm

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|---|---|---|---|---|
| Price: | 10.- | 7.- | 6.- | 5.- |

Order #: 9039.8505
Type: RA3550

### Disc antenna 88

Dimension: Ø 88mm x 2.5mm
Typical reading range with ISO card: 18cm
Typical reading range with watches: 12cm

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|---|---|---|---|---|
| Price: | 10.- | 7.- | 6.- | 5.- |

Order #: 9039.8506
Type: DA88

### Very Flat Disc antenna 190



Dimension: Ø 190mm x 0.4mm
Typical reading range with ISO card: 26cm
Typical reading range with watches: 17cm

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|---|---|---|---|---|
| Price: | 25.- | 20.- | 15.- | 10.- |

Order #: 9039.8503
Type: FDA190

### Other custom types on request

Ω
**OMEGA**
ELECTRONICS

# Omega Electronics order # and price

## Key connector



Plastic connector for Key

| QTY:   | 1-49 | 50-99 | 100-499 | 500-999 |
|--------|------|-------|---------|---------|
| Price: | 37.- | 28.-  | 26.-    | 24.-    |

Order #: 3398-400
Type: KC-L

## Key Link

Link formated
Plastic key embedded read/write tag (EMV4050) in red or green
Temperature of use: -20°C to 80°C
Protection class: IP54

| QTY:   | 1-49 | 50-99 | 100-499 | 500-999 |
|--------|------|-------|---------|---------|
| Price: | 15.- | 11.-  | 10.50   | 9.25    |

Order #: 3398-615   3398-616
Type:    K-LR       K-LG

## Swatch access watches Link

Link formated

Type: Swatch type (please see Swatch catalog)

## Wrist band Link

Link formated
ABS embedded read/write tag (EMV4050) in black, red or blue
Temperature of use: -20°C to 80°C
Protection class: IP66

| QTY:   | 1-49 | 50-99 | 100-499 | 500-999 |
|--------|------|-------|---------|---------|
| Price: | 12.- | 11.-  | 9.50    | 8.-     |

Order #: 3398-610   3398-611   3398-612
Type:    WB-LR      WB-LN      WB-LB
Color:   Red        Black      Blue

© 2002 OMEGA ELECTRONICS
All prices are indicative and given in Swiss Francs, ex-factory, unpacked and taxes not included            SWATCH GROUP

000860

Ω
**OMEGA**
ELECTRONICS-

## Omega Electronics order # and price

### ISO card Link
Link formated
White PVC laminated embeded read/write tag (EMV4050)
Temperature of use:   -20°C to 80°C
Protection class:   IP

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|---|---|---|---|---|
| Price: | 10.- | 9.- | 7.80 | 6.10 |

Order #: 3398-600
Type: ISOWG-L

### Key holder Link
Link formated
ABS embedded read/write tag (EMV4050) in black, red, yellow, green or blue
Temperature of use:   -20°C to 80°C
Protection class:   IP66

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 | |
|---|---|---|---|---|---|
| Price: | 11.- | 10.- | 8.50 | 7.50 | |
| Order #: | 3398-605 | 3398-606 | 3398-607 | 3398-608 | 3398-6009 |
| Type: | KH-LR | KH-LN | KH-LY | KH-LG | KH-LB |
| Color: | Red | Black | Yellow | Green | Blue |

### Pet disc 30 Link
Link formated
Pet embedded read/write tag (EMV4050) transparent 30mm

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|---|---|---|---|---|
| Price: | - | - | - | 6.50 |

Order #: 3398-601
Type: PD-L30

Other dimensions (20mm, 50mm)

### Epoxy disc 30 Link
Link formated
Epoxy embedded read/write tag (EMV4050) Black 30mm
Temperature of use:   -40°C to 85°C
Protection class:   IP54

| QTY: | 1-49 | 50-99 | 100-499 | 500-999 |
|---|---|---|---|---|
| Price: | - | - | - | 7.90 |

Order #: 3398-602

Other dimensions (20mm, 50mm)

000861





ELECTRONICS

Omega Electronics SA
Rue des Prés 149
2500 Bienne 4
Switzerland

Phone: +41 323 433 711
Fax: +41 323 433 808
E-mail: info@omega-electronics.ch
www.omega-electronics.ch

SWATCH GROUP

RM-620-0001-55-B

000862