IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 4  12 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| OMEGA, S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No.: |
| ) | 3:01 CV 2104 (MRK) |
| OMEGA ENGINEERING, INC., ) | |
| OMEGA SCIENTIFIC, INC., ) | |
| OMEGA PRESS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION PURSUANT TO L.CIV.R. 83.1(d) PERMITTING VISITING ATTORNEY PAUL C. LLEWELLYN TO REPRESENT DEFENDANTS

Defendants Omega Engineering, Inc., Omega Scientific, Inc. and Omega Press, Inc. move that the Court, pursuant to L.Civ.R. 83.1(d), allow visiting attorney Paul C. Llewellyn to additionally represent them, along with current counsel, in this action.

Paul C. Llewellyn is a member in good standing of the Bar of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

Paul C. Llewellyn has not been denied admission or disciplined by this Court or any other Court. His current office address is Kaye Scholer LLP, 425 Park Avenue, New York, NY 10022-3598.

The granting of this Motion would not require a modification of the case scheduling order. Current counsel of record is not withdrawing from representation.

Doc # 3065816

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 4  12 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

OMEGA, S.A.,  )
              )
              )  Plaintiff,
              )
              )
     v.       )   Civil Action No.:
              )   3:01 CV 2104 (MRK)
OMEGA ENGINEERING, INC.,  )
OMEGA SCIENTIFIC, INC.,   )
OMEGA PRESS, INC.,        )
              )
              )  Defendants.
              )

## DECLARATION OF VISITING ATTORNEY PAUL C. LLEWELLYN IN SUPPORT OF MOTION PURSUANT TO L.CIV.R. 83.1(d)

I, Paul C. Llewellyn, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the firm of Kaye Scholer LLP, counsel for defendants Omega Engineering, Inc., Omega Scientific, Inc. and Omega Press, Inc. I submit this declaration in support of defendants' motion pursuant to L. Civ. R. 83.1(d) to allow me to additionally represent defendants, along with current counsel, in this action.

2. I am a member in good standing of the Bar of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

3. I have not been denied admission or disciplined by this Court or any other Court.

4. My current office address is Kaye Scholer LLP, 425 Park Avenue, New York,

Doc # 30658163

NY 10022-3598. My office telephone number is (212) 836-7828. My office fax number is (212) 836-6463. My office e-mail address is pllewellyn@kayescholer.com.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of December, 2003, at New York, New York.

                                                      _____
                                                     Paul C. Llewellyn

Doc # 30658163

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing motion and declaration were mailed on this 3rd day of December to the following counsel for Omega, S.A.:

Paul Fattibene, Esq.  
FATTIBENE & FATTIBENE  
2480 South Post Road  
Southport, CT 06490

Jess M. Collen, Esq.  
James Hastings, Esq.  
COLLEN IP  
The Holyoke-Manhattan Building  
80 South Highland Avenue  
Ossining, NY 10562

Doc # 30658163