## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 4  12 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| OMEGA, S.A., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA ENGINEERING, INC., <br> OMEGA SCIENTIFIC, INC., <br> OMEGA PRESS, INC., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: <br>   3:01 CV 2104 (MRK) |

### MOTION PURSUANT TO L.CIV.R. 83.1(d) PERMITTING VISITING
### ATTORNEY PAUL C. LLEWELLYN TO REPRESENT DEFENDANTS

Defendants Omega Engineering, Inc., Omega Scientific, Inc. and Omega Press, Inc. move that the Court, pursuant to L.Civ.R. 83.1(d), allow visiting attorney Paul C. Llewellyn to additionally represent them, along with current counsel, in this action.

Paul C. Llewellyn is a member in good standing of the Bar of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

Paul C. Llewellyn has not been denied admission or disciplined by this Court or any other Court. His current office address is Kaye Scholer LLP, 425 Park Avenue, New York, NY 10022-3598.

The granting of this Motion would not require a modification of the case scheduling order. Current counsel of record is not withdrawing from representation.

Doc # 30658163

ORDERED ACCORDINGLY
SO ORDERED
By [signature]
U.S. District Court
DEC '03