UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -8 P 2: 13

U.S. DISTRICT COURT
HARTFORD CT

OMEGA ENGINEERING, INC.,
       -Plaintiff

    -v-                        3:98 CV 2464 (AVC)(OMEGA I)

OMEGA S.A.,
       -Defendant


OMEGA, S.A.,
       Plaintiff

    -v-                        3:01 CV 2104 (MRK)(OMEGA III)

OMEGA ENGINEERING, INC.,


MEMORANDUM AND ORDER

The December 5, 2003, proceedings having be canceled due to illness in the family of counsel, the undersigned hereby establishes the following new schedule.

An evidentiary hearing will be held on February 18, 2004 on the pending motion to enforce the settlement agreement in Omega I. There will be no "pre-hearing conference" with the court. Counsel are free to meet with each other and discuss that hearing

beforehand if they choose.

Thereafter, on February 19 and, if necessary, February 20, 2004, a settlement conference will be held in Omega III. To the extent counsel wish to explore the possibility of a "global settlement" of the numerous proceedings pending between the parties throughout the world, they are free to do so but only after the court has concluded its business in Omega I and Omega III.

It has long been the rule in this court that people with decision-making authority must be present at settlement conferences. The rule is so well established in this court that its settlement conference orders and calendars cite Nick v. Morgan's Foods, Inc., 99 F.Supp.2d 1056, 1062 (E.D. Mo. 2000), which explains in some detail why the personal presence of a decision-maker is essential. Presence by telephone or by "video conference" is not sufficient. If settlement discussions are not sufficiently important for a decision-maker to attend, they do not justify expending the court's or counsel's time. The court has never conducted a settlement conference by video, and declines to do so for the reasons set forth in Nick v. Morgan's Foods, supra.

Dated at Hartford, Connecticut, this 8th day of December 2003.

Thomas P. Smith
United States Magistrate Judge