RECEIVED

FILED
Dec 15  10 04 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A. | ) |
| | ) |
| Plaintiff | ) Civil Action No. |
| | ) 301CV2104 ~~SRU~~ |
| v. | ) (MRK) |
| | ) |
| OMEGA ENGINEERING, INC. | ) |
| | ) |
| Defendant | ) |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), Peter W. Peterson, Anthony P. DeLio and Robert Curcio and any other member of the firm of DeLio & Peterson LLC appearing in the above-entitled action respectfully move the Court for leave to withdraw as counsel of record for Omega Engineering, Inc. The undersigned has notified Omega Engineering of this intent to withdraw, and it has approved. New Connecticut counsel has filed an appearance in this action.

Respectfully submitted,

Dated: Nov. 14, 2003

By: _____
Peter W. Peterson (CT 00698)
Robert Curcio (CT 18791)
DELIO & PETERSON LLC
121 Whitney Avenue
New Haven, CT 06510
Tel. 203-787-0595
Fax 203-787-5818

omeg912mot_withdrawal.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA, S.A., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA ENGINEERING, INC., <br><br> Defendant. | Civil Action No.: <br> 3:01 CV 2104 (MRK) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2003, I caused the foregoing Motion for Leave to Withdraw as Counsel to be served by first class mail upon the following counsel for Omega, S.A.:

Paul Fattibene, Esq.
FATTIBENE & FATTIBENE
2480 South Post Road
Southport, CT 06490

Jess M. Collen, Esq.
James Hastings, Esq.
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

*/s/ Paul C. Llewellyn*
Paul C. Llewellyn

Doc # 30658163