# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OMEGA ENGINEERING, INC., ) <br> OMEGA SCIENTIFIC, INC., and ) <br> OMEGA PRESS, INC., ) <br> ) <br> Defendants. ) <br> ) <br> OMEGA ENGINEERING, INC., ) <br> ) <br> Counterclaim-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OMEGA, S.A. and ) <br> THE SWATCH GROUP LTD., ) <br> ) <br> Counterclaim-Defendants. ) <br> ) | Civil Action No.: <br> 3:01 CV 2104 (MRK) |

FILED
DEC 18 10 12 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## OMEGA S.A.'s ANSWER TO COUNTERCLAIMS

Plaintiff/Counterclaim Defendant, Omega S.A., ("Plaintiff" or "OSA"), by and through its undersigned counsel, hereby submits this Answer to Counterclaims to defendants, Omega Engineering, Inc.'s ("Defendant" or "OEI") counterclaims.

### ANSWER (As for OSA only)

1.  OSA denies the allegations contained in paragraph 1 of OEI's counterclaims.

1

2. OSA denies the allegations contained in paragraph 2 of OEI's counterclaims.

3. OSA denies the allegations contained in paragraph 3 of OEI's counterclaims, except admits that OEI is a Delaware Corporation authorized to do business in Connecticut.

4. OSA denies the allegations contained in paragraph 4 of OEI's counterclaims.

5. OSA denies the allegations contained in paragraph 5 of OEI's counterclaims.

6. OSA admits the allegations contained in paragraph 6 of OEI's counterclaims to the extent that such allegations apply to OSA only.

7. OSA denies the allegations contained in paragraph 7 of OEI's counterclaims.

8. OSA denies the allegations contained in paragraph 8 of OEI's counterclaims.

9. OSA denies the allegations contained in paragraph 9 of OEI's counterclaims.

10. OSA denies the allegations contained in paragraph 10 of OEI's counterclaims.

11. OSA denies the allegations contained in paragraph 11 of OEI's counterclaims.

12. OSA denies the allegations contained in paragraph 12 of OEI's counterclaims, except admits that what purports to be a copy of Registration No. 2,022,762 is attached to OEI's Answer and Counterclaims as Exhibit 2.

13. OSA denies the allegations contained in paragraph 13 of OEI's counterclaims, except admits that what purports to be a copy of Registration No. 2,150,239 is attached to OEI's Answer and Counterclaims as Exhibit 3.

14. OSA denies the allegations contained in paragraph 14 of OEI's counterclaims, except admits that what purports to be a copy of Registration No. 1,397,434 is attached to OEI's Answer and Counterclaims as Exhibit 4.

15. OSA denies the allegations contained in paragraph 15 of OEI's counterclaims, except admits that what purports to be a copy of Registration No. 2,412,722 is attached to OEI's Answer and Counterclaims as Exhibit 5.

16. OSA denies the allegations contained in paragraph 16 of OEI's counterclaims, except admits that what purports to be a copy of Registration No. 2,276,934 is attached to OEI's Answer and Counterclaims as Exhibit 6.

17. OSA denies the allegations contained in paragraph 17 of OEI's counterclaims.

18. OSA denies the allegations contained in paragraph 18 of OEI's counterclaims.

19. OSA denies the allegations contained in paragraph 19 of OEI's counterclaims.

20. OSA denies the allegations contained in paragraph 20 of OEI's counterclaims.

21. OSA denies the allegations contained in paragraph 21 of OEI's counterclaims.

22. OSA denies the allegations contained in paragraph 24 of OEI's counterclaims.

23. OSA denies the allegations contained in paragraph 23 of OEI's counterclaims.

24. OSA denies the allegations contained in paragraph 24 of OEI's counterclaims.

25. OSA denies the allegations contained in paragraph 25 of OEI's counterclaims, except admits that the parties entered into an Agreement in 1994.

26. OSA denies the allegations contained in paragraph 26 of OEI's counterclaims, except admits that an excerpt from the parties' 1994 Agreement is quoted therein.

27. OSA denies the allegations contained in paragraph 27 of OEI's counterclaims, except admits that an excerpt from the parties' 1994 Agreement is quoted therein.

