# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
DEC 23 || 24 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**APPEARANCE**

OMEGA, S.A.,

v.

OMEGA ENGINEERING, INC.,
OMEGA SCIENTIFIC, INC.
OMEGA PRESS, INC.

CASE NUMBER: 3:01 CV 2104 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC.
OMEGA PRESS, INC.

December 22, 2003
Date

ct 25417
Connecticut Federal Bar Number

212 836 7828
Telephone Number

212 836 6463
Fax Number

pllewellyn@kayescholer.com
E-mail address

_/s/ Paul C. Llewellyn_
Signature

Paul C. Llewellyn
Print Clearly or Type Name

Kaye Scholer LLP
Address

425 Park Ave., New York, NY 10022

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Paul Fattibene, Esq.
Fattibene & Fattibene
2480 South Post Road
Southport, CT 06490

Jess M. Collen, Esq.
James Hastings, Esq.
Collen IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

_/s/ Paul C. Llewellyn_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24