UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMEGA, S.A., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  3:01cv2104 (MRK) |
| | : | |
| OMEGA ENGINEERING, INC., et al | : | |
| | : | |
| Defendants. | : | |

**ORDER**

The Motion For Leave To Withdraw As Counsel [doc. #60] of Peter W. Peterson, Anthony P. DeLio and Robert Curcio is hereby **GRANTED**.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: December 22, 2003.