IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 301 CV 2104 MRK |
| OMEGA ENGINEERING, INC., OMEGA SCIENTIFIC, INC., and OMEGA PRESS, INC., | ) |
| Defendants and Counterclaim Plaintiffs, | ) |
| v. | ) |
| OMEGA S.A. and OMEGA ELECTRONICS, AG. | ) |
| Counterclaim Defendants. | ) |

## PARTIES' JOINT STATUS REPORT

The parties, by and through their undersigned counsel, hereby submit their joint status report to the Court pursuant to the Court's Revised Scheduling Order dated October 8, 2003.

Status of Case

On October 10, 2003, OSA filed its Third Amended Complaint. Thereafter, on November 3, 2003, OEI served its answer and counterclaims on OEI and The Swatch Group Ltd., the additional counterclaim defendant.

In an attempt to informally narrow the issues of this action and to discuss the possibility of settlement, the parties met on the afternoon of October 7, 2003 at the

offices of OSA's counsel, Collen IP, and all day on October 21, 2003 at the offices of OEI's counsel, Kaye Scholer. The October 7, 2003 meeting was attended by OSA's counsel, Jess Collen and James Hastings; and OEI's counsel, Thomas Smart. The same individuals met the entire day of October 21, 2003, together with OEI's in-house counsel, Christine Riggs.

Defendants have served a first set of interrogatories and admissions, and first request for production of documents on OSA and Swatch, which OSA and Swatch had served its responses and objections to on January 16, 2004. Defendants did not receive these responses and objections until January 23, 2004. Based upon an initial review of the responses and objections, it is defendants' position that OSA and Swatch have asserted broad ranging objections that if not resolved will require Court intervention.

OSA had previously served a first set of interrogatories and first request for production of documents on the defendants Omega Press, Inc. and Omega Scientific, Inc., in 2002, together with deposition notices of Omega Press, Inc. and Omega Scientific, Inc. Defendants had objected to OSA's discovery and deposition notices based on the scope of the requests. After consultation, OSA has agreed to withdraw these requests and re-serve new requests.

Interest in Referral for Settlement Conference

Pursuant to the Memorandum and Order of the Court (Smith, USMJ) dated December 8, 2003, a settlement conference is scheduled to occur before the Honorable Thomas P. Smith on February 19-20, 2004.

Consent to Trial by Magistrate Judge

The parties do not consent to a trial by Magistrate Judge at this time.

Estimated Length of Trial

The parties estimate that the length of trial will be approximately 6-8 days.

Dated: January 23, 2004

                              Respectfully submitted
                              for Plaintiff/Counterdefendants,

By: *James Hastings* (signature)
Jess M. Collen (CT 20918)
James R. Hastings (CT 23521)
COLLEN *IP*
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
(914) 941 5668
(914) 941-6091 (facsimile)

*Attorneys for Plaintiff*

Of counsel:
Paul Fattibene
Fattibene and Fattibene
2480 Post Road
Southport, Connecticut 06490
(203) 255-4400
(203) 259-0033 (facsimile)

For Defendants and for Counterclaim
Plaintiff Omega Engineering, Inc.:

KAYE SCHOLER LLP

By: *Thomas A. Smart* (signature)
Thomas A. Smart (CT 21462)
Paul C. Llewellyn (CT 25417)
425 Park Avenue
New York, NY 10022
(212) 836-8000
(212) 836-7154 (facsimile)

Of counsel:

Thomas E. Minogue (CT 06845)
MINOGUE BIRNBAUM LLP
237 Elm Street
New Canaan, CT 06840
(203) 966-6916

*Attorneys for Defendants and for
Counterclaim Plaintiff Omega
Engineering, Inc*

3