UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

Thursday, January 29, 2004
10:00 a.m.

CASE NO. **3:01cv2104 MRK**   <u>Omega, S.A. v. Omega Engineering, et al.</u>

Jess M. Collen
Collen Law Associates
The Holyoke-Manhattan Bldg.
80 S. Highland Ave.
Ossining, NY 10562
914-941-5668


James R. Hastings
Collen Law Associates
The Holyoke-Manhattan Bldg.
80 S. Highland Ave.
Ossining, NY 10562
914-941-5668

STATUS CONFERENCE HELD

DATE: 1/29/04

15 min


Paul A. Fattibene
2480 Post Rd.
Southport, CT 06490
203-255-4400


Paul C. Llewellyn
Kaye, Scholer
425 Park Ave.
New York, NY 10022-3598
212-836-7828


Thomas A. Smart
Kaye, Scholer
425 Park Ave.
New York, NY 10022-3598
212-836-8000

Thomas E. Minogue, Jr.
Minogue Birnbaum
237 Elm St.
New Canaan, CT 06840
203-966-6916

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK