UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OMEGA ENGINEERING, INC.,
        -Plaintiff

  - v -                          3:98 CV 2464 (AVC) (OMEGA I)

OMEGA, S.A.,
        -Defendant


OMEGA, S.A.,
        -Plaintiff

  - v -                          3:01 CV 2104 (MRK) (OMEGA III)

OMEGA ENGINEERING, INC.,

<u>ORDER</u>

On February 9, 2004, chambers received a letter via facsimile from Jess M. Collen regarding Ms. Christine Sauser Rupp's, legal counsel for Swatch Group Ltd., inability to attend the settlement conference for Omega III scheduled for February 19-20, 2004. As a result, the settlement conference for Omega III is hereby continued and will be rescheduled at a later date. However, <u>the hearing on the motion to enforce the settlement agreement in Omega I will go forward as scheduled on February 18, 2004 at 10 a.m.</u>.

**IT IS SO ORDERED.**

    Dated at Hartford, Connecticut this 10th day of February, 2004.

                                      /s/ Thomas P. Smith
                                      THOMAS P. SMITH
                                      UNITED STATES MAGISTRATE JUDGE