IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------x
OMEGA, S.A.,

        Plaintiff,

   v.

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC., AND
OMEGA PRESS, INC.,

        Defendants.

OMEGA ENGINEERING, INC.,

        Counterclaim-Plaintiff,

   v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.

        Counterclaim-Defendants.
------------------------------------x

Civil Action No.:
3:01 CV 2104 (MRK)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2004, I caused the foregoing documents:

- Motion for Judgment on the Pleadings on the Grounds That the Court Lacks Subject Matter Jurisdiction Over Plaintiff's Claims Relating To Foreign Trademark Filings And That Such Claims Fail to State a Claim for Relief; and for an Order of Preclusion with Respect to Evidence Relating to any Such Foreign Trademark Filings

- Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings on the Grounds That the Court Lacks Subject Matter Jurisdiction Over Plaintiff's Claims Relating to Foreign Trademark Filings and That Such Claims Fail to State a Claim for Relief; and for an Order of Preclusion With Respect to Evidence Relating to any Such Foreign Trademark Filings

- Declaration of Thomas A. Smart, Esq. and exhibits attached thereto

- Declaration of B. Christine Riggs, Esq. and exhibits attached thereto

30865027.DOC

to be served by hand delivery upon the following counsel for Plaintiff Omega, S.A.:

Jess M. Collen, Esq.
James Hastings, Esq.
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

*/s/ Michelle Tepper*