# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| OMEGA S.A., )<br><br>          Plaintiff, )<br>v. )<br> )<br>OMEGA ENGINEERING, INC., )<br> )<br>          Defendant and )<br>          Counterclaim Plaintiff, )<br>v. )<br> )<br>OMEGA, S.A. and )<br>THE SWATCH GROUP LTD., )<br> )<br>          Counterclaim Defendants. )<br> ) | Civil Action No. 301 CV 2104 MRK |

## MOTION FOR ADMISSION PURSUANT TO RULE 83.1(d)

The undersigned, a member of the bar of this Court, moves pursuant to Rule 83.1 (d) of the Local Rules of Practice of the Court that Matthew C. Wagner ("Petitioner") of the law firm Collen IP, Intellectual Property Law, P.C., be admitted as counsel for plaintiff, Omega S.A. and counterclaim defendants, Omega S.A. and The Swatch Group Ltd., *pro hac vice*, in the above captioned case.

Petitioner is a member of good standing of the bars of the Commonwealth of Massachusetts, the State of New York, the District of Columbia, the Court of Appeals for the Federal and Seventh Circuits, and the United States District Courts for the Southern District of New York, Eastern District of New York, Northern District of New York, and the District of Massachusetts.

Petitioner has never been denied admission or disciplined by this Court or any other court, nor has he or any member of his firm been denied admission or disciplined by any other court.

Petitioner has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The granting of this motion will not require modification of the current scheduling order. Current counsel is not withdrawing from representation.

For the Court's records, Petitioner's address and telephone number are:

Matthew C. Wagner
Collen *IP*
The Holyoke-Manhattan Building
80 South Highland Avenue
New York, New York 10562
(914) 941-5668

In accordance with Rule 83.1 (d)(2), a check, payable to the Clerk of this Court, in the amount of $25.00, is enclosed herewith.

By: _____

Paul Fattibene ( CT 12760)
Fattibene and Fattibene
2480 Post Rd
Southport, CT 06890
(203) 255-4400
(203) 259-0033 (facsimile)

Enclosures:    Check for $25.00
               Declaration of Matthew C. Wagner