UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| OMEGA S.A., <br><br> Plaintiff, <br> v. <br><br> OMEGA ENGINEERING, INC., <br><br> Defendant and <br> Counterclaim Plaintiff, <br> v. <br><br> OMEGA S.A. and <br> THE SWATCH GROUP LTD., <br><br> Counterclaim Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 301 CV 2104 MRK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF VISITING ATTORNEY JESS M. COLLEN IN SUPPORT OF HIS MOTION TO APPEAR PRO HAC VICE

I, Jess M. Collen, declare as follows:

1. I am a member of good standing of the bars of the Commonwealth of Massachusetts, the State of New York, the District of Columbia, the Court of Appeals for the Federal Circuit, the United States District Court Southern District of New York, and United States District Court Eastern District of New York.

2. I have never been denied admission or disciplined by this Court or any other court, nor has he or any member of his firm been denied admission or disciplined by any other court.

3. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

4. The granting of this motion will not require modification of the current scheduling order. Current counsel is not withdrawing from representation.

5. For the Court's records, my contact information is as follows:

Jess M. Collen
Collen *IP*
The Holyoke-Manhattan Building
80 South Highland Avenue
New York, New York 10562
(914) 941-5668 (telephone)
(914) 941-6091 (facsimile)

I declare under the penalty of perjury that the foregoing is true and correct. Sworn to this 29th day of April, 2004.

_____
Jess M. Collen (CT 20918)

## **CERTIFICATE OF SERVICE**

I, Peter Mulhern, hereby certify that Motion for Admission Pursuant to Rule 83.1(d) has been served upon Thomas Smart, Esq., at Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022, this 29th day of April, 2004, via first class mail, postage prepaid.

_____
Peter Mulhern