75

*fee paid*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>OMEGA ENGINEERING, INC., )<br>)<br>Defendant and )<br>Counterclaim Plaintiff, )<br>v. )<br>)<br>OMEGA, S.A. and )<br>THE SWATCH GROUP LTD., )<br>)<br>Counterclaim Defendants. )<br>) | Civil Action No. 301 CV 2104 MRK |

## MOTION FOR ADMISSION PURSUANT TO RULE 83.1(d)

The undersigned, a member of the bar of this Court, moves pursuant to Rule 83.1 (d) of the Local Rules of Practice of the Court that Matthew C. Wagner ("Petitioner") of the law firm Collen IP, Intellectual Property Law, P.C., be admitted as counsel for plaintiff, Omega S.A. and counterclaim defendants, Omega S.A. and The Swatch Group Ltd., *pro hac vice*, in the above captioned case.

Petitioner is a member of good standing of the bars of the Commonwealth of Massachusetts, the State of New York, the District of Columbia, the Court of Appeals for the Federal and Seventh Circuits, and the United States District Courts for the Southern District of New York, Eastern District of New York, Northern District of New York, and the District of Massachusetts.

ORDERED ACCORDINGLY

KEVIN F. ROWE, Clerk
B. District Court