IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

May 10  11 26 AM '04

U.S. DISTRICT COURT
NEW HAVEN CONN.

| | |
|---|---|
| OMEGA S.A., <br><br>  Plaintiff, <br> v. <br><br> OMEGA ENGINEERING, INC., <br> OMEGA SCIENTIFIC, INC., and <br> OMEGA PRESS, INC., <br><br>  Defendants. <br><br> OMEGA ENGINEERING, INC., <br><br>  Counterclaim-Plaintiff, <br> v. <br><br> OMEGA, S.A. and <br> THE SWATCH GROUP LTD., <br><br>  Counterclaim-Defendants. | Civil Action No. 301 CV 2104 MRK <br><br> **PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE AN EXPORT REPORT** |

Plaintiff, OSA, respectfully requests that the time in which in may file an expert report pursuant to Fed. R. Civ. P. 26 on issues involving United States Patent and Trademark Office procedure and practice be extended for three weeks past the date on which OSA conducts the deposition of OEI's outside trademark advisor and counsel, Dr. William Drucker, who was unable to attend his previously scheduled deposition of April 9, 2004 due to illness. OSA has been advised by OEI's counsel that Dr. Drucker should be available to be deposed sometime in June, upon improvement in his medical condition. The Court has already ruled that Dr. Drucker's deposition would be permitted

outside the fact discovery period, which ended on April 15, 2004. This request would not effect any other expert date or subsequent pretrial and trial dates.

**Background**

Fact discovery in this matter closed on April 15, 2004. Disclosure of experts is due on May 7, 2004.

On March 16, 2004, OSA served a notice a subpoena and notice of deposition personally on Dr. William Drucker, an outside attorney and long-term advisor to defendant, Omega Engineering, Inc. His deposition was originally noticed for April 8, 2004. Dr. Drucker is not an attorney or record in this action.

The subpoena was served on and accepted by Dr. Drucker in New York City during the deposition of OSA's Rule 30(b)(6) witness, Christiane Sauser Rupp on March 16 and 17, 2004. Dr. Drucker attended both days of Ms. Sauser Rupp's deposition testimony in New York at the offices of OEI's counsel.

On March 16, 2004, the day that he was served, Dr. Drucker advised OSA's attorneys that he could not attend his deposition due to a medical condition that is currently being treated.[1] During a conference call with the Court last month, the need to take Dr. Drucker's deposition was raised with the Court. The Court ordered OEI to keep OSA apprised of Dr. Drucker's medical situation and to present Dr. Drucker for deposition at the earliest possible time. OEI has advised OSA that Dr. Drucker should be

---

[1] While OSA completely understands a deponent's unavailability due to a medical condition or illness, it notes that Dr. Drucker appeared, as a spectator, at the Rule 30(b)(6) deposition of OSA's witness in New York on March 16 and 17, 2004, and also subsequently attended a hearing in the United Kingdom on behalf of his client, OEI.

available to be deposed in June. *See,* OEI's correspondence to OSA's counsel dated April 28 and 29, 2004, annexed hereto as Exhibit A.

**Discussion**

Testimony in this case has revealed that Dr. Drucker has personally prepared numerous trademark applications containing the OMEGA mark on OEI's behalf, which are at issue in this proceeding. Dr. Drucker was also the principal negotiator of a coexistence agreement between the parties (the 1994 Agreement), that OEI is now asserting as the basis for a counterclaim for breach of contract in this action, which counterclaim relates to the interpretation of certain of OSA trademark registrations and United States Trademark Office practice involving same.

Dr. Drucker's deposition testimony is essential for the preparation of any expert report that relates to actions taken by OEI, and particularly, Dr. Drucker, in the trademark application process, that could adversely impact OSA's rights and further support its case in chief.

**Conclusion**

For the foregoing reasons, OSA respectfully requests that the extension be granted, and that the time in which to file an expert report for all matters relevant to the deposition testimony of Dr. Drucker be extended until three weeks after the completion of his deposition, tentatively scheduled for next month.

By: _____
Jess M. Collen (CT 20918)
James R. Hastings (CT23521)
COLLEN *IP*
Intellectual Property Law
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562
(914) 941-5668

*Attorneys for Plaintiff and*
*Counterclaim Defendant, Omega SA*

Dated: May 7, 2004

## CERTIFICATE OF SERVICE

I, Jason S. Friedman, hereby certify that the Plaintiff's Request to Extend Time to File an Export Report was forwarded to the following attorneys of record via Fedex this 7th day of May 2004:

Thomas Smart, Esq.
Kaye Scholer, LLP
425 Park Avenue
New York, New York 10022-3598
Fax: (212) 836-7154

Said service having taken place this 7th day of May 2004.

_____
Jason S. Friedman

# KAYE SCHOLER LLP

Paul C. Llewellyn
212 836-7828
Fax 212 836-6463
pllewellyn@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

April 28, 2004

**BY FACSIMILE**

James R. Hastings, Esq.
Collen IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

Re: <u>Omega, S.A. v. Omega Engineering, Inc.</u> (3 01 CV 2104)

Dear Jamie:

     I write in response to your recent inquiries regarding the scheduling of Dr. William Drucker's deposition. I have passed your inquiries on to Dr. Drucker, who remains in the United Kingdom where his treating physicians are located.

     I have been advised by Dr. Drucker, and asked to pass along to you, that he remains ill and under medical treatment, which, as previously explained, make him dizzy, unable to read well, and easily subject to exhaustion. Thus, I am advised, he still is not able to travel to the United States, or to sit for a lengthy deposition. Although Dr. Drucker did recently attend a hearing in the United Kingdom in connection with a dispute between the parties, I understand that his attendance was limited to observing the proceedings, and did not require the energy that a full day's deposition or travel to the United States would require.

     However, Dr. Drucker also has advised me that he remains able to appear for a short (approximately two hour) deposition at Kaye Scholer's offices in London, or to answer written questions (which he could have someone read to him). Alternatively, although his condition at the present time is unpredictable, he hopes that it will sufficiently improve in June to enable him to travel to the United States at that time. If that occurs, we will, of course, discuss a mutually agreeable date for a deposition.

Very truly yours,

*Paul C. Llewellyn*

Paul C. Llewellyn

30878529.WPD

NEW YORK · CHICAGO · LOS ANGELES · WASHINGTON, D.C. · WEST PALM BEACH · HONG KONG · LONDON · SHANGHAI

** TOTAL PAGE.02 **

# KAYE SCHOLER LLP

Paul C. Llewellyn
212 836-7828
Fax 212 836-6463
pllewellyn@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

April 29, 2004

**BY FACSIMILE**

Jess M. Collen, Esq.
Collen IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

    Re:    *Omega, S.A. v. Omega Engineering, Inc. (3 01 CV 2104)*

Dear Jess:

    I write in response to your April 29 letter regarding Dr. Drucker's deposition.

    I am advised that Tom told you last week that he had understood that Dr. Drucker thought he might be available for deposition in late May or in June, but he was going to see his doctor and that Tom would have to speak with him again. My letter of April 27, which states that Dr. Drucker hopes that he will be sufficently well to be able to travel to the United States for a deposition in June, was based on my more recent conversation this week with Dr. Drucker (whose medical condition, I understand, remains difficult to predict), and is fully consistent with Tom's statement to you last week.

                      Very truly yours,

                      Paul C. Llewellyn