# COPY

1

2          UNITED STATES DISTRICT COURT

3            DISTRICT OF CONNECTICUT

4

OMEGA S.A.V.,                          )

5                                       )

                    Plaintiff,          )

6                                       )

            vs.                         )  Civil Action No.

7                                       )  3:01 CV 2104(MRK)

OMEGA ENGINEERING, INC.,               )

8                                       )

                    Defendant.          )

9    ------------------------------)

10

11

12          VIDEOTAPED DEPOSITION OF

13            DR. MILTON HOLLANDER

14            Ossining, New York

15          Tuesday, April 13, 2004

16

17

18

19

20

21

22

23

24   Reported by:

     JOAN WARNOCK

25   JOB NO. 159245

```
 1
 2                IN  THE  UNITED  STATES  DISTRICT  COURT
 3           FOR  THE  DISTRICT  OF  CONNECTICUT
 4
    OMEGA S.A.,                    )
 5                                 )          COPY
                   Plaintiff,      )
 6                                 )
                   vs.             )  No.  3:01 CV 2104
 7                                 )          (MRK)
    OMEGA ENGINEERING, INC.,       )
 8  OMEGA SCIENTIFIC, INC.,        )
    and OMEGA PRESS, INC.,         )
 9                                 )
                   Defendants.     )
10  --------------------------)
    OMEGA ENGINEERING, INC.,       )
11                 Counterclaim-)
                   Plaintiff       )
12                                 )
                   vs.             )
13                                 )
    OMEGA, S.A: and THE SWATCH)
14  GROUP LTD.,                    )
                                   )
15                 Counterclaim-)
                   Defendants. )
16  --------------------------)
17              CONTINUED  VIDEOTAPED
18      DEPOSITION OF DR. MILTON B. HOLLANDER
19              Ossining, New York
20          Wednesday, April 14, 2004
21
22
23
24  Reported by:
    PAMELA J. MAZZELLA, RPR
25  JOB NO. 159246
```

1              M. Hollander

2    original application before it was amended.

3         A.    I'm sorry.

4         Q.    Okay.  Now, focusing on this set of

5    goods which is before you on the page, do you

6    see those goods?

7         A.    Yes.

8         Q.    There is also services at the

9    bottom of the page, correct?

10        A.    That's right.

11        Q.    Did you provide Dr. Drucker with

12   the list of these goods and services which

13   are identified on page 1 of 3 in the document

14   before you?

15        A.    Well, I don't --

16             MR. SMART:    For the record, I

17   think it was asked and answered, but you can

18   answer.

19        A.    I told him what I wanted and I

20   don't know -- I know I didn't personally

21   write this down.  I told him what I wanted on

22   this page.  And I don't know where these

23   particular products came from because I'm not

24   familiar with some of them, so I know I would

25   not have given it to him.

1                    **M. Hollander**

2        Q.    Do you know if anybody else at

3    Omega Engineering, Inc. would have provided

4    Dr. Drucker with this list of goods?

5        **A.    I don't believe anyone would.**

6        Q.    Do you know if Omega Engineering,

7    Inc. had an intention at the time they filed

8    this application, to use the Omega Euro

9    symbol design on calculating machines?

10       **A.    I don't know where this list came**

11   **from and I don't want to speculate.   I know**

12   **what my instructions were.**

13               MR. HASTINGS:    Can you read back

14   the question, please.

15                    (Record read.)

16       **A.    I don't believe he got that**

17   **instruction from Omega Engineering.**

18       Q.    Do you know if Omega Engineering

19   had an intention at the time it filed this

20   trademark application, to use the Omega Euro

21   symbol design mark on fire-extinguishing

22   apparatus?

