UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMEGA, S.A., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 3:01cv2104 (MRK) |
| | : | |
| OMEGA ENGINEERING, INC., et al | : | |
| | : | |
| Defendants. | : | |

### NOTICE TO COUNSEL

**The oral argument scheduled for Wednesday, June 23, 2004 is CANCELLED.** Oral argument in this case is rescheduled for **Tuesday, July 20, 2004, at 2:00 p.m.** in Courtroom # 4.


IT IS SO ORDERED.


/s/       Mark R. Kravitz
        United States District Judge

Dated at New Haven, Connecticut: June 16, 2004.