# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 301 CV 2104 MRK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

OMEGA S.A., Plaintiff

and

OMEGA S.A. and THE SWATCH GROUP LTD., Counterclaim Defendants

| | |
|---|---|
| June 25, 2004 | *signature* |
| Date | Signature |
| ct20918 | Jess M. Collen |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (914) 941-5668 | The Holyoke-Manhattan Building |
| Telephone Number | Address |
| (914) 941-6091 | 80 South Highland Avenue |
| Fax Number | |
| jcollen@collenlaw.com | Ossining, New York 10562 |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas Smart, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022

*signature*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)