# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 301 CV 2104 MRK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

OMEGA S.A., Plaintiff

and

OMEGA S.A. and THE SWATCH GROUP LTD., Counterclaim Defendants

June 29, 2004
Date

CT-01377
Connecticut Federal Bar Number

(914) 941-5668
Telephone Number

(914) 941-6091
Fax Number

pmiolene@collenlaw.com
E-mail address

*Philip J. Miolene*
Signature

Philip J. Miolene
Print Clearly or Type Name

80 South Highland Avenue
Address

Ossining, NY 10562

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas A. Smart, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York   10022

*Philip J. Miolene*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A.,<br><br>        Plaintiff,<br><br>v.<br><br>OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC.,<br><br>        Defendants.<br><br>OMEGA ENGINEERING, INC.,<br><br>        Counterclaim-Plaintiff,<br><br>v.<br><br>OMEGA, S.A. and<br>THE SWATCH GROUP LTD.,<br><br>        Counterclaim-Defendants. | Civil Action No.:<br>3:01 CV 2104 (MRK)<br><br><br><br>**CERTIFICATE OF SERVICE** |

     I, Laurie P. Leitner, do hereby certify that I caused a true copy of the foregoing: "Notice of Appearance" for Philip J. Miolene, Esq. be served upon the following Individual, in the following manner and addressed in the following form on June 29, 2004:

     VIA United States Postal Service, Pre-Paid, First Class Delivery
          Thomas Smart, Esq.
          Kaye Scholer LLP
          425 Park Avenue
          New York, New York 10022

                                            Laurie P. Leitner