# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:    3:01 CV 2104

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

OMEGA S.A., Plaintiff

and

OMEGA S.A. and THE SWATCH GROUP LTD., Counter Plaintiffs

July 29, 2004
**Date**

CT 25926
**Connecticut Federal Bar Number**

(914) 941-5668
**Telephone Number**

(914) 941-6091
**Fax Number**

mwagner@collenip.com
**E-mail address**

*[Signature]*
**Signature**

MATTHEW C. WAGNER
**Print Clearly or Type Name**

Collen IP INtellectual Property Law
**Address**

80 S. Highland Avenue
Ossining, New York  10562

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas A. Smart, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York  10022

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001