# EXHIBIT A

### LIST OF THE TRADEMARKS OF OMEGA ENGINEERING INC. OBJECTED TO BY OMEGA SA OUTSIDE THE UNITED STATES OF AMERICA

1.1.   OPPOSITIONS FILED BY OMEGA SA

**EUROPEAN UNION (COMMUNITY TRADEMARK)**
Austria, Benelux (Belgium, Luxemburg, The Netherlands), Denmark, Finland, France, Germany, Greece, Italy, Ireland, Portugal, Spain, Sweden, United Kingdom

O.10401   trademark application no. 001.330.133 **EUROMEGA**
cl. 1, 7, 9, 11, 16, 35, 41, 42
filed on 30.09.2000
goods opposed:
cl. 9
apparatus and instruments for timing or relating to timing; timers; electronic time indicators; video tapes in the field of timing

O.10402   trademark application no. 000.174.367 **OMEGA.COM**
cl. 7, 9, 11, 16, 35, 41, 42
filed on 01.04.1996
goods/services opposed:
cl. 9
apparatus and instruments for measuring time; apparatus and instruments for metering (in so far as they relate to time/timing); apparatus and instruments for gauging, counting, calibrating, detecting, indicating, signal conditioning, analysing, displaying, timing, testing, data logging, sensing and controlling ... time; electronic time indicators; transducers for time
cl. 42
scientific (sic) and industrial research services and/or making models and designs in the field of equipment for measuring, controlling and/or regulating time

O.10403   trademark application no. 000.174.458 **OMEGA**
cl. 7, 9, 11, 16, 35, 41, 42
filed on 01.04.1996
goods/services opposed:
cl. 9
apparatus and instruments for measuring time; apparatus and instruments for metering (in so far as they relate to time/timing); apparatus and instruments for gauging, counting, calibrating, detecting, indicating, signal conditioning, analysing, displaying, timing, testing, data logging, sensing and controlling ... time; electronic time indicators; transducers for time
cl. 42
scientific (sic) and industrial research services and/or making models and designs in the field of equipment for measuring, controlling and/or regulating time

O.10404   trademark application no. 000.174.466 **ΩE**
cl. 7, 9, 11, 16, 35, 41, 42, 42
filed on 01.04.1996
goods/services opposed:
cl. 9
apparatus and instruments for measuring time; apparatus and instruments for metering (in so far as they relate to time/timing); apparatus and instruments for gauging, couting, calibrating, detecting, identifying, indicating, signal conditioning, analysing, displaying, timing, testing, data logging, sensing and controlling time; timers; electronic time indicators; transducers for time
cl. 42
scientific (sic) and industrial research services and/or making models and designs in the field of equipment for measuring, controlling and/or regulating time

CONFIDENTIAL - OSA   12

O.10756    trademark application no. 000.207.449 ΩT
           cl. 2, 7, 9, 11, 42
           filed on 01.04.1996
           goods opposed:
           **cl. 9**
           timers and electronic time indicators

O.10771    trademark application no. 001.567.684 OMEGA
           cl. 9, 14, 16, 35, 37, 40, 41, 42
           filed on 21.03.2001
           Goods/services opposed:
           **cl. 9**
           clocking devices; apparatus for checking and measuring time and distance; computer controlled apparatus for checking and controlling the measureement of time and distance; measuring timing and display apparatus intended for science and industry
           **cl. 14**
           all goods claimed namely chronometric and horological products for science and industry; industrial and scientific timers; period timers; timers used in industrial and/or scientific apparatus to measure and/or control other variable parameters; all the foregoing goods being for science and/or industry
           **cl. 37**
           all services claimed namely repairs and installation service; field services, maintenance contracts, equipment installation; systems upgrades; telephone and on-site technical support and assistance; instrument maintenance, all the foregoing being for science and industry
           **cl. 42**
           technical support services, namely trouble-shooting of instrument problems in person and via fax, e-mail, computer and telephone; engineering design services for others in the field of measurement and control; telephone and on-site support and assistance for measurement and control; acquisition, display and retrieval of data for all the following ...... measuring, signalling, checking ...... apparatus and instruments; technical consultation services

