IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A.,<br>        Plaintiff,<br>v.<br><br>OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC.,<br>        Defendants.<br><br>OMEGA ENGINEERING, INC.,<br><br>        Counterclaim-Plaintiff,<br>v.<br>OMEGA, S.A. and<br>THE SWATCH GROUP LTD.,<br>        Counterclaim-Defendants. | Civil Action No.:<br>3:01 CV 2104 (MRK)<br><br>**STIPULATION AND<br>PROPOSED ORDER** |

Plaintiff Omega S.A. and The Swatch Group Ltd. (hereinafter "Plaintiffs") and defendants Omega Engineering, Inc., Omega Press, Inc. and Omega Scientific, Inc. (hereinafter "Defendants") hereby jointly stipulate to filing documents related to this action electronically, via the Court's Electronic Case Filing System.

Respectfully submitted,

By: _____
Jess M. Collen (ct 20918)
Matthew C. Wagner (ct 25926)
Philip Miolene (ct 01377)
COLLEN *IP*
The Holyoke-Manhattan Bldg.
80 South Highland Avenue
Ossining, New York 10562
Fax: (914) 941-6091
Attorneys for Plaintiffs

Dated: July 2, 2004
Ossining, New York

By: _____
Thomas A. Smart (ct 21462)
Paul C. Llewellyn (ct25417)
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000
Fax. (212) 836-7154
Attorneys for Defendants

Dated: July 30, 2004
New York, New York

**SO ORDERED** this _____ day of _____ , 2004

_____
UNITED STATES DISTRICT JUDGE