IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA, S.A., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA ENGINEERING, INC., <br> OMEGA SCIENTIFIC, INC., and <br> OMEGA PRESS, INC., <br><br> Defendants. <br><br> OMEGA ENGINEERING, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> OMEGA, S.A. and <br> THE SWATCH GROUP LTD., <br><br> Counterclaim-Defendants. | Civil Action No.: <br> 3:01 CV 2104 (MRK) |

## DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Dr. Milton Hollander dated September 14, 2004 and exhibits thereto, the accompanying Declaration of B. Christine Riggs dated September 14, 2004 and exhibits thereto, the accompanying Declaration of Thomas A. Smart dated September 14, 2004 and exhibits thereto, the accompanying Declaration of Michelle Tepper dated September 14, 2004 and exhibits thereto, the previously filed Declaration of B. Christine Riggs filed April, 2004 and exhibits thereto, the previously filed Declaration of Thomas A. Smart dated March 31, 2004 and exhibits thereto, the accompanying Defendants' Local Civil Rule 56(a)1 Statement of Undisputed Facts, the

Doc.#30947183.WPD                                    **ORAL ARGUMENT REQUESTED**

pleadings; and defendants prior memoranda of law in this action in support of their previously-filed motion for judgment on the pleadings, and the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, defendants Omega Engineering, Inc., Omega Scientific, Inc. and Omega Press, Inc., by their attorneys, Kaye Scholer LLP, will move this Court before the Honorable Mark R. Kravitz, United States District Judge, at the United States District Courthouse for the District of Connecticut, located at 141 Church Street, New Haven, Connecticut 06510, on September 15, 2004, or as soon thereafter as counsel can be heard, for an order pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56(a)1 granting summary judgment dismissing each of the claims against defendants contained in plaintiff's Complaint and granting defendants such other relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to District of Connecticut Local Civil Rule 7, answering papers, if any, are to be served no later than 21 days after service of moving papers.

Dated: September 15, 2004
New York, NY

Of counsel:

Victoria Haje
Michelle R. Tepper

Respectfully submitted,

_____
Thomas A. Smart (CT 21462)
Paul C. Llewellyn (CT 25417)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

Thomas E. Minogue (CT 06845)
MINOGUE BIRNBAUM LLP
237 Elm Street
New Canaan, CT 06840
(203) 966-6916

*Attorneys for Defendants and for Counterclaim-Plaintiff*

TO:

Jess M. Collen, Esq.
Matthew Wagner, Esq.
**COLLEN IP**
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

*Attorney for Plaintiff and
Counterclaim-Defendants*