IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA, S.A.,<br><br>                Plaintiff,<br><br>        v.<br><br>OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC.,<br><br>                Defendants.<br><br>OMEGA ENGINEERING, INC.,<br><br>                Counterclaim-Plaintiff,<br><br>        v.<br><br>OMEGA, S.A. and<br>THE SWATCH GROUP LTD.,<br><br>                Counterclaim-Defendants. | Civil Action No.:<br>3:01 CV 2104 (MRK) |

### NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT
### GRANTING DEFENDANTS' COUNTERCLAIM FOR CANCELLATION

**PLEASE TAKE NOTICE** that upon the accompanying Defendants' Local Civil Rule 56(a)1 Statement of Undisputed Facts, the accompanying Declaration of Thomas A. Smart dated September 14, 2004 and exhibits thereto, the pleadings, and the accompanying Memorandum of Law in Support of Omega Engineering's Motion for Partial Summary Judgment on its Counterclaim for Cancellation, counterclaim plaintiff Omega Engineering, Inc., by its attorneys, Kaye Scholer LLP, will move this Court before the Honorable Mark R. Kravitz, United States District Judge, at the United States District Courthouse for the District of

Doc.#30947180.WPD                                                                              **ORAL ARGUMENT REQUESTED**

Connecticut, located at 141 Church Street, New Haven, Connecticut 06510, on September 15, 2004, or as soon thereafter as counsel can be heard, for an order pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56(a)1 granting summary judgment on its counterclaim for cancellation, pursuant to 15 U.S.C. § 1064, of counterclaim-defendant Omega, S.A.'s federal trademark registrations Nos. 708,731 and 1,290,661 for the mark OMEGA and design and granting such other relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to District of Connecticut Local Civil Rule 7, answering papers, if any, are to be served no later than 21 days after service of moving papers.

Dated: September 15, 2004
New York, NY

Respectfully submitted,

_____
Thomas A. Smart  (CT 21462)
Paul C. Llewellyn  (CT 25417)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

Of counsel:

Victoria Haje
Michelle R. Tepper

Thomas E. Minogue (CT 06845)
MINOGUE BIRNBAUM LLP
237 Elm Street
New Canaan, CT  06840
(203) 966-6916

*Attorneys for Defendants and for Counterclaim-Plaintiff*

TO:

Jess M. Collen, Esq.
Matthew Wagner, Esq.
**COLLEN IP**
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

*Attorney for Plaintiff and
Counterclaim-Defendants*