IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA, S.A.,<br><br>        Plaintiff,<br><br>        v.<br><br>OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC.,<br><br>        Defendants.<br><br>OMEGA ENGINEERING, INC.,<br><br>        Counterclaim-Plaintiff,<br><br>        v.<br><br>OMEGA, S.A. and<br>THE SWATCH GROUP LTD.,<br><br>        Counterclaim-Defendants. | Civil Action No.:<br>3:01 CV 2104 (MRK) |

## NOTICE OF MOTION TO PRECLUDE
## THE TESTIMONY OF JAMES H. FOUSS

**PLEASE TAKE NOTICE**, that, upon the accompanying Declaration of Dr. Seymour Lieberman dated June 4, 2004 and the exhibits thereto, the accompanying Declaration of Thomas A. Smart dated September 14, 2004 and exhibits thereto, the accompanying Declaration of Dr. Milton Hollander dated September 14, 2004 and exhibits thereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude the Testimony of James H. Fouss, and the pleadings in this action, defendants Omega Engineering, Inc., Omega Scientific, Inc. and Omega Press, Inc., by their attorneys, Kaye Scholer LLP, will

30947184.WPD

**ORAL ARGUMENT REQUESTED**

move this Court before the Honorable Mark R. Kravitz, United States District Judge, at the United States District Courthouse for the District of Connecticut, located at 141 Church Street, New Haven, Connecticut 06510, on September 15, 2004, or as soon thereafter as counsel can be heard, for an order granting defendants' motion to exclude the testimony of plaintiff's proposed expert James H. Fouss in its entirety, and granting such other and further relief as the court deems just and proper.

Dated: September 15, 2004
New York, NY

Respectfully submitted,

_____
Thomas A. Smart (CT 21462)
Paul C. Llewellyn (CT 25417)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

Of counsel:

Victoria Haje
Michelle Tepper

Thomas E. Minogue (CT 06845)
MINOGUE BIRNBAUM LLP
237 Elm Street
New Canaan, CT 06840
(203) 966-6916

*Attorneys for Defendants and for Counterclaim-Plaintiff*

TO:

Jess M. Collen, Esq.
Matthew Wagner, Esq.
**COLLEN IP**
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

*Attorney for Plaintiff and Counterclaim-Defendants*