IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
OMEGA, S.A.,

              Plaintiff,

     v.

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC., AND
OMEGA PRESS, INC.,

              Defendants.

OMEGA ENGINEERING, INC.,

              Counterclaim-Plaintiff,

     v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.

              Counterclaim-Defendants.
------------------------------------------------------------x

Civil Action No.:
3:01 CV 2104 (MRK)

## DECLARATION OF THOMAS A. SMART

I, Thomas A. Smart, declare pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am a partner in the law firm of Kaye Scholer, LLP, attorneys for defendants in this litigation. I am familiar with the facts stated herein and submit this declaration in support of defendants' motion for Summary Judgment, defendant OEI's Motion for Partial Summary Judgment on its counterclaim for cancellation, and defendants' Motion to Preclude the Testimony of James H. Fouss.

    2.    Annexed hereto as Exhibit A are excerpts of Ms. Sauser Rupp's deposition pertinent to defendants' motions.

3. Annexed hereto as Exhibit B are excerpts of Mr. Robert Emmons' deposition pertinent to defendants' motions.

4. Annexed hereto as Exhibit C are excerpts of Mr. HansPeter Rentsch's deposition pertinent to defendants' motions.

5. Annexed hereto as Exhibit D are excerpts of Mr. Guy D. Gibbons' deposition pertinent to defendants' motions.

6. Annexed hereto as Exhibit E are excerpts of Mr. Hamid Kayal's deposition pertinent to defendants' motions.

7. Annexed hereto as Exhibit F is a true and correct copy of Defendants' Exhibit ("DX") 2 marked by defendants during depositions in this case.

8. Annexed hereto as Exhibit G is a true and correct copy of DX 4 marked by defendants during depositions in this case.

9. Annexed hereto as Exhibit H is a true and correct copy of DX 6 marked by defendants during depositions in this case.

10. Annexed hereto as Exhibit I is a true and correct copy of DX 13 marked by defendants during depositions in this case.

11. Annexed hereto as Exhibit J is a true and correct copy of DX 14 marked by defendants during depositions in this case.

12. Annexed hereto as Exhibit K is a true and correct copy of DX 25a marked by defendants during depositions in this case.

13. Annexed hereto as Exhibit L is a true and correct copy of DX 55 marked by defendants during depositions in this case.

14. Annexed hereto as Exhibit M is a true and correct copy of DX 61 marked by defendants during depositions in this case.

15. Annexed hereto as Exhibit N is a true and correct copy of DX 68 marked by defendants during depositions in this case.

16. Annexed hereto as Exhibit O is a true and correct copy of DX 69 marked by defendants during depositions in this case.

17. Annexed hereto as Exhibit P is a true and correct copy of DX 81 marked by defendants during depositions in this case.

18. Annexed hereto as Exhibit Q is a true and correct copy of DX 103 marked by defendants during depositions in this case.

19. Annexed hereto as Exhibit R is a true and correct copy of DX 115 marked by defendants during depositions in this case.

20. Annexed hereto as Exhibit S is a true and correct copy of DX 116 marked by defendants during depositions in this case.

21. Annexed hereto as Exhibit T is a true and correct copy of DX 117 marked by defendants during depositions in this case.

22. Annexed hereto as Exhibit U is a true and correct copy of DX 118 marked by defendants during depositions in this case.

23. Annexed hereto as Exhibit V is a true and correct copy of DX 235 marked by defendants during depositions in this case.

24. Annexed hereto as Exhibit W is a true and correct copy of DX 237 marked by defendants during depositions in this case.

25. Annexed hereto as Exhibit X is a true and correct copy of Omega S.A.'s Supplemental Answers to Defendants' First Set of Interrogatories, dated February 13, 2004.

26. Defendants recently requested that OSA amend the complaint in this action to comply with its obligations under the *Omega I* Settlement Agreement. As of this date, OSA has not done so. Annexed hereto as Exhibit Y is a letter dated September 7, 2004 from Paul C. Llewellyn to Jess Collen requesting that OSA file an amended complaint prior to September 15, 2004.

27. Annexed hereto as Exhibit Z is James H. Fouss's Expert Report prepared for plaintiff ("Fouss Report").

28. Annexed hereto as Exhibit AA is a true and correct copy of DX 73 marked by defendants during depositions in this case.

29. Annexed hereto as Exhibit BB is a true and correct copy of DX 74 marked by defendants during depositions in this case.

30. Annexed hereto as Exhibit CC is a true and correct copy of DX 75 marked by defendants during depositions in this case.

31. Annexed hereto as Exhibit DD is a true and correct copy of DX 76 marked by defendants during depositions in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2004
New York, New York

_____
Thomas A. Smart