IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

OMEGA, S.A.,

          Plaintiff,

v.

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC., AND
OMEGA PRESS, INC.,

          Defendants.

OMEGA ENGINEERING, INC.,

          Counterclaim-Plaintiff,

v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.

          Counterclaim-Defendants.

Civil Action No.:
3:01 CV 2104 (MRK)

### DECLARATION OF MICHELLE R. TEPPER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Michelle R. Tepper, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney associated with the law firm of Kaye Scholer LLP, counsel for defendants Omega Engineering, Inc. ("OEI"), Omega Press, Inc. ("OPI") and Omega Scientific, Inc. ("OSI") (together, "defendants"). The facts herein are based on my investigation of the sources described below. I submit this declaration in support of defendants' motion for summary judgment.

2. Searches on the internet reveal that numerous third party businesses and websites operate under names that include "omega." Representative examples of such third parties are described below.

30943836.DOC

3. For example, Alpha Omega is a Boston, Massachusetts based retailer that is an authorized Omega S.A. dealer with four stores. Alpha Omega advertises and offers for sale wristwatches, including Omega Watches sold by OSA as well as competing watches such as TAG Heuer, Baume & Mercier, Ebel, Montblanc, and Gucci. Attached as Exhibit A are sample webpages from Alpha Omega's website which is located at the domain www.alphaomegajewelers.com, which were also marked as Exhibit 236 at the deposition of Dr. Hanspeter Rentsch on April 23, 2004.

4. There is a website at the domain http://omegaelectronic.com for a company called Omega Electronics. The website advertises and offers for sale various electronics devices including portable Mp3 players, portable CD players, home stereo systems, cameras, car stereos, dvd players, and digital cameras. Attached hereto as Exhibit B are sample pages from the Omega Electronics website, which were also marked as Exhibit 87 at the deposition of Mrs. Christiane Sauser Rupp on March 17, 2004.

5. There is a website at the domain www.omega-its.com for a company called Omega Technologies, Inc. The website advertises telecommunications and broadband internet services and other management support services which this company offers to sell to government and commercial customers, both nationally and internationally. Attached hereto as Exhibit C are sample pages from the Omega Technologies website, which were also marked as Exhibit 83 at the deposition of Mrs. Christiane Sauser Rupp on March 17, 2004.

6. There is a website at the domain www.omegapac.com for a company called Omega Pacific that advertises and offers for sale rock climbing and rescue gear. Attached hereto as Exhibit D are sample pages from the Omega Pacific website, which were also marked as Exhibit 82 at the deposition of Mrs. Christiane Sauser Rupp on March 17, 2004.

7. There is a website at the domain www.omegaone.com for a company called Omega One LLC. The website advertises and offers for sale Omega One LLC's various software products for the Pocket PC and Handheld PC. Attached hereto as Exhibit E are sample pages from the Omega One's website.

8. There is a website at the domain www.omega-products.com for a company called Omega Products International. The website advertises that Omega Products International offers for sale commercial and residential exterior and interior stucco wall systems. Attached hereto as Exhibit F are sample pages from the Omega Products International website.

9. There is a website at the domain www.owt.net for a company called Omega World Travel. The website advertises and offers for sale travel assistance and reservations to consumers and business clients. Attached hereto as Exhibit G are sample pages from the Omega World Travel website.

10. In addition, numerous third parties own trademark registrations and applications for marks that contain "omega." I have personally conducted an online search of the U.S. Patent and Trademark ("PTO") Trademark Electronic Search System ("TESS") for marks containing "omega," other than registrations and applications of plaintiff Omega, S.A. ("OSA") and OEI. TESS is the database of federally registered trademarks and pending federal trademark applications, and is regularly used by trademark attorneys to determine the existence and status of trademark applications and registrations. As of March 8, 2004, the PTO TESS database indicated that there are 327 registrations and pending applications for marks containing "omega." These include a number of marks for a wide variety of goods and services. A copy of these PTO TESS database search results is attached as Exhibit H, which was marked as Exhibit 86 at the

deposition of Mrs. Christiane Sauser Rupp on March 17, 2004. Representative examples of such third party registrations and applications for "omega" marks are described below.

