IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

------------------------------------ x

OMEGA, S.A.,

       Plaintiff,

  v.

OMEGA ENGINEERING, INC.,
OMEGA SCIENTIFIC, INC., and
OMEGA PRESS, INC.,

       Defendants.

OMEGA ENGINEERING, INC.,

       Counterclaim-Plaintiff,

  v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.,

       Counterclaim-Defendants.

------------------------------------ x

Civil Action No.:
3:01 CV 2104 (MRK)

## NOTICE OF MANUAL FILING

    Please take notice that defendants Omega Engineering, Inc., Omega Scientific, Inc. & Omega Press, Inc. ("defendants") have manually filed the following documents or things.

- Exhibits to Declaration of Thomas A Smart, dated September 14, 2004
- Exhibits to Declaration of B. Christine Riggs, dated September 14, 2004
- Exhibits to Declaration of Dr. Milton B. Hollander, dated September 14, 2004
- Exhibits to Declaration of Michelle R. Tepper, dated September 14, 2004

These documents have not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d)

    or Local Rule of Criminal Procedure 57(b)

[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

Dated: September 15, 2004
New York, New York

Of counsel:

Michelle R. Tepper

Respectfully submitted,

By: _____
Thomas A. Smart (CT 21462)
Paul C. Llewellyn (CT 25417)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
(212) 836-8000

Thomas E. Minogue (CT 06845)
MINOGUE BIRNBAUM LLP
237 Elm Street
New Canaan, CT  06840
(203) 966-6916

*Attorneys for Defendants*