IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------x
OMEGA, S.A.,

              Plaintiff,

v.

OMEGA ENGINEERING, INC., OMEGA SCIENTIFIC,   Civil Action No.:
INC., AND OMEGA PRESS, INC.,   3:01 CV 2104 (MRK)

             Defendants.

------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2004, I caused true, accurate and unredacted copies of the following documents to be servied by hand on upon Matthew C. Wagner, Esq., COLLEN IP, The Holyoke-Manhattan Building, 80 South Highland Avenue, Ossining, NY 10562, counsel for Omega, S.A. and The Swatch Group Ltd:

1. Defendants' Motion for Summary Judgement Dismissing Plaintiffs' Complaint;
2. Memorandum of Law in Support of the foregoing motion;
3. Counterclaim-plaintiff Omega Engineerings' Motion for Summary Judgment on its Counterclaim for Cancellation;
4. Memorandum of Law in support of the foregoing motion;
5. Local Civil Rule 56(a)1 Statement of Undisputed Facts in support of the foregoing two summary judgment motions;
6. Defendants' Motion to Preclude the Testimony of James H. Fouss;
7. Memorandum of Law in support of the foregoing motion;
8. Declaration of Dr. Milton Hollander dated September 14, 2004, and exhibits thereto;
9. Declaration of B. Christine Riggs dated September 14, 2004, and exhibits thereto;
10. Declaration of Thomas A. Smart dated September 14, 2004, and exhibits thereto;
11. Declaration of Michelle Tepper dated September 14, 2004, and exhibits thereto;
12. Declaration of Dr. Seymour Lieberman dated June 4, 2004, and exhibits thereto;
13. Defendants' Motion and Incorporated Memorandum for Leave To File Unredacted Documents Under Seal;
14. Declaration of Dr. Milton Hollander in Support of Defendants' Motion for Leave to File Unredacted Documents Under Seal; and
15. Notice of Manual Filing

_____
Paul C. Llewellyn