IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA ENGINEERING, INC., <br> OMEGA SCIENTIFIC, INC., and <br> OMEGA PRESS, INC., <br><br> Defendants. | Civil Action No.: <br> 3:01 CV 2104 (MRK) |

**NOTICE OF FILING UNDER SEAL PURSUANT TO LR 5(d)(2)**

Please take notice that Plaintiff Omega, S.A. is filing the attached Motion for Summary Judgment and supporting documents under Seal pursuant to Local Rule 5(d)(2) and the Protective Order entered stipulated by the Parties.

Respectfully submitted,

By: _____
Jess M. Collen (CT 20918)
Matthew C. Wagner (CT 25926)
COLLEN *IP*
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Tel. (914) 941-5668
Fax: (914) 941-6091
Attorneys for Plaintiff

Dated: September 15, 2004
Ossining, New York