116

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OMEGA ENGINEERING, INC., )<br>OMEGA SCIENTIFIC, INC., and )<br>OMEGA PRESS, INC., )<br>)<br>Defendants. )<br>)<br>OMEGA ENGINEERING, INC., )<br>)<br>Counterclaim-Plaintiff, )<br>)<br>v. )<br>)<br>OMEGA, S.A. and )<br>THE SWATCH GROUP LTD., )<br>)<br>Counterclaim-Defendants. )<br>) | Civil Action No.:<br>3:01 CV 2104 (MRK) |

## PLAINTIFF, OMEGA S.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff/Counterclaim Defendant, Omega S.A., ("Plaintiff" or "OSA"), by and through its undersigned counsel, hereby moves the Court for Partial Summary Judgment, pursuant to Federal Rule of Civil Procedure 56, on the grounds that there are not disputed issues of material fact and, Plaintiffs are entitled to judgment as a matter of law regarding its claims for violations by Defendants, Omega Engineering, Inc. ("OEI"), Omega Scientific, Inc. ("OSI") and Omega Press, Inc. ("OPI") (collectively referred to as "OEI" or "Defendants") of the Lanham Act, 15 U.S.C. §§ 1125(b), Connecticut Unfair Trade Practice's Act, Conn. Gen.Stat. § 42-110b(a) ("CUTPA") and for trademark

infringement. Plaintiff also moves for summary judgment on Defendants' first counterclaim for cybersquatting relative to omega.us.

The Motion is further supported by the accompanying Memorandum, Statement of Undisputed Facts, and all pleadings and papers cited therein.

                                  Respectfully submitted
                                  for Plaintiff,

By:  _____
           Jess M. Collen (JC-2875)
           Matthew C. Wagner (MW-0204)
           COLLEN *IP*
           THE HOLYOKE-MANHATAN BUILDING
           80 South Highland Avenue
           Ossining, New York 10562
           (914) 941-5668
           (914) 941-6091 (facsimile)
           jcollen@collenlaw.com (email)

Dated: September 15, 2004