IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA ENGINEERING, INC., <br> OMEGA SCIENTIFIC, INC., and <br> OMEGA PRESS, INC., <br><br> Defendants. | Civil Action No.: <br> 3:01 CV 2104 (MRK) |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff Omega, S.A. has manually filed the following documents or things.

**Plaintiff's Motion for Summary Judgment**

This document has not been filed electronically because this case has not been certified for electronic filing.

The document has been manually served on all parties.

Respectfully submitted,

By: _____
Jess M. Collen (CT 20918)
Matthew C. Wagner
COLLEN *IP*
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Tel. (914) 941-5668
Fax: (914) 941-6091
Attorneys for Plaintiff

Dated: September 15, 2004
Ossining, New York