IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| OMEGA S.A.,<br><br>        Plaintiff,<br><br>        v.<br><br>OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC.,<br><br>        Defendants.<br><br>OMEGA ENGINEERING, INC.,<br><br>        Counterclaim-Plaintiff,<br><br>        v.<br><br>OMEGA, S.A. and<br>THE SWATCH GROUP LTD.,<br><br>        Counterclaim-Defendants. | Civil Action No.:<br>3:01 CV 2104 (MRK) |

## DECLARATION OF DAVID EWEN

1. My name is David Ewen. I am an employee of Collen IP – Attorneys for the Plaintiff, Omega S.A.

2. I visited the website located at www.omega.ch. The documents found at Exhibit 2, attached to Plaintiff's Motion for Summary Judgment, are a true and accurate reflection of the content and appearance of the website.

3. I visited the website located at www.omegaelectronics.com. The documents found at Exhibits 2 and 4, attached to Plaintiff's Motion for Summary Judgment, are a true and accurate reflection of the content and appearance of the website.

4. I visited the website located at www.omega.com. The documents found at Exhibit 22, attached to Plaintiff's Motion for Summary Judgment, are a true and accurate reflection of the content and appearance of the website.

5. I visited the website located at www.thomasregister.com. The documents found at Exhibits J and K, attached to Plaintiff's Motion for Summary Judgment, are a true and accurate reflection of the content and appearance of the website.

I, David Ewen, declare under penalty of perjury that the foregoing is true and correct.

_____
David Ewen

Dated: September 15, 2004