IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

OMEGA, S.A.,

                Plaintiff,

v.

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC., AND
OMEGA PRESS, INC.,

                Defendants.

OMEGA ENGINEERING, INC.,

                Counterclaim-Plaintiff,

v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.

                Counterclaim-Defendants.

Civil Action No.:
3:01 CV 2104 (MRK)

## DECLARATION OF HILDA BURKE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Hilda Burke, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am Flow Department Engineering Manager of defendant Omega Engineering, Inc. ("OEI"), one of the defendants in this case. I have personal knowledge of the facts stated herein except where, as noted, I have relied upon the records of defendants kept in the ordinary course of business. I am competent to testify on the matters set forth below if called at trial. I submit this declaration in opposition to plaintiff's motion for partial summary judgment.

2. As Flow Department Engineering Manager of OEI, I am responsible for the maintenance of certain web pages on OEI's web site, including web pages relating to OEI's flow

products. In particular, one of the pages for which I am responsible is the page at URL http://www.omega.com/pptst/FPG101_201.html, which advertises two Digital Open Channel Water Velocity Meters, or flow meters, sold by OEI under model numbers FPG-101 and FPG-201. These flow meters are scientific and industrial products that are used to measure water velocity in pipes, sewers, and similar locations.

   3. I have been advised that Omega, S.A., the plaintiff in this case, has asserted that OEI uses the phrase "watch batteries" on the above-referenced web page and has objected to OEI's sale of so-called "watch batteries" on this web page. In fact, the current version of the web page at issue does not contain the phrase "watch batteries." (A copy of the current version of the web page is attached as Exhibit A). The web page at issue was modified by me in June, 2004 for business and marketing reasons, including changes to the listed prices for the flow meters sold on the page. As best as I can determine from OEI's records and my own best recollection, at that time I also replaced the reference to "watch batteries" with "Battery 1.55 V, SILVER OXIDE," which is the precise type and voltage of battery that is offered for sale on the web page. Nobody asked me to make this change to the phrase "watch batteries," and the change was not made for reasons having anything to do with this case.

   4. OEI offers batteries for sale on this web page because they are the power source for the flow meter that OEI also sells on that page. The batteries do not bear any "OMEGA" marks or symbols, and never have. They are manufactured by a third party and are purchased by OEI to offer as a convenience for purchasers of the OEI's flow meters.

   5. This flow meters sold on the web page at issue are manufactured by a third party on behalf of OEI and then branded with OEI's OMEGA mark. As described by the third party manufacturer's specifications sheet (a copy of which is attached as Exhibit B), the flow

meters' power source is "watch-type batteries," a phrase sometimes used to describe the style of batteries that the flow meters use and that are offered for sale on the OEI web page at issue. OEI frequently bases its product descriptions on the product specifications provided by third party manufacturers, and it is for this reason – the third party manufacturer's use of the phrase "watch-type batteries" – that the OEI web page at issue apparently at one time referred to "watch batteries."

      6. OEI has never actually marketed these batteries for use in watches, because OEI does not sell watches or any other products for consumers. To the best of my knowledge, OEI has never marketed these batteries for use in anything other than the flow meters described above.

      I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would completely testify thereto.

      Executed this _5_ day of October, 2004, at Stamford, Connecticut.

_____
Hilda Burke

# Exhibit A



# FPG-101-201

**Digital Open Channel Water Velocity Meters
Discontinued Product**

- ✔ **Ideal for Storm Water, Rivers, Ditches, Flumes, Sewers, Effluents, Canals, Creeks**
- ✔ **Turbo-Propeller Sensor**
- ✔ **Waterproof Digital Display**
- ✔ **Telescoping Expandable Handle — .9 to 1.8 m or 1.5 to 4.5 m (3 to 6 ft or 5 to 15 ft)**



Click **here** for larger image.



Product Specs.
*click here*

The FPG-101 and FPG-201 flow probes are highly accurate water velocity instruments for measuring flows in open channels and partially filled pipes such as sewers. The flow probe consists of a protected turboprop positive displacement sensor connected by an expandable probe handle to a digital readout display. The flow probe incorporates true velocity averaging for the most accurate flow measurement. It is ideal for storm water runoff studies, measuring flows in rivers and streams as well as in ditches and sewers. The probe housing can be placed directly on the bottom of pipes or stream beds for measuring low flows to 1 1/2 " depth. The turboprop is easily removed for cleaning or replacement.

**To Order** (Specify Model Number)

| Part Number | Price | Description | Qty. |
|---|---|---|---|
| FPG-101 | Consult sales | .9 to 1.8 m (3 to 6') Open Channel Sensor | |
| FPG-201 | Consult | 1.5 to 4.5 m (5 to 15') Open Channel Sensor | |

| | | sales | | |
|---|---|---|---|---|
| FPG-TP | ✓ | $26.00 | Turboprop/bearing assembly replacement | 0 |
| PH-BATT-3 | ✓ | $3.00 | Battery 1.55 V, SILVER OXIDE, 1 EACH | 0 |

 ✓ **In Stock For Fast Delivery**     

† *All dollar amounts on this site are shown in US currency.*
**Note:** Unit comes complete with padded carrying case and operator's manual.

