IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------x
OMEGA, S.A.,

                Plaintiff,

      v.

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC., AND
OMEGA PRESS, INC.,

                Defendants.

OMEGA ENGINEERING, INC.,

                Counterclaim-Plaintiff,

      v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.

                Counterclaim-Defendants.
------------------------------------x

Civil Action No.:
3:01 CV 2104 (MRK)

## DECLARATION OF THOMAS A. SMART IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Thomas A. Smart, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner in the law firm of Kaye Scholer, LLP, attorneys for defendants in this litigation. I am familiar with the facts stated herein and submit this declaration in opposition to the motion of plaintiff, Omega S.A. ("OSA"), for partial summary judgment.

30955910.DOC

2.  Annexed as Exhibit EE[1] are excerpts from day one (9/2/04) of Dr. William Drucker's deposition pertinent to defendants' opposition.

3.  Annexed as Exhibit FF are excerpts from day two (9/3/04) of Dr. William Drucker's deposition pertinent to defendants' opposition.

4.  Annexed as Exhibit GG are excerpts of Ms. Christine Riggs' deposition pertinent to defendants' opposition.

5.  Annexed as Exhibit HH are excerpts of Mr. HansPeter Rentsch's deposition pertinent to defendants' opposition.

6.  Annexed as Exhibit II are excerpts of Mr. Guy D. Gibbons' deposition pertinent to defendants' opposition.

7.  Annexed as Exhibit JJ are excerpts of Mr. Robert Emmons' deposition pertinent to defendants' opposition.

8.  Annexed as Exhibit KK are excerpts of Mr. Hamid Kayal's deposition pertinent to defendants' opposition.

9.  Annexed as Exhibit LL are excerpts of Dr. Milton Hollander's deposition pertinent to defendants' opposition.

10. Annexed as Exhibit MM are excerpts of Ms. Christiane Sauser Rupp's deposition pertinent to defendants' opposition.

11. Annexed as Exhibit NN is a true and correct copy of DX 96 marked by defendants during depositions in this case.

---

[1] My September 15, 2004 declaration in support of defendants' motion for summary judgment had appended to it exhibits labeled A through DD.

12. Annexed as Exhibit OO is a true and correct copy of DX 99 marked by defendants during depositions in this case.

13. Annexed as Exhibit PP is a true and correct copy of DX 100 marked by defendants during depositions in this case.

14. Annexed as Exhibit QQ is a true and correct copy of DX 101 marked by defendants during depositions in this case.

15. Annexed as Exhibit RR is a true and correct copy of Omega S.A.'s Second Supplemental Answers to Defendants' First Set of Interrogatories, dated March 15, 2004.

16. Annexed as Exhibit SS is a printout of an article from *The Wall Street Journal*, dated August 13, 2004, which we obtained from the LEXIS/NEXIS research service.

17. Annexed as Exhibit TT is a printout of an article from *The Times (London)*, dated August 14, 2004, which we obtained from the LEXIS/NEXIS research service.

18. Annexed as Exhibit UU is a printout made on October 4, 2004 of a page from the 2004 Olympics website located at http://www.athens2004.com/en/OlympicPartners.

19. Annexed as Exhibit VV is a printout made on October 4, 2004 of the webpage that resulted when we attempted to access the domain name omegawatch.com, which indicates that there is no website in operation at that domain name.

20. Annexed as Exhibit WW is a printout made on October 4, 2004 of the webpage that resulted when we attempted to access the domain name omegatime.com, which indicates that there is no website in operation at that domain name.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2004
New York, New York

                                                      _____
                                                          Thomas A. Smart