## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., )<br><br>Plaintiff, )<br>v. )<br><br>OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC., )<br><br>Defendants. )<br><br>OMEGA ENGINEERING, INC., )<br><br>Counterclaim-Plaintiff, )<br><br>v. )<br><br>OMEGA S.A. and<br>THE SWATCH GROUP LTD., )<br><br>Counterclaim-Defendants. ) | Civil Action No.:<br>3:01 CV 2104 (MRK)<br><br>October 6, 2004 |

## PLAINTIFF'S MOTION TO STAY THIS CASE PENDING
## THE APPEAL IN OMEGA I

Plaintiff, Omega S.A. ("OSA"), submits its motion to stay compliance in this case

pending the appeal in *Omega I*, Case No. 398-CV-2464 (AVC).

On August 12, 2004, Judge Covello adopted Magistrate Smith's Report and

Recommendation to enforce the settlement agreement between the parties, and judgment

was entered, dismissing the case, in accordance with its terms. See Docket Entries

("D.E.") Nos. 148, 160 and 161. On September 13, 2004, OSA filed its notice of appeal

of Judge Covello's decision. D.E. No. 163.

Plaintiff requests that this case be stayed, pending the appeal of Omega I for various reasons and arguments as set for in Plaintiff's accompanying memorandum of law.

Respectfully submitted
for Plaintiff,

By: _____
Jess M. Collen (CT20918)
Matthew C. Wagner (CT25926)
COLLEN *IP*
THE HOLYOKE-MANHATAN BUILDING
80 South Highland Avenue
Ossining, New York 10562
(914) 941-5668
(914) 941-6091 (facsimile)
jcollen@collenlaw.com (email)

Dated: Ossining, New York
        October 6, 2004