IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA ENGINEERING, INC., <br> OMEGA SCIENTIFIC, INC., and <br> OMEGA PRESS, INC., <br><br> Defendants. <br><br> OMEGA ENGINEERING, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> OMEGA S.A. and <br> THE SWATCH GROUP LTD., <br><br> Counterclaim-Defendants. | Civil Action No.: <br> 3:01 CV 2104 (MRK) <br><br> October 6, 2004 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF JAMES H. FOUSS

The Plaintiff, Omega, S.A., ("OSA"), through counsel, hereby objects to the Motion to Exclude the testimony of James H. Fouss, filed by the Defendants Omega Engineering, Inc., Omega Scientific, Inc. and Omega Press, Inc. (collectively referred to as "OEI"). In support of its objection, OSA respectfully refers the Court to the Memorandum of Law annexed hereto, and to the expert report prepared by James H.

Fouss. (The report is an exhibit to the Declaration of Thomas A. Smart dated September 14, 2004, which such declaration was filed in support of OEI's Motion to Exclude.)

By: _____
Jess M. Collen (CT20918)
Philip Miolene (CT013377)
Matthew C. Wagner (CT25926)
COLLEN *IP*
THE HOLYOKE-MANHATAN BUILDING
80 South Highland Avenue
Ossining, New York 10562
(914) 941-5668
(914) 941-6091 (facsimile)
jcollen@collenlaw.com (email)

Dated: Ossining, New York
       October 6, 2004