**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| OMEGA S.A., <br><br>    Plaintiff, <br><br> v. <br><br> OMEGA ENGINEERING, INC.,<br> OMEGA SCIENTIFIC, INC., and<br> OMEGA PRESS, INC., <br><br>    Defendants. <br><br> OMEGA ENGINEERING, INC., <br><br>    Counterclaim-Plaintiff, <br><br> v. <br><br> OMEGA, S.A. and<br> THE SWATCH GROUP LTD., <br><br>    Counterclaim-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No.:<br> )  3:01 CV 2104 (MRK) |

**PLAINTIFF'S LOCAL RULE 56(a)(2) STATEMENT IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 56(a)(2), Plaintiff, Omega, S.A. ("Plaintiff" or

"OSA") submit this statement in support of its opposition to Defendants' motions for

summary judgment.[1]

    1.      Plaintiff admits the facts in paragraph 1.

    2.      Plaintiff admits the facts in paragraph 2.

---

[1] In strict accordance with Local Rule 56(a), Plaintiff either "admits" or "denies" each of Defendants' "Undisputed Material Facts" based upon Plaintiff's understanding of the general underlying facts within each statement. However, many times Defendants have couched these general facts within arguments, contentions, witness speculation or mischaracterizations, which remain in dispute. This is inappropriate for a Local Rule 56(a)(1) statement. Where these disputed characterizations concern issues of fact which are material, Plaintiff has listed a corresponding entry in the section entitled "Disputed Issues of Material Fact."

3.      Plaintiff admits the facts in paragraph 3.

4.      Plaintiff admits the facts in paragraph 4. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

5.      Plaintiff admits the facts in paragraph 5. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

6.      Plaintiff admits the facts in paragraph 6. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

7.      Plaintiff admits the facts in paragraph 7. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

8.      Plaintiff admits the facts in paragraph 8. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

9.      Plaintiff admits the facts in paragraph 9. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

10.     Plaintiff admits the facts in paragraph 10.

11.     Plaintiff admits the facts in paragraph 11. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

12.     Plaintiff admits the facts in paragraph 12. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

13.     Plaintiff admits the facts in paragraph 13. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

14.    Plaintiff admits the facts in paragraph 14. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

15.    Plaintiff denies the facts in paragraph 15. Pl.Br.[2] Ex 29-31; Dec. Reilly Ex. K.

16.    Plaintiff admits the facts in paragraph 16. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

17.    Plaintiff denies the facts in paragraph 17. Pl. Br. Ex 29-31; Dec. Reilly Ex. K.

18.    Plaintiff admits the facts in paragraph 18.

19.    Plaintiff admits the facts in paragraph 19. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

20.    Plaintiff admits the facts in paragraph 20.

21.    Plaintiff admits the facts in paragraph 21. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

22.    Plaintiff admits the facts in paragraph 22.

23.    Plaintiff admits the facts in paragraph 23. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

---

[2] Hereinafter "Pl. Br." refers to Plaintiff's Memorandum of Law in Support of Its Motion for Summary Judgment filed September 15, 2004 and supporting documents

