# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC., | )<br>)<br>)<br>) |
| Defendants. | ) Civil Action No.:<br>) 3:01 CV 2104 (MRK) |
| OMEGA ENGINEERING, INC., | )<br>) |
| Counterclaim-Plaintiff, | ) October 6, 2004<br>) |
| v. | )<br>) |
| OMEGA S.A. and<br>THE SWATCH GROUP LTD., | )<br>)<br>) |
| Counterclaim-Defendants. | )<br>) |

## DECLARATION OF AMY LAARAJ

I, Amy Laaraj, declare as follows:

1. I am an employee with the law firm of Collen IP, counsel for Plaintiff in this matter. The facts herein are based on my investigation of the sources described below.

2. I performed searches on the United States Patent and Trademark ("PTO") Trademark Electronic Search System ("TESS") for marks containing "scientific

clocks," "period timers," and "industrial clocks." As of October 5, 2004, the PTO TESS database indicated that there are not many registrants or applicants that use the term "scientific clocks." All uses of this term belong to Omega Engineering, Inc. ("OEI") or an affiliate of OEI. A copy of the PTO TESS database search result with the registration numbers 2,034,705 and 2,022,762 is attached as Exhibit A.

3. I next did a search on the PTO TESS database for the term "period timers." As of October 5, 2004, the PTO TESS database indicated that there are 17 registrants with the term "period timers." All but one of the applications and registrations belong to OEI. and/or an affiliate of OEI A copy of the PTO TESS database search result is attached as Exhibit B.

4. I next did a search on the PTO TESS database for the term "industrial clocks." As of October 5, 2004, the PTO TESS database indicated that there are 3 registrants with the term "industrial clocks." Only one of the three applications or registrations belongs to an entity other than OEI or an affiliate of OEI. A copy of the PTO TESS database search result is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would completely testify thereto.

Executed this 6th day of October, 2004, at Ossining, New York.

_____
Amy Laaraj

# EXHIBIT A



## Trademark Electronic Search System(Tess)
*TESS was last updated on Tue Oct 5 04:37:22 EDT 2004*

*Please logout when you are done to release system resources allocated for you.*

List At: [ ] OR Jump to record: [ ]    **2 Records(s) found (This page: 1 ~ 2)**

("scientific clocks")[ALL]    Refine Search

**Current Search: S2: ("scientific clocks")[ALL] docs: 2 occ: 2**

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 74480755 | 2034705 | | TARR | LIVE |
| 2 | 74480756 | 2022762 | OMEGA | TARR | LIVE |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

# EXHIBIT B



# UNITED STATES PATENT AND TRADEMARK OFFICE

## Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Oct 5 04:37:22 EDT 2004*

Please logout when you are done to release system resources allocated for you.

List At: [ ] OR Jump to record: [ ]    **17 Records(s) found (This page: 1 ~ 17)**

("period timers")[ALL]    Refine Search

**Current Search: S4: ("period timers")[ALL] docs: 17 occ: 20**

|    | Serial Number | Reg. Number | Word Mark      | Check Status | Live/Dead |
|----|---------------|-------------|----------------|--------------|-----------|
| 1  | 76052828      |             | OMEGA          | TARR         | LIVE      |
| 2  | 76244211      |             | NEWPORT        | TARR         | LIVE      |
| 3  | 76052829      |             | NEWPORT        | TARR         | LIVE      |
| 4  | 75138394      | 2123088     | N              | TARR         | LIVE      |
| 5  | 75070025      | 2326998     | NEWPORTINC.COM | TARR         | LIVE      |
| 6  | 75631527      | 2628585     | OEM1.COM       | TARR         | LIVE      |
| 7  | 75631526      | 2480996     | OEM            | TARR         | LIVE      |
| 8  | 75474337      | 2683919     | NEWPORTUS.COM  | TARR         | LIVE      |
| 9  | 75383607      | 2432502     | CYQ            | TARR         | LIVE      |
| 10 | 75234236      |             | NEWPORT2.COM   | TARR         | DEAD      |
| 11 | 75138399      | 2203467     | N NEWPORT      | TARR         | LIVE      |
| 12 | 75138337      | 2263919     | NEWPORT        | TARR         | LIVE      |
| 13 | 75069850      |             | NEWPORT.COM    | TARR         | LIVE      |
| 14 | 74480755      | 2034705     |                | TARR         | LIVE      |
| 15 | 74480756      | 2022762     | OMEGA          | TARR         | LIVE      |
| 16 | 74096549      | 1656112     | N              | TARR         | LIVE      |
| 17 | 74096544      | 1656111     | NEWPORT        | TARR         | LIVE      |

# EXHIBIT C



## Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Oct 5 04:37:22 EDT 2004*

Please logout when you are done to release system resources allocated for you.

List At:  OR  to record:  **3 Records(s) found (This page: 1 ~ 3)**

("industrial clocks")[ALL]

**Current Search: S3: ("industrial clocks")[ALL] docs: 3 occ: 3**

|   | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76052829 |  | NEWPORT | TARR | LIVE |
| 2 | 75471575 |  | XEN | TARR | LIVE |
| 3 | 73011363 | 1083832 | PREDOM | TARR | DEAD |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

http://tess2.uspto.gov/bin/showfield?f=toc&state=s6a077.1.1&p_search=searchss&p_L=50&Bac...   10/5/2004