IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

------------------------------- x

OMEGA, S.A.,

      Plaintiff,

v.

OMEGA ENGINEERING, INC.,
OMEGA SCIENTIFIC, INC., and
OMEGA PRESS, INC.,

      Defendants.

OMEGA ENGINEERING, INC.,

      Counterclaim-Plaintiff,

v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.,

      Counterclaim-Defendants

------------------------------- x

Civil Action No.:
3:01 CV 2104 (MRK)

## NOTICE OF MANUAL FILING

**PLEASE TAKE NOTICE** that defendants have manually filed the exhibits U, V and W to the Declaration of B. Christine Riggs dated October 4, 2004, because:

[X]    the document or thing cannot be converted to an electronic format.

**PLEASE TAKE FURTHER NOTICE** that defendants have manually filed the remaining exhibits to the Declaration of B. Christine Riggs dated October 4, 2004, because:

[X]    the electronic file size of the document exceeds 1.5 megabytes.

**PLEASE TAKE FURTHER NOTICE** that defendants have manually filed the Exhibits to the Declaration of Thomas A. Smart dated October 5, 2004, because:

[X]    the electronic file size of the document exceeds 1.5 megabytes.

The documents or things have been manually served on all parties.

Dated: October 6, 2004
New York, New York

                                                      Respectfully submitted,

                                                     By: _____
                                                        Thomas A. Smart (CT 21462)
                                                        Paul C. Llewellyn (CT 25417)
Of counsel:                                     KAYE SCHOLER LLP
                                                        425 Park Avenue
Victoria Haje                                 New York, NY  10022
Michelle R. Tepper                       (212) 836-8000

                                                        Thomas E. Minogue (CT 06845)
                                                        MINOGUE BIRNBAUM LLP
                                                        237 Elm Street
                                                        New Canaan, CT  06840
                                                        (203) 966-6916

                                                        *Attorneys for Defendants*