## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| OMEGA ENGINEERING, INC., ) | |
| OMEGA SCIENTIFIC, INC., and ) | |
| OMEGA PRESS, INC., ) | |
| ) | |
| Defendants. ) | Civil Action No.: |
| ) | 3:01 CV 2104 (MRK) |
| OMEGA ENGINEERING, INC., ) | |
| ) | |
| Counterclaim-Plaintiff, ) | October 6, 2004 |
| ) | |
| v. ) | |
| ) | |
| OMEGA, S.A. and ) | |
| THE SWATCH GROUP LTD., ) | |
| ) | |
| Counterclaim-Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Laurie P. Leitner, hereby certify I caused a true copy of the foregoing:

1. Plaintiff's Motion And Incorporated Supporting Memorandum of Law To Strike, Or In The Alternative, Opposition To Defendants' Motion For Partial Summary Judgment On Its Counterclaims For Cancellation

2. Plaintiff's Motion To Stay This Case Pending The Appeal In Omega I

3. Plaintiff's Memorandum Of Law In Support Of Its Motion To Stay The Case Pending The Outcome Of The Appeal In Omega I

4. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment on Plaintiff's Causes of Action

5. Plaintiff Omega S.A.'s Motion to Place Confidential Information Under Seal

6. Plaintiff's Objection to Opposition to Defendants' Motion to Exclude the Survey of James H. Fouss

7. Memorandum Of Law In Support Of Plaintiff's Objection To Defendant's Motion To Exclude The Testimony Of James H. Fouss

8. Plaintiff's Local Rule 56(a)(2) Statement in Opposition to Defendant's Motion for Summary Judgment

9. Declaration of Amy Laaraj

10. Declaration of Robert H. Emmons

11. Declaration of Brendan J. Reilly

to be served upon the following individuals, in the following manner, and addressed in the following way on October 6, 2004:

VIA HAND DELIVERY
Paul C. Llewellyn, Esq.
Thomas A. Smart, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022



Laurie P. Leitner