IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

OMEGA, S.A.,

              Plaintiff,

      v.

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC., AND
OMEGA PRESS, INC.,

              Defendants.

OMEGA ENGINEERING, INC.,

              Counterclaim-Plaintiff,

      v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.

              Counterclaim-Defendants.

Civil Action No.:
3:01 CV 2104 (MRK)

### DECLARATION OF B. CHRISTINE RIGGS, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, B. Christine Riggs, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am In-House Counsel of defendant Omega Engineering, Inc. ("OEI") and act as in-house counsel to, among other affiliates, defendants Omega Press, Inc. and Omega Scientific, Inc. (together, "defendants"). I have a B.S. in Business Administration from Southern Connecticut State University and a J.D. from Quinnipiac University. I am a member of the Connecticut Bar and have been employed by OEI since 1994. I have personal knowledge of the facts stated herein except where, as noted, I have relied upon the records of defendants kept in the ordinary course of business. I am competent to testify on the matters set forth below if called at trial. I submit this declaration in support of the motion of defendants for summary judgment.

2. Attached as Exhibit X is a United Kingdom Patent Office decision partially revoking plaintiff Omega, S.A.'s ("OSA") trademark Registration No. 771474 for the mark Ω, as a result of an invalidation proceeding brought by OEI.

3. Attached as Exhibit Y is a United Kingdom Patent Office decision partially rejecting plaintiff OSA's trademark application No. 771475 for the mark Ω OMEGA, as a result of an opposition filed by OEI.

4. Attached as Exhibit Z is a United Kingdom Patent Office decision partially revoking plaintiff OSA's trademark application No. 765501 for the mark OMEGA, as a result of an opposition filed by OEI.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would completely testify thereto.

Executed this 19th day of October, 2004, at Stamford, Connecticut.

_____
B. Christine Riggs, Esq.