## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A.,<br><br>       Plaintiff,<br>v.<br><br>OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC.,<br><br>       Defendants.<br><br>OMEGA ENGINEERING, INC.,<br><br>       Counterclaim-Plaintiff,<br><br>v.<br><br>OMEGA, S.A. and<br>THE SWATCH GROUP LTD.,<br><br>       Counterclaim-Defendants. | Civil Action No.:<br>3:01 CV 2104 (MRK) |

## DECLARATION OF BRADFORD L. COLE

I, Bradford L. Cole, declare under the pains and penalties of perjury under the laws of the United States of America and the State of New York that the following is true and correct to the best of my knowledge. The following facts are based on my personal knowledge. If called to testify regarding these facts, I could and would so competently testify:

1. I am over the age of 18 and currently a resident of the Connecticut.

2. I am an employee of Diogenes LLC, a confidential investigative services company located in Southbury, Connecticut; further information on Diogenes may be

found at and can also be located at www.diogenesllc.com. I am now the Managing Member of Diogenes, LLC.

3. I have more than 20 years investigative experience, the last 5 years specializing in intellectual property investigations.

4. In June 2004, I undertook an investigation of Omega Engineering, Inc., and the website displayed at www.omega.com.

5. On June 1, 2004, I visited www.omega.com. There, I performed a product search for "watch batteries." The search results displayed watch batteries available for sale to the public. I was able to view and purchase products directly from Omega Engineering, Inc., via its website at www.omega.com, without the requirement that I be a scientist or an engineer.

6. I purchased two watch batteries as advertised at a cost of $3.00 each. The products were shipped to my location on June 2, 2004. Each watch battery was contained in a small clear plastic package. The trademark "OMEGA" appears prominently on the package. Images of the products as I received them are attached hereto as Exhibit A.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of October 2004.

*Bradford L Cole* (signature)

_____
Bradford L. Cole

# EXHIBIT A

