**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| OMEGA S.A., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| OMEGA ENGINEERING, INC., | ) |
| OMEGA SCIENTIFIC, INC., and | ) |
| OMEGA PRESS, INC., | ) |
| | ) |
| Defendants. | ) Civil Action No.: |
| | ) 3:01 CV 2104 (MRK) |
| OMEGA ENGINEERING, INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | ) October 20, 2004 |
| | ) |
| v. | ) |
| | ) |
| OMEGA S.A. and | ) |
| THE SWATCH GROUP LTD., | ) |
| | ) |
| Counterclaim-Defendants. | ) |

**SUPPLEMENTAL DECLARATION OF AMY LAARAJ**

I, Amy Laaraj, declare under penalty of perjury as follows:

1.    I am an employee with the law firm of Collen IP, counsel for Plaintiff in this matter. The facts herein are based on my investigation of the sources described below.

2.    Attached hereto as Exhibit A are excerpts from the Deposition of Christianne Sauser Rupp.

3.    Attached hereto as Exhibit B is the front page and other excerpts from the November 2004 issue of Esquire magazine.

4.      On October 20, 2004, I visited Defendants' website at www.omega.com.  I discovered images of an astronaut on the homepage. Printouts from that website are attached hereto as Exhibit C.

5.      Attached hereto as Exhibit D are excerpts from the Deposition of Milton Hollander.

6.      On September 14, 2004, I performed a trademark search of the United States Patent and Trademark ("PTO") Trademark Electronic Search System ("TESS") available at www.uspto.gov for the word mark "OMEGA."  The PTO TESS database indicated that there was a word mark with the serial number 74/480,756 using the term OMEGA belonging to Omega Engineering, Inc. ("OEI").  I printed that record, which was attached to Plaintiff's Memorandum of Law in Support of Summary Judgment filed September 15, 2004 as Exhibit 16.

7.      On September 14, 2004, I performed a trademark search of the United States Patent and Trademark ("PTO") Trademark Electronic Search System ("TESS") website www.uspto.gov for the word mark "OMEGA."  The PTO TESS database indicated that there was a word mark with the serial number 75/747,885 using the term OMEGA belonging to OEI. I printed that record, which was attached to Plaintiff's Memorandum of Law in Support of Summary Judgment filed September 15, 2004 as Exhibit 17.

8.      On September 14, 2004, I performed a trademark search of the Office of Harmonization in the Internal Market (OAMI) at its website at http://oami.eu.int/en for the word mark "OMEGA".  The OAMI website indicated that there was a word mark with the application number 000,174,458 with the word mark OMEGA belonging to OEI.  I printed that record, which was attached to Plaintiff's Memorandum of Law in Support of Summary Judgment filed September 15, 2004 as Exhibit 37.

9.    On September 14, 2004, I performed a trademark search of the Office of Harmonization in the Internal Market (OAMI) at its website at http://oami.eu.int/en for the word mark "OMEGA". The OAMI website indicated that there was a word mark with the application number 001,567,684 with the word mark OMEGA belonging to OEI. I printed that record, which was attached to Plaintiff's Memorandum of Law in Support of Summary Judgment filed September 15, 2004 as Exhibit 38.

10.    On September 14, 2004, I performed a trademark search of the Office of Harmonization in the Internal Market (OAMI) at its website at http://oami.eu.int/en for the word mark "OMEGA". The OAMI website indicated that there was a symbol, the symbol indicated was the Greek letter for OMEGA with the trademark number 002,229,169 belonging to OEI. I printed that record, which was attached to Plaintiff's Memorandum of Law in Support of Summary Judgment filed September 15, 2004 as Exhibit 39.

11.    On September 14, 2004, I performed a trademark search of the Canadian Intellectual Property Office at its website at http://strategis.ic.gc.ca for the word mark "OMEGA". The Canadian Intellectual Property Office website indicated that "there was a symbol/ word mark for OMEGA, with the application number 0,849,631 belonging to OEI. I printed that record, which was attached to Plaintiff's Memorandum of Law in Support of Summary Judgment filed September 15, 2004 as Exhibit 40.

