FILED

2004 OCT 22 A 11: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

OMEGA S.A.,

Plaintiff,

v.

OMEGA ENGINEERING, INC.,
OMEGA SCIENTIFIC, INC., and
OMEGA PRESS, INC.,

Defendants.

OMEGA ENGINEERING, INC.,

Counterclaim-Plaintiff,

v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.,

Counterclaim-Defendants.

Civil Action No.:
3:01 CV 2104 (MRK)

October 21, 2004

**REDACTED DECLARATION OF PETER STIERLI**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

OMEGA S.A.,

Plaintiff,

v.

OMEGA ENGINEERING, INC.,
OMEGA SCIENTIFIC, INC., and
OMEGA PRESS, INC.,

Defendants.

OMEGA ENGINEERING, INC.,

Counterclaim-Plaintiff,

v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.,

Counterclaim-Defendants.

Civil Action No.:
3:01 CV 2104 (MRK)

DECLARATION OF PETER STIERLI

I, Peter Stierli, under the penalty of perjury, hereby declare as follows:

1. I am the Vice President and Chief Finance Officer of Omega S.A., Jakob-Stämpfli-Strasse 96, 2502 Biel/Bienne, Switzerland. If called as a witness, I could testify competently to the following:

2. The following information contained in this declaration is highly confidential. It relates to Omega S.A.'s confidential and most sensitive proprietary sales data, marketing expenditures, and other costs, such as legal fees. This information could be misused by a competitor or adversary. For example, below I discuss Omega S.A.'s legal fees spent in trademark proceedings involving Omega Engineering, Inc. This

information can be used by competitors or adversaries to determine the degree to which Omega S.A. engages in trademark protection and enforcement activities, or could be used to gain leverage in this litigation or the parties' various legal proceedings that are currently ongoing throughout the world. In addition, the advertising expenditures reflect a business formula which has been crucial to Omega S.A.'s business. That information can be used by a competitor or adversary to unfairly benefit from a successful business plan that has been developed at the expense of Omega S.A. throughout its history.

3. I understand that the Court has entered a protective order, which can potentially keep this information confidential. Accordingly, I respectfully request that this entire declaration be kept out of the public record of this case. I also request that this declaration be designated as "Outside Attorneys Only," such that the principals of Omega Engineering, Inc., cannot access this information.

4. I have held my title and position at Omega S.A. since 1988. As Vice President and Chief Finance Officer, I have access to and responsibility for the records for Omega S.A. I also sign and monitor invoices, expenditures, and sales figures for the company, including advertising costs, legal fees, and costs incurred in our trademark maintenance program. I am also familiar with the assets of Omega S.A. including, its intellectual property assets.

5. The OMEGA and Ω trademarks are the most valuable assets to the business of Omega S.A. Although the exact monetary value of these trademarks cannot be precisely determined, for over one hundred years Omega S.A. has relied on the OMEGA and Ω trademarks to designate the source of high-quality precision timing devices and other goods and services.

6. Omega S.A. has secured rights to the OMEGA and Ω trademarks in at least 188 countries around the World. The rights to the OMEGA, and Ω, and the combined OMEGA/Ω marks alone are reflected in over 1000 trademark registrations. In addition to these registrations, Omega S.A. has many other trademark registrations that incorporate elements of the word "Omega" or the Ω design.

7. Omega S.A. first registered its trademark in the United Stated in the 1890's. During this same decade, it registered the OMEGA mark and Ω design in Switzerland and the World Intellectual Property Organization ("WIPO"). I submit copies of these early registrations as Exhibit A hereto.

8. Omega S.A. has spent substantial sums to promote and protect the OMEGA and Ω trademarks in the United States and around the world. Our promotional expenditures have contributed to Omega S.A.'s substantial sales. The figures for the past five years are summarized in the table below:

| Year | Worldwide Marketing Expenditures | Worldwide Sales |
|---|---|---|
| 1999 | [redacted] | [redacted] |
| 2000 | [redacted] | [redacted] |
| 2001 | [redacted] | [redacted] |
| 2002 | [redacted] | [redacted] |
| 2003 | [redacted] | [redacted] |
| Total | [redacted] | [redacted] |

9. As reflected in the above table, in the last five years, Omega S.A. has spent over [redacted] marketing efforts, which contributed to its almost [redacted]

sales worldwide. We attribute much of Omega S.A.'s success to the prestigious and distinctive character of the OMEGA trademark.

