**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

*FILED*

2004 OCT 22 A II: 13

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| OMEGA S.A., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| OMEGA ENGINEERING, INC., | ) |
| OMEGA SCIENTIFIC, INC., and | ) |
| OMEGA PRESS, INC., | ) |
| | ) |
| Defendants. | )  Civil Action No.: |
| | )  3:01 CV 2104 (MRK) |
| OMEGA ENGINEERING, INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | )  October 21, 2004 |
| | ) |
| v. | ) |
| | ) |
| OMEGA S.A. and | ) |
| THE SWATCH GROUP LTD., | ) |
| | ) |
| Counterclaim-Defendants. | ) |

**NOTICE OF MANUAL FILING**

Please take notice that Plaintiffs Omega S.A. and The Swatch Group, Ltd. (Plaintiffs) have manually filed the following documents or things.

- Exhibit B to Declaration of Peter Stierli, dated October 20, 2004

These documents have not been filed electronically because

[ X ]    the document or thing cannot be converted to an electronic format.

[   ]    the electronic file size of the document exceeds 1.5 megabytes.

[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

Dated: October 21, 2004

Respectfully submitted,

By: _____

Jess M. Collen (CT20918)
Philip Miolene (CT013377)
Matthew C. Wagner (CT25926)
COLLEN *IP*
THE HOLYOKE-MANHATAN BUILDING
80 South Highland Avenue
Ossining, New York 10562
(914) 941-5668
(914) 941-6091 (facsimile)
jcollen@collenlaw.com (email)