## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 OCT 22  A 11: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

OMEGA S.A.,                          )
                                     )
          Plaintiff,                 )
v.                                   )
                                     )
OMEGA ENGINEERING, INC.,             )
OMEGA SCIENTIFIC, INC., and          )
OMEGA PRESS, INC.,                   )
                                     )
          Defendants.                )        Civil Action No.:
                                     )        3:01 CV 2104 (MRK)
OMEGA ENGINEERING, INC.,             )
                                     )
          Counterclaim-Plaintiff,    )        October 21, 2004
                                     )
v.                                   )
                                     )
OMEGA, S.A. and                      )
THE SWATCH GROUP LTD.,               )
                                     )
          Counterclaim-Defendants.   )
                                     )

## CERTIFICATE OF SERVICE

I, Amy Laaraj, hereby certify I caused a true copy of the foregoing:

1. Reply Memorandum in Support of Plaintiffs Motion for Summary Judgment

2. Omega S.A.'s and The Swatch Group Ltd.'s Supplemental Statement of Facts in Support of their Motion for Partial Summary Judgment

3. Notice of Manual Filing

4. Supplemental Declaration of Amy Laaraj

5. Declaration of Bradford L. Cole

6. Declaration of Peter Stierli

7.  Motion to File Under Seal the Declaration of Peter Stierli

to be served upon the following individuals, in the following manner, and addressed in the

following way on October 21, 2004:

> VIA HAND DELIVERY
> Paul C. Llewellyn, Esq.
> Thomas A. Smart, Esq.
> Kaye Scholer LLP
> 425 Park Avenue
> New York, New York  10022

Amy Laaraj