# EXHIBIT B

148

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


OMEGA ENGINEERING, INC.,
    Plaintiff


v.                         CIVIL NO. 3:98CV2464 (AVC)(TPS)


OMEGA, SA,
    Defendant

**RECOMMENDED RULING ON PLAINTIFF'S MOTION TO ENFORCE THE**
**SETTLEMENT AGREEMENT AND FOR ATTORNEYS' FEES AND COSTS**


3:98CV2464(AVC).  August 11, 2004.  This is an action for damages
and injunctive relief, in which the plaintiff, Omega Engineering,
Inc. ("OEI"), alleges that the defendant, Omega S.A. ("OSA"),
failed to abide by the terms of a contractual agreement that
settled various disputes regarding the plaintiff's and
defendant's trademarks.  It is brought pursuant to common law
tenets concerning breach of contract.  On May 19, 2003, the
parties reported to the court that this matter had been settled.
On June 5, 2003, the plaintiff, OEI, filed a motion to enforce
the settlement.  On July 15, 2003, the court transferred that
motion to Magistrate Judge Thomas P. Smith.  On March 24, 2004,
Magistrate Judge Smith issued a recommended ruling, which
recommended that the settlement agreement be enforced.  See
Document No.  On April 9, 2004, the defendant, OSA, filed an
objection to the recommended ruling.  See document No. 151.
Having reviewed the entire record, the relevant law, and
counsel's arguments, the court concludes that OSA's arguments in
support of its objection to the recommended ruling are without
merit.  Accordingly, OSA's objections to the recommended ruling
are overruled and the court approves, adopts and ratifies
Magistrate Judge Smith's recommended ruling on the plaintiff's
motion to enforce the settlement agreement (document no 148).
SO ORDERED.

        Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OMEGA ENGINEERING, INC.

V.                                              CASE NO. 3:98CV02464(AVC)

OMEGA, SA

JUDGMENT

This action having commenced by a complaint and having come before the Honorable

Alfred V. Covello, United States District Judge and the Honorable Thomas P. Smith, United

States Magistrate Judge; and

The parties having reported the matter settled on May 19, 2003 and the plaintiff having

filed a Motion to Enforce Settlement Agreement, and the Honorable Thomas P. Smith having

filed a Recommended Ruling on March 24, 2004 granting the motion, and the Court having

approved, adopted and ratified the Recommended Ruling on August 12, 2004, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in

accordance with the settlement agreement.

Dated at Hartford, Connecticut, this 12th day of August, 2004.

KEVIN F. ROWE, Clerk

By:___/s/ JW_____
                    Jo-Ann Walker
EOD: _____        Deputy Clerk