# EXHIBIT C

SETTLEMENT AGREEMENT

This Settlement Agreement is entered into as of May 19, 2003, by and between Omega Engineering, Inc. ("OEI") and Omega, S.A. ("OSA").

A.

On December 17, 1998, OEI commenced against OSA in the United States District Court for the District of Connecticut an action entitled Omega Engineering, Inc v. Omega, S.A., Civil Action No. 3:98 CV 2464 AVC (the "Omega I Litigation").

On November 9, 2001, OSA commenced against OEI in the United States District Court for the District of Connecticut an action entitled Omega, S.A. v. Omega Engineering, Inc., Civil Action No. 3:01 CV 2104 SRU (the "Omega III Litigation").

B.

In consideration of the representations, warranties and mutual promises recited herein, OEI and OSA agree as follows:

1. OEI will file an amendment at the United States Patent & Trademark Office ("PTO") to trademark registrations Nos. 2,022,762 and 2,034,705 by deleting "industrial and scientific clocks" in International Class 14 and by amending its Class 9 identification of "timers, namely period timers" to "period timers ancillary to and incorporated into apparatus scientifically or industrially employed for the measurement and/or control of temperature, pressure, force, load, vibration electrical conductivity, liquid level, acidity, humidity, strain or flow." OEI and OSA will cooperate to file this amendment as soon as possible at the PTO and to obtain the PTO's approval of the amendment and to obtain dismissal with prejudice of the two cancellation proceedings by OSA against OEI that are pending but stayed, Nos. 25,575, and No. 27,612 (the "Cancellation Proceedings") relating to registrations Nos. 2,022,762 and 2,034,705 respectively.

2. OEI will include a reference to Omega Engineering, Inc., Stamford, Conn., or Omega Engineering, Inc. and its location, on the shipping boxes for all Omega Engineering timers. If OEI uses the name Omega Engineering or any Omega trademark on the goods themselves, Omega Engineering will include a reference to Omega Engineering, Inc., Stamford, Conn. or Omega Engineering, Inc. and its location. Any use of the word Omega in conjunction with other words and phrases as provided in this paragraph shall not be used on the Omega Engineering timers in any larger or more prominent typestyle than that used for the words "Engineering, Inc., Stamford, Conn." or "Engineering, Inc. and its location." Omega Engineering's obligations for marking each timer under this paragraph shall commence upon exhaustion of existing inventory for such timer. In addition to deletion from trademark registrations Nos. 2,022,762 and 2,034,705, OEI will not in the future use the wording "industrial and scientific clocks" to describe its products. As long as OEI is in compliance with the terms of this Settlement Agreement, OSA will not bring a lawsuit against OEI for use or registration of the Omega mark and/or Omega design on period timers.

3. Except for any breach or violation, or claim of breach or violation, of this Settlement Agreement, OSA, on the one hand, and OEI, on the other hand, release and forever discharge each other, and their respective officers, directors, agents, servants, employees, attorneys, successors and assigns and others controlling, controlled by or affiliated with them, from any and all claims, actions and causes of action in the U.S.A.

relating to the application to register, registration or use of period timers for science and industry or industrial and scientific clocks under the Omega mark or Omega design, in the Omega I Litigation, Omega III Litigation or the Cancellation Proceedings.

4. OSA shall file a third amended complaint in Omega III in which it drops the allegations of paras. 31 and 32 relating to cancellation action no. 27,575 against OEI's Registration No. 2,022,762 and cancellation action no. 27,612 against OEI's Registration No. 2,034,705 and the references to cancellations of OEI's Trademark Registration No. 2,022,762 and 2,034,705 in the Prayer for Relief. OSA will not make claims or assertions in Omega III relating to application to register, registration or use by OEI of the Omega mark or Omega design on period timers or industrial and scientific clocks. OEI agrees not to make any claims or assertions in Omega III that OSA breached the 1994 Agreement by filing the Cancellation Proceedings.

5. Neither OEI nor OSA is releasing the other party from any acts or causes of action or claims for relief except as specified in paragraph 3. The parties agree that other than the release of paragraph 3 above, the dismissals referred to in paragraphs 1 and 6 of this Agreement, and the express terms of this Agreement, nothing in such dismissals or this Agreement shall be deemed to have resolved any other issues nor to have any res judicata or collateral estoppel effect.

6. The parties will execute and file the stipulation of dismissal with prejudice in Omega I, attached hereto as Exhibit A, immediately upon execution of this Settlement Agreement.

7. This Settlement Agreement shall inure to the benefit of, and be binding upon, the parties hereto and their successors and assigns.

8. The sole Territory of this Agreement, and all of its provisions, is the United States of America, and the Agreement and its terms have no applicabilty to any dispute or situation outside of the Territory.

9. This Settlement Agreement is absolute and unconditional and, together, with the Exhibit annexed hereto, contains the entire agreement between the parties pertaining to the subject matter of this Agreement.

10. This Settlement Agreement cannot be waived, altered, modified, changed, amended, rescinded or terminated except by an instrument signed in writing by an officer of each of the parties hereto.

IN WITNESS WHEREOF, the parties hereto have caused this Settlement Agreement to be duly executed as of the date written above.

OMEGA ENGINEERING, INC.

By _[signature]_
Name: Betty Ruth Hollander
Title: President

OMEGA, S.A.

By _____
Name:
Title:

By _____
Name:
Title: