# **EXHIBIT D**


### COLLEN IP
INTELLECTUAL PROPERTY LAW

Telephone (914) 941-5668
Facsimile (914) 941-6091
www.collenlaw.com
E-MAIL: JCOLLEN@COLLENLAW.COM

September 1, 2004

**VIA FACSIMILE: 1 PAGE**     FAX: (212) 836-8689
**CONFIRMATION BY MAIL**
Paul Llewellyn, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

        Re:  *Omega Engineering, Inc., v. Omega S.A.,*
              *Omega S.A. v. Omega Engineering Inc.*
              Our File: 76445

Dear Paul:

    It will come as no surprise that we plan to file a notice of appeal/of Judge Covello's ruling to enforce the settlement agreement. We are also considering a motion to stay OMEGA I, pending decision on the appeal. Since the issues in the appeal concern among other things, amendment of certain trademark applications, change of packaging, and amendment of certain arguments in OMEGA III, we inquire whether you are amendable to a stipulation.

    Given that litigation of OMEGA III continues, and accepting the issues raised in your August 12, 2004 letter to the Court, any stay in OMEGA I will also affect the Omega III litigation. We believe it would be beneficial to discuss this matter before the September 15, deadline for dispositive motions in Omega III, as these issues will impact the motions, as well as the subsequent prosecution of the action

    Please contact us at your earliest convenience.

                            Sincerely yours,
                            COLLEN IP

                            Jess M. Collen

JMC/BJR:pm
76445.Ltr llewellyn 9-1-04.doc

FACSIMILE NOTICE: This transmission may be an attorney-client communication which is PRIVILEGED AND CONFIDENTIAL. If you are not the intended recipient, or an agent responsible for delivering this to the intended recipient, you have received this document in error and any review, dissemination, distribution or copying of this message IS PROHIBITED. If you have received this communication in error, please notify us IMMEDIATELY by telephone 1 914 941 5668 and return the original message and any copies to us by mail. We will pay the cost of return.

COLLEN IP Intellectual Property Law, P.C., THE HOLYOKE-MANHATTAN BUILDING,
80 South Highland Avenue, Town of Ossining, Westchester County, New York 10562 USA