# EXHIBIT E

# KAYE SCHOLER LLP

Paul C. Llewellyn
212 836-7828
Fax 212 836-6463
pllewellyn@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 7, 2004

**BY FACSIMILE**

Jess Collen, Esq.
Collen IP
80 South Highland Avenue
Ossining, NY 10562

> Re: *Omega Engineering, Inc. v. Omega, S.A.* (98 CV 2464) ("*Omega I*"); *Omega, S.A. v. Omega Engineering, Inc.* (3 01 CV 2104) ("*Omega III*")

Dear Jess:

     I write in response to your September 1 letter (which, as you may realize, was received in my office while I was in London for the deposition of Dr. Drucker in the *Omega III* matter) in which you ask whether our client is amenable to a stipulated stay of judgment in this case pending appeal.

     Omega Engineering does not agree to a stipulated stay of judgment in *Omega I*. To the contrary, it is our position that the parties' settlement agreement in *Omega I* – which, the Court correctly found, was entered into well over a year ago – is in effect and enforceable, and that the parties should address their mutual obligations under the agreement.

     To that end, one immediate issue under the *Omega I* settlement agreement is Omega S.A.'s obligation to amend its complaint in *Omega III* so as to drop the allegations of Paragraphs 31 and 32 of the complaint, which relate to Omega S.A.'s cancellation actions Nos. 27,575 and 27,612 and to Omega Engineering's Registrations Nos. 2,022,762 and 2,034,705, as well as the references to Registrations Nos. 2,022,762 and 2,034,705 in the Prayer for Relief, and which requires Omega S.A. to refrain from asserting any claims in *Omega III* relating to Omega Engineering's application to register, registration or use of OMEGA marks on period timers or industrial and scientific clocks.

     Please confirm immediately that Omega S.A. will be filing an amended complaint in *Omega III* that drops (1) Paragraphs 31 and 32; (2) claims and allegations relating to cancellation actions Nos. 27,575 and 27,612 and to Omega Engineering's Registrations Nos. 2,022,762 and 2,034,705; and (3) all claims and allegations relating to Omega Engineering's application to register, registration or use of OMEGA marks on period timers or industrial and scientific clocks,

**KAYE SCHOLER**LLP

                                   2                             September 7, 2004

as required by the *Omega I* settlement agreement. Given the relevance of these amendments to summary judgment in *Omega III*, please also confirm that you will file this amended complaint prior to the September 15 summary judgment deadline, or will, at a minimum, agree that the complaint should be deemed so amended for purposes of summary judgment.

                                                Very truly yours,

                                                Paul C. Llewellyn