# EXHIBIT H

```
                                                                    1


     1                    UNITED STATES DISTRICT COURT
                             DISTRICT OF CONNECTICUT
     2

     3   - - - - - - - - - - - - - - - x
         OMEGA ENGINEERING, INC.        :
     4                                  :   Case No.
                 VS.                    :   3:98-CV-2464 (AVC)
     5                                  :
         OMEGA, S.A.                    :
     6                                  :   DATE:  May 19, 2003
         - - - - - - - - - - - - - - - x
     7
                                            Federal Building
     8                                      Hartford, Connecticut

     9                      SETTLEMENT HEARING

    10              BEFORE ALFRED V. COVELLO, U.S.D.J.

    11

    12

    13   APPEARANCES:

    14   COLLEN IP
         80 South Highland Avenue
    15   Ossining, NY 10562
         By:  Jess M. Collen, Esq.
    16
         KAYE SCHOLER LLP
    17   425 Park Avenue
         New York, NY 10022-3598
    18   By: Thomas A. Smart, Esq.

    19   In Attendance:
         Neal Gordon, Esq. from
    20   Swatch Group U.S.

    21   Christine Riggs, Esq. from
         Omega Engineering
    22

    23
                   John C. Brandon, Official Court Reporter
    24                        44 Capitol Avenue
                         Hartford, Connecticut 06106
    25                         (860) 549-1850
                         john@brandonreporting.com
                         BRANDON REPORTING SERVICE
```

2

1  MAGISTRATE JUDGE SMITH: Good afternoon, Your Honor.
2  Your Honor, this is Omega Engineering versus Omega S.A., civil
3  3-98-cv-2464. I have been meeting with counsel from the early
4  hours of this morning up until just a few moments ago, and the
5  lawyers in this case, I understand, have reached an agreement
6  that they would like to report to the Court.
7      It's my understanding that the case has been settled,
8  and that all of the terms and conditions have been agreed upon
9  by the parties through counsel, and that this agreement has
10 been reduced to writing. And, it's been represented to me by
11 counsel who are present that the document which contains all of
12 the terms and conditions will be signed by the appropriate
13 individual, located in Switzerland.
14     I think probably I should introduce the Court to
15 counsel right now. Counsel for the plaintiff is Mr. Thomas
16 Smart, who is here.
17     THE COURT: Fine.
18     MR. SMART: Afternoon, Your Honor.
19     MAGISTRATE JUDGE SMITH: Counsel for the defendant is
20 Jess Collen, over here.
21     MR. COLLEN: Afternoon, Your Honor.
22     THE COURT: Afternoon, sir.
23     MAGISTRATE JUDGE SMITH: With that, Your Honor, I
24 will step aside.
25     THE COURT: Thank you, and, Judge Smith, on behalf of

BRANDON REPORTING SERVICE

1   these parties, and on behalf of the Court, we're very, very

2   grateful for your ministrations here.

3       Attorney Smart, did you want to comment for the

4   record, sir?

5       MR. SMART: I believe, Your Honor, that Magistrate

6   Judge Smith has accurately represented what has happened. And,

7   we just need, I think, Mr. Collen and I agree, two weeks, to

8   get this signed, and get the dismissal on file. But, we have

9   reached an agreement, it has been reduced to writing. We

10  simply need the signatures of the parties, and since one party

11  is in Switzerland, we thought we needed a little time to get

12  the signatures.

13      THE COURT: Is the party in Switzerland your client,

14  sir?

15      MR. COLLEN: No, it's my client, Your Honor. Omega

16  S.A.

17      THE COURT: You're pretty confident, Attorney Collen,

18  that you're in control of this situation as far as being able

19  to note this matter as closed?

20      MR. COLLEN: Yes, Your Honor.

21      THE COURT: All right. Well, we're grateful to you

22  for having worked this out. Your comments are noted for the

23  record, and we'll be looking for the closing papers.

24      MR. SMART: Thank you, Your Honor. We'd like to

25  thank Magistrate Judge Smith for his help.

4

1      MR. COLLEN:  Yes, Your Honor.

2      THE COURT:  And I echo that.  Thank you all.

3

4

5

6

7              (Hearing concluded)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BRANDON REPORTING SERVICE

5

1              REPORTER'S CERTIFICATION

2      I, JOHN C. BRANDON, Official Court Reporter, hereby
certify that the foregoing testimony is a true and accurate
3  transcript of the hearing held on May 19, 2003, recorded by me
and reduced to typewriting by me.
4      IN WITNESS THEREOF, I have hereunto set my hand this 30th
day of May, 2003.
5

6

7
                                   _____
8                                  John C. Brandon,
                                   Official Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BRANDON REPORTING SERVICE