# EXHIBIT I

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

OMEGA ENGINEERING, INC.
    Plaintiff

v.                                        No. 3:98CV2464(AVC)

OMEGA, S.A.,
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **May 19, 2003 at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements to chambers, not to exceed four pages, briefly setting forth their settlement positions, no later than May 15, 2003. <u>Facsimiles will not be accepted</u>.

Counsel shall be accompanied by the appropriate persons with authority to settle. See <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

IT IS SO ORDERED.

Dated at Hartford, Connecticut this 8th day of May, 2003.

_____
Thomas P. Smith
United States Magistrate Judge