IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA, S.A.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC.,<br><br>　　　　Defendants.<br><br>OMEGA ENGINEERING, INC.,<br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>OMEGA, S.A. and<br>THE SWATCH GROUP LTD.,<br>　　　　Counterclaim-Defendants | Civil Action No.:<br>3:01 CV 2104 (MRK) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I caused DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO STAY and attachments thereto to be served by hand on the 27th day of October, 2004, upon the following counsel for defendant Omega, S.A.:

Jess M. Collen, Esq.
Matthew Wagner, Esq.
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

　　　　　　　　　　　　　　　　　　　　Paul C. Llewellyn (CT 25417)
　　　　　　　　　　　　　　　　　　　　KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　425 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　(212) 836-8000
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*