# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OMEGA ENGINEERING, INC., )<br>OMEGA SCIENTIFIC, INC., and )<br>OMEGA PRESS, INC., )<br>)<br>Defendants. )<br>)<br>OMEGA ENGINEERING, INC., )<br>)<br>Counterclaim-Plaintiff, )<br>)<br>v. )<br>)<br>OMEGA, S.A. and )<br>THE SWATCH GROUP LTD., )<br>)<br>Counterclaim-Defendants. )<br>) | Civil Action No.:<br>3:01 CV 2104 (MRK) |

### DECLARATION OF JEFFREY A. LINDENBAUM

I, Jeffrey A. Lindenbaum, declare under the pains and penalties of perjury under the laws of the United States of America and the State of New York that the following is true and correct to the best of my knowledge. The following facts are based on my personal knowledge. If called to testify regarding these facts, I could and would so competently testify:

1.  I am an attorney associated with the law firm, Collen IP, counsel for the Plaintiff. The facts herein are based on my investigation of the sources described below.

I submit this declaration in support of Plaintiff's Motion for Summary Judgment, as well as in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

2.  Attached as Exhibit 1, is a true and accurate printout of the information and images appearing at Omega Electronic's website at http://www.omegaelectronicsus.com/Powertime.html as visited on November 9, 2004.

3.  Attached as Exhibit 2, is a true and accurate printout of the information and images appearing at Omega Engineering, Inc.'s website at http://www.omega.com/pptst/HH550.html as visited on November 9, 2004.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of November 2004.

Jeffrey A. Lindenbaum

**EXHIBIT 1**

Sports Timing Products

# PowerTime





OMEGA ELECTRONICS

The *PowerTime* is a lightweight, hand held, battery operated timing computer with the following built in features:

- 4 line, 16 character LCD display, thermal printer
- Keypad with ten numeric keys and eight function keys.
- Connections for external start devices and up to eight separate finish devices
- RS232 and RS485 outputs allowing connection to a PC serial port or scoreboard
- Socket for connection to supplied external power supply

These features, combined with the 2,000 competitor memory and the thermally compensated time base make *PowerTime* the most Powerful and adaptable hand held timing system in the world. No wonder then, that in the U.S.A. alone *PowerTime*'s are being used for a range of sports as

diverse as swimming, track, marathon, cross country running, canoeing, mountain biking, windsurfing, athletics, and in line speed skating to name but a few.

### The *PowerTime* family of products and accesories.

The flexibility of the *PowerTime* system means that it can be used in conjunction with start transducers, acoustic start devices, ski start gates, photocells, touchpads, tape switches, in fact almost any device that is used to trigger the start and finish of a race. New software can be loaded onto the *PowerTime* from a PC via the serial port and software updates and new programs are available for download free of charge from the Omega Electronics website.

Results can be sent to a PC or a scoreboard such as the Omega Electronics UNT8. Depending on the program being used, it is also possible to send data to a scoreboard and to a PC at the same time. Software is available for your PC that captures the PowerTime data and allows you to import it into other applications. PowerTime Receiver Windows Software

To date, software is available to time races with a common start, staggered starts, races requiring just the time of day of each pulse to be logged and for speed traps. Specially written software is also available for sports such as rally driving and other sports where the start and finish may be long distances apart, mountain biking, skiing, measuring start reactions and for track athletics and swimming (up to eight lanes).

For more information and pricing please contact:

GDG Inc.
1463 SE 8th Court
Deerfield Beach, Florida
33441

Tel: 954 494 8669
Fax: 954 428 3887
info@omegaelectronicsus.com

**EXHIBIT 2**

# omega.com®
*Your One-Stop Source for Process Measurement and Control*

HOME | ONLINE STORE | PRODUCTS | FREE LITERATURE | SEARCH | MY OMEGA | OMEGA INFO

search by: Part Number ○  ● All Omega

[Search]

(888) TC-OMEGA (USA/Canada) / (203) 359-1660 (International)

OMEGA® Contact | Cart | Help | Orders

View related products - Recorders

## HH550
Graphic Recorder/Datalogger/ Data Printer

### $ 600.00
HH550

- ✓ Accepts dcV/acV: 2 V, 200 mV, dcA: 20 mA
- ✓ Instant Graphic/ Data Printout
- ✓ Datalogging for Data Recording, Storing and Analysis (RS-232)
- ✓ Programmable Unit, Hi, Lo, HiHi, LoLo Alarm & Date / Time Stamp
- ✓ Ideal for Laboratory & Process Engineering
- ✓ Software for Windows 95/98



Click here for larger image


WARRANTY




CE

HH550 : Graphic Recorder/Datalogger/ Data Printer



MXV MMV | 72