**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| OMEGA S.A., )<br><br>Plaintiff, )<br>v. )<br><br>OMEGA ENGINEERING, INC., )<br>OMEGA SCIENTIFIC, INC., and )<br>OMEGA PRESS, INC., )<br>Defendants. )<br><br>OMEGA ENGINEERING, INC., )<br><br>Counterclaim-Plaintiff, )<br>v. )<br><br>OMEGA, S.A. and )<br>THE SWATCH GROUP LTD., )<br><br>Counterclaim-Defendants. )<br> ) | Civil Action No.:<br>3:01 CV 2104 (MRK) |

**CERTIFICATE OF SERVICE**

I, Brendan Reilly, hereby certify that I caused a true copy of the foregoing

"Plaintiff's Sur Reply and Incorporated Memorandum of Law in Support of Plaintiff's

Opposition to Defendant's Motion for Summary Judgment" to be served upon the

following, in the following manner and addressed in the following form on December 3,,

2004:

FedEx with exhibits

Paul C. Llewellyn, Esq.
Thomas Smart, Esq.
Kaye Scholer LLP
245 Park Avenue
New York, New York  10022

Brendan J. Reilly