# EXHIBIT A

**CONFIDENTIAL**

1
2  *CONFIDENTIAL*
3  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF CONNECTICUT
4  ------------------------------x
   OMEGA, S.A.,
5
            Plaintiff,
6
       vs.                              Civil No.
7                                       3:01 CV 2:04(MRK)
   OMEGA ENGINEERING, INC.,
8  OMEGA SCIENTIFIC, INC., and
   OMEGA PRESS, INC.,
9
            Defendants.
10
   OMEGA ENGINEERING, INC.,
11
            Counterclaim-Plaintiff,
12
       vs.
13
   OMEGA, S.A. and
14 THE SWATCH GROUP LTD.,
15          Counterclaim-Defendants.
   ------------------------------x
16
17   DEPOSITION OF CHRISTIANE SAUSER RUPP
18
19         New York, New York
20        Tuesday, March 16, 2004
21
22
23
   Reported by:
24 CARY N. BIGELOW, RPR
25

SPHERION DEPOSITION SERVICES
(212) 490-3430

```
 1
 2
 3
 4
 5
 6                        March 16, 2004
 7                         9:08 a.m.
 8
 9            Videotaped 30(b)(6) deposition of
10    Omega, S.A. and The Swatch Group Ltd. by
11    their representative, CHRISTIANE SAUSER
12    RUPP, and individual deposition of
13    CHRISTIANE SAUSER RUPP held at the offices
14    of Kaye Scholer LLP, 425 Park Avenue, New
15    York, New York, pursuant to notice, before
16    Cary N. Bigelow, RPR, a Notary Public of
17    the State of New York.
18
19
20
21
22
23
24
25
```

```
 1              Sauser Rupp - Confidential
 2    their approval, but this is not done in writing,
 3    this is informal because the companies are
 4    located in the same town and the process is in
 5    the course of business.
 6       Q.    Can you identify for the record who
 7    are the individuals at Omega Electronics who are
 8    required to show any new products to someone at
 9    Omega, S.A. for approval?
10       A.    Mr. Kayal is the head of Omega
11    Electronics and he would speak with people at
12    Omega, S.A., either Mr. Urquhart or Mr. Stierli,
13    who is chief finance officer.
14       Q.    Do you recall in your deposition in
15    the other case you testified as to your
16    understanding of the goods and services that
17    Omega Electronics offered under the Omega marks?
18       A.    Yes, I think I gave at least a list,
19    yes.
20       Q.    And you testified that Omega
21    Electronics mainly sells sports timing devices.
22             Do you recall that testimony?
23       A.    Yes, I recall that.
24       Q.    Would that statement be accurate today
25    that Omega Electronics mainly sells sports
```

1                    Sauser Rupp - Confidential
2      registration of Omega Engineering?
3           A.    I am not aware of that.
4           Q.    You don't have any knowledge of any
5      application to register any Omega mark by Omega,
6      S.A. being rejected by an examining attorney at
7      the Patent and Trademark Office because of the
8      pendency of any application by Omega Engineering
9      to register one of its Omega marks?
10               MR. COLLEN:    Objection to form.
11          A.    I have no knowledge of those trademark
12     files.
13          Q.    Who is the person that would be more
14     knowledgeable than you, if anyone, as to whether
15     or not any applications of my client or any
16     registrations of my client Omega Engineering
17     have been cited by the United States Patent and
18     Trademark Office to in any way, shape or form,
19     block any applications to register of Omega,
20     S.A.?
21          A.    Well, our trademark agents Collen IP
22     and internally, Mrs. Hlavacek.
23          Q.    What is her name?
24          A.    Mrs. Hlavacek.
25          Q.    Where does she work?

```
 1                  Sauser Rupp - Confidential
 2            MR. COLLEN:  Her name is in the record
 3       earlier.
 4       A.    At Swatch Group at the trademark
 5  service.
 6            MR. SMART:  That's part of the
 7       service.  So we could depose her or we could
 8       depose you, Jess?
 9            MR. COLLEN:  She identified
10       Mrs. Hlavacek this morning.
11            MR. SMART:  I'm sure she did.  I can't
12       keep it straight.  I'm very bad with names
13       and I wear a hearing aid, so it goes in one
14       ear and out the other.  I don't mean to
15       harass her.
16       Q.    Could we get the full name and
17  spelling?
18            MR. COLLEN:  I think the reporter has
19       it.
20       A.    I gave this to the reporter already.
21       Q.    Did you give him the full name?
22       A.    Well, her first name is Petra,
23  P-e-t-r-a.
24            MR. COLLEN:  Is this a good time to
25       take a break for a couple of minutes?
```