IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., <br><br> Plaintiff, <br> v. <br><br> OMEGA ENGINEERING, INC., <br> OMEGA SCIENTIFIC, INC., and <br> OMEGA PRESS, INC., <br> Defendants. <br><br> OMEGA ENGINEERING, INC., <br><br> Counterclaim-Plaintiff, <br> v. <br><br> OMEGA, S.A. and <br> THE SWATCH GROUP LTD., <br><br> Counterclaim-Defendants. | Civil Action No.: <br> 3:01 CV 2104 (MRK) |

## CERTIFICATE OF SERVICE

I, Brendan J. Reilly, hereby certify that I caused a true copy of the foregoing Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude Plaintiff's Supplemental Statement of Facts, the Declaration of Peter Stierli, the Declaration of Bradford L. Cole, and Numerous Hearsay Exhibits to be served upon the following, in the following manner and addressed in the following form on December 6, 2004;

Hand Delivery by Courier

Paul C. Llewellyn, Esq.
Thomas Smart, Esq.
Kaye Scholer LLP
245 Park Avenue
New York, New York 10022.

_____
Brendan J. Reilly