UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMEGA, S.A., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | NO.  3:01CV2104 (MRK) |
| | : | |
| OMEGA ENGINEERING, INC., et al. | : | |
| | : | |
| Defendants. | : | |
| | | |
| OMEGA ENGINEERING, INC., | : | |
| | : | |
| Counterclaim-Plaintiff, | : | |
| v. | : | |
| | : | |
| OMEGA, S.A. | : | |
| and THE SWATCH GROUP LTD., | : | |
| | : | |
| Counterclaim-Defendants. | : | |

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to Judge Stefan R. Underhill for all purposes including trial. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport, and shall bear the docket number 3:01 CV 2104 (SRU).  Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7 (a).

Dated at New Haven, Connecticut this 15th day of February 2005.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge