# United States District Court

DISTRICT OF _____

Omega SA.
v.
Omega Engineering, Inc

**COURT EXHIBIT LIST**

CASE NUMBER: 3:01cv2104 (SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Jess Collen, Matthew Wagner, Brendon Reilly, Lingerbaum | Paul Llewellyn, etc. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-4-05 | Sue Catucci | |

Court Ex

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5-4-05 | | | Federal Court - Ontario re: Appeal |
| 2 | | " | | | Decision. Second Bd of Appeal 2-10-04 |
| 3 | | " | | | Trade Marks Act 1994   Reg # 699058 |
| 4 | | " | | | Trade Marks Act 1994   Reg # 723200 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.