# KAYE SCHOLER LLP

**FILED**

2005 MAY -9  P 1: 30

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Thomas A. Smart
212 836-8761
Fax 212 836-7154
tsmart@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

May 5, 2005

**_VIA FEDERAL EXPRESS_**

Honorable Stefan R. Underhill
United States District Judge
United States District Court
Brian McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, Connecticut   06604

Re:  *Omega S.A. v. Omega Engineering, Inc.*
     Civil Action No.:  3:01 CV 2104 (SRU)

Dear Judge Underhill:

I write to bring to the Court's attention a misstatement I made yesterday during oral argument. I advised the Court that I thought that in *Savin Corp. v. The Savin Group*, 391 F. 3d 439 (2d Cir. 2004), a copy of which plaintiff's counsel provided the Court during argument, the Second Circuit had held that actual dilution must be shown with respect to companies that are not in competition. In fact, there is no such statement or holding in the case. Rather, the Second Circuit held that "where a plaintiff who owns a famous senior mark can show the commercial use of an *identical* junior mark, such a showing constitutes circumstantial evidence of the actual-dilution element of an FTDA claim." *Id.* at 452. (emphasis added).

Thus, if marks are not identical, actual dilution must continue to be shown. And, as shown in our brief in opposition to Omega S. A.'s summary judgment motion [Docket # 125 at 35], the parties' marks here are *not* identical. As *Savin* explains, "It cannot be overstated, however, that for the presumption of dilution to apply, the marks must be identical . . . . [E]ven a close similarity . . . will not suffice to establish *per se* evidence of actual dilution." 391 F. 3d at 453. Hence, although the reason I gave to the Court was mistaken, the point that OSA must show actual dilution here was correct.

31080914.WPD

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

**KAYE SCHOLER**LLP

Honorable Stefan R. Underhill            2            May 5, 2005

        In addition, OSA's dilution claims cannot withstand summary judgment for all of the other reasons set forth in our moving brief in support of OEI's summary judgment motion [Docket #121 at 34-35], including OSA's consent to use by OEI of the OMEGA mark on thousands and thousands of OEI products sold in science and industry and the fact that there are over 300 registrations and uses of the OMEGA mark.

        Respectfully,

        Thomas A. Smart

cc:    Matthew Wagner, Esq. (*via Federal Express*)
       Jess P. Collen, Esq. (*via Federal Express*)