IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA ENGINEERING, INC., <br> OMEGA SCIENTIFIC, INC., and <br> OMEGA PRESS, INC., <br><br> Defendants. <br><br> OMEGA ENGINEERING, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> OMEGA, S.A. and <br> THE SWATCH GROUP LTD., <br><br> Counterclaim-Defendants. | Civil Action No.: <br> 3:01 CV 2104 (SRU) |

## CERTIFICATE OF SERVICE

I, Brendan J. Reilly hereby certify that I caused a true and correct copy of <u>Plaintiff's Motion and Incorporated Memorandum of Law in Support of Reconsideration of the Court's Order Entered October 3, 2005 on the Parties' Cross-Motions for Summary Judgment</u> to be served upon opposing counsel at the following address via courrier on October 18, 2005:

Thomas A. Smart, Esq.
425 Park Avenue
New York, NY 10022-3598.

_____
Brendan J. Reilly