IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------x
OMEGA, S.A.,

      Plaintiff,

 v.

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC., AND
OMEGA PRESS, INC.,

      Defendants.

OMEGA ENGINEERING, INC.,

      Counterclaim-Plaintiff,

 v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.

      Counterclaim-Defendants.
------------------------------------x

Civil Action No.:
3:01 CV 2104 (SRU)

## CERTIFICATE OF SERVICE

 I hereby certify that on this 3rd day of November, 2005, I caused the foregoing document, Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Reconsideration, to be served, in hard copy and in CD format, by Federal Express overnight delivery and by facsimile upon the following counsel for Plaintiff Omega, S.A.:

Jess M. Collen, Esq.
Matthew Wagner, Esq.
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

                 /s/ Victoria Haje
                 Victoria Haje, Esq.

31172411.DOC