<u>UNITED STATED DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

FILED

2005 NOV -4 P 3: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| OMEGA S.A., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| OMEGA ENGINEERING, INC., ) | |
| OMEGA SCIENTIFIC, INC., and ) | |
| OMEGA PRESS, INC., ) | |
| ) | |
| Defendants. ) | Civil Action No.: |
| ) | 3:01 CV 2104 (SRU) |
| OMEGA ENGINEERING, INC., ) | |
| ) | |
| Counterclaim-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OMEGA, S.A. and ) | |
| THE SWATCH GROUP LTD., ) | |
| ) | |
| Counterclaim-Defendants. ) | |

<u>PLAINTIFF-COUNTERCLAIM DEFENDANT'S RULE 26(c) PRETRIAL</u>
<u>DISCLOSURES</u>

Now come Omega S.A., by and through their undersigned attorneys, and hereby provide

to Defendants and file with this Court the following Pretrial Disclosures, pursuant to Rule 2 (C)

of the Federal Rules of Civil Procedure:

I.  **LIST OF WITNESSES**

A. **NAMES AND ADDRESSES OF WITNESSES EXPECTED TO BE CALLED AT TRIAL:**

1.  Christiane Sauser Rupp, The Swatch Group Ltd., PO Box 1185 Faubourg du lac, 6, CH 2501 Bienne, Switzerland

2.  Hamid A. Kayal, Rue de L 'Evole 120, Neuchatel, Switzerland

3.  Robert Emmons, The Swatch Group (US) Inc., 1200 Harbor Boulevard, 7th Floor, Weehawken, New Jersey 0787

4. Guy D. Gibbons, GDG Inc., 1463 SE 8th Court, Deerfield Beach, FL 33441[1]

## B. NAMES AND ADDRESSES OF WITNESSES WHO MAY BE CALLED AT TRIAL:

1. Hanspeter Rentsch, The Swatch Group Ltd., PO Box 1185, Fauburg du lac, 6, CH 2501 Bienne, Switzerland

2. Silvio Chianese, Omega Electronics SA, Mattenstrasse 149, 2503 Biel/Bienne

## II. DESIGNATIONS OF WITNESSES BY DEPOSITION

Plaintiff-Counterclaim Defendant designates Ralph Michel as a witness whose testimony is expected to be presented by means of a deposition.

## III. EXHIBIT LIST

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|---|---|
| 1. | Registration No. 708,731 (1960) OSA-OMEGA mark- Ω symbol and OMEGA for use with "electronic time recorders for automatic precision timing in science and industry" (document bearing bates stamp 289) | | X |
| 2. | Registration No. 1,290,661 (1984) OSA-OMEGA mark: "computer apparatus for checking and controlling the measurement of time and distance for...scientific investigation, and industrial application, including the acquisition, transmission, and management of information intended for transportation, publicity, and financial use" | | X |
| 3. | Renewal Forms for Registration No. 708,731 | | X |
| 4. | Specimen: aquatics starting system marked by an affiliate of OSA | | X |
| 5. | Declaration Under Sections 8 and 15 of the Lanham Act for Registration No. 1,290,661 | | X |
| 6. | Omega electronics brochure for "sport activity" (documents bearing production nos. 811-816): | | X |

---

[1] All witnesses are party representatives of the Plaintiff that can be contacted through Plaintiff's attorneys, Collen *IP*.

