IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
OMEGA, S.A.,

                Plaintiff,

     v.

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC., AND
OMEGA PRESS, INC.,

                Defendants.

OMEGA ENGINEERING, INC.,

: Civil Action No.:
: 3:01 CV 2104 (SRU)

                Counterclaim-Plaintiff,

     v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.

                Counterclaim-Defendants.
------------------------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2005, I caused Omega Engineering, Inc.'s Motion *In Limine* and Incorporated Memorandum of Law to Preclude Hearsay and Opinion Testimony and exhibits thereto to be served by hand upon the following counsel for Plaintiff Omega, S.A.:

Jess M. Collen, Esq.
Matthew Wagner, Esq.
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

                                                     _____
                                                     Paul C. Llewellyn, Esq.

31176807_V1.DOC