United States District Court
District of Connecticut
FILED AT BRIDGEPORT
11/22 2005

## Exhibit F: OSA's Exhibit List

Plaintiff/Counter-defendant Omega S.A. (OSA) expects to offer the following exhibits at trial.

Kevin F. Rowe, Clerk
By _____
Deputy Clerk

| PTX | Exhibit Description | Origin |
|---|---|---|
| 1. | Excerpts from Omega Electronics' Website with page numbers added | Kayal Dep. Ex 25-A |
| 2. | Document for prospective customers regarding information display systems of Omega Electronics (documents bearing production nos. 689-708) | Kayal Dep. Ex 106 |
| 3. | two page document referring to "Matchtime" (documents bearing production nos. 173-174) | Kayal Dep. Ex 109 |
| 4. | One page document called "New Water Polo" (documents bearing production nos. 194) | Kayal Dep. Ex 110 |
| 5. | "Starttime"-speaker and a flash for start of a competition (documents bearing production nos. 195-197) | Kayal Dep. Ex 111 |
| 6. | Omega Electronics Invoices from GDG Inc. | |
| 7. | Omega Saga, by Marco Richon (1998) | |
| 8. | "Rollertime"-display containing seven segments with data collection system and other terminals like the Powertime or Datalogger RS (documents bearing production nos. 215-216) | Kayal Dep. Ex 112 |
| 9. | Four-page Omega Electronics flap modules data sheet | Kayal Dep. Ex 113 |
| 10. | User manual for product from Omega Electronics (documents bearing production nos. 897-1093) | Kayal Dep. Ex 128 |
| 11. | All of OEI's written responses to interrogatories and requests to produce | |
| 12. | Event List which Omega was official watch and Official Time Keeper (Comontana golf tournament (Swiss), America's Cup (documents bearing production nos. 1020-1024) | Sauser Rup Dep. Ex 21 |
| 13. | Publication entitled "Transactions in Measurement and Control," volume IV | Sauser Rup Dep. Ex 36 |
| 14. | Publication entitled "Transactions in Measurement and Control," volume II | Sauser Rup Dep. Ex 37 |
| 15. | Publication entitled "Transactions in Force-Related Measurements," volume III, second edition | Sauser Rup Dep. Ex 38 |
| 16. | Temperature Handbook of Omega Engineering | Sauser Rup Dep. Ex 45 |

| PTX | Exhibit Description | Origin |
|---|---|---|
| 17. | Document entitled "Chemical Engineering Buyers Guide, Mid-August 2002 | Sauser Rup Dep. **Ex 47** |
| 18. | Documents bearing production nos. OSA 2878 through OSA 2886 fax copies of Omega Electronics literature for two different types of matrix displays | Gibbons Dep. **Ex 254** |
| 19. | Documents bearing production nos.1038 through 1091 | Gibbons Dep. **Ex 255** |
| 20. | Documents bearing production nos. 2496 through 2499 Scan-O-Vision Hawk Eye Brochure | Gibbons Dep. **Ex 256** |
| 21. | Samples of an Omega Alize Wind Gauge, OMEGA "Powertime device", and OMEGA SRFID and RDID Access Systems | |
| 22. | Series of documents relating to the Alize Windgauge | Kayal Dep. **Ex 214** |
| 23. | Documents bearing production Nos. 868 through 869, fax request for information on an Alize wind gauge and powertime display printer unit | Gibbons Dep. **Ex 260** |
| 24. | Search results for clock, marked for identification | Hollander Dep. **Ex 3** |
| 25. | Display relating to passenger information displays (documents bearing production nos. 217-227) | Kayal Dep. **Ex 106** |
| 26. | Series of documents from Omega Electronics relating to the Powertime Product | Kayal Dep. **Ex 125** |
| 27. | Product and price list documents for the RFID products which was valid in 2001(documents bearing production nos. 843-862 and 228-236) | Kayal Dep. **Ex 126** |
| 28. | User manual for product from Omega Electronics (documents bearing production nos. 897-1093) | Kayal Dep. **Ex 128** |
| 29. | User manual; describes transmission protocol (documents bearing production nos. 253-267): | Kayal Dep. **Ex 129** |
| 30. | Omega Electronics price book 2001 | Sauser Rupp Dep. **Ex. 26** |
| 31. | 1992 Agreement (superseded by 1994 agreement) | |
| 32. | Letter from Halstead to SMH dated November 20, 1989 | *Omega I* **Bates 00745** |
| 33. | Letter from William Coutts to Dr. Hollander dated November 28, 1989 | *Omega I* **Bates 2464000300** |
| 34. | Letter from Halstead to SMH dated January 10, 1990 | *Omega I* **Bates 00742** |
| 35. | Letter from William Coutts to Halstead dated February 7, 1990 | *Omega I* **Bates 246400140** |
| 36. | Letter from William Drucker to SMH dated May 1, 1992 | *Omega I* **Bates 246400324** |

