FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2005 NOV 22  A 10: 06

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

|  |  |  |
|---|---|---|
| OMEGA S.A., | ) | |
|  | ) | |
| Plaintiff, | ) | |
| v. | ) | |
|  | ) | |
| OMEGA ENGINEERING, INC., | ) | |
| OMEGA SCIENTIFIC, INC., and | ) | |
| OMEGA PRESS, INC., | ) | |
|  | ) | |
| Defendants. | ) | Civil Action No.: 3:01cv2104 (SRU) |
|  | ) | 98 CV 2464 (MRK) |
| OMEGA ENGINEERING, INC., | ) | |
|  | ) | |
| Counterclaim-Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| OMEGA S.A. and | ) | |
| THE SWATCH GROUP LTD., | ) | |
|  | ) | |
| Counterclaim-Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Sandra V. Espinoza, do hereby certify that two copies of the foregoing PLAINTIFF'S

REPLY TO DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S

MOTION FOR RECONSIDERATION and REVISED EXHIBIT F TO THE PRETRIAL

ORDER, to be served upon the following via FEDEX and addressed in the following form:

Thomas A. Smart, Esq., and Paul C. Llewellyn, Esq., Kaye Scholer LLP, 425 Park Avenue, New

York, New York 10022.

So certified on this 21st day of November, 2005.

Sandra V. Espinoza