IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 NOV 28  P 3: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| OMEGA, S.A., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA ENGINEERING, INC., OMEGA SCIENTIFIC, INC., and OMEGA PRESS, INC., <br><br> Defendants. <br><br> OMEGA ENGINEERING, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> OMEGA, S.A. and THE SWATCH GROUP LTD., <br><br> Counterclaim-Defendants. | Civil Action No.: <br> 3:01 CV 2104 (SRU) |

### DEFENDANT COUNTERCLAIM PLAINTIFF OMEGA ENGINEERING'S OBJECTIONS TO PLAINTIFF COUNTERCLAIM DEFENDANT'S TRIAL EXHIBITS

Pursuant to this Court's Order dated September 27, 2005, defendant counterclaimplaintiff Omega Engineering, Inc. ("OEI") hereby submits its objections to plaintiff counterclaim defendant Omega, S.A.'s ("OSA") exhibits identified in the parties' Joint Pretrial Order. These

31176735.WPD

objections are without waiver of any objections on the ground of relevance. OEI's objections are attached as Exhibit A hereto.

November 28, 2005  
New York, New York

Respectfully submitted,

*[signature]*

Of counsel:  
Victoria Haje

Thomas A. Smart (CT 21462)  
Paul C. Llewellyn (CT 25417)

KAYE SCHOLER LLP  
425 Park Avenue  
New York, New York 10022  
(212) 836-8000

Thomas E. Minogue (CT 06845)  
MINOGUE BIRNBAUM LLP  
237 Elm Street  
New Canaan, CT 06840

*Attorneys for Defendant Counterclaim Plaintiff Omega Engineering, Inc.*

## EXHIBIT A:

| Exhibits | Objections |
|---|---|
| PX 1 - PX 2 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 6 | OEI objects to this exhibit because OSA failed to provide a copy to OEI as required by the September 27, 2005 Order. OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. |
| PX 7 | OEI objects to this exhibit because the document is entirely in a foreign language and OSA has failed to provide a translation. OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 9 - PX 10 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 11 | OEI objects to this exhibit pursuant to Fed. R. Evid. 901(a) to the extent the exhibit contains handwriting due to lack of proper authentication. |
| PX 12, PX 18, PX 19 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 21 | OEI objects to this exhibit because OSA failed to provide a copy to OEI as required by the September 27, 2005 Order. OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. |
| PX 22 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 23 | OEI objects to this exhibit because OSA failed to provide a copy to OEI as required by the September 27, 2005 Order. OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. |
| PX 24 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. |
| PX 25 - PX 27 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |

| | |
|---|---|
| PX 28 | OEI objects to this exhibit because OSA failed to provide a copy to OEI as required by the September 27, 2005 Order. OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 29 - PX 30 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 31 | OEI objects to this exhibit pursuant to Fed. R. Evid. 106 because it is incomplete. |
| PX 32 - PX 33 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to these exhibits pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. |
| PX 34 - PX 37 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to these exhibits pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. OEI further objects to these exhibits pursuant to Fed. R. Evid. 106 because the exhibits reference an attachment that is not included as part of the exhibits and without which the exhibits are incomplete. |
| PX 38 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. |
| PX 39 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. OEI further objects to this exhibit pursuant to Fed. R. Evid. 106 because the exhibit references an attachment that is not included as part of the exhibit and without which the exhibit is incomplete. |
| PX 40 - PX 41 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to these exhibits pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. |
| PX 42 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. OEI further objects on the ground that the copy provided to OEI is not legible. |
| PX 43 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |

| | |
|---|---|
| PX 44 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) to the extent the exhibit contains handwriting due to lack of proper authentication. |
| PX 45 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit on the ground that the copy provided to OEI is not legible. |
| PX 46 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit on the ground that the first four pages of the exhibit bear no relation to the description of the exhibit. |
| PX 47 - PX 48 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 49 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. OEI further objects to this exhibit on the ground that the last two pages of the exhibit bear no relation to the description of the exhibit. |
| PX 51 | OEI objects to this exhibit because OSA failed to provide a copy to OEI as required by the September 27, 2005 Order. OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. |
| PX 52 - PX 56, PX 58 - PX 60 | OEI objects to these exhibits pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 61 | OEI objects to this exhibit because OSA failed to provide a copy to OEI as required by the September 27, 2005 Order. OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 62 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 63 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit because the description of the exhibit does not accurately reflect the contents of the exhibit. |
| PX 64 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |

| | |
|---|---|
| PX 69 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. |
| PX 70 | OEI objects to this exhibit because OSA failed to provide a copy to OEI at least 14 days before trial as required by the September 27, 2005 Order. OEI has not had an opportunity to review this exhibit, which it received in a computer format unreadable by OEI's counsel, and reserves its right to assert further objections upon review of a readable format. |
| PX 71 | OEI objects to this exhibit because OSA failed to provide a copy to OEI at least 14 days before trial as required by the September 27, 2005 Order. OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 72 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. |
| PX 73 - PX 76 | OEI objects to these exhibits because OSA failed to provide copies to OEI as required by the September 27, 2005 Order. OEI further objects to these exhibits pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. |
| PX 77 - PX 78 | OEI objects to these exhibits pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. |
| PX 79 - PX 81 | OEI objects to these exhibits because OSA failed to provide copies to OEI as required by the September 27, 2005 Order. OEI further objects to these exhibits pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. |
| PX 82 | OEI objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to its lack of proper authentication. OEI further objects to this exhibit because the description of the exhibit does not accurately reflect the contents of the exhibit. |
| PX 84 - PX 87 | OEI objects to these exhibits pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. |
| PX 91 - PX 107 | OEI objects to these exhibits pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. |
| PX 108 | OEI objects to this exhibit pursuant to Fed. R. Evid. 106 because it is incomplete. |
| PX 109 | OEI objects to this exhibit because the description of the exhibit does not accurately reflect the contents of the exhibit. |

| | |
|---|---|
| PX 110 - PX 112 | OEI objects to these exhibits pursuant to Fed. R. Evid. 106 because they are incomplete. |
| PX 115 | OEI objects to this exhibit because OSA failed to provide a copy to OEI as required by the September 27, 2005 Order. OEI further objects to this exhibit pursuant to Fed. R. Evid. 106 because it is incomplete. |
| PX 117 | OEI objects to this exhibit pursuant to Fed. R. Evid. 106 because it is incomplete. |
| PX 118 | OEI objects to this exhibit because OSA failed to provide a copy to OEI at least 14 days before trial as required by the September 27, 2005 Order. OEI further objects to this exhibit because OSA failed to list this exhibit in its initial exhibit list as required by the September 27, 2005 Order and by Fed. R. Civ. P. 26(a)(3). OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. |
| PX 119 | OEI objects to this exhibit because OSA failed to list this exhibit in its initial exhibit list as required by the September 27, 2005 Order and by Fed. R. Civ. P. 26(a)(3). OEI further objects to this exhibit pursuant to Fed. R. Evid. 802 as inadmissible hearsay. OEI further objects to this exhibit pursuant to Fed. R. Evid. 901(a) due to their lack of proper authentication. |