IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------x
OMEGA, S.A.,

                      Plaintiff,

       v.

OMEGA ENGINEERING, INC.
OMEGA SCIENTIFIC, INC., AND
OMEGA PRESS, INC.,

                      Defendants.

OMEGA ENGINEERING, INC.,

                      Counterclaim-Plaintiff,

       v.

OMEGA, S.A. and
THE SWATCH GROUP LTD.

                      Counterclaim-Defendants.
------------------------------------------x

Civil Action No.:
3:01 CV 2104 (SRU)

FILED
2005 NOV 28 P 3: 33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of November, 2005, I caused the foregoing documents, DEFENDANT COUNTERCLAIM PLAINTIFF OMEGA ENGINEERING'S OBJECTIONS TO PLAINTIFF COUNTERCLAIM DEFENDANT'S TRIAL EXHIBITS and DEFENDANT COUNTERCLAIM PLAINTIFF OMEGA ENGINEERING'S MEMORANDUM OF AUTHORITIES IN SUPPORT OF ITS OBJECTIONS TO PLAINTIFF COUNTERCLAIM DEFENDANT'S TRIAL EXHIBITS, to be served by Federal Express overnight delivery and by e-mail upon the following counsel for Plaintiff Omega, S.A.:

Jess M. Collen, Esq.
Matthew Wagner, Esq.
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562

                                                */s/ Victoria Haje*
                                                Victoria Haje, Esq.

31183808.DOC