

**COLLEN** *IP*
INTELLECTUAL PROPERTY LAW

Telephone (914) 941-5668
Facsimile (914) 941-6091
www.collenIP.com
E-MAIL: MWAGNER@COLLENIP.COM

FILED

2005 NOV 29 A II: 20

November 28, 2005
DISTRICT COURT
BRIDGEPORT, CONN

**VIA FACSIMILE: 2 PAGES**          **FAX: (203) 579-5704**
Honorable Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604

Re:    Omega S.A. v Omega Engineering, Inc., et al.
       Case No. : 3:01 CV 2104 (SRU)
       Our Ref. : 76445

Dear Judge Underhill:

This firm represents Plaintiffs/Counter-defendants, Omega, S.A., and The Swatch Group, Ltd. ("Plaintiffs") in the above referenced action. The parties last met with Your Honor via telephone conference on November 22, 2005. Presently pending before the Court are Plaintiffs' motion for reconsideration of the Court's Order granting in part and denying in part the parties' respective motions for summary judgment, and Defendants/counterclaimants ("Defendants") motion to dismiss certain of their counterclaims with prejudice and to strike the jury demand. Plaintiffs' opposition to Defendants' motion is due to be filed today. Please accept this letter in lieu of a formal opposition brief.

As communicated to the Court on November 22, 2005, Plaintiffs have consented to the Defendants/counterclaimants motion to dismiss their claims with prejudice, on all terms and conditions mentioned in their motion in this regard. The Court should "So-Order" the dismissal with prejudice of Defendants' counterclaims, as requested in their motion.

Plaintiffs also consent to Defendants' motion to strike the jury demand, without prejudice to its right to seek a jury trial on any claims to which such right may attach after the Court's consideration of Plaintiffs' motion for reconsideration.

FACSIMILE NOTICE: This transmission may be an attorney-client communication which is PRIVILEGED AND CONFIDENTIAL. If you are not the intended recipient, or an agent responsible for delivering this to the intended recipient, you have received this document in error and any review, dissemination, distribution or copying of this message IS PROHIBITED. If you have received this communication in error, please notify us IMMEDIATELY by telephone 1 914 941 5668 and return the original message and any copies to us by mail. We will pay the cost of return.

COLLEN IP Intellectual Property Law, P.C., THE HOLYOKE-MANHATTAN BUILDING,
80 South Highland Avenue, Ossining-on-Hudson, Westchester County, New York 10562 USA

Thank you for your consideration.

Very truly yours,
COLLEN *IP*

Matthew C. Wagner

JMC/MCW:ajl

Cc: Thomas A. Smart  Kay Scholer LLP (via facsimile (212) 836-8761)
    Paul C. Llewellyn   Kay Scholer LLP (via facsimile (212) 836-8689)