IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA S.A.,<br><br>    Plaintiff,<br>v.<br><br>OMEGA ENGINEERING, INC.,<br>OMEGA SCIENTIFIC, INC., and<br>OMEGA PRESS, INC.,<br><br>    Defendants.<br><br>OMEGA ENGINEERING, INC.,<br><br>    Counterclaim-Plaintiff,<br>v.<br><br>OMEGA S.A. and<br>THE SWATCH GROUP LTD.,<br><br>    Counterclaim-Defendants. | Civil Action No.:<br>3:01 cv 2104 (SRU) |

## CERTIFICATE OF SERVICE

I, Sandra V. Espinoza, do hereby certify that two copies of the foregoing Omega S.A.'s Opposition to Omega Engineering, Inc.'s Motion In Limine and Incorporated Memorandum of Law to Preclude Hearsay and Opinion Testimony, to be served upon the following via courier and addressed in the following form: Thomas A. Smart, Esq., and Paul C. Llewellyn, Esq., Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022.

So certified on this 1st day of December, 2005.

_____
Sandra V. Espinoza