FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2006 SEP 14 A 9:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

------------------------------------x
OMEGA, S.A.,

        Plaintiff,

  v.

OMEGA ENGINEERING, INC., OMEGA
SCIENTIFIC, INC., AND OMEGA PRESS, INC.,

        Defendants.

OMEGA ENGINEERING, INC.,        : Civil Action No.:
                     : 3:01 CV 2104 (SRU)
        Counterclaim-Plaintiff,

  v.

OMEGA, S.A. and THE SWATCH GROUP LTD.

        Counterclaim-Defendants.
------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

PURSUANT TO Rule 41(a)(1), Fed. R. Civ. P., counterclaim-plaintiff Omega Engineering Inc. and Counterclaim-Defendants Omega, S.A. and The Swatch Group Ltd. hereby stipulate to the dismissal of Omega Engineering, Inc.'s Second and Fifth counterclaims with prejudice.

Dated: September 5, 2006

| | |
|---|---|
| *[signature]* | *[signature]* |
| KAYE SCHOLER LLP | COLLEN IP |
| Thomas A. Smart (CT 21462) | Jess M. Collen (CT 20918) |
| Paul C. Llewellyn (CT 25417) | Matthew Wagner (CT 25926) |
| 425 Park Avenue | The Holyoke-Manhattan Building |
| New York, NY 10022 | 80 South Highland Avenue |
| (212) 836-8000 | Ossining, New York 10562 |
| *Attorneys for Counterclaim-plaintiff* | (914) 941-5668 |
| *Omega Engineering, Inc.* | *Attorneys for Counterclaim-defendants* |
| | *Omega S.A. and The Swatch Group, Ltd.* |

ws4BE3.tmp

SO ORDERED:

_____
United States District Judge

Dated: _____

ws4BE3.tmp