**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

September 26, 2006

Attn: Philip J. Miolene
Collen IP
80 South Highland Avenue
Ossining-on-Hudson
Westchester County, New York 10562

Re: Case Name: Omega S.A. Omega Engineering
Number: 3:01cv2104 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

    Plaintiff's Exhibits 1-119

If they are not picked up by October 10, 2006, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

    Sincerely,

    Kevin F. Rowe, Clerk

    BY ____/s/_____
    Alice Montz
    203 579-5952
    Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _____