**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

September 26, 2006

Paul C. Llewellyn
KAYE SCHOLER
425 Park Avenue
New York, New York 10022-3598

Re: Case Name: Omega S.A. v Omega Engineering, Inc.
Number: 3:01cv2104 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

Defendant's Exhibits A-TT

If they are not picked up by October 10, 2006, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY ___/s/_____
Alice Montz
203 579-5952
Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: _____