IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------x
OMEGA, S.A.,

                Plaintiff,

    v.

OMEGA ENGINEERING, INC., OMEGA
SCIENTIFIC, INC., AND OMEGA PRESS, INC.,

                Defendants.

OMEGA ENGINEERING, INC.,                Civil Action No.:
                                                       3:01 CV 2104 (SRU)

                Counterclaim-Plaintiff,

    v.

OMEGA, S.A. and THE SWATCH GROUP LTD.

                Counterclaim-Defendants.
------------------------------------x

## NOTICE OF APPEAL

PURSUANT Federal Rule of Appellate Procedure, Plaintiff-Appellant, Omega S.A. hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit the following judgments or orders:

1. Document Number 210 FINAL JUDGMENT, which dismissed Plaintiff's claims against Defendant, attached hereto as Exhibit A;

2. Document Number 205 RULING ON MOTION FOR RECONSIDERATION, which affirmed the Court's ruling on summary judgment (discussed below) and dismissed Plaintiff's claims against Defendants, attached hereto as Exhibit B,

3. Document Number 181 RULING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT, which found no genuine issue of material fact with respect to Plaintiff's claims against the Defendants and dismissed the same, attached hereto as Exhibit C.

                                        Respectfully submitted,

                                        COLLEN *IP*
                                        Jess M. Collen (CT 20918)
                                        Matthew Wagner (CT 25926)
                                        The Holyoke-Manhattan Building
                                        80 South Highland Avenue
                                        Ossining, New York 10562
                                        (914) 941-5668
                                        *Attorneys for Plaintiff*
                                        *Omega S.A.*

Dated: November 2, 2006

## CERTFICATE OF SERVICE

    I Brendan J. Reilly hereby certify that I caused a true and correct copy of the foregoing Notice of Appeal to be served on opposing counsel via facsimile at 212 836-8689 and via federal express at the following address on November 2, 2006:

Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
ATTN: Thomas A. Smart
Paul C. Llewellyn

                                              Brendan J. Reilly