UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 SEP 28 P 2: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

OMEGA S.A.

v.

OMEGA ENGINEERING, INC.,
OMEGA SCIENTIFIC, INC.,
OMEGA PRESS, INC., and
OMEGA ELECTRONICS, A.G.

3:01cv2104 (SRU)

OMEGA ENGINEERING, INC.

v.

OMEGA S.A. and THE SWATCH GROUP LTD.

## JUDGMENT

This matter came before the Honorable Stefan R. Underhill, United States District Judge, as a result of cross-motions for summary judgment.

The court heard oral argument on May 4, 2005, and has reviewed all of the papers filed in conjunction with the motions. On September 30, 2005, a Ruling on Cross-Motions for Summary Judgment was filed denying Omega S.A.'s motion for partial summary judgment with respect to counts one and five, granting Omega S.A.'s motion for partial summary judgment with respect to Omega Engineering, Inc.'s cybersquatting counterclaim, granting defendants Omega Engineering, Inc., Omega Scientific, Inc., and Omega Press, Inc.'s Motion for Summary Judgment, and denying Omega Engineering, Inc.'s motion for partial summary judgment on its trademark cancellation counterclaim.

On September 14, 2006, a stipulation of dismissal with prejudice as to Omega Engineering, Inc.'s Second and Fifth counterclaims was filed; that stipulation was approved on

September 20. 2006.

On January 14, 2003, a Stipulation of Dismissal as to Omega Electronics A.G. was filed; that stipulation was approved on January 22, 2003.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants Omega Engineering, Inc.; Omega Scientific, Inc.; and Omega Press, Inc. on plaintiff's five claims and for the plaintiff with respect to defendants' cybersquatting counterclaim.

Dated at Bridgeport, Connecticut, this 28th day of September 2006.

Kevin F. Rowe, Clerk

By *[signature]*
Alice Montz
Deputy Clerk

Entered on Docket 10/3/06