## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OMEGA, S.A.,

                Plaintiff,

        v.

OMEGA ENGINEERING, INC., OMEGA
SCIENTIFIC, INC., AND OMEGA PRESS, INC.,

                Defendants.

OMEGA ENGINEERING, INC.,

                Counterclaim-Plaintiff,

        v.

OMEGA, S.A. and THE SWATCH GROUP LTD.,

                Counterclaim-Defendants.

Civil Action No.:
3:01 CV 2104 (SRU)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## INDEX TO RECORD ON APPEAL

Plaintiff- Appellant Omega S.A. hereby designates all orders of the Court,

pleadings, motions, evidence, and supporting papers and things filed with the District

Court in Case No. 01-CV-2104, in addition to any further materials that are made part of

the record by order or stipulation, as the record on appeal, as listed in the attached index.

/

/

/

/

Respectfully submitted,

COLLEN *IP*
Jess M. Collen (CT 20918)
Matthew Wagner (CT 25926)
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
(914) 941-5668
*Attorneys for Plaintiff*
*Omega S.A.*

Dated: November 16, 2006

## CERTFICATE OF SERVICE

I Brendan J. Reilly hereby certify that I caused a true and correct copy of the foregoing Index to Record on Appeal to be served on opposing counsel via facsimile at 212 836-8689 and via federal express at the following address on November 16, 2006:

Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
ATTN: Thomas A. Smart
Paul C. Llewellyn

Brendan J. Reilly