28. OSA denies the allegations contained in paragraph 28 of OEI's counterclaims,

29. OSA repeats and reasserts its answers contained in paragraphs 1-28 as if fuilly set forth herein.

**Second Claim for Relief**  (As for OSA only)

30. OSA admits the allegations contained in paragraph 39 of OEI's counterclaims.

4

31. OSA denies the allegations contained in paragraph 40 of OEI's counterclaims.

32. OSA denies the allegations contained in paragraph 41 of OEI's counterclaims.

33. OSA denies the allegations contained in paragraph 42 of OEI's counterclaims.

34. OSA denies the allegations contained in paragraph 43 of OEI's counterclaims.

35. OSA denies the allegations contained in paragraph 44 of OEI's counterclaims.

36. OSA denies the allegations contained in paragraph 45 of OEI's counterclaims.

37. OSA denies the allegations contained in paragraph 46 of OEI's counterclaims.

38. OSA denies the allegations contained in paragraph 47 of OEI's counterclaims.

39. OSA admits the allegations contained in paragraph 48 of OEI's counterclaims.

40. OSA denies the allegations contained in paragraph 49 of OEI's counterclaims, except admits that what purports to be a copy of the referred to declaration is annexed to the Answer and Counterclaims as Exhibit 10.

41. OSA denies the allegations contained in paragraph 50 of OEI's counterclaims.

42. OSA denies the allegations contained in paragraph 50 of OEI's counterclaims.

43. OSA denies the allegations contained in paragraph 51 of OEI's counterclaims.

44. OSA denies the allegations contained in paragraph 52 of OEI's counterclaims.

45. OSA denies the allegations contained in paragraph 53 of OEI's counterclaims.

46. OSA denies the allegations contained in paragraph 54 of OEI's counterclaims.

47. OSA admits the allegations contained in paragraph 55 of OEI's Answer and Counterclaims that what purports to be a copy of OSA's Declaration pursuant to Section 8 and 15 of the Lanham Act is annexed to OEI's Answer and Counterclaims as Exhibit 11.

48. OSA denies the allegations contained in paragraph 56 of OEI's counterclaims.

49. OSA denies the allegations contained in paragraph 57 of OEI's counterclaims.

50. OSA denies the allegations contained in paragraph 58 of OEI's counterclaims.

51. OSA denies the allegations contained in paragraph 59 of OEI's counterclaims.

52. OSA denies the allegations contained in paragraph 60 of OEI's counterclaims.

53. OSA denies the allegations contained in paragraph 61 of OEI's counterclaims.

54. OSA denies the allegations contained in paragraph 62 of OEI's counterclaims.

55. OSA denies the allegations contained in paragraph 63 of OEI's counterclaims.

**Third Claim for Relief** (As for OSA only)

56. OSA repeats and reasserts its Answers contained in paragraphs 1-55 as if more fully set forth herein.

57. OSA admits the allegations contained in paragraph 65 of OEI's counterclaims.

58. OSA denies the allegations contained in paragraph 66 of OEI's counterclaims.

59. OSA admits the allegations contained in paragraph 67 of OEI's counterclaims.

60. OSA admits the allegations contained in paragraph 68 of OEI's counterclaims.

61. OSA admits the allegations contained in paragraph 69 of OEI's counterclaims.

62. OSA admits that it has sold and/or advertised the products identified in paragraph 70 of OEI's counterclaims, but denies the remaining allegations contained therein.

63. OSA denies the allegations contained in paragraph 71 of OEI's counterclaims.

64. OSA admits the allegations contained in paragraph 72 of OEI's counterclaims, except denies that any consent is required.