23       **A.    I don't know where this list came**

24   **from.   I don't know who could have given it**

25   **to him.   This is the first time I have seen**

```
 1                    M. Hollander
 2    it.
 3              MR. HASTINGS:    Can you read back
 4    the question, please.
 5                        (Record read.)
 6         A.    I don't know where this list came
 7    from, or fire-extinguishing apparatus came
 8    from, or anything else on this list.
 9         Q.    All right, but that wasn't quite my
10    question.
11              MR. HASTINGS:    Can you read back
12    the question, please.
13                        (Record read.)
14         A.    I don't know where this list that
15    has fire-extinguishing apparatus on it came
16    from.
17         Q.    Well, sir, my question is you
18    either know or you don't know if Omega
19    Engineering had an intention to use the Omega
20    Euro symbol design mark on fire-extinguishing
21    apparatus at the time it filed its
22    application.
23         A.    I don't believe it did since Omega
24    does not make fire-extinguishing apparatus.
25         Q.    Okay.   Do you know if Omega
```

Page 364

```
 1                    M. Hollander
 2   Engineering, Inc. had an intention to use the
 3   Omega Euro symbol design mark on automatic
 4   vending machines and mechanisms for
 5   coin-operated apparatus at the time it filed
 6   this particular trademark application?
 7        A.   I don't know where automatic
 8   vending machines and mechanisms for
 9   coin-operated apparatus came from on this
10   list, but I know it did not come from me or
11   from Omega.
12             MR. HASTINGS:   Can you read back
13   the question, please.
14                    (Record read.)
15        A.   No.
16        Q.   No, you don't know?
17        A.   The answer is no and I don't know,
18   both.
19        Q.   Do you know if Omega Engineering,
20   Inc. had an intention to use the Omega Euro
21   symbol design mark in connection with
22   typewriters as of the date it filed this
23   trademark application?
24        A.   No, and I don't know.
25        Q.   What do you mean by "No, and I
```

1               Hollander

2   Omega Press, Inc.?

3       A.   I don't believe he would be

4   involved.

5       Q.   Do you know if Dr. Drucker was

6   involved in the registration of the Benelux

7   trademark registration for the trademark

8   Omegatime.com?

9       A.   I believe he would be involved in

10  the trademark registration, but I don't know

11  whether he would do it personally or through

12  patent attorneys in the Benelux.

13      Q.   Do you know if Dr. Drucker was

14  involved in the registration of the trademark

15  in Benelux Omegawatch.com?

16      A.   Trademark he would be involved

17  with.

18      Q.   Do you recall that, in fact, he was

19  involved in the registration of the trademark

20  in the Benelux Omegawatch.com?

21      A.   You just asked it, and I said I

22  believe he would be.

23      Q.   Do you recall the extent of

24  Dr. Drucker's involvement in the registration

25  of the trademark in Benelux Omegawatch.com?

1                         Hollander

2    Omega Press, Inc.?

3         A.    I don't believe he would be

4    involved.

5         Q.    Do you know if Dr. Drucker was

6    involved in the registration of the Benelux

7    trademark registration for the trademark

8    Omegatime.com?

9         A.    I believe he would be involved in

10   the trademark registration, but I don't know

11   whether he would do it personally or through

12   patent attorneys in the Benelux.

13        Q.    Do you know if Dr. Drucker was

14   involved in the registration of the trademark

15   in Benelux Omegawatch.com?

16        A.    Trademark he would be involved

17   with.

18        Q.    Do you recall that, in fact, he was

19   involved in the registration of the trademark

20   in the Benelux Omegawatch.com?

21        A.    You just asked it, and I said I

22   believe he would be.

23        Q.    Do you recall the extent of

24   Dr. Drucker's involvement in the registration

25   of the trademark in Benelux Omegawatch.com?

1                      Hollander

2        A.    He would do whatever is legally

3    required.

4        Q.    Do you know who was responsible for

5    instructing Dr. Drucker to register the

6    trademark Omegawatch.com in Benelux?

7        A.    I believe I would take

8    responsibility for that since he would not

9    register it unless he had my approval.

10       Q.    Do you know who was responsible for

11   directing Dr. Drucker to register the

12   trademark Omegatime.com in Benelux?

13       A.    I believe that whatever he would

14   register or do, he would let me know and get

15   my approval.