O.11015    trademark application no. 002.246.718 OMEGA.CO.UK
           cl. 9, 14, 16, 35, 37, 40, 41, 42
           filed on 03.09.2002
           goods/services opposed:
           **cl. 9**
           industrial and/or scientific apparatus for the measurement of time; clocking devices, apparatus for checking and measuring time and distance; computer controlled apparatus for checking and controlling the measurement of time and distance; electronic information and data display apparatus; measuring, timing and display apparatus, intended for science and industry
           **cl. 14**
           all the goods claimed namely chronometric and horological products for science and industry; industrial and scientific timers; period timers; timers used in industrial and/or scientific apparatus to mea-sure and/or to control variable parameters; platinum or other precious metals in the form of strips, ribbons, rods, bars, wires and other forms for industrial and/or scientific use; all for science and/or industry
           **cl. 37**
           technical consultation services, all coverings goods in class 9; instrument testing and technical support services, namely troubleshooting of instrument problems in person and via fax, e-mail, computer and telephone; field services, maintenance contracts, equipment installation and testing; telephone and on-site technical support and assistance; telephone and on-site support and assistance for measurement and control; instrument maintenance
           **cl. 42**
           engineering design services for others in the field of measurement and control

O.11035    trademark application no. 02.226.454 Ω.ORG
           cl. 9, 16, 35
           filed on 21.05.2001
           goods opposed:

cl. 9
measuring apparatus and instruments; apparatus and instrument for ... timing ... variable chemical and physical parameters such as ... timing; timers; electronic time indicators; video tapes in the field of displaying, measuring, controlling, recording variable parameters such as timing

O.11047  trademark application no. 002.226.462 Ω + STRIPES
cl. 7, 9, 11, 14, 16, 35, 37, 40, 41, 42
filed on 21.05.2001
goods/services opposed:
cl. 9
measuring, signalling apparatus and instruments; electrical and electronic apparatus and intruments (insofar as they relate to timing); apparatus and instruments for measuring; industrial and scientific timers; period timers; timers used in industrial and/or scientific apparatus to measure and/or control other variable parameters; measuring, signalling apparatus and instruments (repeated in the list of products); apparatus and instruments for analysing, displaying, timing and ... controlling variable chemical and physical parameters such as ... timing ... data acquisition, display and retrieval; timers; microprocessor operated apparatus, data storing apparatus, data registring apparatus, measurement data- and process data transmitting apparatus; parts and fittings for the above named goods, including electronic measurement indicator (insofar as it relates to the measurement of time) ... electronic time indicators; video tapes in the field of indicating, displaying, measuring, recording ... variable
parameters such as ... timing, ... data acquisition, display and retrieval
cl. 14
all goods claimed namely precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes; jewellery, precious stones; horological and chronometric instruments; chronometrics and horological products for science and industry; industrial and scientific clocks; all the foregoing being for science and industry
cl. 42
technical information services relating to data acquisition ... trouble shooting of instrument problems in person and via fax e-mail, computer and telephone; engineering design services for others in the field of measurement and control; telephone and on-site support and assistance for measurement and control; acquisition, display and retrieval of data for measuring, signalling, checking apparatus and instruments ...

O.11073  trademark application no. 002.225.126 Ω.NET
cl. 9, 16, 35
filed on 21.05.2001
goods opposed:
cl. 9
; ... measuring, signalling, checking ... apparatus and instruments (insofar as related to time/timing);
; electrical and electronic apparatus (insofar as related to time/timing);
; apparatus and instruments for measuring (insofar as related to time/timing);
; ... signalling, checking, ... apparatus and instruments (insofar as related to time/timing);
; apparatus and instruments for ... timing, ... variable parameters such as ... speed timing, data acquisition, display and retrieval; ... ;
; ... timers, ... ;
; ... electronic time indicators, ... distance indicators, ... speed indicators, ... ;
; ... video tapes in the field of checking, indicating, displaying, measuring, controlling, recording, monitoring, warning of data logging and/or regulating variable parameters such as ... timing, ...data acquisition, display and retrieval ... ;
; measuring, indicating, displaying, controlling, recording, warning, monitoring instruments and apparatus (insofar as related to time/timing) ... .