      11. For example, the mark OMEGA-FRAME, Reg. No. 2,759,432, is registered to Novotec Products LLC for a "computer workstation organizer for attaching around a computer monitor." Attached hereto as Exhibit I is a copy of the PTO TESS printout for the mark OMEGA-FRAME, Reg. No. 2,759,432.

      12. The mark OMEGA STUDIOS, Reg. No. 2,645,256, is registered to Heritage Preservation Corporation for "conventional and digital photography services, namely, photographic concept development and page layout." Attached hereto as Exhibit J is a copy of the PTO TESS printout for the mark OMEGA STUDIOS, Reg. No. 2,645,256.

      13. The mark OMEGA-RX, Reg. No. 2,069,444, is registered to Owen Healthcare, Inc. for "computer software for use in pharmacy management and industrial manuals provided together." Attached hereto as Exhibit K is a copy of the PTO TESS printout for the mark OMEGA-RX, Reg. No. 2,069,444.

      14. The mark OMEGA WEDGE, Reg. No. 2,455,637, is registered to Active Industries, Inc. for "electrical, thermal, and mechanical insulators, for electrical, electronic, electronic, electro-mechanical, mechanical or thermal environments." Attached hereto as Exhibit L is a copy of the PTO TESS printout for the mark OMEGA WEDGE, Reg. No. 2,455,637.

      15. The mark ALPHA-OMEGA VISION SYSTEMS, Reg. No. 2,203,242, is registered to Melvin Williams for "hosting the web sites of others on a computer server for a global computer network." Attached hereto as Exhibit M is a copy of the PTO TESS printout for the mark ALPHA-OMEGA VISION SYSTEMS, Reg. No. 2,203,242.

16. The mark ALPHA DOG OMEGA CAT, Reg. No. 2,189,212 (as a design mark plus words) and Reg. No. 2,169,652 (as a typed drawing), is registered to Centuries, Inc. for "retail store and mail order services featuring general merchandise, gifts, and pet supplies." Attached hereto as Exhibit N is a copy of the PTO TESS printout for the mark ALPHA DOG OMEGA CAT, Reg. No. 2,189,212. Attached hereto as Exhibit O is a copy of the PTO TESS printout for the mark ALPHA DOG OMEGA CAT, Reg. No. 2,169,652.

17. The mark OMEGATREK, Reg. No. 2,762,110, is registered to Iwatsu Electric Co., Ltd for "Digital voice-data mobile communication equipment, namely, cordless telephone set, cordless key telephones, electric switch modules, and base station." Attached hereto as Exhibit P is a copy of the PTO TESS printout for the mark OMEGATREK, Reg. No. 2,762,110, which was marked as Exhibit 84 at the deposition of Mrs. Christiane Sauser Rupp on March 17, 2004.

18. The mark ALPHA AND OMEGA SOLUTIONS, Reg. No. 2,546,315, is registered to Dwight Curtis Jackson for "business consultation, accounting auditing, business auditing, tax preparation and filing for others, designing and planning business plans for others." Attached hereto as Exhibit Q is a copy of the PTO TESS printout for the mark ALPHA AND OMEGA SOLUTIONS, Reg. No. 2,546,315, which was marked as Exhibit 85 at the deposition of Mrs. Christiane Sauser Rupp on March 17, 2004.

19. The mark OMEGAPURE, Reg. No. 2,787,500, is registered to Noveautech, Inc. for "water treatment equipment, namely water treatment units for usage in process and laboratory applications that utilize membranes, electrodeionization, filtration and similar technologies." Attached hereto as Exhibit R is a copy of the PTO TESS printout for the mark OMEGAPURE, Reg. No. 2,787,500.

6

20. Omegatrend International Pty Ltd. Corporation has applied to register the mark OMEGA TREND, Serial. No. 79/000,390, for, *inter alia*, "key rings, jewellery and watches." Attached hereto as Exhibit S is a copy of the PTO TESS printout for the mark OMEGA TREND, Ser. No. 79/000,390.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would completely testify thereto.

Executed this 14 day of September, 2004, at New York, New York.

　　　　　　　　　　　　　　　　　　　　　／s／ Michelle R. Tepper
　　　　　　　　　　　　　　　　　　　　　Michelle R. Tepper