**Related Links**

**Literature**

Download complete Product Specifications in PDF format.

© Copyright 2001 | OMEGA ENGINEERING, Inc. | OMEGA Privacy Statement    

# Exhibit B



FPG-101　　FPG-201

# Global Flow Probe (FP101/FP201)

## Digital Water Velocity Meter



**Specifications**

*Range:* 0.3-25 FPS (0.1-8 MPS)

*Accuracy:* 0.1 FPS

*Averaging:* True digital running average. Readings taken once per second.

*Display:* LCD

*Sensor Type:* Protected Turbo-Prop propeller with electro-magnetic pickup.

*Weight:* 2 pounds (10 pounds shipping weight)

*Size:* Length: FP101 3' to 6'; FP201 5' to 15'
Sensor Housing: 2" diameter x 3" long

*Materials:* PVC, anodized aluminum, brass bearing

*Power:* Internal watch type batteries/1 year life

*Operating Temperature:* 0° to 120° F

*Carrying Case:* The Flow Probe is shipped in a padded carrying case.

**Digital Water Velocity Meter for measuring flow in:**
Storm Water, Rivers, Ditches, Flumes, Sewers, Effluents, Canals, Creeks, Processes Controls

- Accurate
- Low-Cost
- Reliable
- Waterproof
- Flow Calibrated

Click here for pictures of

**Description** The Flow Probe is a highly accurate water velocity instrument for measuring flows in open channels and partially filled pipes. The Flow Probe consists of the protected Turbo-Prop positive displacement sensor coupled by the expandable probe handle to the digital readout display. The Flow Probe incorporates true velocity averaging for the most accurate flow measurements. The Flow Probe is ideal for storm water runoff studies, measuring flows in rivers and streams as well as ditches and sewers.

Click here for close ups of the digital readout display and the Turbo-Prop.

**Turbo-Prop Sensor** The Flow Probe incorporates the unique Turbo-Prop propeller sensor which uses the most accurate positive displacement technique for velocity sensing. The Turbo-Prop is designed to shed debris and is protected inside a 2" diameter housing. The probe housing may be placed directly on the bottom of pipes or stream beds for measuring low flows down to 1 1/2" in depth. The Turbo-Prop rotates freely on its bearing shaft with no mechanical interconnections for minimal friction. Magnetic material in the propeller tip passes the pickup coil in the housing producing electrical impulses which are carried to the readout display by an internal cable. The Turbo-Prop, the only moving part, is easily removed for cleaning or replacement.

**Digital Readout Display** The Digital Readout Display receives the electrical signal from the propeller, amplifies it and converts the reading to feet per second (or meters per second). The Readout displays instantaneous velocity and true average velocity. The Readout unit is completely waterproof and incorporates a unique two button operation for changing functions and zeroing the display. Internal watch type battery powers the unit continuously for one year and it is easily replaced. Also available on the Readout are maximun velocity, time-of-day and stop watch.

**Probe Handle** The Flow Probe handle is telescoping and is expandable from 3 feet to 6 feet in length (FP101) or 5 feet to 15 feet (FP201). It is constructed of anodized aluminum for light weight and long life. The flow probe may be easily extended to 25 feet in length using standard PVC pipe and an electrical extension cable. This allows sewer flow measurements from street level and measuring stream flows from the bridge.

**True Velocity Averaging** The Flow Probe uses true velocity averaging. When the Readout is zeroed by pushing both buttons or when the probe is inserted into flowing water, a running average is started. As long as the probe remains in the flow, the averaging continues. Once the average reading becomes steady, the true average velocity has been obtained. When you pull the probe from the water, this average value is frozen on the display until reset.

**Click here for pictures of customers using the Flow Probe in the field.**

**Flow Measurement** Flow is determined by V (average velocity) x A (cross-sectional area)=Q (flow). The Area is determined by measuring the distance from shore and depth at various points across the flow stream to construct the flow profile. The Flow Probe offers two unique methods for determining the Average Velocity: 1) For small streams and pipes, the probe is moved smoothly and uniformly throughout the flow profile. When you see a steady average reading, the true average velocity for the flow stream is obtained. 2) For larger streams, the probe may be used to take a vertical profile of velocity at several points across the stream which then become the average velocities for each of these subsections of the flow stream.

**Ordering Details:**

FP101 Flow Probe (3' to 6' handle).............$695
FP201 Flow Probe (5' to 15' handle)............$735
FP310 Optional Pulse Input for telemetry or data logging....$50

Flow Probe Technical Support Information





Global Water
11257 Coloma Road, Gold River CA 95670 USA
(800) 876-1172   (916) 638-3429   FAX (916) 638-3270
e-mail globalw@globalw.com