24.     Plaintiff admits the facts in paragraph 24. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

25.     Plaintiff admits the facts in paragraph 25. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

26.     Plaintiff admits the facts in paragraph 26. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

27.     Plaintiff admits the facts in paragraph 27. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

28.     Plaintiff admits the facts in paragraph 28.

29.     Plaintiff admits the facts in paragraph 29. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

30.     Plaintiff denies the facts in paragraph 30. Dec. Reilly Ex. A

31.     Plaintiff denies the facts in paragraph 31. Dec. Reilly Ex. B.

32.     Plaintiff denies the facts in paragraph 32. Dec. Reilly Ex. C

33.     Plaintiff admits the facts in paragraph 33.

34.     Plaintiff denies the facts in paragraph 34. Dec. Reilly Ex. D

35.     Plaintiff denies the facts in paragraph 35. Dec. Reilly Ex. D

36.     Plaintiff admits the facts in paragraph 36.

37.    Plaintiff denies the facts in paragraph 37.  Dec. Reilly Ex. E.

38.    Plaintiff denies the facts in paragraph 38.  Dec. Reilly Ex. E.

39.    Plaintiff admits the facts in paragraph 39.

40.    Plaintiff denies the facts in paragraph 40.  Dec. Reilly Ex. F.

41.    Plaintiff denies the facts in paragraph 41. Dec. Reilly Ex. F.

42.    Plaintiff denies the facts in paragraph 42. Dec. Reilly Ex.'s D, E, F.

43.    Plaintiff denies the facts in paragraph 43. Dec. Reilly Ex's D, E. F.

44.    Plaintiff admits the facts stated in paragraph 44. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

45.    Plaintiff admits the facts stated in paragraph 45. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

46.    Plaintiff admits the facts stated in paragraph 46. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

47.    Plaintiff admits the facts stated in paragraph 47. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

48.    Plaintiff admits the facts stated in paragraph 48. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

49.     Plaintiff admits the facts stated in paragraph 49. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

50.     Plaintiff admits the facts stated in paragraph 50. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

51.     Plaintiff admits the facts stated in paragraph 51. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

52.     Plaintiff admits the facts stated in paragraph 52.

53.     Plaintiff admits the facts stated in paragraph 53.

54.     Plaintiff admits the facts stated in paragraph 54. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

55.     Plaintiff admits the facts stated in paragraph 55. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

56.     Plaintiff admits the facts stated in paragraph 56. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

57.     Plaintiff admits that facts stated in paragraph 57. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

58.    Plaintiff denies the facts stated in paragraph 58. Dec. Smart Ex. B, D, E.

59.    Plaintiff admits the facts stated in paragraph 59. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

60.    Plaintiff denies the fact in paragraph 60. Dec. Smart Ex. E at 70-71

61.    Plaintiff admits the facts stated in paragraph 61. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

62.    Plaintiff admits the facts stated in paragraph 62. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

63.    Plaintiff admits the facts stated in paragraph 63. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

64.    Plaintiff admits the facts stated in paragraph 64. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

65.    Plaintiff admits the facts stated in paragraph 65.

66.    Plaintiff admits the facts stated in paragraph 66. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

67.    Plaintiff admits the facts stated in paragraph 67. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

68.    Plaintiff denies the facts stated in paragraph 68. Dec. Kayal at 4-9; Pl.Br. Ex. 3, 4, 14.

69.    Plaintiff denies the facts stated in paragraph 69. Dec. Kayal at 4-9;

70.    Plaintiff denies the facts stated in paragraph 70. Dec. Reilly Ex. I; Dec. Smart Ex. B at 77, 84, and 177.

71.    Plaintiff denies the facts stated in paragraph 71. Dec. Smart Ex. A at 214, B at 175, D at 170,171 and E at180, 181, and 186.