12.    On September 14, 2004, I performed a trademark search of the Canadian Intellectual Property Office at its website at http://strategis.ic.gc.ca for the word mark "OMEGA". The Canadian Intellectual Property Office website indicated that there was a symbol/ word mark OMEGA, with the application number 0,849,629 belonging to OEI. I

printed that record, which was attached to Plaintiff's Memorandum of Law in Support of Summary Judgment filed September 15, 2004 as Exhibit 41.

13.    On September 14, 2004, I performed a trademark search of the Canadian Intellectual Property Office at its website at http://strategis.ic.gc.ca for the word mark "OMEGA". The Canadian Intellectual Property Office website indicated that there was a word mark for OMEGA, with the application number 0,849,630 belonging to OEI. I printed that record, which was attached to Plaintiff's Memorandum of Law in Support of Summary Judgment filed September 15, 2004 as Exhibit 42.

14.    I performed a search on the Internet to find the "Nexus" requirements for .us domain names. I visited the search engine at www.msn.com where I entered the search terms "US Nexus Requirements." The first search result posted a link to www.nic.us/policies/docs-ustld_nexus_requirements.pdf. That website consists of a three-page document which discusses the requirements to obtain a .us domain name. That document was attached as Exhibit F to Plaintiff's Memorandum of Law in Support of Its Motion for Summary Judgment.

15.    I performed additional legal research pertaining to the nexus requirements for .us domain names. I visited Westlaw's website at www.westlaw.com and performed a search for law review articles and commentary on the .us TLD. I used the search term "Sunrise Period" and discovered and article entitled U.S. Business and Organization Have new Ways to Expand Presence with .US and .EU Domain Names, by Lee J. Plave. 4 No.5 E-Commerce L. Rep. 5, March 2002. As a secondary source of legal authority, this document was attached to Plaintiff's Memorandum of Law in Support of it Motion for Summary Judgment as Exhibit E for the Court's convenience.

16.     Attached as Exhibit G to Plaintiff's Memorandum of Law in Support of it Motion for Summary Judgment is The Swatch Group LTD's application to obtain the omega.us domain name.

17.     Attached as Exhibit K and L to Plaintiff's Memorandum of Law in Support of it Motion for Summary Judgment are printouts from the Thomas Register website at www.thomasregister.com which display various third party users of the OMEGA mark in the United States, including records for users of the OMEGA brand in the engineering field.

Sworn to this _20_ of October 2004.

Amy Laraaj

# EXHIBIT A

CONFIDENTIAL

1                    *CONFIDENTIAL*

2    UNITED STATES DISTRICT COURT

3    FOR THE DISTRICT OF CONNECTICUT

4    ------------------------------------x

     OMEGA, S.A.,

5                                                    COPY

                Plaintiff,

6

          vs.                      Civil No.

7                                  3:01 CV 2:04(MRK)

     OMEGA ENGINEERING, INC.,

8    OMEGA SCIENTIFIC, INC., and

     OMEGA PRESS, INC.,

9

                Defendants.

10

     OMEGA ENGINEERING, INC.,

11

           Counterclaim-Plaintiff,

12

          vs.

13

     OMEGA, S.A. and

14   THE SWATCH GROUP LTD.,

15         Counterclaim-Defendants.

     ------------------------------------x

16

17    DEPOSITION OF CHRISTIANE SAUSER RUPP

18

19         New York, New York

20      Tuesday, March 16, 2004

21

22

23

     Reported by:

24   CARY N. BIGELOW, RPR

25

SPHERION DEPOSITION SERVICES
(212) 490-3430

1                    Sauser Rupp - Confidential

2       think it would be the case, yes.

3           Q.     Do you know whether or not any --

4                  MR. SMART:  Withdrawn.

5           Q.     Are there any retail stores featuring

6       telephones, portable telephones, spectacles,

7       sunglasses, magnifying glasses, watches, clocks,

8       et cetera, in the United States currently

9       operating under the Omega trademark?