10. A history of Omega S.A. and its promotional efforts are documented in Omega Saga by Marco Richon. I submit a copy of that book along with my declaration as Exhibit B.

11. Omega S.A. also actively markets itself via the Internet at the website found at www.omegawatches.com and www.omega.ch. That website contains accurate information related to Omega S.A.'s history. As reflected at the website, Omega S.A. has been the source of the only watch ever worn on the Moon, extremely durable sea-diving timepieces, and sophisticated electronic timing devices that have been employed in many world-renown sporting events, such as the Olympic Games.

12. Although Omega S.A. has invested large sums of money and effort in its OMEGA trademarks, the strength and value of that mark continues to be threatened by Omega Engineering, Inc. Accordingly, Omega S.A. has been forced to confront Omega Engineering, Inc., in many trademark proceedings throughout the world.

13.



I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of October 2004.

Mr. Peter Stierli
Vice President and Chief Finance Officer of Omega S.A.

# EXHIBIT A

préalable d'exclusion pourra être prononcée de tout sans préjudice de dommages-intérêts s'il y a lieu. Les engagements de l'association vis-à-vis des tiers sont uniquement garantis par les biens sociaux; les associés sont exonérés de toute responsabilité personnelle. On cesse de faire partie de la société: 1° par la retraite volontaire: 2° par la faillite; 3° par l'exclusion prononcée par l'assemblée générale. La sortie volontaire ne peut avoir lieu qu'à la fin d'une année comptable et moyennant un avertissement préalable de trois mois. La sortie volontaire peut cependant s'effectuer en tout temps en cas de partage, de vente, d'amodiation et de résiliation de bail. L'exclusion a lieu dans les cas prévus à l'art. 16 des statuts, ainsi que dans ceux prévus par le règlement de l'association, sans préjudice des dispositions de l'art. 685 du code fédéral des obligations. La sortie de l'association par les modes prévus à l'art. 17 entraîne pour l'associé sortant la perte de tout droit au capital et jouissance à l'avoir social. Les organes de la société sont: a. l'assemblée générale; b. la commission composée de trois membres; c. le tribunal arbitral. Le président et le secrétaire de la commission ont ensemble la signature sociale. Ils représentent et engagent l'association vis-à-vis des tiers par leurs signatures collectives. La commission est aujourd'hui composée comme suit: président Jean Gaumann, fermier; secrétaire François Musy; boursier Simon Ottet, tous à Russy.

2 mai. La maison Lucien Michaud, à Estavayer (F. o. s. du c. de 1892, page 94), est radiée d'office ensuite de la faillite du titulaire.

2 mai. La maison Ernest Fery, à Féligny (F. o. s. du c. de 1894, page 677), est radiée d'office ensuite de la faillite du titulaire.

## II. Besonderes Register — II. Registre spécial — II. Registro speciale.

**Eintragungen: — Inscriptions: — Inscrizioni:**

**Bern — Berne — Berna**

*Bureau Bern.*

1895. 1. Mai. Gottlieb Luginbühl von Grosshöchstetten, geb. 10. Januar 1870. Biel- und Milchhändler, Metzgergasse 34, Bern.

## Eidg. Amt für geistiges Eigentum. — Bureau fédéral de la propriété intellectuelle.

## Marken. — Marques.

**Eintragungen. — Enregistrements.**

2 mai 1895, 8 h. a.
Nº 7474.
*Augustine Cornioley*, coiffeuse,
Lausanne (Suisse).

**Lotion pour la chevelure.**

2 mai 1895, 8 h. a.
Nº 7475.
*Manufacture dijonnaise des Biscuits Pernot,*
(succursale de la maison de Dijon,)
Genève (Suisse).

# Confetti

**Biscuits.**

26 avrile 1895, 12 o. m.
Nº 7476.
*Fabbrica Tabacchi in Brissago,*
Brissago (Svizzera).

**Zigari di Virginia.**

26 aprile 1895, 12 o. m.
Nº 7477.
*Fabbrica Tabacchi in Brissago.*
Brissago (Svizzera).