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|---|---|
| 7. | Excerpts from Omega Electronics' Website with page numbers added | X | |
| 8. | Display relating to passenger information displays   (documents bearing production nos. 217-227): | X | |
| 9. | Document for prospective customers regarding information display systems  of Omega Electronics (documents bearing production nos. 689-708). | X | |
| 10. | photocopies of series of brochures regarding Omega Electronics products | X | |
| 11. | A list of installed scoreboards between 1971 and 1984 (documents bearing production nos. 637-640) | X | |
| 12. | two page document referring to "Matchtime" (documents bearing production nos. 173-174) | | X |
| 13. | One page document called "New Water Polo" (documents bearing production nos. 194) | | X |
| 14. | "Starttime"-speaker and a flash for start of a competition (documents bearing production nos. 195-197) | | X |
| 15. | Omega Electronics Invoices from GDG Inc. | X | |
| 16. | Omega Saga, by Marco Richon (1998) | X | |
| 17. | Specimens for Registration Nos. 708, 731 and 1,290,661 | X | |
| 18. | "Rollertime"-display containing seven segments  with data collection system and other terminals like the Powertime or Datalogger RS(documents bearing production nos. 215-216) | | X |
| 19. | Four-page Omega Electronics flap modules data sheet | | X |
| 20. | Documents relating to Omega  Electronics Glactica software | | X |
| 21. | Invoices from Omega Electronics (documents bearing production nos. 174-278) | X | |
| 22. | GDG, Inc. - Integrated Sports, Fair-Play (division of Trans-Lux Midwest Corp.) | | X |
| 23. | Invoices from when Daktronics was OSA distributor Northeast Sports Timing Service, Scoreboard Sales and Service, Tunkahannock Area High School, University of Tennessee at Knoxville (documents bearing production nos. 488-682) | | X |
| 24. | Invoices; King County Aquatic Center, Indiana University/Purdue University Pool Operations Manager, Servrotech, Inc., Pan Am Pool, LEP international, Western Overseas Corporation (documents bearing production nos. 1162-1273) | | X |
| 25. | Series of documents from Omega Electronics relating to the Powertime Product | | X |

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|---|---|
| 26. | User manual for product from Omega Electronics (documents bearing production nos. 897-1093) | | X |
| 27. | All of OEI's written responses to interrogatories and requests to produce | X | |
| 28. | Event List which Omega was official watch and Official Time Keeper (Comontana golf tournament (Swiss), America's Cup (documents bearing production nos. 1020-1024) | | X |
| 29. | Publication entitled "Transactions in Measurement and Control," volume IV | | X |
| 30. | Publication entitled "Transactions in Measurement and Control," volume II | | X |
| 31. | Publication entitled "Transactions in Force-Related Measurements," volume III, second edition | | X |
| 32. | Temperature Handbook of Omega Engineering | | X |
| 33. | Document entitled "Chemical Engineering Buyers Guide, Mid-August 2002 | | X |
| 34. | Manual called "Food Engineering Food Master" | | X |
| 35. | Documents bearing production nos. OSA 2368 through OSA 2488 copies of html pages from omegaelectronicsus.com | X | |
| 36. | Documents bearing production nos. OSA 2328 through OSA 2367 Series of brochures | X | |
| 37. | Documents bearing production nos. OSA 2878 through OSA 2886 fax copies of Omega Electronics literature for two different types of matrix displays | | X |
| 38. | Documents bearing production nos.1038 through 1091 | | X |
| 39. | Documents bearing production nos. 2496 through 2499 | | X |
| 40. | Scan-O-Vision Hawk Eye Brochure | | X |
| 41. | Series of invoices documents bearing production nos. OSA 2611 through OSA 2805. | | X |
| 42. | Series of invoices documents bearing production nos. OSA 506 through OSA 2610 | | X |
| 43. | Samples of an Omega Alize Wind Gauge, OMEGA "Powertime device", and OMEGA SRFID and RDID Access Systems | X | |
| 44. | Series of documents relating to the Alize Windgauge | X | |
| 45. | August 2, 1994 agreement between Omega Engineering and Omega, S.A. | X | |
| 46. | Documents bearing production Nos. 868 through 869, fax request for information on an Alize wind gauge and powertime display printer unit | X | |