| PTX | Exhibit Description | Origin |
|---|---|---|
| 37. | Letter from William Drucker to SMH dated December 7, 1992 | *Omega I* **Bates 246400323** |
| 38. | Letter from William Drucker to Robic dated May 15, 1985 | *Omega I* **Bates 00797** |
| 39. | Letter from Letter from Robin Bridge & John Liu to Wilkinson & Grist dated May 30, 1989 | *Omega I* **Bates 00758** |
| 40. | Letter from Wilkinson & Grist to Robin Bridge & John Liu dated June 27, 1989 | *Omega I* **Bates 00749-00750** |
| 41. | Letter from Wilkinson & Grist (H.K.) to the H.K. Registrar dated January 2, 1992 | *Omega I* **Joint Pre Trial Order Ex 383** |
| 42. | Omega Electronics Los Angeles '84 Olympics sports timing brochure | *Omega I* **Bates 000651** |
| 43. | Omega Electronics PowerTime product brochure | *Omega I* **Bates 000657** |
| 44. | Omega Electronics AREAS 21 product brochure | *Omega I* **Bates 000803** |
| 45. | Omega Electronics Product brochures | *Omega I* **Bates 000811** |
| 46. | Omega Electronics Sports Timing Equipment Price Book | *Omega I* **Bates 000825** |
| 47. | Omega Electronics RFID & SRFID Product and Price list | *Omega I* **Bates 000843** |
| 48. | Omega Electronics Scan 'O' Vision Bridge Installation Manual, 3377-500, Version 1.3 Edition April 2001. | *Omega I* **Bates 001498-001546** |
| 49. | Printouts of web pages from internet website hosted at Internet address www.omega-electronic.ch regarding technical information on products sold by Omega Electronics, produced in this litigation | *Omega I* **Bates 00162-00238** |
| 50. | Omitted | |
| 51. | Omega Electronics promotion materials for its timing systems | *Omega I* **Bates 00631-00636** |
| 52. | Omega Electronics promotional materials for Alize Wind Gauge | *Omega I* **Bates 000539 -000540** |
| 53. | Omega Electronics promotion materials for Scan 'O' Vision Bridge. | *Omega I* ***Bates* 00541** |
| 54. | Omega Electronics promotional brochure regarding timing. | *Omega I* ***Bates* 000570-000571** |

| PTX | Exhibit Description | Origin |
|---|---|---|
| 55. | Brochure detailing information about Omega Electronics. | *Omega I* **Bates 000572-000573** |
| 56. | Omega Electronics Equipment Data Sheet on False Start Monitoring System for Athletic Events. | *Omega I* **Bates 000576-000577** |
| 57. | Omega Electronics Equipment Technical Data Sheet on Scan 'O' Vision. | *Omega I* **Bates 587-588** |
| 58. | Omega Electronics brochure on passenger information systems. | *Omega I* **Bates 597-602** |
| 59. | Omega Electronics brochure on sports timing systems | *Omega I* **Bates 603-616** |
| 60. | Omega Electronics Equipment brochure on sports timing equipment | *Omega I* **Bates 625-630** |
| 61. | Omega Electronics Equipment brochure on sports timing equipment | *Omega I* **Bates 000625-000630** |
| 62. | Omega Electronics Equipment brochure on sports timing equipment | *Omega I* **Bates 000617-000624** |
| 63. | Omega Electronics Equipment brochure on ARES 21 device | *Omega I* **Bates 637-343-** |
| 64. | Omega Electronics Equipment data sheet on Photosprint OPS2 Accessories | *Omega I* **Bates 631-636** |
| 65. | Webster's Third New International Dictionary | |
| 66. | Omitted | |
| 67. | Omitted | |
| 68. | Omitted | |
| 69. | Excerpts from website of www.omegaelectronics.com | |
| 70. | Demonstrative evidence in the form of a Powerpoint presentation of the chronology of the dispute | |
| 71. | Watch Your Time, Special Insert in the New York Times, October 16, 2005. | |
| 72. | Esquire Magazine, November 2004. | |
| 73. | OEI Hong Kong Application "ΩE under Application N" 1115A/87 in class 9 | |