65. OSA admits the allegations contained in paragraph 73 of OEI's counterclaims.

66. OSA denies the allegations contained in paragraph 74 of OEI's counterclaims.

67. OSA denies the allegations contained in paragraph 75 of OEI's counterclaims.

68. OSA denies the allegations contained in paragraph 76 of OEI's counterclaims.

**Fourth Claim for Relief** (As for OSA only)

69. OSA repeats and reasserts its Answers contained in paragraphs 1-68 as if more fully set forth herein.

70. OSA admits the allegations contained in paragraph 78 of OEI's counterclaims.

71. OSA denies the allegations contained in paragraph 79 of OEI's counterclaims.

72. OSA denies the allegations contained in paragraph 80 of OEI's counterclaims.

73. OSA denies the allegations contained in paragraph 81 of OEI's counterclaims.

**Fifth Claim for Relief** (As for OSA only)

74. OSA repeats and reasserts its Answers contained in paragraphs 1-73 as if more fully set forth herein

75. OSA admits the allegations contained in paragraph 83 of OEI's counterclaims.

76. OSA denies the allegations contained in paragraph 84 of OEI's counterclaims.

77. OSA denies the allegations contained in paragraph 85 of OEI's counterclaims.

78. OSA denies the allegations contained in paragraph 86 of OEI's counterclaims.

79. OSA denies the allegations contained in paragraph 87 of OEI's counterclaims.

80. OSA denies the allegations contained in paragraph 88 of OEI's counterclaims.

81. OSA denies the allegations contained in paragraph 89 of OEI's counterclaims.

**Sixth Claim for Relief**  (As for OSA only)

82. OSA repeats and reasserts its Answers contained in paragraphs 1-89 as if more fully set forth herein

83. OSA admits the allegations contained in paragraph 91 of OEI's counterclaims.

84. OSA denies the allegations contained in paragraph 92 of OEI's counterclaims.

85. OSA denies the allegations contained in paragraph 93 of OEI's counterclaims.

86. OSA denies the allegations contained in paragraph 94 of OEI's counterclaims.

87. OSA denies the allegations contained in paragraph 95 of OEI's counterclaims.

**Seventh Claim for Relief**  (As for OSA only)

88. OSA repeats and reasserts its Answers contained in paragraphs 1-87 as if more fully set forth herein

89. OSA denies the allegations contained in paragraph 97 of OEI's counterclaims.

90. OSA denies the allegations contained in paragraph 98 of OEI's counterclaims.

91. OSA denies the allegations contained in paragraph 99 of OEI's counterclaims.

92. OSA denies the allegations contained in paragraph 100 of OEI's counterclaims.

93. OSA denies the allegations contained in paragraph 101 of OEI's counterclaims.

## AFFIRMATIVE DEFENSES

1. OEI is prevented from alleging breach of the parties' 1994 Agreement on grounds of estoppel and res judicata.

2. OEI has failed to state a claim under which relief can be granted.

3. OEI's claims have been brought in bad-faith and for other illegitimate purposes.

4. OEI's "Omega" Marks are not famous.

5. OEI's "Omega" Marks are not distinctive.

6. OEI does not use the terms "OmegaUS" or "Omega US" as a trademark.

7. OEI does not have any protectable trademark rights in and to the terms "OmegaUS" or "Omega US."

8. OEI has released any claims it purports to have against OSA arising under the parties' 1994 Agreement.

9. OEI's claims are barred, in whole or in part, by the doctrine of unclean hands.

10. OEI has failed to plead fraud with particularity as required by Rule 9 of the Federal Rules of Civil Procedure.

11. OEI has failed to plead a cause of action arising under CGS Sections 42-110(a) *et seq.*, commonly known as CUTPA.

Case 3:01-cv-02104-SRU    Document 61    Filed 12/18/2003    Page 12 of 13

OMEGA S.A.

By: /s/ *[signature]*

Jess M. Collen (CT 20918)
James R. Hastings (CT 23521)
COLLEN *IP*
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
(914) 941 5668
(914) 941-6091 (facsimile)

*Attorneys for Plaintiff*

Of counsel:

Paul Fattibene
Fattibene and Fattibene
2480 Post Road
Southport, Connecticut 06490
(203) 255-4400
(203) 259-0033 (facsimile)

Dated: December 17, 2003

12

## CERTIFICATE OF SERVICE

I, Jason S. Friedman, hereby certify that Plaintiff/Counterdefendant's <u>Answer to Counterclaims and Affirmative Defenses</u> was forwarded to the following attorneys of record via facsimile and first class mail, postage prepaid, this 17th day of December 2003:

Thomas Smart, Esq.
Kaye Scholer, LLP
425 Park Avenue
New York, New York 10022-3598
Fax: (212) 836-7154

Said service having taken place this 17th day of December 2003.

_____
Jason S. Friedman