16       Q.    What was the business reason for

17   registering the trademark Omegawatch.com in

18   Benelux?

19       A.    I believe there were slogans used,

20   and you have one right in front of you on an

21   Omega Scientific catalog, and someone somehow

22   decided to use that slogan and use it in the

23   short form.  I believe you went over these

24   same exact questions four years ago, but I

25   just haven't had an opportunity to refresh

COPY

1
2          IN THE UNITED STATES DISTRICT COURT
3            FOR THE DISTRICT OF CONNECTICUT
4
OMEGA S.A.,                    )
5                              )
                  Plaintiff,   )
6                              )
             vs.               ) No. 3:01 CV 2104
7                              )      (MRK)
OMEGA ENGINEERING, INC.,       )
8  OMEGA SCIENTIFIC, INC.,      )
and OMEGA PRESS, INC.,         )
9                              )
                  Defendants.  )
10 --------------------------)
OMEGA ENGINEERING, INC.,       )
11             Counterclaim-)
                  Plaintiff    )
12                             )
             vs.               )
13                             )
OMEGA, S.A. and THE SWATCH)
14 GROUP LTD.,                  )
                               )
15             Counterclaim-)
                  Defendants.  )
16 --------------------------)
17                    VIDEOTAPED
18       DEPOSITION OF BETTY RUTH HOLLANDER
19                Ossining, New York
20              Monday, April 19, 2004
21
22
23
24 Reported by:
   PAMELA J. MAZZELLA, RPR
25 JOB NO. 159388

1                    B. Hollander

2     about much later.

3          Q.    Do you know -- I'm sorry.  Go

4     ahead.

5          A.    I'm just looking at it because I

6     remember when we got into microprocessors,

7     which is what we would think of as

8     electronic, so... But science and industry to

9     me is Omega Engineering.  And I just remember

10    Omega watch as being the consumer watch that

11    somebody would wear on his wrist.  I don't

12    even know if they made pocket watch the way

13    my dad would wear.  And they were for

14    sporting events, but I don't even know when

15    that started.

16             But just the fact that it says

17    electronic back in 1960, for me as a layman

18    it doesn't work.

19          Q.    Do you know if Omega Engineering

20    had objected to this particular registration

21    which has been marked as B. Hollander Exhibit

22    9, at any point between 1970 and 2000?

23          A.    I have no idea.  That would be Dr.

24    Drucker that would know.

25          Q.    What would be Dr. Drucker?

1                    B. Hollander

2       **A.    Again I would have to ask Dr.**

3  **Drucker.**

4       Q.   Why would you have to ask Dr.

5  Drucker?

6       **A.    Because he would be watching out**

7  **for this.   I wouldn't be watching these**

8  **registrations.   There are services that**

9  **companies use and the services report to the**

10 **attorneys, so...**

11      Q.   Is that like a trademark monitoring

12 service as you understand it?

13      **A.    Yes, as I understand it as a**

14 **layman.**

15      Q.   Is Dr. Drucker involved in the

16 monitoring of trademarks on behalf of Omega

17 Engineering, Inc.?

18      **A.    He would be involved I believe, and**

19 **also the gentleman from Washington.**

20      Q.   Do you recall that particular

21 gentleman's name?

22      **A.    It's Mark Bergstrom.**

23      Q.   Is it Bergsman?

24      **A.    It could be.   I thought it was**

25 **Bergstrom, but it could be Bergsman.**

1                   B. Hollander

2        **A.     On specific products?**

3        Q.    Yes.

4        **A.    I would say no.**

5        Q.    Does Dr. Drucker have offices at

6   Omega Engineering, Inc.?

7        **A.    No.**

8        Q.    I'll show you what we have marked

9   as B. Hollander Exhibit 4, and I'll just ask

10  you the first page only, if you can take a

11  look at that.

12            Does the illustration on the first

13  page of B. Hollander Exhibit 4 appear to be

14  the Greek letter Omega?

15       **A.    Yes.**

16       Q.    And reading along on the first page

17  of B. Hollander Exhibit 4, do you see it says

18  "Original applicant, Omega Engineering,

19  Inc.?"

20       **A.    Yes.**

21       Q.    And at the bottom, "Original

22  correspondent, William A. Drucker"?

23       **A.    I see that.**

24       Q.    Do you know if Omega Engineering,

25  Inc. applied to register for the Greek letter

1              B. Hollander

2   Omega alone with the United States Patent and

3   Trademark Office on or about November 2001?

4       A.   I see this paper.  I didn't know it

5   before this.