O.11103  trademark application no. 002.232.270 Ω.COM
cl. 7, 9, 11, 14, 16, 35, 37, 40, 41, 42
filed on 21.05.2001
goods/services opposed:
cl. 9
measuring, signalling apparatus and instruments; electrical and electronic apparatus and intruments (insofar as they relate to timing); apparatus and instruments for measuring; industrial and scientific timers; period timers; timers used in industrial and/or scientific apparatus to measure

CONFIDENTIAL - OSA   14

and/or control other variable parameters; measuring, signalling apparatus and instruments (repeated in the list of products); apparatus and instruments for analysing, displaying, timing and ... controlling variable chemical and physical parameters such as ... timing ... data acquisition, display and retrieval; timers; microprocessor operated apparatus, data storing apparatus, data registring apparatus, measurement data- and process data transmitting apparatus; parts and fittings for the above named goods, including electronic measurement indicator (insofar as it relates to the measurement of time) ... electronic time indicators; video tapes in the field of indicating, displaying, measuring, recording ... variable parameters such as ... timing, ... data acquisition, display and retrieval

cl. 14

all goods claimed namely precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes; jewellery, precious stones; horological and chronometric instruments; chronometrics and horological products for science and industry; industrial and scientific clocks; all the foregoing being for science and industry

cl. 42

technical information services relating to data acquisition ... trouble shooting of instrument problems in person and via fax e-mail, computer and telephone; engineering design services for others in the field of measurement and control; telephone and on-site support and assistance for measurement and control; acquisition, display and retrieval of data for measuring, signalling, checking apparatus and instruments ...

O.11150     trademark application no. 002.180.834 OMEGA
cl. 9, 14, 16, 35
filed on 17.04.2001
goods opposed:
cl. 9
measuring, signalling ... apparatus and instruments;
apparatus for recording, transmission or reproduction of sound or image;
electrical and electronic apparatus and instruments;
apparatus and instruments for measuring;
measuring, signalling, checking ... apparatus and instruments;
apparatus and instruments for ... timing ... variable chemical and physical parameters such as timing
... data acqusition, siplay and retrieval;
timers;
computer hardware, computer software, data acquisition systems ... all the foregoing used for data acquisition, display and retrieval;
microprocessors operated data processing apparatus; microprocessor operated apparatus including indicating and display apparatus;
electronic measurement indicators, electronic signal indicating panels with electrical indicating instruments, light diodes, liquid cristal indicating pictures tubes;
elecronic time indicators, distance indicators, speed indicators, acceleration indicators;
digital monitors meter/controllers;
video tapes in the fields of checking, indicating, displaying, measuring, recording ... variable parameters such as timing, data acquisition, display and retrieval;
measuring, indicating, displaying, controlling, recording, warning, monitoring instruments and apparatus;
industrial and scientific clocks.
cl. 14
all the goods claimed namely precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes; jewellery, precious stones; horological and chronometricinstruments; timers; period timers; all the foregoing being for science and industry.

O.11349     trademark application No. 002.282.705 OMEGA
cl. 9, 38, 42
filed on 02.07.2001
goods/services opposed:
**Class 9**
- measuring and signalling apparatus and instruments (insofar as they relate to timing, to speed, distance, height and breadth);
- apparatus for recording, transmission or reproduction of sound or images;
-data-processing equipment and computers;