72.    Plaintiff admits the facts stated in paragraph 72. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

73.    Plaintiff denies the facts stated in paragraph 73. Dec. Reilly Ex. I at 203; Dec. Smart Ex. B at 50, 70, 177.

74.    Plaintiff admits the statement in paragraph 74. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

75.    Plaintiff admits the facts stated in paragraph 75.

76.    Plaintiff admits the facts stated in paragraph 76.

77.    Plaintiff admits the facts stated in paragraph 77.

78.    Plaintiff admits the facts stated in paragraph 78.

79.     Plaintiff admits the facts stated in paragraph 79. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

80.     Plaintiff admits the facts stated in paragraph 80. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

81.     Plaintiff admits the facts stated in paragraph 81. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

82.     Plaintiff admits the facts stated in paragraph 82. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

83.     Plaintiff admits the facts stated in paragraph 83. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

84.     Plaintiff admits the facts stated in paragraph 84. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

85.     Plaintiff admits the facts stated in paragraph 85. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

86.    Plaintiff admits the facts stated in paragraph 86. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

87.    Plaintiff admits the facts stated in paragraph 87. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

88.    Plaintiff admits the facts stated in paragraph 88. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

89.    Plaintiff admits the facts stated in paragraph 89.

90.    Plaintiff admits the facts stated in paragraph 90. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

91.    Plaintiff admits that facts stated in paragraph 91. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

92.    Plaintiff admits the facts stated in paragraph 92. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

93.    Plaintiff admits the facts stated in paragraph 93. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

94.    Plaintiff admits the facts stated in paragraph 94. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

95.    Plaintiff admits the facts stated in paragraph 95. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

96.    Plaintiff admits the facts stated in paragraph 96. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

97.    Plaintiff admits the facts stated in paragraph 97. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

98.    Plaintiff admits the facts stated in paragraph 98. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

99.    Plaintiff admits the facts stated in paragraph 99. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

100.    Plaintiff admits the facts stated in paragraph 100. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

101.    Plaintiff admits the facts stated in paragraph 101. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

102.    Plaintiff admits the facts stated in paragraph 102. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

103.    Plaintiff admits the facts stated in paragraph 103. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

104.    Plaintiff admits the facts stated in paragraph 104. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

105.    Plaintiff admits the facts stated in paragraph 105. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

106.    Plaintiff admits the facts stated in paragraph 106. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

107.    Plaintiff admits the facts stated in paragraph 107. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

108.    Plaintiff admits the facts stated in paragraph 108. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

109.    Plaintiff denies that the facts stated in paragraph 109. Dec. Smart Ex. A at 425,431,434-446.

110.    Plaintiff denies the facts stated in paragraph 110. Dec. Reilly Ex. L; Dec. Smart Ex. A at 140.

111.    Plaintiff admits the facts stated in paragraph 111. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

112.    Plaintiff admits the facts stated in paragraph 112. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

113.    Plaintiff admits the facts stated in paragraph 113. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

114.    Plaintiff denies the facts stated in 114. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

115.    Plaintiff admits the facts stated in paragraph 115. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

116.    Plaintiff denies the facts stated in paragraph 116. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts. Dec. Reilly Ex. N at 400, 405; Dec. Smart Ex. A at 140, 364, 403.

117.    Plaintiff admits the facts stated in paragraph 117. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

118.    Plaintiff admits the facts stated in paragraph 118.

119.    Plaintiff admits the facts stated in paragraph 119. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

120.    Plaintiff admits the facts stated in paragraph 120. . Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

121.    Plaintiff admits the facts stated in paragraph 121.

122.    Plaintiff admits the facts stated in paragraph 122.

123.    Plaintiff admits the facts stated in paragraph 123. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

124.    Plaintiff denies the facts stated in paragraph 124. Dec. Reilly Ex. G, H; Dec. Kayal.

125.    Plaintiff denies the facts stated in paragraph 125. Dec. Smart Ex. C at 138,139.

126.   Plaintiff denies the facts stated in paragraph 126.  Dec. Reilly Ex. G, H; Dec. Kayal.

127.   Plaintiff denies the facts stated in paragraph 127. Dec. Reilly Ex. G, H; Dec. Kayal.

128.   Plaintiff admits the facts stated in paragraph 128.

129.   Plaintiff denies the facts stated in paragraph 129.  Pl. Br. Ex. 28, 37-50, A-D.

130.   Plaintiff admits the facts stated in paragraph 130. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

131.   Plaintiff admits the facts stated in paragraph 131. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

132.   Plaintiff admits the facts stated in paragraph 132. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

133.   Plaintiff admits the facts stated in paragraph 133. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

134.   Plaintiff admits the facts stated in paragraph 134. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

135.    Plaintiff admits the facts stated in paragraph 135. Notwithstanding, Plaintiff objects to any contentions or arguments therein and refers to its Statement of Disputed Facts.

## DISPUTED ISSUES OF MATERIAL FACT[3]

1.    Whether Defendants' use of the OMEGA mark on period timers is likely to cause confusion among consumers as to source.

2.    Whether Defendants' use of the OMEGA mark on industrial and scientific clocks is likely to cause confusion among consumers as to source.

3.    Whether Defendants' use of the OMEGA mark on RFID apparatus is likely to cause confusion among consumers as to source.

4.    Whether Defendants' use of the OMEGA mark on watch batteries is likely to cause confusion among consumers as to source.

5.    Whether Defendants' use of the OMEGA mark on its goods likely to cause confusion among consumers as to source.

6.    Whether Defendants posted a wristwatch and a stopwatch next to its timing products only to depict relative size.

7.    Whether Defendants advertisements of a wristwatch and a stopwatch next to its timing products is likely to cause confusion as to source.