10          A.     No.  That's what I know is that Omega

11      is looking for a location for a monogram store

12      in the United States.

13          Q.     Do you know anything beyond the fact

14      that they are looking for a location?

15          A.     No.

16          Q.     Do you know what the time line is when

17      they expect to find it?

18          A.     No.

19          Q.     Who is responsible for that activity

20      of looking for this store?

21          A.     Well, we had an international retail

22      coordinator at The Swatch Group who was

23      responsible to find locations worldwide for some

24      boutiques, but he just left, so I cannot tell

25      you who just now is responsible for that.

1              Sauser Rupp - Confidential

2         Q.    Is there someone at Swatch U.S.A. who

3    is involved in this process?

4         A.    Well, if there is a location to be

5    found in the United States, I am sure that

6    Mr. Emmons would be able to tell you whether

7    they found possible locations.

8         Q.    And I take it you don't know what the

9    status of either Defendants' Exhibits 64 or 65

10   is?

11        A.    No.

12        Q.    I take it you don't have any knowledge

13   that any pending or actual --

14             MR. SMART:  Withdrawn.

15        Q.    You don't have any knowledge that any

16   application that's pending of my client at the

17   Patent and Trademark Office has been cited

18   against any pending application of Omega

19   Engineering?

20        A.    No.

21        Q.    You don't have any knowledge of any

22   application to register an Omega mark by Omega,

23   S.A. in the last six years that was rejected at

24   the Patent and Trademark Office because of a

25   citation by the examining attorney to any

1                    Sauser Rupp - Confidential

2      registration of Omega Engineering?

3          A.      I am not aware of that.

4          Q.      You don't have any knowledge of any

5      application to register any Omega mark by Omega,

6      S.A. being rejected by an examining attorney at

7      the Patent and Trademark Office because of the

8      pendency of any application by Omega Engineering

9      to register one of its Omega marks?

10               MR. COLLEN:  Objection to form.

11         A.      I have no knowledge of those trademark

12     files.

13         Q.      Who is the person that would be more

14     knowledgeable than you, if anyone, as to whether

15     or not any applications of my client or any

16     registrations of my client Omega Engineering

17     have been cited by the United States Patent and

18     Trademark Office to in any way, shape or form,

19     block any applications to register of Omega,

20     S.A.?

21         A.      Well, our trademark agents Collen IP

22     and internally, Mrs. Hlavacek.

23         Q.      What is her name?

24         A.      Mrs. Hlavacek.

25         Q.      Where does she work?

1                    Sauser Rupp - Confidential

2              MR. COLLEN:   Her name is in the record

3        earlier.

4        A.      At Swatch Group at the trademark

5    service.

6              MR. SMART:   That's part of the

7        service.   So we could depose her or we could

8        depose you, Jess?

9              MR. COLLEN:   She identified

10       Mrs. Hlavacek this morning.

11             MR. SMART:   I'm sure she did.   I can't

12       keep it straight.   I'm very bad with names

13       and I wear a hearing aid, so it goes in one

14       ear and out the other.   I don't mean to

15       harass her.

16       Q.      Could we get the full name and

17    spelling?

18             MR. COLLEN:   I think the reporter has

19       it.

20       A.      I gave this to the reporter already.

21       Q.      Did you give him the full name?

22       A.      Well, her first name is Petra,

23    P-e-t-r-a.

24             MR. COLLEN:   Is this a good time to

25       take a break for a couple of minutes?

1                      Sauser Rupp - Confidential

2                      THE VIDEOGRAPHER:    The time is 4:20

3         p.m. and we are going off the record.

4                      (Recess taken.)

5                      THE VIDEOGRAPHER:    The time is now

6         4:33 p.m. and we are back on the record.

7                      MR. SMART:    I am going to mark as

8         Defendants' Exhibit 66 a record from the PTO

9         database regarding a mark called Omega time

10        recorder, which had registration number

11        0889052, and as 67 a registration for Omega

12        art which had as a registration number

13        1478638.

14                     (Defendants' Exhibit 66, copy of an

15        Omega, S.A. trademark registration with the

16        United States Patent and Trademark Office

17        number 0889052 downloaded from PTO database,

18        marked for identification, as of this date.)