**Zigari di Virginia.**

2 mai 1895, 11 h. a.
Nº 7478.
*Louis Brandt & frère*, fabricants,
Bienne (Suisse).

Ω

**Mouvements, boîtes, cuvettes, cadrans, étuis et emballages de montres.**

Insertionspreis: Die halbe Spaltenbreite 30 Cts. Die ganze Spaltenbreite 60 Cts. per Zeile

## Privat-Anzeigen. — Annonces non officielles.

Prix d'insertion: 30 cts. la petite ligne. 60 cts. la ligne de la largeur d'une colonne.

# Dresdner Bank

Dresden — Berlin — Hamburg — Bremen — London

**Aktien-Kapital 80,000,000 Mark.**

Wir beehren uns hiermit anzuzeigen, dass wir in **Bremen** unter der Firma

**Bremer Bank Filiale der Dresdner Bank**

und in **London, E. C., 65 Old Broad Street** unter der Firma

**Dresdner Bank**

Zweigniederlassungen errichtet haben.

Dresden, den 1. Mai 1895.

(367) Dresdner Bank.

# „Schweiz",

## Transport-Versicherungs-Gesellschaft.

In der heute abgehaltenen Generalversammlung wurde die Dividende für das Geschäftsjahr 1894 auf 22 % festgesetzt, demnach wird der am 15. Mai a. c. fällige Coupon Nr. 25 mit (H 2005 Z)

**Fr. 110.—**

und zwar von heute ab an unserer Gesellschaftskasse eingelöst.

Wir bitten, den Coupons ein Nummernverzeichnis beizufügen.

Zürich, den 25. April 1895.

Namens des Verwaltungsrates,

(340[a]) Der Präsident: Miedtmann-Naef. Der Direktor: H. Knorr.

Aktiengesellschaft

# Schappe- & Cordonnet-Spinnerei Ryhiner.

**Fünfte ordentliche Generalversammlung der Aktionäre**
**Dienstag, den 21. Mai 1895, vormittags 10 Uhr,**
in der Lesegesellschaft, Münsterplatz, Basel.

**Traktanden:**

1) Abnahme des Geschäftsberichtes, der Jahresrechnung und Bilanz für das Geschäftsjahr 1894.
2) Wahl von zwei im Austritt befindlichen Mitgliedern und Neuwahl eines siebenten Mitgliedes des Verwaltungsrates.
3) Wahl zweier Rechnungsrevisoren und zweier Suppleanten für das Geschäftsjahr 1895.
4) Ermächtigung des Verwaltungsrates zum Abschluss eines Verkauf- und Mietvertrages über die Liegenschaft am Mattweg.
5) Reduktion des Aktienkapitals.

Die Jahresbilanz, sowie der Bericht der Herren Revisoren sind vom 13. Mai 1895 an im Geschäftslokal, Rappoltshof, zur Einsicht der Herren Aktionäre aufgelegt.

Die Herren Aktionäre, welche an der Generalversammlung teilnehmen wollen, haben ihre Aktien spätestens drei Tage vor dem Versammlungstage bei der Gesellschaftskasse (Rappoltshof) oder bei den Herren Dreyfus Söhne & Co, Ehinger & Co, Zahn & Co zu deponieren. Die Hinterlagescheine dienen als Zutrittskarten zur Generalversammlung. (H 1700 Q)

Die Herren Aktionäre werden darauf aufmerksam gemacht, dass behufs Behandlung des Traktandums 5 laut § 16 unserer Statuten die Hälfte des Aktienkapitals vertreten sein muss.

Für den Verwaltungsrat,
Der Präsident:
(364[a]) R. A. Dreyfus-Brodtbeck.



ORGANISATION MONDIALE
DE LA PROPRIÉTÉ INTELLECTUELLE

34, chemin des Colombettes, case postale 18, CH-1211 Genève 20 (Suisse)
☎ (41-22) 338 91 11 Télécopieur : (41-22) 740 14 29
Messagerie électronique : intreg.mail@wipo.int
Internet : http://www.ompi.int
Compte de chèques postaux OMPI n° 12-5000-8, Genève
Banque : Compte OMPI n° 487080-81 auprès du Crédit Suisse, Genève

**Extrait du registre international des marques**

Arrangement de Madrid
concernant l'enregistrement international des marques
et Protocole relatif à cet Arrangement

Le Bureau international de l'Organisation Mondiale de la Propriété Intellectuelle certifie que les indications ci-après sont conformes aux inscriptions faites au registre international des marques à la date de signature du présent extrait.