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|---|---|
| 47. | Product and price list documents for the RFID products which was valid in 2001(documents bearing production nos. 843-862 and 228-236) | X | |
| 48. | Search results for clock, marked for identification | | X |
| 49. | Omega electronics brochure for "sport activity" (documents bearing production nos. 811-816): | | X |
| 50. | Display relating to passenger information displays (documents bearing production nos. 217-227) | X | |
| 51. | Document for prospective customers regarding information display systems of Omega Electronics (documents bearing production nos. 689-708) | X | |
| 52. | A list of installed scoreboards between 1971 and 1984(documents bearing production nos. 637-640): | X | |
| 53. | Two page document referring to "Matchtime" (documents bearing production nos. 173-174): | | X |
| 54. | One page document called "New Water Polo" (documents bearing production nos. 194) | | X |
| 55. | "Starttime"-speaker and a flash for start of a competition (documents bearing production nos. 195-197): | | X |
| 56. | "Rollertime"-display containing seven segments with data collection system and other terminals like the Powertime or Datalogger RS(documents bearing production nos. 215-216): | | X |
| 57. | Four-page Omega Electronics flap modules data sheet | | X |
| 58. | Documents relating to Omega Electronics Galactica software | | X |
| 59. | Invoices from Omega Electronics GDG, Inc. – Integrated Sports, Fair-Play (division of Trans-Lux Midwest Corp.) Etobicoke Olympium, El Out Trade Corporation, (documents bearing production nos. 174-278): | | X |
| 60. | Invoices from when Daktronics was OSA distributor Northeast Sports Timing Service, Scoreboard Sales and Service, Tunkahannock Area High School, University of Tennessee at Knoxville(documents bearing production nos. 488-682): | | X |
| 61. | Invoices; King County Aquatic Center, Indiana University/Purdue University Pool Operations Manager, Servrotech, Inc., Pan Am Pool, LEP international, Western Overseas Corporation, (documents bearing production nos. 1162-1273): | | X |
| 62. | Omega Brochure, "The Last Word in Sports Timing" (documents bearing production nos. 609-616 | | X |
| 63. | Omega Brochure, "Sport-Our Vocation" | | X |
| 64. | Series of documents relating to the Alize Wind Gauge (documents bearing production nos. 617-624): | X | |

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|:---:|:---:|
| 65. | Series of documents from Omega Electronics relating to the Powertime Product | X | |
| 66. | Product and price list documents for the RFID products which was valid in 2001(documents bearing production nos. 843-862 and 228-236) | X | |
| 67. | User manual for product from Omega Electronics (documents bearing production nos. 897-1093): | X | |
| 68. | User manual; describes transmission protocol (documents bearing production nos. 253-267): | | X |
| 69. | Omega Electronics price book 2001 | X | |
| 70. | Documents bearing production Nos. 000537 through 000629, Brochures from Omega Electronics Infringement Claim | | X |
| 71. | 1992 Agreement (superseded by 1994 agreement) | X | |
| 72. | Letter from Halstead to SMH dated November 20, 1989 | | X |
| 73. | Letter from William Coutts to Dr. Hollander dated November 28, 1989 | | X |
| 74. | Letter from Halstead to SMH dated January 10, 1990 | | X |
| 75. | Letter from William Coutts to Halstead dated February 7, 1990 | | X |
| 76. | Letter from William Drucker to SMH dated May 1, 1992 | | X |
| 77. | Letter from William Drucker to SMH dated December 7, 1992 | | X |
| 78. | Letter from William Drucker to Robic dated May 15, 1985 | | X |
| 79. | Letter from Letter from Robin Bridge & John Liu to Wilkinson & Grist dated May 30, 1989 | | X |
| 80. | Letter from Wilkinson & Grist to Robin Bridge & John Liu dated June 27, 1989 | | X |
| 81. | Letter from Wilkinson & Grist (H.K.) to the H.K. Registrar dated January 2, 1992 | | X |
| 82. | Omega Electronics Los Angeles '84 Olympics sports timing brochure | X | |
| 83. | Omega Electronics PowerTime product brochure | X | |
| 84. | Omega Electronics AREAS 21 product brochure | X | |
| 85. | Omega Electronics Product brochures | X | |
| 86. | Omega Electronics Sports Timing Equipment Price Book | X | |
| 87. | Omega Electronics RFID & SRFID Product and Price list | X | |
| 88. | Price List for Omega Watch repair tools | X | |