| PTX | Exhibit Description | Origin |
|---|---|---|
| 74. | OEI applications under N's 12775 and 12776 in FDRG to register as trademarks OMEGA SOFT and OMEGA in class 9 and class 42 | |
| 75. | OEI Opposition to Application N'3221/86 | |
| 76. | OSA application N'3221/86 | |
| 77. | Agreement between OEI and OSA (UK) executed in 1984 | *Omega I* **Joint Pretrial Order Exhibit 1** |
| 78. | Agreement between OEI and OSA (CAN.) executed in 1985 | *Omega I* **Joint Pretrial Order Exhibit 2** |
| 79. | Trademark License Agreement between OEI and OSA executed in 1985 | |
| 80. | File History of OEI Honk Kong Trademark application 1115A of 1986 | |
| 81. | File History of OEI German trademark application nos. 12775 and 12776 | |
| 82. | File History of OEI's Canadian trademark application no. 74/480,757 | |
| 83. | Omega Engineering, Inc. Handbook of PH and Conductivity (Part only) | *Omega I* **Bates 012488-012496** |
| 84. | Purchase Agreement between OEI and Valve Technologies, Inc., dated October 1998 | *Omega I* **Bates 012613-012645** |
| 85. | Purchase Agreement between OEI and Danaher Controls dated October 1998 | *Omega I* **Bates 012646-012676** |
| 86. | Purchase Agreement between OEI and Computer Boards dated February 1992 | *Omega I* **Bates 012677-012692** |
| 87. | Purchase Agreement between OEI and Strawberry Tree Computers dated May 1986 | *Omega I* **Bates 012705-012747** |
| 88. | The Flow and Level Handbook (document bearing bates stamp (001) | *Omega I* **Bates 150001** |
| 89. | The Electric Heaters Handbook (document bearing bates stamp 002) | *Omega I* **Bates 150002** |
| 90. | The Pressure Strain and Force Handbook (document bearing bates stamp 004) | *Omega I* **Bates 150004** |
| 91. | Omega Engineering invoice no. 844307 | **Omega I Bates 400263** |

| PTX | Exhibit Description | Origin |
|---|---|---|
| 92. | Omega Engineering invoice no. 906741 | Omega I Bates 400234 |
| 93. | Omega Engineering invoice no. 780616 | Omega I Bates 400235 |
| 94. | Omega Engineering invoice no. 859005 | Omega I Bates 400239 |
| 95. | Omega Engineering invoice no. 922293 | Omega I Bates 400240 |
| 96. | Omega Engineering invoice no. 449156 | Omega I Bates 400246 |
| 97. | Omega Engineering invoice no. 472446 | Omega I Bates 400247 |
| 98. | Omega Engineering invoice no. 298394 | Omega I Bates 400249 |
| 99. | Omega Engineering invoice no. 502779 | Omega I Bates 400251 |
| 100. | Omega Engineering invoice no. 527437 | Omega I Bates 400252 |
| 101. | Omega Engineering invoice no. 561473 | Omega I Bates 400253 |
| 102. | Omega Engineering invoice no. 668686 | Omega I Bates 400254 |
| 103. | Omega Engineering invoice no. 683458 | Omega I Bates 400255 |
| 104. | Omega Engineering invoice no. 533008 | Omega I Bates 400256 |
| 105. | Omega Engineering invoice no. 505116 | Omega I Bates 400257 |
| 106. | Omega Engineering invoice no. 796079 | Omega I Bates 400260 |
| 107. | Omega Engineering invoice no. 858161 | Omega I Bates 400261 |
| 108. | Omega Scientific Publication | Riggs Dep. Ex 4 |
| 109. | Omega advertisement | M. Hollander Dep. Ex 4 |
| 110. | OEI Solenoid Valve Timer Advertisement | *Omega I* Bates 2464000101 |
| 111. | OEI Industrial Timer Advertisement | *Omega I* Bates 2464000106-2464000107 |

| PTX | Exhibit Description | Origin |
|---|---|---|
| 112. | OEI High Performance Process Timer/Controller Advertisement | *Omega I* **Bates 2464000112-2464000113** |
| 113. | Omitted | |
| 114. | Omitted | |
| 115. | OEI Transactions and Vol mm Master Index (cover) | *Omega I* **Bates 405** |
| 116. | OEI Vol Complete Handbook of Science and Technical Books | *Omega I* **Bates 200-217** |
| 117. | Subject Index to OEI Handbook and Encyclopedia | *Omega I* **Joint Pretrial Order Exhibit 233** |
| 118. | My Choice Collection Book | *Omega I* **Joint Pretrial Order Exhibit 308** |
| 119. | Omega Brochure English/Japanese | *Omega I* **Joint Pretrial Order Exhibit 306** |