6       Q.   You had no personal knowledge of

7   that?

8       A.   If I did, I don't remember it.  I

9   might have seen it earlier and I don't

10  remember it now.

11      Q.   And if you would turn your

12  attention to the seventh page in on this

13  exhibit.

14      A.   All right.

15      Q.   Does it begin on top "In the United

16  States Patent and Trademark Office"?

17      A.   Yes.

18      Q.   And if you flip to the eighth page,

19  do you see on the top "In the United States

20  Patent and Trademark Office, Application for

21  Trademark Registration"?

22      A.   Yes.

23      Q.   And is there a long list of goods

24  which are reflected on that particular page?

25      A.   Yes.

1                    B. Hollander

2    list of goods to be incorporated into a

3    trademark application of Omega Engineering?

4         **A.    I don't know who.  It's something**

5    **that may have come off from historical**

6    **documents that we have already filed and/or**

7    **could be from the computer.  I have no idea.**

8    **Because obviously we have got calibrators,**

9    **pH, these are all products that we sell.  I**

10   **don't know.  I don't know who compiled it or**

11   **where it came from.**

12        Q.    Do you know if Dr. Drucker was

13   involved at all in the compilation of the

14   names of products to be incorporated into

15   this particular trademark application?

16        **A.    No, I have absolutely no idea.**

17   **This could be a generic list because it says**

18   **here Classes 9, 16, 35.  It could be a**

19   **generic list.**

20        Q.    Do you know if Dr. Hollander has

21   input into the goods which are incorporated

22   into trademark applications filed on behalf

23   of Omega Engineering, Inc.?

24        **A.    He could be in conversation with**

25   **Dr. Drucker, I don't know.**

Page 76

1                    B. Hollander

2    **know things that Dr. Drucker has brought up.**

3    **That's part of the aggravation.**

4         Q.   Has Dr. Drucker ever brought up to

5    you any trademark issues between the parties

6    in foreign countries?

7              MR. SMART:    You can answer that

8    yes or no.

9         A.   Yes.

10             MR. SMART:    I'm sorry.

11                  (Record read.)

12        Q.   And does Dr. Drucker provide

13   guidance and advice to you, you can answer

14   yes or no, with respect to the trademark

15   disputes between Omega S.A. and Omega

16   Engineering in foreign countries?

17        A.   **If it happens to come up in a**

18   **conversation and we have the conversation,**

19   **yes.**

20        Q.   Is Omega Engineering in the time

21   business?