CONFIDENTIAL - OSA    15

- micro-processor operated and/or controlled timing, measuring and display apparatus for science or industry;
- radio frequency apparatus;
- radio frequency identification apparatus;
- information and data access control equipment via radio frequency;
- portable radio frequency signalling apparatus and identification modules;
- radio frequency control apparatus;
- data encoded radio frequency current;
- radio frequency control apparatus [repeated in the specification];
- data encoded radio frequency response of tags, chips, discs and cards;
- radio frequency detectors and readers;
- radio frequency access keys;
- encodable radio frequency subscription records
- radio frequency measurement, control and surveying apparatus;
- radio frequency transponders located on or within people, goods or vehicles for identification and location and data-logging;

**Class 38**
- management of access control by radio freqency transmission and radio frequency reception;
- data logging by radio frequency signals
- capture of information from radio frequency encoded data modules
- transfer of variable parameter data including, time, temperature and pressure by radio frequency signals
- radio frequency telemetry services for identification of location, logging or controlling the movement of animals, people, vehicles, goods and parcels;

**Class 42**
- radio frequency data logging
- radio frequency access control
- radio frequency identification
- encoding and decoding of radio frequency identification modules, cards, tags, discs and data storage devices;
- identification of location and movement of animals, people, vehicles, godds and parcels by radio requency telemetry and transponders

O.11350   trademark application No. 002.229.169 Ω
filed on 21.05.2001
cl. 7, 9, 11, 14, 16, 35, 37, 40, 41, 42
goods/services opposed:

**Class 9**
... measuring, signalling, ... apparatus and instruments insofar as they relate to timing; apparatus for recording, transmission or reproduction of sound or images; ... data processing equipment and computers; ...; apparatus and instruments for measuring insofar as they relate to timing; industrial and scientific timers; period timers; timers used in industrial and/or scientific apparatus to measure and/or control other variable parameters; ....; data acquisition devices; ... ; ... measuring, signalling, ... apparatus and instruments insofar as they relate to timing; ... ; apparatus and instruments for ... displaying, timing, ... and controlling variable chemical and physical parameters such as ... timing ... ; ... ; anemometers; ... ; ... timers, ... ; ....electronic signal indicating panels with electrical indicating instruments, light diodes, liquid crystal indicators, pictures tubes, laser scanners, electronic input keyboards, optical and magnetic data recording apparatus and data reproducing apparatus, electronic time indicators, ....; video tapes in the fields of checking, indicating, displaying, measuring, controllings recording, ..., speed, timing, ...

**Class 14**
Precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes; horological and chronometric instruments; chronometric and horological products for science and industry; industrial and scientific clocks; all the foregoing being for science and industry.

**Class 37**
Repair, installation services; ...; technical consltation services; ... ; telephone and on-site technical and support assistance; ....

**Class 42**
...; instruments testing and technical support services, namely troubleshooting of instrument problems in person and via fax, e-mail, computer and telephone; ...; telephone and on site support and assistance for measurement and control; .....

CONFIDENTIAL - OSA   16

**CANADA**

O.3004  trademark application no. 849.631 **OMEGA + ΩE**
filed on 30.06.1997
goods opposed:
clocks, timers

O.3004  trademark application no. 849.629 **ΩE**
filed on 30.06.1997
goods opposed:
clocks, timers

O.3004  trademark application no. 849.630 **OMEGA**
filed on 30.06.1997
goods opposed:
clocks, timers

**ISRAEL**

O.3004  trademark application no. 115.807 **OMEGA**
**cl. 9**
filed on 10.11.1997
goods opposed:
all goods claimed namely scientific, electric, optical, measuring, signaling, checking and teaching apparatus; data carriers, data processing and computer equipment

**UNITED KINGDOM**

O.10729  trademark application no. **2.179.158 OMEGAMETER**
**cl. 9**
filed on 08.10.1998
goods opposed:
period timers

O.10859  trademark application no. 1.571.303 **OMEGA + ΩE**
**cl. 9**
filed on 06.05.2002
goods opposed:
period timers

**1.2.   INVALIDATION ACTION FILED BY OMEGA SA**

**UNITED KINGDOM**

O.10757  trademark registration no. 1.557.184 **OMEGA**
**cl. 9**
filed on 16.12.1993
invalidation requested for the following goods:
period timers