8.    Whether Defendants' timing goods are proximate to Plaintiff's timing goods.

9.    Whether the parties' trade channels overlap.

10.    Whether the parties' marketing efforts overlap.

---

[3] Although Plaintiff lists these facts here, Plaintiff submits that when these facts are considered impartially, they are indeed undisputed as outlined in its motion for summary judgment filed September 15, 2004.

11.   Whether Defendants have adopted the OMEGA mark on timing goods in bad faith.

12.   Whether the parties' respective customers are likely to be effected by post sale confusion.

13.   Whether the parties' respective customer are likely to be effected by reverse confusion.

14.   Whether Defendants' goods are strictly limited to scientific and industrial applications.

15.   Whether Defendants' customers are strictly limited to scientists and engineers.

16.   Whether Defendants' use of the OMEGA mark has caused actual harm to Plaintiff.

17.   Whether Defendants' trademark applications and registrations of the OMEGA mark in the United States and around the World have caused actual harm to Plaintiff or are likely to cause actual harm to Plaintiff in the future.

18.   Whether Defendants' gradual increase in time-related trademark applications is an effort to box-in Plaintiff or block Plaintiff's natural zone of expansion of rights to the OMEGA mark or whether it would have that effect in the future.

19.   Whether Defendants have applied for trademarks in a bad faith effort to block, or "box-in" Plaintiff's trademark rights.

20.   Whether Defendants have a bona fide intent to use the goods and services listed in United States Trademark application numbers 76/337/374, 76/337/450, and 76/242/073 as required by the United States Patent and Trademark Offices, including

typewriters, fire extinguishing apparatus, cardboard, artists materials, playing cards, advertising services, photographic services, stationary, business administration, office products, and paper.

21.    Whether Defendants' trademark activities have caused Plaintiff's mark to lose its distinctiveness or will cause it to lose distinctiveness in the future.

22.    Whether Defendants' activities have caused actual dilution to Plaintiff's mark.

23.    Whether Defendants' activities have a substantial effect on United States commerce.

24.    Whether Defendants use, applications, or registrations of the OMEGA mark on the following goods was done in bad faith; timers, period timers, precious metals, jewelry, horological and chronometric instruments, precious stones, apparatus for timing variable chemical and physical parameters such as timings, dataloggers, data storing, registering and recording apparatus, industrial and scientific clocks, and apparatus for displaying timing.

25.    Whether Defendants used the OMEGA mark in 1962 as represented to the United Stated Patent and Trademark Office on the following goods; period timers, dataloggers, computer software, digital controllers, and goods which contain a microprocessor.

26.    Whether "time" is a "variable parameter" as that term is used in the parties' 1994 Agreement.

27.    Whether Defendants' goods are sold only to "scientific and industrial clients."

28.   Whether Defendants are truly engaged in the business of telecommunications.

29.   Whether Defendants are truly engaged in the business of retail services.

30.   Whether Omega Press, Inc., is engaged in any business.

31.   Whether Omega Scientific, Inc., is engaged in any business.

32.   Whether Defendants sell their goods to consumers.

33.   Whether scientists and engineers are also ordinary consumers.

34.   Whether Defendants' good are used solely for scientific or industrial applications.

35.   The extent or degree of care used by Defendants' customers while making purchasing decisions.

36.   Whether reader of the periodicals in which Defendants' advertise also read periodicals in which Plaintiff advertises.

37.   The scope and definition of goods for use in science and industry.

38.   Whether Plaintiff engages in advertising or retailing services.

39.   Whether the third parties listed in Defendants' Local Rule 56(a)(1) Statement paragraph's 90-108 are offer time-related services or goods.

40.   The extent of actual confusion between the parties in the marketplace.

Respectfully submitted
for Plaintiff,

By:

Jess M. Collen (CT20918)
Matthew C. Wagner (CT25926)
COLLEN *IP*
THE HOLYOKE-MANHATAN BUILDING
80 South Highland Avenue
Ossining, New York 10562
(914) 941-5668
(914) 941-6091 (facsimile)
jcollen@collenlaw.com (email)

Dated:  October  6, 2004