19                     (Defendants' Exhibit 67, copy of an

20        Omega, S.A. trademark registration with the

21        United States Patent and Trademark Office

22        number 1478638 downloaded from PTO database,

23        marked for identification, as of this date.)

24        Q.      Have you looked at Exhibits 66 and 67?

25        A.      Yes, I have looked at them.

# EXHIBIT B



THE **ISSUE**

# THE Esquire

Man at His Best

# The Sexiest Woman Alive

**READER SURVEY**

## THE WOMEN *YOU* LOVE

19 PAGES OF YOUR FAVORITE MOVIE STARS, MODELS, AND BUSH TWINS

# Dick Cheney

## MAKES HIS CASE FOR 12 MORE YEARS

PLUS!

# The 21 Best New Restaurants in the USA

THERE'S ONE NEAR YOU!



THE ESQUIRE CATALOG

# Buying Time

: When it comes to buying a watch, there is one universal truth: A watch is not for telling time. That's just a bonus.

**(1) PANERAI LUMINOR MARINA:** When this Italian-navy-issue diver's watch—officially a state secret until 1993—complete with patented lever protection for the crown, was reincarnated in the late nineties with a hefty forty-four-millimeter diameter, it clicked instantly with the professional man's look-at-me gene. With supplies strictly controlled, the Luminor Marina is still highly sought after. With calfskin strap, $3,650.



**(2) ROLEX SEA-DWELLER:** Long the mark by which ambitious American men measure their success, Rolex continues to set a high bar with the Sea-Dweller dive watch. Boasting a helium valve that regulates the watch's inner pressure on deep-sea dives, it's capable of withstanding depths up to four thousand feet, four times that of its ever-popular cousin, the Submariner. If deep-sea diving isn't your thing, take comfort in the accuracy of its self-winding movement. $4,425.

The Four Watches Every Man Should Own

**(3) CASIO G-SHOCK:** Coinciding with the worldwide gym-and-fitness craze in the eighties and nineties, the G-Shock, big on function and more or less indestructible, redefined the LCD watch, and it's still going strong. It is the ultimate practical watch you can use and abuse forever. It will never fail to tell you the time, how long you've been running, or how long you gotta wait until the tortellini's done. With resin strap, $250.

**(4) PATEK PHILIPPE CALATRAVA:** For the ultimate dress watch and the archetypal gift to hand down to your heirs, there is nothing better than a Calatrava. It endeavors solely to dress your wrist in the simplest and most elegant way possible. No tricks, just sound design. Its mechanical movement (the watch's engine) is one of the most envied and copied in the world, and its understated look, a hallmark of Patek Philippe design, will be stylish in a hundred years. With alligator strap, $21,000.

# EXHIBIT C

http://www.omega.com/

Omega Engineering - omega.com . Process Measurement Sensors and Instruments. Thermocouples to Chart Recorders and Eve... Page 1 of 2

10/20/2004



Proud Member of
**The Defense Industry Initiative**
on business ethics and conduct

Mil-Spec and Agency
Approved Sensors
Brochure

click here to view the list

First Time Shopping on
**omega.com?**
click here to learn about our Free Gift!

Calibrators | Chart Recorders | Data Loggers| Data Acquisition | Dial Thermometers | Flowmeters | Glass Bulb Thermometers | Humidity Measurement |
Infrared Thermometers | Load Cells | Panel Meters | Pressure Transducers | RTD | Signal Conditioners | Strain Gauges | Temperature Controllers |
Temperature Labels | Temperature Measurement | Thermocouple | Temperature Transmitters | Thermistors | Thermocouples | Thermocouple Wire |
Thermowell

Copyright 2003 | Omega Engineering inc. | OMEGA privacy statement

OMEGA ENGINEERING, Inc. - Free Literature and Handbooks

# omega.com® | Your One-Stop Source for Process Measurement and Control

(888) TC-OMEGA (USA/Canada) | (203) 359-1660 (International)