**№ 366** **30 mai 1895**

**LOUIS BRANDT & FRÈRE, fabricants**
BIENNE (Suisse)

Ω

Mouvements, boîtes, cuvettes, cadrans, étuis
et emballages de montres

La marque ci-dessus a été enregistrée en Suisse
le 2 mai 1895 sous le N° 7478

Refus de protection

Cuba : refus total (lettre du 6 décembre 1905).

Transmission à : Société anonyme Louis Brandt & frère, Bienne (Suisse), inscrite le 15 mars 1904, suivie d'une modification du nom du titulaire en : Société anonyme Louis Brandt et frère (Omega Watch C°), inscrite le 8 août 1907.

Nouvel enregistrement international effectué le 25 janvier 1915 sous le No 16616.

---

t.s.v.p.

No 366

Date de signature du présent extrait :

Genève, le 19 juillet 2001

Taxe Fr. 155.—
mb

BUREAU INTERNATIONAL
DE L'ORGANISATION MONDIALE
DE LA PROPRIÉTÉ INTELLECTUELLE (OMPI)

T. Stassin
Administratrice adjointe à l'information
Section de l'Administration
Département des enregistrements internationaux

Nr. 231 vom 28. Oktober 1893, pag. 930, hat am 16. April 1897 in Biel unter der gleichen Firma eine Zweigniederlassung errichtet. Zur Vertretung derselben ist der Firmainhaber Philipp Monteil, früher von Brageac (Frankreich), nun von und wohnhaft in Solothurn, selbst befugt. Natur des Geschäftes: Schirmfabrikation. Geschäftslokal: Nidaugasse Nr. 60.

### Basel-Stadt — Bâle-Ville — Basilea-Città

1897. 8. Juni. Die Kollektivgesellschaft unter der Firma «Coste frères» (Coste brothers) in Genf (S. H. A. B. Nr. 63 vom 18. Juni 1887, pag. 487) ändert für ihre Zweigniederlassung in Basel die Firma ab in: Coste frères (Coste brothers) Old England British & Anglo-American Tailors, sowie die Natur ihres Geschäftes in: Handel in englischen Artikeln jeder Art, Anfertigung von Kleidern und Kostümen für Herren und Damen.

8. Juni. Die Firma E. Imhoff-Settelen in Basel (S. H. A. B. Nr. 62 vom 5. April 1889, pag. 320) erteilt Prokura an Bernhard Kübler, von Basel-Augst, wohnhaft in Arlesheim (Baselland).

9. Juni. Die Firma Aug. Tobler in Basel (S. H. A. B. Nr. 105 vom 17. Juli 1890, pag. 563) ist infolge Todes des Inhabers erloschen.

9. Juni. Inhaberin der Firma Aug. Tobler Wwe in Basel ist Witwe Johanna Tobler-Bräuning, von Zürich, wohnhaft in Basel. Natur des Geschäftes: Handel in Seidenstoffen. Geschäftslokal: Gerbergasse 27.

9. Juni. Die Firma Th. Haillard in Basel (S. H. A. B. Nr. 2 vom 11. Januar 1883, pag. 12 und Nr. 250 vom 28. November 1893, pag. 1016) hat die Agentur der Annoncenexpedition Rudolf Mosse in Berlin und Zürich aufgegeben und behält als Natur des Geschäftes nur noch: Agenturen, Fabrikation chemischer Produkte. Geschäftslokal: Freiestrasse 61.

9. Juni. Inhaber der Firma I. Bollag Schwob, Schuhmanufactur in Basel ist Abraham, gen. Isidor Bollag, von Ober-Endingen (Aargau), wohnhaft in Basel. Natur des Geschäftes: Handel in Schuhwaren. Geschäftslokal: Steinenvorstadt 34.