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|---|---|
| 89. | Omega Electronics Omega Scan 'O' Vision Hawk Eye & Omega Scan-o-Vision User's Manual | X | |
| 90. | Omega Electronics MTL 550, MTL554 User Manual 3285-501, Edition 10.2001 | X | |
| 91. | Omega Electronics User's Manual Starting Block OSB7-SW With Start Control, 2659-533-02, Edition 11.2001 | X | |
| 92. | Omega Electronics Flash 2850-710 User's Manual, 2850-532-05, Edition 08.2001 | X | |
| 93. | Omega Electronics Alize Uner's Manual, 3387-500, Version 1.0 Edition May 2001 | X | |
| 94. | Omega Electronics Omega UNT 7 Operating Manual, 3395.500.02, Version 1.0, Edition December 2001 | X | |
| 95. | Omega Electronics MTL552 User Manual, 3259-502-05, Edition 12.08.87 | X | |
| 96. | Omega Electronics Omega Electronics Power Time General Operating Manual, 3361-501-02, Version 1.3. | X | |
| 97. | Omega Electronics OIN-CY User's Manual, Version 1.10, 20-11-1997, 3363-500-02 | X | |
| 98. | Omega Electronics ASC User's Manual, 3346-502.02, Version 1.1 | X | |
| 99. | Omega Electronics Ares-Swimming User Manual, Version 2.01, June 199 | X | |
| 100. | Omega Electronics Ares- Synchro Swimming User Manual, Version 1.00, 3330-563-02 | X | |
| 101. | Omega Electronics Ares-Waterpolo User Manual, version 2.01 June 1999, 2220-561-02 | X | |
| 102. | Omega Electronics OCP 5Operating Instructions, 2924-510-02, Edition 10.99 | X | |
| 103. | Omega Electronics Ares-Diving User Manual, Version 1.00 September 199, 3330-562-02 | X | |
| 104. | Omega Electronics Concept Ares 21 General User's Manual, Version 1.05, 20-7-199, 3330-502-02 | X | |
| 105. | Omega Electronics OTR User's Manual, 3077-543-02, Edition 03-03-90 | X | |
| 106. | Omega Electronics ODB-SW/OCB-SW Mounting Instructions Connection Diagrams, 3274-503-02A, Edition 11-09-92 | X | |
| 107. | Omega Electronics AL 555 Lane Switcher User's Manual, 3280-501-01, Edition 13.08.92 | X | |
| 108. | Omega Electronics OGM 5005 Module ML591 User's Manual, 3258-573-05, Edition 29.08.90/E.No/ml | X | |
| 109. | Omega Electronics Scan 'O' Vision Bridge Installation Manual, 3377-500, Version 1.3 Edition April 2001. | X | |
| 110. | Omega Electronics OEC 4 Photo Cell Operator's Manual, 3014-511-02, Edition 84.01 | X | |

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|---|---|
| 111. | Omega Electronics Galactica Basic Softwares User Manuals, 3311-560-02, Version 1.1. | X | |
| 112. | Omega Electronics Saturn Mode d' employ, 3400.500.01, Version 3.00, Edition Mars 2002. | X | |
| 113. | Omega Electronics OGM 5005 Module ML581 User's Manual, 3258-565-02, Edition 25.08.89 | X | |
| 114. | Omega Electronics TransTime Operation Manual, 3359-500, Version 1.0, Edition 5/2001 | X | |
| 115. | Technical Data Scoreboard Amber, 3391-510, Edition 1, February 2002 | X | |
| 116. | Omega Electronics Galactica Software Football (Soccer) brochure. | X | |
| 117. | Omega Electronics OSP 4/OST 1 Operator's Manual, 2975-512, Edition 7.96 | X | |
| 118. | Omega Electronics Bedtriebsanleitung Technische Documentation, M30/192X48-GE/S, 192 x32 –ge/S | X | |
| 119. | Omega Electronics Match Time Operating Manual, 3350 Version 2.00 | X | |
| 120. | Technical Description of Display Insallation in Fribourg, Switzerland | X | |
| 121. | The Swatch Group (U.S. Income Statements) | X | |
| 122. | Printouts of web pages from internet website hosted at Internet address www.omega-electronic.ch regarding technical information on products sold by Omega Electronics, produced in this litigation | X | |
| 123. | Promotional Information on products sold by Omega Electronics produced in this litigation. | X | |
| 124. | Omega Electronics promotion materials for its timing systems | X | |
| 125. | Omega Electronics promotional materials for Alize Wind Gauge | X | |
| 126. | Omega Electronics promotion materials for Scan 'O' Vision Bridge. | X | |
| 127. | Omega Electronics promotional materials for Touch Pad OCP5 | X | |
| 128. | Omega Electronics promotional materials for Startime device. | X | |
| 129. | Omega Electronics 2000 promotional for ARES 21 | X | |
| 130. | Omega Electronics promotional materials. | X | |
| 131. | Omega Electronics Galactica 2001 software brochure. | X | |
| 132. | Omega Electronics promotional brochure regarding timing. | X | |
| 133. | Brochure detailing information about Omega Electronics. | X | |
| 134. | Omega Electronics Galactica Software Presentation | X | |