22        A.   **No, Omega S.A. is in the time**

23   **business.  They sell watches and they have**

24   **timing devices for sports events.**

25        Q.   Does Omega Engineering market

COPY

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
 3               FOR THE DISTRICT OF CONNECTICUT
 4
    OMEGA S.A.,                    )
 5                                 )
                   Plaintiff,      )
 6                                 )
              vs.                  ) No. 3:01 CV 2104
 7                                 )        (MRK)
    OMEGA ENGINEERING, INC.,       )
 8  OMEGA SCIENTIFIC, INC.,        )
    and OMEGA PRESS, INC.,         )
 9                                 )
                   Defendants.     )
10  -------------------------)
    OMEGA ENGINEERING, INC.,       )
11                 Counterclaim-)
                       Plaintiff   )
12                                 )
              vs.                  )
13                                 )
    OMEGA, S.A. and THE SWATCH)
14  GROUP LTD.,                    )
                                   )
15                 Counterclaim-)
                   Defendants.  )
16  -------------------------)
17                     VIDEOTAPED
18       DEPOSITION OF CHRISTINE RIGGS
19            Ossining, New York
20          Monday, April 5, 2004
21
22
23
24  Reported by:
    PAMELA J. MAZZELLA, RPR
25  JOB NO. 158952
```

1                         Riggs

2                    (Recess taken.)

3              (Whereupon, Mr. Brendan J. Reilly

4    joins the proceedings at this time.)

5              THE VIDEOGRAPHER:    We are back on

6    the video record at 3:54 p.m.

7              MR. HASTINGS:    Would you read back

8    the last question and answer.

9                    (Record read.)

10        Q.    I would like to refer you to Riggs

11   Exhibit 7 which is Greek letter .com,

12   specifically the application portion of that

13   which begins I believe on the sixth page of

14   the document.

15              Do you see the sixth page there to

16   which I'm referring, "In the United States

17   Patent and Trademark Office"?

18        **A.    Yes.**

19        Q.    And to your knowledge does the

20   application itself run through page 10 of

21   Riggs Exhibit 7?

22        **A.    That's what's here.**

23        Q.    Do you see on Exhibit 7, page 10,

24   who signed the application on behalf of the

25   applicant?

1                          Riggs

2         A.    William A. Drucker.

3         Q.    Do you know if that signature is

4    under oath?

5         A.    Yes.

6         Q.    And do you know if Dr. Drucker is

7    representing in this application that he has

8    personal knowledge as to Omega Engineering's

9    claim that it has a bona fide intention to

10   use the Greek letter .com in commerce in

11   connection with the goods reflected in Riggs

12   Exhibit 7?

13        A.    Yes.

14        Q.    Did Dr. Drucker speak to you at all

15   with regard to this application prior to its

16   filing?

17        A.    I don't recall having any

18   conversations with Dr. Drucker about this

19   application.

20        Q.    Were you involved at all in the

21   decision to apply for registration of the

22   Greek letter .com which is reflected in Riggs

23   Exhibit 7?

24        A.    In the trademark application?

25        Q.    Yes.

Page 64

1                    Riggs

2        **A.    Patents and trademarks.**

3        Q.    What types of legal services does

4   Dr. Drucker provide with regard to

5   trademarks?

6             MR. SMART:    That you can describe

7   generally without getting into specifics.

8        **A.    He files trademark applications on**

9   **behalf of Omega.**

10       Q.    Does he prepare the trademark

11  applications?

12       **A.    As far as I know, yes.**

13       Q.    Does he sign the applications on

14  behalf of Omega Engineering?

15       **A.    He may, yes.**

16       Q.    Do you know if he signs in a legal

17  capacity on behalf of Omega Engineering?

18       **A.    As opposed to?**

19       Q.    Factual capacity.

20       **A.    I don't know what capacity he would**

21  **sign.**

22       Q.    Do you know the status of Dr.

23  Drucker's health?

24       **A.    I know he has been ailing.**

25       Q.    Do you know if he has any current