HOME    ONLINE STORE    PRODUCTS    FREE LITERATURE    SEARCH    MY OMEGA    OMEGA INFO

**ΩOMEGA®**

Contact    Cart    Help    Guides

**TECHNICAL REFERENCE**
- PRODUCT MANUALS
- FTP SITE
- PRODUCT HANDBOOK
- INDEX
- VISIT DILBERT

○ Part Number    ● All Omega    [          ]    Search

## OMEGADYNE®

**Brochure Features New Mil-Spec and Agency Approved Transducers for Land, Sea, Air, and Space**
**Click Here to Order your FREE Copy Today!**

**OMEGADYNE Inc.** is pleased to announce the publication of a new brochure highlighting its latest Mil-Spec and Custom Engineered Transducers.

Featured is a broad spectrum of custom engineered OMEGADYNE products that are in use today on military and commercial aircraft, submarines, surface vehicles and aerospace hardware. Also featured are the newest additions to the OMEGADYNE line of high performance transducers. These are three new marine pressure transducers designed to meet the stringent requirements of military standards MIL-P-24212C(SH) or MIL-T-24742(SH) and ASTM F2070 when invoked. Applications for these transducers include naval shipboard use, both surface and sub-surface vessels, as well as general marine uses on new construction and overhaul jobs. Also featured in the brochure is a sampling of the commercial off-the-shelf (COTS) products that are available through OMEGADYNE. The products range from Infrared temperature measurement instruments to data acquisition systems, flow measurement instruments and chart recorders. All are suitable for use in rugged industrial/military environments.



At the heart of the pressure transducers is the rugged OMEGADYNE Sputtered Thin Film Pressure Sensor. OMEGADYNE has developed this solid state sensor building upon earlier design work by CEC Pressure Products, which is now part of OMEGADYNE. This rugged sensor has a proven history in military, aerospace, and industrial applications; wherever extreme ruggedness and long-term reliability are required. OMEGADYNE has the ability to design, test, qualify and build custom engineered sensors for pressure or force measurement to Mil-Standards or your company's most stringent internal standards.

OMEGADYNE is the combination of two companies with strong histories of building state-of-the-art pressure and force sensors to meet military and industrial needs.... T-Hydronics and CEC Pressure Products -- combined with the engineering strength and product resources of the Omega family of companies. Located in Sunbury Ohio, OMEGADYNE has three Class 100 Clean Rooms and is adding two additional Class 100 Clean Rooms to

OMEGA ENGINEERING, Inc. - Free Literature and Handbooks

support its production of thick film, thin film and diffused silicon sensors.

This publication is currently available. Order your FREE copy Today!

To request this exciting new publication Click Here!
or if you prefer Dowload a version in pdf format!



Copyright 2001. Omega Engineering, Inc. All rights reserved.

# EXHIBIT D

Page 219

```
 1
 2              IN THE UNITED STATES DISTRICT COURT
 3           FOR THE DISTRICT OF CONNECTICUT
 4
     OMEGA S.A.,                    )
 5                                  )      ORIGINAL
                     Plaintiff,     )
 6                                  )
                     vs.            )  No. 3:01 CV 2104
 7                                  )      (MRK)
     OMEGA ENGINEERING, INC.,       )
 8   OMEGA SCIENTIFIC, INC.,        )
     and OMEGA PRESS, INC.,         )
 9                                  )
                     Defendants.    )
10   --------------------------)
     OMEGA ENGINEERING, INC.,       )
11                  Counterclaim-)
                     Plaintiff      )
12                                  )
                     vs.            )
13                                  )
     OMEGA, S.A. and THE SWATCH)
14   GROUP LTD.,                    )
                                    )
15                  Counterclaim-)
                     Defendants. )
16   --------------------------)
17              CONTINUED VIDEOTAPED
18      DEPOSITION OF DR. MILTON B. HOLLANDER
19               Ossining, New York
20          Wednesday, April 14, 2004
21
22
23
24   Reported by:
     PAMELA J. MAZZELLA, RPR
25   JOB NO. 159246
```

1                    **M. Hollander**

2        Q.    And if you see on page 5 of 5, type

3    of mark, trademark?