9. Juni. Inhaber der Firma Heinrich Müller in Basel ist Heinrich Müller, von Gächlingen (Schaffhausen), wohnhaft in Basel. Natur des Geschäftes: Kolonial- und Materialwaren. Wein und Flaschenbier. Geschäftslokal: Maulbeerweg 7.

### Neuenburg — Neuchâtel — Neuchâtel

*Bureau de La Chaux-de-Fonds.*

1897. 4 juin. La raison Vve Chs Aubry, à La Chaux-de-Fonds (F. o. s. du c. du 21 septembre 1892, nº 204), est éteinte ensuite de renonciation de la titulaire. L'actif et le passif ont été repris par la nouvelle société «Vve Ch^les Aubry & Cie».

4 juin. Lina-Caroline, née Küntzi, veuve de Charles Aubry, Bertha Aubry, Anna Aubry, et Ida Aubry, toutes originaires de Muriaux (Berne) et domiciliées à La Chaux-de-Fonds, ont constitué, en ce lieu, sous la raison sociale Vve Ch^les Aubry & Cie, une société en nom collectif, commencée le 1er avril 1897. Genre de commerce: Exploitation du Buffet de la Gare, à La Chaux-de-Fonds. Cette maison a repris l'actif et le passif de l'ancienne maison «Vve Chs Aubry». Bureaux: Gare des voyageurs, 4, Chemin de fer.

4 juin. Sous le nom de Cercle ouvrier de La Chaux-de-Fonds, il est fondé une société qui a son siège à La Chaux-de-Fonds et a pour buts: a. d'offrir à ses membres un lieu de réunion et d'agrément; b. de former un centre d'études sociales; c. de développer le sentiment de solidarité chez les travailleurs; d. de grouper tous les éléments progressistes ouvriers pour le triomphe, par les voies légales, des revendications sociales. Les statuts portent la date du 19 décembre 1896. Est membre de la société toute personne qui en fait la demande au président du cercle, est acceptée par l'assemblée générale ensuite de préavis du comité et qui paie une finance d'entrée de deux francs. La cotisation annuelle est de six francs pour les membres internes et trois francs pour les membres externes. La qualité de membre de la société se perd par décès ou par exclusion prononcée par l'assemblée générale sur le préavis du comité, par démission, moyennant, dans ce dernier cas, payer la cotisation de l'exercice courant. Les publications de la société sont faites dans la «Sentinelle» à La Chaux-de-Fonds. L'avoir de la société répond seul pour ses obligations. Les organes de la société sont l'assemblée générale, le comité, la commission de la bibliothèque, la commission des jeux, la commission de vérification des comptes. La société est engagée par la signature collective du président, du secrétaire et du caissier. Le président est Numa Robert-Waelti, horloger, 17, Rue des Terreaux; secrétaire Emile Ablitzer, 79, Rue du Parc; caissier Emile Guinand, horloger, 77, Rue du Progrès, tous à La Chaux-de-Fonds.

### Genf — Genève — Ginevra

1897. 5 juin. Le chef de la maison Carlos Wichmann, à Genève, commencée le 17 mai 1897, est Carlos Wichmann, de Genève, domicilié à Plainpalais. Genre d'affaires: Commerce et réparations de machines à coudre. Locaux: 6, Boulevard de Plainpalais.

5 juin. La maison Luquin, Soullier et Cie, horlogerie, bijouterie, cendres aurifères, outils d'horlogerie, et autres produits de l'industrie suisse et américaine, inscrite à Plainpalais (F. o. s. du c. du 13 mars 1897, nº 72, page 295), a transféré son siège commercial à Genève, 6, Boulevard de Plainpalais.

5 juin. Le chef de la maison Joseph Gaisman, à Genève, est Joseph Gaisman, de Genève, y domicilié (ex-associé de Gaisman frères, société récemment dissoute). Genre d'affaires: Commerce de bestiaux. Locaux: 7 et 14, Rue Dassier.

5 juin. Le chef de la maison Ernest Dunant, à Genève, commencée le 1er mai 1897, est Ernest Dunant, de Genève, y domicilié. Genre d'affaires: Commerce de bois et suce de réglisse. Locaux: 6, Rue de la Bourse. (Ancien commerce Vve Alphonse Crozet.)