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|---|---|
| 135. | Omega Electronics Equipment Data Sheet on False Start Monitoring System for Athletic Events. | X | |
| 136. | Omega Electronics Equipment Technical Data Sheet of Power Time. | X | |
| 137. | Omega Electronics brochure on Photofinish Technical Information | X | |
| 138. | Omega Electronics Equipment Technical Data Sheet on TRANSTIME | X | |
| 139. | Omega Electronics Equipment Technical Data Sheet on Scan 'O' Vision PRO. | X | |
| 140. | Omega Electronics Equipment Technical Data Sheet on Scan 'O' Vision. | X | |
| 141. | Omega Electronics Technical Data Sheet on Scan 'O" Vision | X | |
| 142. | Omega Electronics brochure on RGB and Amber displays | X | |
| 143. | Omega Electronics brochure on contact free high tech modules systems. | X | |
| 144. | Omega Electronics flap modules data sheet | X | |
| 145. | Omega Electronics brochure on passenger information systems. | X | |
| 146. | Omega Electronics brochure on sports timing systems | X | |
| 147. | Omega Electronics Equipment brochure on sports timing equipment | X | |
| 148. | Omega Electronics Equipment brochure on sports timing equipment | X | |
| 149. | Omega Electronics Equipment brochure on sports timing equipment | X | |
| 150. | Omega Electronics Equipment brochure on ARES 21 device | X | |
| 151. | Omega Electronics Equipment data sheet on Photosprint OPS2 Accessories | X | |
| 152. | Omega Electronics Equipment technical brochure on ARES 21 device | X | |
| 153. | Omega Electronics Equipment technical brochure on Matrix scoreboards. | X | |
| 154. | Omega Electronics Equipment brochure on Video Matrix Scoreboards. | X | |
| 155. | Omega Electronics Equipment brochure on All Purpose Display Board Type UN 2. | X | |
| 156. | Omega Electronics Equipment technical brochure on Colour Videomatrix Boa | | X |
| 157. | Omega Electronics Equipment technical brochure on Colour Videomatrix Board Timing Data Handlling | | X |

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|---|---|
| 158. | Omega Electronics Equipment technical brochure on Information Display Systems | | X |
| 159. | Omega Electronics Equipment technical brochure on Passenger Information Display System of the Lyon-Perrache Railway Station. | X | |
| 160. | Omega Electronics Equipment brochure on Photosprint. | | X |
| 161. | Omega Electronics Equipment technical brochure on display boards. | X | |
| 162. | Omega Electronics Equipment technical brochure on Swim-O-Matic Device | | X |
| 163. | Omega Electronics Equipment data Sheet on OSM6. | | X |
| 164. | Omega Electronics Equipment Data Sheet on OTR7-AT | | X |
| 165. | Omega Electronics Equipment Data Sheet on False Start Control System Athletics OFD 2-AT | X | |
| 166. | Webster's Third New International Dictionary | X | |
| 167. | The NonLinear Circuits Handbook, Analog Devices, Inc. 1976 | X | |
| 168. | Modeling, Analysis and Control of Dynamic Systems, Palm III, William J., John Wiley & Sons (1983) | X | |
| 169. | NonLinear Cicuits Handbook and in Modeling Analysis and Control of Dynamic Systems | X | |
| 170. | OEI Registration No. 818,252 w/file history | | X |
| 171. | OEI Registration No. 2,022,762 w/file history | | X |
| 172. | OEI Registration No. 1,397,434 w/file history | | X |
| 173. | OEI Registration No. 2, 412, 722 w/file history | | X |
| 174. | OEI Registration No. 2,276,934 w/file history | | X |
| 175. | Excerpts from website of www.omegaelectronics.com | | X |
| 176. | Demonstrative evidence in the form of a Powerpoint presentation of the chronology of the dispute | | X |
| 177. | Watch Your Time, Special Insert in the New York Times, October 16, 2005. | | X |
| 178. | Esquire Magazine, November 2004. | | X |
| 179. | OEI Hong Kong Application "ΩE under Application N" 1115A/87 in class 9 | X | |
| 180. | OEI applications under N's 12775 and 12776 in FDRG to register as trademarks OMEGA SOFT and OMEGA in class 9 and class 42 | X | |
| 181. | OEI Opposition to Application N'3221/86 | X | |