```
 1                      Riggs
 2    plans to visit the United States?
 3         A.    Well, I know he just returned to
 4    the U.K. within the last week or so, I don't
 5    remember the exact date that he returned over
 6    there, but as far as I know he's got no
 7    travel plans.  He's got no other travel plans
 8    made at this point that I'm aware of.  And,
 9    actually, I believe in fact he mentioned that
10    his health was such that he needed to stay
11    there a while.
12         Q.    Does Omega Engineering, Inc. have a
13    domain name Enforcement Strategy?
14         A.    Excuse me?
15         Q.    Does Omega Engineering, Inc. have a
16    domain name enforcement strategy?
17         A.    I don't know what that is.
18         Q.    Does Omega Engineering, Inc. write
19    any cease and desist letters to third parties
20    regarding the use of domain names which Omega
21    Engineering, Inc. feels is infringing on
22    Omega Engineering, Inc.'s rights?
23         A.    It could, yes.  I mean certainly I
24    think that really what you are talking about,
25    though, is a trademark infringement issue
```

Page 181

1                          Riggs

2       **A.    No, I don't believe I did.**

3       Q.    Did you choose any of the

4    identification of goods to go into this

5    application?

6              MR. SMART:    I'm sorry, did you

7    what?

8              MR. HASTINGS:    Choose any of the

9    identification of goods.

10      **A.    No, I did not.**

11      Q.    Do you know who did?

12      **A.    No, I don't.**

13      Q.    Do you know who was involved in any

14   aspect of the preparation of this

15   application?

16      **A.    William Drucker was.**

17      Q.    Do you know from whom he received

18   instructions to file this application?

19      **A.    I don't know definitively, no.**

20      Q.    Was it you?

21      **A.    No, it was not.**

22      Q.    And based on your earlier

23   testimony, would the only other candidates

24   for who gave him the instructions be either

25   Dr. Hollander or Mrs. Hollander?

1                    **Riggs**

2        Q.    Does it refresh your recollection

3    that the date of the filing of the action for

4    breach of contract in OSA I was 1998?

5        **A.    Well, if that date is correct, then**

6    **this was filed subsequent to that.**

7        Q.    Do you know whether or not this

8    application for registration was applied for

9    after the filing by Omega S.A. of

10   cybersquatting action in OSA II, if you know?

11       **A.    I don't know the date of that**

12   **filing either.**

13       Q.    Do you know who was responsible for

14   the determination of what goods to include in

15   the identification of goods in Riggs Exhibit

16   12?

17       **A.    No, I don't.**

18       Q.    Again, will the people who would

19   have knowledge, factual knowledge of that be

20   either Dr. Hollander or Dr. Drucker?

21       **A.    Well, I would certainly say that**

22   **you should ask Dr. Drucker.  Since he filed**

23   **this application, I would think that he would**

24   **know who came up with the list of goods since**

25   **his name is on this as the attorney of**

Page 233

1                          **Riggs**

2   record.   You could certainly ask Dr.

3   Hollander as well, he may know, I don't.

4        Q.    Would Dr. Drucker be allowed to

5   file an application for registration on

6   behalf of Omega Engineering, Inc. without the

7   knowledge or consent of Omega Engineering,

8   Inc.?

9        **A.    You would probably need to ask Dr.**

10   **Hollander about that.   I don't know.**

11                 MR. HASTINGS:    Riggs 13.

12                 (Riggs Exhibit 13, printout from

13          the U.S. PTO website for the word mark

14          OMEGA, for a list of services in Class

15          42, for a list of goods in Class 9,

16          list of goods in Class 14, goods in

17          Class 16, services in Class 35, and

18          also services in Classes 37, 40 and 40,

19          from Omega Engineering, Inc., marked

20          for identification, as of this date.)

21        Q.    Can you identify that document?

22        **A.    This document appears to be a**

23   **printout from the U.S. PTO website, dated**

24   **yesterday, for the word mark OMEGA, for a**

25   **list of services in Class 42, for a list of**

Page 242

1                    Riggs

2          MR. SMART:    Object to form, lack

3     of foundation.

4          A.    Well, two things.  First of all,

5     I'm not clear that this is a registration

6     because I can't find anywhere on this

7     document a registration number, which other

8     ones that you have shown me, if they are

9     registered, in fact do show a registration

10    number along with the registration date.

11         Q.    You are correct.

12         A.    I don't find that on this.

13         Q.    I stand corrected.  For this

14    particular one you're correct, it is an

15    application.

16         A.    And that is true of number 12 as

17    well.

18         Q.    Okay.

19         A.    But the second thing is -- well,

20    actually that is true -- no, that is not true

21    of 11.

22              But as far as you're asking me why

23    the number of times the time or timing are

24    included in this, I don't know, I didn't

25    draft this list of goods, I did not review

Page 243

1                              **Riggs**

2    **this application before it was filed.**

3              **Since William Drucker is the**

4    **attorney of record, I would suggest that you**

5    **ask him.**

6         Q.   You think that this application was

7    filed in bad faith, in violation of Omega

8    S.A.'s trademark rights in the United States?

9         **A.   I think that Omega Engineering has**

10   **products that it sells to substantiate the**

11   **goods listed in the application.**

12        Q.   Do you believe that this

13   application was filed in bad faith, in

14   violation of Omega S.A.'s trademark rights in

15   the United States?

16        **A.   No, I don't.**

17        Q.   As part of this case you filed a,

18   "you" meaning Omega Engineering filed

19   counterclaims; is that correct?

20        **A.   Yes, that's correct.**

21             MR. HASTINGS:   And I would like to

22   mark, if we can, as Riggs Exhibit 14 a

23   document.

24             (Riggs Exhibit 14, copy of the

25        answer and counterclaims to the third