4        **A.    Yes.**

5        Q.    And if you just turn to the front

6    of the page of the exhibit, you see on the

7    top it says "United States Patent and

8    Trademark Office"?

9        **A.    That's correct.**

10       Q.    Followed below "Word mark OMEGA."

11       **A.    That's correct.**

12       Q.    And then a list of goods and

13   services which goes on from page 1 of this

14   exhibit through page 4 of this exhibit?

15       **A.    That's correct.**

16       Q.    Now, based on your review of this

17   document, do you understand this to represent

18   a trademark registration in the United States

19   that is owned by Omega Engineering for the

20   word mark OMEGA?

21       **A.    Yes.**

22       Q.    Do you know if each and every one

23   of the goods that are listed in this

24   trademark registration are currently offered

25   for sale by Omega Engineering, Inc. under the

1                    M. Hollander

2    word mark OMEGA?

3        A.    I believe they all are.

4        Q.    What do you base that knowledge on?

5        A.    I base it on reading words and

6    having in front of me 5,000 pages of

7    handbooks, and I am quite confident that

8    every one of these products is offered in the

9    handbooks and has been offered.

10        Q.    But other than referring to the

11    handbooks, do you have any independent

12    knowledge that would support your statement

13    that the word mark OMEGA is used on each and

14    every one of the products, that which is

15    listed in Hollander Exhibit 1?

16             MR. SMART:    Object to form.

17        A.    Where possible.  For example, where

18    it talks about thermocouples, some of the

19    thermocouples are finer than a human hair, so

20    it would be on the package or on the mailing

21    label or on the advertising material offering

22    it, but wherever possible it is put on the

23    product.

24        Q.    All right.  But I think my question

25    is specifically if you have independent

1                    M. Hollander

2      knowledge of a statement that the word mark

3      OMEGA is used on each and every one of these

4      products.

5                    MR. SMART:    I don't know what you

6      mean, "independent knowledge."

7           Q.    In other words, what do you base

8      that statement on, how do you know that?

9           A.    How do I know it?

10          Q.    Yes.

11          A.    I'm looking at you and I know

12     you're sitting there.  If I look at a product

13     I see it.  The only time I have not seen it

14     is if the product is so small you have to

15     look at the product under a microscope, or it

16     couldn't be put on the product for a physical

17     reason.

18                 I know if it's wire it's put on the

19     sheath, if possible.  If it's an armored

20     cable it would be put on the cable.  If it is

21     a meter it is put on the meter.

22                 If you open up the handbook you

23     will see that the picture of every product

24     where possible the mark is on it.  It has

25     always been on it and it will always be on

1                    M. Hollander

2    it.

3         Q.    But to clarify, my only question is

4    how do you know as you sit here today without

5    referring to any documents, that the word

6    mark OMEGA is in use on each and every one of

7    the products which is listed in Hollander

8    Exhibit 1?

9         A.    How do I know?  I just am trying to

10   find how to answer a question.  I'm not deaf,

11   dumb and blind.  I have never seen or heard

12   of a product that Omega offered for sale, and

13   I have looked and seen many of them, that did

14   not have the mark unless it was physically

15   not possible to put it on the product.

16              It's on every connector, it's on

17   every meter, it's on every piece of wire

18   where possible.  It is on every recorder.

19   It's on every PC board.  It's on everything.

20              I really have difficulty with your

21   question.  If you could find a product and

22   show it to me, I'd be surprised.

23        Q.    I'm still simply trying to ask

24   whether you can state with certainty as you

25   sit here today, without referring to any

1                    M. Hollander

2    product or without referring to any

3    handbooks, whether the word mark OMEGA is

4    used on each and every one of the products

5    which is listed in Hollander Exhibit 1.

6              MR. SMART:    It has been asked and

7    answered.

8              MR. HASTINGS:    It hasn't been.

9              MR. SMART:    No, he said clearly

10    and unequivocally that he believes it was in

11    use.