7 juin. La société en nom collectif Pianzola fils et Cie, aux Eaux-Vives (F. o. s. du c. du 4 mars 1893, nº 51, page 205), est dissoute depuis le 31 mai 1897, ensuite de la retraite de l'associé J.-F. Pianzola fils.

Les deux associés restants: Clément Pellanda, de Genève, et Louis Mezzadonna, d'origine italienne, tous deux domiciliés aux Eaux-Vives, sont restés chargés de l'actif et du passif de la société dissoute, qu'ils continuent sous forme de société en nom collectif, sous la raison sociale Pellanda et Mezzadonna, aux Eaux-Vives, à dater du 1er juin 1897. Genre d'affaires: Entreprises de ferblanterie et plomberie. Locaux: 15, Terrassière.

7 juin. La maison Vve Poggi, produits du Midi, inscrite à Genève (F. o. s. du c. des 8 août 1891, page 687 et 7 avril 1897, nº 90, page 406) a transféré, dès le 1er mai 1897, son siège commercial aux Eaux-Vives, Rue du Lac.

7 juin. La société en nom collectif Gaisman frères, marchands de bestiaux, à Genève (F. o. s. du c. du 23 juillet 1883, nº 106, page 856), a été dissoute dès le 15 mai 1897. La liquidation en ayant été opérée par les deux associés, cette société est radiée.

7 juin. Les actionnaires de la société anonyme dite Société de garantie pour la Fête cantonale de Gymnastique de 1896, à Genève, ayant son siège à Genève (F. o. s. du c. du 4 août 1896, nº 219, page 900), réunis en assemblée générale le 20 novembre 1896, ont déclaré cette société dissoute, par le fait de l'accomplissement des opérations qui en faisaient l'objet, et en avaient confié la liquidation aux membres de son conseil d'administration. Cette liquidation étant aujourd'hui terminée, la dite société est radiée.

7 juin. La maison Audemars, Piguet et Cie, ayant son siège au Brassus (Vaud), suivant publication de la F. o. s. du c. du 4 février 1897, nº 32, page 125, a fondé, à Genève, sous la même raison sociale, une succursale qui a commencé le 15 mai 1897, et qui a pour objet, ainsi que le siège principal, la fabrication et le commerce de l'horlogerie. La maison a pour associés-gérants Jules-Louis Audemars-Reneud et Edward-Auguste Piguet, et pour associé-commanditaire Paul-Emile LeCoultre, tous du Chenit et domiciliés au Brassus. L'associé-commanditaire est engagé pour une somme de cinq mille francs (fr. 5000). La succursale de Genève est engagée vis-à-vis des tiers par la signature de l'un des associés-gérants, et en outre par celle de l'associé-commanditaire, qui a reçu, à cet effet, la procuration de la maison. Bureaux à Genève: 13, Place du Molard, dans les locaux de la maison H. Pilliban (non inscrite).

8 juin. La société en nom collectif Guichardet et Poletti, à Plainpalais (F. o. s. du c. du 17 avril 1897, nº 100, page 448), est dissoute dès le 7 juin 1897.

La maison est continuée, depuis cette date, avec reprise de l'actif et du passif, sous la raison F. Poletti, à Plainpalais, par l'associé François Poletti, d'origine italienne, domicilié à Genève. Genre d'affaires: Ateliers de serrurerie et travaux se rapportant à cette industrie. Locaux: Boulevard de St-Georges.