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|---|---|
| 182. | OSA application N'3221/86 | X | |
| 183. | Agreement between OEI and OSA (UK) executed in 1984 | X | |
| 184. | Agreement between OEI and OSA (CAN.) executed in 1985 | X | |
| 185. | Trademark License Agreement between OEI and OSA executed in 1985 | X | |
| 186. | File History of OEI Honk Kong Trademark application 1115A of 1986 | X | |
| 187. | File History of OEI German trademark application nos. 12775 and 12776 | X | |
| 188. | File History of OEI's Canadian trademark application no. 74/480,757 | X | |
| 189. | Omega Engineering, Inc. Handbook of PH and Conductivity (Part only) | X | |
| 190. | Purchase Agreement between OEI and Valve Technologies, Inc., dated October 1998 | X | |
| 191. | Purchase Agreement between OEI and Danaher Controls dated October 1998 | X | |
| 192. | Purchase Agreement between OEI and Computer Boards dated February 1992 | X | |
| 193. | Purchase Agreement between OEI and Strawberry Tree Computers dated May 1986 | X | |
| 194. | The Temperature Handbook (document bearing bates stamp 000) | X | |
| 195. | The Flow and Level Handbook (document bearing bates stamp (001) | X | |
| 196. | The Electric Heaters Handbook (document bearing bates stamp 002) | X | |
| 197. | The Nota Acquisitions Handbook (document bearing bates stamp 003) | X | |
| 198. | The Pressure Strain and Force Handbook (document bearing bates stamp 004) | X | |
| 199. | Omega Engineering invoice nos. 906741, 780616, 859005, 922293, 449156, 472446, 29834, 502779, 52437, 561473, 668686, 683458, 533008, 505116, 796079, 858161, and 844307 | | X |
| 200. | Omega Scientific Publication (Riggs Exhibit 4) | | X |
| 201. | Omega advertisement (Exhibit 4 to M. Hollander deposition) | | X |
| 202. | OEI Solenoid Valve Timer (document bearing bates stamp 101) | | X |
| 203. | OEI Industrial Timer (document bearing bates stamp 106) | | X |
| 204. | OEI High Performance Process Timer/Controller (document bearing bates stamp 112) | | X |

| PTX | Exhibit Description | EXPECT TO USE | May Use |
|---|---|:---:|:---:|
| 205. | www.omega.com website printouts with OEI Timer/Controllers (documents bearing bates stamps 409-434) | | X |
| 206. | OEI Handbook of pH and Conductivity (documents bearing bates stamps 408-496) | | X |
| 207. | OEI Transactions and Vol mm Master Index (cover) (document bearing bates stamp 405) | | X |
| 208. | OEI Vol Complete Handbook of Science and Technical Books (documents bearing bates stamps 200-217) | | X |
| 209. | Subject Index to OEI Handbook and Encyclopedia | X | |
| 210. | OSA Operating Manual UNT7 (documents bearing bates stamps 1141-1435) | | X |
| 211. | ARES Swimming User Manual (documents bearing bates stamps 335-363) | | X |
| 212. | PowerTime General Operating Manual (documents bearing bates stamp 364-387) | | X |

Respectfully Submitted for Plaintiff-Counterclaim Defendant OMEGA, S.A.

By

COLLEN IP
Jess M. Collen (CT20918)
Matthew C. Wagner (CT25926)
Philip J. Miolene (CT01377)
The Holyoke Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
914-941-5668
914-941-6091
(lead counsel)

Paul A. Fattibene
Fattibene and Fattibene
2480 Post Rd.
Southport, CT 06890
203-255-4400
Fax: 203-259-0033
(local counsel)

Dated: November 4, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| OMEGA S.A., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC., | ) | |
| Defendants. | ) | Civil Action No.:<br>98 CV 2464 (MRK) |
| OMEGA ENGINEERING, INC., | ) | |
| Counterclaim-Plaintiff, | ) | |
| v. | ) | |
| OMEGA S.A. and<br>THE SWATCH GROUP LTD., | ) | |
| Counterclaim-Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Sandra V. Espinoza, do hereby certify that two copies of the foregoing PLAINTIFF-COUNTERCLAIM DEFENDANT'S RULE 26(c) PRETRIAL DISCLOSURES to be served upon the following via Hand-Delivery and addressed in the following form: Thomas A. Smart, Esq., and Paul C. Llewellyn, Esq., Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022.

So certified on this 4th day of November, 2005.

_____
Sandra V. Espinoza