12              MR. HASTINGS:    I'm asking if he

13    can state that with certainty that each and

14    every one of these products, and I haven't

15    had an answer to that.

16              MR. SMART:    You have an answer,

17    object, asked and answered.

18         Q.    You can answer, sir.

19         A.    To my knowledge, to the best of my

20    knowledge, the OMEGA mark is put on every

21    product that is sold by Omega, offered by

22    Omega, shown by Omega, indicated by Omega

23    where possible or practical.

24              I have not seen products that are

25    sold, offered by Omega in its catalogs or

1                        M. Hollander

2    handbooks that do not have the mark.

3            As a matter of practice, if Omega

4    does not make the part, but the part is made

5    by someone else, Omega will not offer the

6    part unless the person manufacturing it for

7    Omega -- for example, Minneapolis Honeywell

8    will remove their names from the part and put

9    the Omega name on it.

10           Omega does not sell products made

11   by others in its handbooks without them

12   removing their mark and putting the OMEGA

13   mark on.

14           I know that for a certainty because

15   it is the practice that has gone on since the

16   company was founded.

17       Q.    Have you heard of the term

18   "anemometer"?

19       A.    A what?

20       Q.    Anemometer?

21           MR. SMART:    Is there something in

22   the document you are looking to?  It might be

23   simpler to just refer the witness to it.

24       A.    Yes, if you could refer to the

25   particular item I would appreciate it.

1                    M. Hollander

2        Q.    Third or fourth line down in

3   Hollander Exhibit 1.

4        A.    Namely anemometers.

5        Q.    Correct.

6        A.    Yes.

7        Q.    What is that product?

8        A.    That is a device for measuring

9   temperature, wind velocity, actually speed of

10  the wind, wind velocity and other parameters,

11  wind direction, that is used in science and

12  industry, particularly in the environmental

13  area.

14       Q.    What do you mean by "industry"?

15       A.    Industry?  I think it would be

16  easier to get a dictionary and just give you

17  the definition.  Industry and science,

18  science and industry, it is a way of

19  distinguishing it from other areas, just like

20  what you mean by sports.  Sports is an area.

21  Industry, plants, manufacturing, assembly,

22  production, making something, increasing the

23  value of a product, whatever the dictionary

24  says.

25       Q.    Have you ever heard of the term

1              M. Hollander

2  "industry" used to describe a certain sector

3  of business?

4      A.    You will have to give me an example

5  of what you mean.

6      Q.    Fashion industry, electronics

7  industry?

8      A.    The fashion industry?  Oh, sure.  I

9  think there is a fashion industry.

10     Q.    But have you heard the term

11 "industry" used to describe a certain

12 business sector?

13     A.    Certainly, that's why we use the

14 term "science and industry" to better define

15 the area that the product is used in.

16          If it were the fashion industry we

17 would say we were in the fashion industry,

18 but we are not, we are in the science

19 industry, science and industry.

20     Q.    Can you give us examples of certain

21 business industries to which Omega

22 Engineering sells its products?

23     A.    Certain business industries?

24 Science and business.  We're in the science

25 and industry field, both.  We sell to the

1                    M. Hollander

2    aircraft industry, the automotive industry,

3    the agricultural industry, that's A.

4            B, we sell it to the bio industry.

5    The C would be we sell it to the computer

6    industry.  We sell to power plants, to

7    universities, to hospitals.  We sell to the

8    U.S. government.  Omega manufactures

9    transducers for the government's nuclear

10   submarines, some of them Omega is its sole

11   source.  Omega sells to the space industry.

12   Omega sells to the testing industry.  Omega

13   sells to laboratories, medical laboratories,

14   hospital laboratories.

15           Let's see.  There's so many of

16   them, I'm just trying to think of them in as

17   broad a term as possible.

18           Omega sells to the chemical

19   industry, the metallurgical industry, the

20   bioengineering industry, the teaching

21   industry, to the universities, to the testing

22   labs, to the pharmaceutical industry, to

23   the -- almost -- I can't think of an

24   industry, with the exception I would have to

25   say of the fashion industry or the jewelry