8 juin. La société existant à Dardagny (Genève), sous le nom de «Société civile des Eaux de Dardagny» (non inscrite au registre du commerce), a été transformée en une association, qui a pris la dénomination de Association des Eaux de Dardagny. Le siège de l'association est à Dardagny. Elle a pour but d'exploiter et d'amener à Dardagny et au hameau d'Essertines, les eaux provenant des sources dites des Pallatières, sur la commune de St-Jean de Gonville (Ain). Les statuts de l'association ont été dressés le 25 mai 1897. La durée de l'association est illimitée. L'association se compose des sociétaires de l'ancienne «Société civile des Eaux de Dardagny», entre lesquels sont réparties les 40 parts qui représentent l'avoir social, lesquelles parts sont sans valeur fixée par les statuts. Il ne peut pas être admis de nouveaux sociétaires par la création de nouvelles parts. Les parts ne peuvent être cédées qu'à des personnes propriétaires à Dardagny et agréées par l'assemblée générale. La cession des parts se fait au moyen d'une déclaration sur les registres de l'association, signée par le cédant ou ses ayants droit, le cessionnaire et le président du comité. La qualité de sociétaire se transmet aux héritiers, mais ceux-ci doivent s'entendre entre eux, dans le délai de 3 mois, pour l'attribution à l'un d'eux, ou à une personne propriétaire à Dardagny et agréée par l'assemblée générale, de la ou des parts ayant appartenu au sociétaire décédé. Les sociétaires ne sont tenus vis-à-vis des tiers d'aucune responsabilité personnelle ni solidaire quant aux engagements de l'association, qui sont garantis uniquement par les biens de celle-ci. Un sociétaire peut se retirer de l'association en transmettant sa ou ses parts à une personne propriétaire à Dardagny et agréée par l'assemblée générale, ou en les abandonnant à l'association. Un sociétaire qui cesse de faire partie de l'association pour quelle cause que ce soit, n'a aucun droit à prétendre à l'actif social. Les frais et charges de l'association seront couverts au moyen de cotisations qui pourront être réclamées des sociétaires, proportionnellement au nombre de parts dont ils sont titulaires, et en vertu de décision de l'assemblée générale. L'association est administrée par un comité de cinq membres, dont deux nommés par le conseil municipal de la commune de Dardagny, et les trois autres par l'assemblée générale. Un membre du comité doit être pris parmi les associés d'Essertines. L'association est valablement engagée par la signature de trois membres du comité. Les membres du comité sont Louis Peney; Laurent Desbaillets; Charles Desbaillets; Charles-Marc Raine, à Dardagny, et Jean Joly, à Essertines.

8 juin. La raison Gavard Paul, à Genève (F. o. s. du c. du 13 octobre 1883, nº 124, page 934), est radiée ensuite du décès du titulaire, survenu le 24 octobre 1896.

La maison est continuée, depuis cette date, avec reprise de l'actif et du passif, sous la raison Vve Gavard, à Genève, par la veuve du précédent, Joséphine Gavard, née Mossière, d'origine française, domiciliée à Genève. Genre d'affaires: Café-restaurant, débridée. Locaux: 16, Rue des Corps-Saints.

---

## Eidg. Amt für geistiges Eigentum. — Bureau fédéral de la propriété intellectuelle.

## Marken. — Marques.

### Eintragungen. — Enregistrements.

Nº 9281. — 8 juin 1897, 8 h. a.

*Louis Brandt & frère*, fabricants,

Bienne (Suisse).

**OMÉGA**

Mouvements, boîtes, cuvettes, cadrans, étuis et emballages de montres.

---

Nº 9282. — 10 juin 1897, 8 h. a.

*G.-Hri Liengme*, fabricant,

Cormoret (Suisse).

Montres, mouvements, boîtes, fonds, cuvettes et emballages de montres.

ORGANISATION MONDIALE
DE LA PROPRIÉTÉ INTELLECTUELLE

34, chemin des Colombettes, case postale 18, CH-1211 Genève 20 (Suisse)
T (41-22) 338 91 11 Télécopieur : (41-22) 740 14 29
Messagerie électronique : intreg.mail@wipo.int
Internet : http://www.ompi.int
Compte de chèques postaux OMPI n° 12-5000-8, Genève
Banque : Compte OMPI n° 487080-81 auprès du Crédit Suisse, Genève

**Extrait**
**du registre international**
**des marques**

**Arrangement de Madrid**
**concernant l'enregistrement international des marques**
**et Protocole relatif à cet Arrangement**

**Le Bureau international de l'Organisation Mondiale de la Propriété Intellectuelle certifie que les indications ci-après sont conformes aux inscriptions faites au registre international des marques à la date de signature du présent extrait.**

№ 1067 **3 juillet 1897**

LOUIS BRANDT & FRÈRE, fabricants

BIENNE (Suisse)

**OMÉGA**

Mouvements, boîtes, cuvettes, cadrans, étuis et emballages de montres

La marque ci-dessus a été enregistrée en Suisse le 8 juin 1897 sous le N° 9831

---

Refus de protection

Cuba : refus total (lettre du 6 décembre 1905).

Transmission à : Société anonyme Louis Brandt & frère, Bienne (Suisse), inscrite le 15 mars 1904, suivie d'une modification du nom du titulaire en : Société anonyme Louis Brandt et frère (Omega Watch C°), inscrite le 8 août 1907.

Nouvel enregistrement international effectué le 13 février 1917 sous le No 18201.

---

t.s.v.p.

No 1067

Date de signature du présent extrait :

Genève, le 19 juillet 2001

Taxe Fr. 155.—
mb

BUREAU INTERNATIONAL
DE L'ORGANISATION MONDIALE
DE LA PROPRIÉTÉ INTELLECTUELLE (OMPI)

T. Stassin
Administratrice adjointe à l'information
Section de l'Administration
Département des enregistrements internationaux

10 mars 1894, 8 h. a.
N° 6811.
*Louis Brandt & frère*, fabricants,
**Bienne** (Suisse).

Ω
OMEGA

**Mouvements, boîtes, cuvettes, cadrans, étuis et emballages de montres.**

---

10. März 1894, 8 Uhr a.
Nr. 6812.
*B. Siegfried*, Fabrikant,
**Zofingen** (Schweiz).

FENINA

**„Paracetphenetidin" (chemisches Produkt).**

---

**Schweizerisches Handelsamtsblatt Nr. 61 vom 14. März 1894.**
**Feuille officielle suisse du commerce n° 61 du 14 mars 1894.**

## Eintragungen. — Enregistrements.

12. März 1894, 8 Uhr a.
Nr. 6813.
*G.-L. Tobler & C°*, Fabrikanten,
**St. Gallen** (Schweiz).

G.L. Tobler & Co
St. Gallen

**Wagendecken, Pferdedecken, Treibriemen, verschiedene technische Lederartikel, Maschinenfett.**



Le Bureau international de l'Organisation Mondiale de la Propriété Intellectuelle certifie que les indications ci-après sont conformes aux inscriptions faites au registre international des marques à la date de signature du présent extrait.

№ 154 11 avril 1894

LOUIS BRANDT & FRÈRE, fabricants

BIENNE (Suisse)

Enregistrement International des marques
OMPI

Ω
OMEGA

Mouvements, boîtes, cuvettes, cadrans, étuis et emballages de montres

La marque ci-dessus a été enregistrée en Suisse le 10 mars 1894 sous le Nº 6811

Refus de protection

Cuba : refus total (lettre du 6 décembre 1905).

Transmission à : Société anonyme Louis Brandt & frère, Bienne (Suisse), inscrite le 15 mars 1904, suivie d'une modification du nom du titulaire en : Société anonyme Louis Brandt et frère (Omega Watch C°), inscrite le 8 août 1907.

Nouvel enregistrement international effectué le 7 novembre 1913 sous le No 14845.

---

Genève, le 19 juillet 2001

Taxe Fr. 155.—
mb

BUREAU INTERNATIONAL
DE L'ORGANISATION MONDIALE
DE LA PROPRIÉTÉ INTELLECTUELLE (OMPI)

V. Stassin
Administratrice adjointe à l'information
Section de l'Administration
Département des enregistrements internationaux

# EXHIBIT B

# Ω OMEGA SAGA

Exhibit B to
Declaration of Peter Stierli

DEFENDANT'S
EXHIBIT
CASE
NO. 3:98-cv-02464
EXHIBIT
NO. 234

ISBN 2-88380-010-3
© 1998, Fondation Adrien Brandt en faveur du patrimoine Omega, Bienne (Suisse)
Imprimé en Suisse

Respectfully submitted
for Plaintiff and Counterclaim Defendant,

By: ______________________________
Jess M. Collen (CT20918)
Matthew C. Wagner (CT25926)
COLLEN *IP*
THE HOLYOKE-MANHATAN BUILDING
80 South Highland Avenue
Ossining, New York 10562
(914) 941-5668
(914) 941-6091 (facsimile)
jcollen@collenlaw.com (email)

Dated: October 22, 2004