APPEAL, CLOSED

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:01-cv-02104-SRU

Omega S.A. v. Omega Eng, Inc, et al
Assigned to: Judge Stefan R. Underhill
Demand: $0
Cause: 15:1051 Trademark Infringement

Date Filed: 11/13/2001
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Omega S.A.**                    represented by **James R. Hastings**
Collen Law Associates
The Holyoke-Manhattan Bldg.
80 S. Highland Ave.
Ossining, NY 10562
914-941-5668
Email: jcollen@collenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess M. Collen**
Collen Law Associates
The Holyoke-Manhattan Bldg.
80 S. Highland Ave.
Ossining, NY 10562
914-941-5668
Fax: 914-941-6091
Email: jcollen@collenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Wagner**
Collen IP
Holyoke Manhattan Bldg
80 South Highland Avenue
Ossining, NY 10562
914-941-5668
Fax: 914-941-6091
Email: mwagner@collenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Fattibene**
2480 Post Rd.
Southport, CT 06890
203-255-4400
Fax: 203-259-0033

Email: paul@fattibene.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J. Miolene**
80 S. Highland Ave.
Ossining, NY 10562
914-941-5668
Fax: 914-941-6091
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Omega Eng, Inc**                    represented by **Anthony P. DeLio**
                                        DeLio & Peterson
                                        121 Whitney Ave.
                                        New Haven, CT 06510
                                        203-787-0595
                                        Email: efilings@delpet.com
                                        *TERMINATED: 12/24/2003*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Paul C. Llewellyn**
                                        Kaye, Scholer
                                        425 Park Ave.
                                        New York, NY 10022-3598
                                        212-836-8000
                                        Fax: 212-836-8689
                                        Email: pllewellyn@kayescholer.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Peter W. Peterson**
                                        DeLio & Peterson LLC
                                        121 Whitney Ave.
                                        New Haven, CT 06510
                                        203-787-0595
                                        Fax: 203-787-5818
                                        Email: efilings@delpet.com
                                        *TERMINATED: 12/24/2003*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Robert Curcio**
                                        DeLio & Peterson
                                        121 Whitney Ave.
                                        New Haven, CT 06510

203-787-0595
Email: efilings@delpet.com
*TERMINATED: 12/24/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Minogue, Jr.**
Minogue Birnbaum
237 Elm St.
New Canaan, CT 06840
203-966-6916
Fax: 203-966-6917
Email: minoguellp@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Smart**
Kaye, Scholer
425 Park Ave.
New York, NY 10022-3598
212-836-8000
Fax: 212-836-7154
Email: tsmart@kayescholer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Omega Scientific,Inc**                     represented by **Paul C. Llewellyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Minogue, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Omega Press, Inc**                         represented by **Paul C. Llewellyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Minogue, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Notice**

**USCA**                                     represented by **USCA**

40 Foley Square
New York, NY 10007
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Swatch Group Ltd**                          represented by   **Philip J. Miolene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess M. Collen**
Collen Law Associates
80 S. Highland Ave.
Ossining, NY 10562
914-941-5668
Fax: 914-941-6091
Email: jcollen@collenlaw.com

**ThirdParty Plaintiff**

**Omega Eng, Inc**                            represented by   **Anthony P. DeLio**
(See above for address)
*TERMINATED: 12/24/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Peterson**
(See above for address)
*TERMINATED: 12/24/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Curcio**
(See above for address)
*TERMINATED: 12/24/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Omega Electronics AG**                      represented by   **James R. Hastings**
*TERMINATED: 01/22/2003*                                      (See above for address)
*TERMINATED: 01/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Fattibene**
(See above for address)

                             *TERMINATED: 01/22/2003*
                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Omega Eng, Inc**               represented by  **Anthony P. DeLio**
                             (See above for address)
                             *TERMINATED: 12/24/2003*
                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE NOTICED*

                             **Peter W. Peterson**
                             (See above for address)
                             *TERMINATED: 12/24/2003*
                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE NOTICED*

                             **Robert Curcio**
                             (See above for address)
                             *TERMINATED: 12/24/2003*
                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Omega S.A.**                 represented by  **Jess M. Collen**
                             (See above for address)
                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE NOTICED*

                             **Philip J. Miolene**
                             (See above for address)
                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE NOTICED*

                             **James R. Hastings**
                             (See above for address)
                             *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Swatch Group Ltd**

**Counter Claimant**

**Omega Eng, Inc**

**Counter Claimant**

**Omega Press, Inc**

**Counter Claimant**

**Omega Scientific,Inc**

V.

**Counter Defendant**

**Omega S.A.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2001 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # B003006 (D'Andrea, S.) (Entered: 11/14/2001) |
| 11/13/2001 | | SUMMONS(ES) issued for Omega Eng, Inc (D'Andrea, S.) (Entered: 11/14/2001) |
| 11/13/2001 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 5/15/02 ; Dispositive Motions due 6/14/02 Amended Pleadings due 1/13/02 Motions to Dismiss due 2/13/02 (D'Andrea, S.) (Entered: 11/14/2001) |
| 12/03/2001 | 3 | APPEARANCE of Attorney for Omega Eng, Inc -- Peter W. Peterson (Kolesnikoff, D.) (Entered: 12/04/2001) |
| 12/03/2001 | 4 | APPEARANCE of Attorney for Omega Eng, Inc -- Robert Curcio (Kolesnikoff, D.) (Entered: 12/04/2001) |
| 12/03/2001 | 5 | APPEARANCE of Attorney for Omega Eng, Inc -- Anthony P. DeLio (Kolesnikoff, D.) (Entered: 12/04/2001) |
| 12/03/2001 | 6 | MOTION by Omega Eng, Inc to Extend Time to 1/10/02 to respond to complaint & to 2/1/02 to file parties planning conference report (Kolesnikoff, D.) (Entered: 12/04/2001) |
| 12/10/2001 | | ENDORSEMENT granting [6-1] motion to Extend Time to 1/10/02 to respond to complaint & to 2/1/02 to file parties planning conference report, 26(f) Report of Conference Due 2/11/02 ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 12/11/2001) |
| 12/13/2001 | 7 | SUMMONS Returned Executed on 11/21/01 as to Omega Eng, Inc (Kolesnikoff, D.) (Entered: 12/14/2001) |
| 12/13/2001 | 8 | NOTICE of filing return of service by Omega S.A. (Kolesnikoff, D.) (Entered: 12/14/2001) |
| 01/08/2002 | 9 | THIRD-PARTY COMPLAINT by Omega Eng, Inc against Omega Electronics AG; jury demand, Answer to Complaint with affirmative defenses and counterclaim by Omega Eng, Inc against Omega SA and Omega Electronics, AG(part 1 of 2) (Kolesnikoff, D.) Modified on 01/10/2002 (Entered: 01/10/2002) |
| 01/08/2002 | 9 | Third Party Complaint and ANSWER to Complaint, with affirmative defenses; jury demand and COUNTERCLAIM by Omega Eng, Inc against Omega S.A., Omega Electronics AG(part 2 of 2) (Kolesnikoff, |

| | | D.) (Entered: 01/10/2002) |
|---|---|---|
| 01/29/2002 | 10 | MOTION by Omega S.A. to Extend Time to 2/27/02 to respond to counterclaims & conduct planning conference (Kolesnikoff, D.) (Entered: 01/30/2002) |
| 01/31/2002 | | ENDORSEMENT granting [10-1] motion to Extend Time to 2/27/02 to respond to counterclaims & conduct planning conference ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 02/01/2002) |
| 03/04/2002 | 14 | APPEARANCE of Attorney for Omega S.A., Omega Electronics AG -- Paul A. Fattibene (Kolesnikoff, D.) (Entered: 03/06/2002) |
| 03/04/2002 | 15 | MOTION by Omega Electronics AG to Dismiss Case (Brief Due 3/25/02 ) (Kolesnikoff, D.) (Entered: 03/06/2002) |
| 03/04/2002 | 16 | MEMORANDUM by Omega Electronics AG in support of [15-1] motion to Dismiss Case (Kolesnikoff, D.) (Entered: 03/06/2002) |
| 03/04/2002 | 17 | ANSWER, Affirmative Defenses & Jury Demand by Omega S.A. to [9-2] counter claim by Omega Eng, Inc (part 1 of 2) (Kolesnikoff, D.) (Entered: 03/06/2002) |
| 03/04/2002 | 17 | Answer, Affirmative Defenses to Counterclaim & DEMAND for jury trial by Omega S.A.(part 2 of 2) (Kolesnikoff, D.) (Entered: 03/06/2002) |
| 03/05/2002 | 11 | Notice to counsel regarding 26(f). Report of Conference due 3/20/02 ( signed by Clerk ) (Sbalbi, B.) (Entered: 03/05/2002) |
| 03/05/2002 | 12 | MOTION by Omega Eng, Inc for Richard A. De Sevo to Appear Pro Hac Vice (Kolesnikoff, D.) (Entered: 03/06/2002) |
| 03/05/2002 | 13 | MOTION by Omega Eng, Inc for Thomas A. Smart to Appear Pro Hac Vice (Kolesnikoff, D.) (Entered: 03/06/2002) |
| 03/06/2002 | | ENDORSEMENT [12-1] motion for Richard A. De Sevo to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Kolesnikoff, D.) (Entered: 03/06/2002) |
| 03/06/2002 | | ENDORSEMENT [13-1] motion for Thomas A. Smart to Appear Pro Hac Vice ordered accordingly Thomas A. Smart ( signed by Clerk ) (Kolesnikoff, D.) (Entered: 03/06/2002) |
| 03/11/2002 | 18 | MOTION by Omega S.A., Omega Electronics AG for James R. Hastings to Appear Pro Hac Vice (Kolesnikoff, D.) (Entered: 03/12/2002) |
| 03/11/2002 | | ENDORSEMENT [18-1] motion for James R. Hastings to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Kolesnikoff, D.) (Entered: 03/12/2002) |
| 03/14/2002 | 19 | REPORT of Parties Planning Meeting (Kolesnikoff, D.) (Entered: 03/15/2002) |
| 03/25/2002 | 20 | APPEARANCE of Attorney for Omega S.A., Omega Electronics AG, -- James R. Hastings (Kolesnikoff, D.) (Entered: 03/25/2002) |

| 03/26/2002 | 21 | Response to Order to Show Cause by Omega S.A., Omega Eng, Inc, Omega Electronics AG (Kolesnikoff, D.) (Entered: 03/27/2002) |
|---|---|---|
| 03/26/2002 | 22 | MOTION by Omega Eng, Inc to Extend Time to 4/24/02 to respond to Motion to Dismiss (Kolesnikoff, D.) (Entered: 03/27/2002) |
| 03/28/2002 | | ENDORSEMENT granting [22-1] motion to Extend Time to 4/24/02 to respond to Motion to Dismiss, Brief Deadline set for 4/24/02 [15-1] motion to Dismiss Case ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 04/01/2002) |
| 04/17/2002 | 23 | MOTION by Omega S.A. to Extend Time one week to amend complaint/counterclaims (Sanders, C.) (Entered: 04/17/2002) |
| 04/19/2002 | | ENDORSEMENT granting [23-1] motion to Extend Time one week to amend complaint/counterclaims ( signed by Judge Stefan R. Underhill ) (Gutierrez, Y.) (Entered: 04/19/2002) |
| 04/19/2002 | | ENDORSEMENT granting [19-1] report, reset Discovery deadline to 12/2/02 , reset Dispositive Motions due by 1/3/03 , reset Status Conference for 11:30 5/10/02 ( signed by Judge Stefan R. Underhill ) (Sanders, C.) (Entered: 04/22/2002) |
| 04/22/2002 | 24 | MOTION by Omega S.A. to Amend [1-1] complaint (Brief Due 5/13/02) (Candee, D.) (Entered: 04/22/2002) |
| 04/24/2002 | 25 | MOTION by Omega Eng, Inc to Extend Time to 6/10/02 to respond to Motion to Dismiss (Candee, D.) (Entered: 04/24/2002) |
| 05/01/2002 | 26 | Calendar and Order re Status Conference set for 5/10/02 at 11:30 ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 05/01/2002) |
| 05/01/2002 | | ENDORSEMENT granting [25-1] motion to Extend Time to 6/10/02 to respond to Motion to Dismiss, Brief Deadline set for 6/10/02 [15-1] motion to Dismiss Case ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 05/02/2002) |
| 05/02/2002 | | ENDORSEMENT granting [24-1] motion to Amend [1-1] complaint ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 05/02/2002) |
| 05/02/2002 | 27 | AMENDED COMPLAINT by Omega S.A. adding Omega Scientific,Inc, Omega Press, Inc amending [1-1] complaint; jury demand (Kolesnikoff, D.) (Entered: 05/02/2002) |
| 05/13/2002 | 28 | MOTION by Omega Eng, Inc for Reconsideration of order dated 5/2/02 re: [24-1] motion to Amend [1-1] complaint (Brief Due 6/3/02 ) (Kolesnikoff, D.) (Entered: 05/13/2002) |
| 05/13/2002 | 29 | MEMORANDUM by Omega Eng, Inc in support of [28-1] motion for Reconsideration of order dated 5/2/02 re: [24-1] motion to Amend [1-1] complaint (Kolesnikoff, D.) (Entered: 05/13/2002) |
| 05/21/2002 | 30 | MOTION by Omega Eng, Inc to Amend [9-1] answer by Omega Eng, Inc, [9-2] counter claim by Omega Eng, Inc (Kolesnikoff, D.) (Entered: |

| | | 05/21/2002 |
|---|---|---|
| 05/28/2002 | 31 | MOTION by Omega Scientific,Inc, Omega Press, Inc for Protective Order Regarding deposition & document subpoenas (Brief Due 6/18/02 ) (Kolesnikoff, D.) (Entered: 05/29/2002) |
| 05/28/2002 | 32 | MEMORANDUM with Exhibits attached by Omega Scientific,Inc, Omega Press, Inc in support of [31-1] motion for Protective Order Regarding deposition & document subpoenas (Kolesnikoff, D.) (Entered: 05/29/2002) |
| 05/28/2002 | 33 | AFFIDAVIT of Aaron Stiefel by Omega Scientific,Inc, Omega Press, Inc Re [31-1] motion for Protective Order Regarding deposition & document subpoenas by Omega Press, Inc, Omega Scientific,Inc (Kolesnikoff, D.) (Entered: 05/29/2002) |
| 05/29/2002 | 34 | OBJECTIONS by Omega S.A. to [31-1] motion for Protective Order Regarding deposition & document subpoenas by Omega Press, Inc, Omega Scientific,Inc (Kolesnikoff, D.) (Entered: 05/30/2002) |
| 06/06/2002 | 35 | OBJECTIONS by Omega S.A. to [28-1] motion for Reconsideration of order dated 5/2/02 re: [24-1] motion to Amend [1-1] complaint by Omega Eng, Inc (Kolesnikoff, D.) (Entered: 06/06/2002) |
| 06/11/2002 | 36 | REPLY by Omega Scientific,Inc, Omega Press, Inc to response to [31-1] motion for Protective Order Regarding deposition & document subpoenas by Omega Press, Inc, Omega Scientific,Inc (Kolesnikoff, D.) (Entered: 06/12/2002) |
| 09/19/2002 | 37 | LETTER dated 9/13/02 Regarding: continuing stay of case by Omega S.A., Omega Eng, Inc (Kolesnikoff, D.) (Entered: 09/20/2002) |
| 09/19/2002 | | ENDORSEMENT so ordered [37-1] letter Regarding: continuing informal stay of case for 45 days ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) Modified on 09/20/2002 (Entered: 09/20/2002) |
| 12/13/2002 | 38 | Amended REPORT of Parties Planning Meeting (Kolesnikoff, D.) (Entered: 12/13/2002) |
| 12/17/2002 | | ENDORSEMENT approving [38-1] report, resetting Discovery deadline to 7/28/03 , resetting Dispositive Motions due by 8/31/02 ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 12/19/2002) |
| 12/17/2002 | | ENDORSEMENT denying as moot[30-1] motion to Amend [9-1] answer by Omega Eng, Inc, [9-2] counter claim by Omega Eng, Inc ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 12/19/2002) |
| 12/17/2002 | | ENDORSEMENT denying without prejudice [31-1] motion for Protective Order Regarding deposition & document subpoenas ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 12/19/2002) |
| 12/17/2002 | | ENDORSEMENT denying without prejudice [15-1] motion to Dismiss Case ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 12/19/2002) |

| 12/17/2002 | | ENDORSEMENT denying as moot [28-1] motion for Reconsideration of order dated 5/2/02 re: [24-1] motion to Amend [1-1] complaint ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 12/19/2002) |
|---|---|---|
| 01/13/2003 | 39 | AMENDED COMPLAINT by Omega S.A. amending [27-1] amended complaint by Omega S.A.; jury demand (Kolesnikoff, D.) (Entered: 01/15/2003) |
| 01/14/2003 | 40 | STIPULATION of dismissal of party as to Omega Electronics AG (Kolesnikoff, D.) (Entered: 01/16/2003) |
| 01/22/2003 | | ENDORSEMENT granting [40-1] stipulation of dismissal as to counterclaim defendant Omega Electronics, AG ( signed by Judge Stefan R. Underhill ) (Kolesnikoff, D.) (Entered: 01/22/2003) |
| 01/31/2003 | 41 | MOTION by Omega Eng, Inc, Omega Scientific,Inc, Omega Press, Inc to Dismiss Second Amended Complaint , or in the alternative for More Definite Statement , and for Partial Summary Judgment (Brief Due 2/21/03 (Kolesnikoff, D.) (Entered: 02/03/2003) |
| 01/31/2003 | 42 | MEMORANDUM by Omega Eng, Inc, Omega Scientific,Inc, Omega Press, Inc in support of [41-1] motion to Dismiss Second Amended Complaint, [41-2] motion for More Definite Statement, [41-3] motion for Partial Summary Judgment (Kolesnikoff, D.) (Entered: 02/03/2003) |
| 01/31/2003 | 43 | AFFIDAVIT of Thomas A. Smart by Omega Eng, Inc, Omega Scientific,Inc, Omega Press, Inc Re [41-1] motion to Dismiss Second Amended Complaint by Omega Press, Inc, Omega Scientific,Inc, Omega Eng, Inc, [41-2] motion for More Definite Statement by Omega Press, Inc, Omega Scientific,Inc, Omega Eng, Inc, [41-3] motion for Partial Summary Judgment by Omega Press, Inc, Omega Scientific,Inc, Omega Eng, Inc (Kolesnikoff, D.) (Entered: 02/03/2003) |
| 01/31/2003 | 44 | AFFIDAVIT of Christine Riggs by Omega Eng, Inc, Omega Scientific,Inc, Omega Press, Inc Re [41-3] motion for Partial Summary Judgment by Omega Press, Inc, Omega Scientific,Inc, Omega Eng, Inc (Kolesnikoff, D.) (Entered: 02/03/2003) |
| 02/24/2003 | 45 | MEMORANDUM by Omega S.A. in Opposition to [41-1] Motion to Dismiss Second Amended Complaint by Omega Press, Inc, Omega Scientific,Inc, Omega Eng, Inc (D'Andrea, S.) (Entered: 02/25/2003) |
| 02/24/2003 | 46 | MEMORANDUM by Omega S.A. in Opposition to [41-1] Motion to Dismiss Second Amended Complaint by Omega Press, Inc, Omega Scientific,Inc, Omega Eng, Inc (D'Andrea, S.) (Entered: 02/26/2003) |
| 03/03/2003 | 47 | REPLY by Omega Eng, Inc, Omega Scientific,Inc, Omega Press, Inc to response to [41-1] motion to Dismiss Second Amended Complaint by Omega Press, Inc, Omega Scientific,Inc, Omega Eng, Inc (Sbalbi, B.) (Entered: 03/05/2003) |
| 04/22/2003 | 48 | Motion hearing held re: [41-1] motion to Dismiss Second Amended Complaint by Omega Press, Inc, Omega Scientific,Inc, Omega Eng, Inc, [41-2] motion for More Definite Statement by Omega Press, Inc, Omega |

| | | |
|---|---|---|
| | | Scientific,Inc, Omega Eng, Inc, [41-3] motion for Partial Summary Judgment by Omega Press, Inc, Omega Scientific,Inc, Omega Eng, Inc ( SRU) (Sbalbi, B.) (Entered: 04/24/2003) |
| 04/22/2003 | | MINUTE Entry: denying [41-1] motion to Dismiss Second Amended Complaint, denying [41-2] motion for More Definite Statement, granting [41-3] motion for Partial Summary Judgment ( SRU) (Sbalbi, B.) (Entered: 04/24/2003) |
| 05/07/2003 | 49 | TRANSCRIPT for date of 4/22/03 (Court reporter: Susan E. Catucci) (Beverly, T.) (Entered: 05/07/2003) |
| 08/19/2003 | | Deadline updated; reset Dispositive Motions due by 8/31/03 (Sbalbi, B.) (Entered: 08/19/2003) |
| 08/22/2003 | 50 | ORDER of Transfer ( signed by Judge Stefan R. Underhill ) to Judge Mark R. Kravitz (Pesta, J.) (Entered: 08/22/2003) |
| 10/02/2003 | 51 | ORDER - a hearing/conference shall be held on December 4 & 5, 2003 at 10:00 a.m. ( signed by Mag. Judge Thomas P. Smith ) (Gothers, M.) (Entered: 10/03/2003) |
| 10/08/2003 | 52 | Status Conference held ( MRK) (Falcone, K.) (Entered: 10/09/2003) |
| 10/08/2003 | 53 | SCHEDULING ORDER setting Discovery cutoff 8/16/04 ; Dispositive Motions due 9/15/04 ; Status Report by <date not set> . Jury Selection set for <date not set> Filing of Trial Memorandum by <date not set> Trial Ready Date Set for <date not set> Answer due <date not set> for Omega Press, Inc, for Omega Scientific,Inc, for Omega Eng, Inc Trial will commence 9/15/04 ( Signed by Judge Mark R. Kravitz ) (Falcone, K.) (Entered: 10/09/2003) |
| 10/14/2003 | 54 | Third AMENDED COMPLAINT against Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc , filed by Omega S.A..(Kolesnikoff, D.) (Entered: 10/17/2003) |
| 11/03/2003 | 55 | NOTICE of Appearance by Thomas E. Minogue Jr. on behalf of Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc (Brown, S.) (Entered: 11/06/2003) |
| 11/03/2003 | 56 | ANSWER, Affirmative Defenses to Amended Third Complaint, THIRD PARTY COMPLAINT against Swatch Group Ltd, COUNTERCLAIM against Omega S.A. by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Attachments: # 1 Supplement Continuation of Answer# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# (5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14)(Brown, S.) Modified on 1/21/2004 (Inferrera, L.). (Entered: 11/10/2003) |
| 12/04/2003 | 57 | MOTION for Leave to Appear pro hac vice Attorney Paul Llewellyn. Filing Fee $25.00. Receipt Number N010975. by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Depino, F.) (Entered: 12/08/2003) |

| 12/08/2003 | 58 | ENDORSEMENT ORDER Ordered Accordingly 57 Motion for Paul Llewellyn to Appear pro hac vice . Signed by Clerk on 12/8/03. (Depino, F.) (Entered: 12/09/2003) |
| 12/08/2003 | 59 | MEMORANDUM & ORDER Settlement Conference set for 2/19/2004 10:00 AM in West Courtroom - Hartford before Thomas P. Smith. Signed by Judge Thomas P. Smith on 12/8/03. (D'Onofrio, B.) (Entered: 12/11/2003) |
| 12/16/2003 | 60 | MOTION for Peter Peterson, Anthony DeLio and Robert Curcio to Withdraw as Attorneys by Omega Eng, Inc. (Brown, S.) Modified on 12/24/2003 (Brown, S.). (Entered: 12/16/2003) |
| 12/18/2003 | 61 | ANSWER and Affirmative Defenses to Counterclaims by Omega S.A.. (Brown, S.) (Entered: 12/18/2003) |
| 12/23/2003 | 62 | NOTICE of Appearance by Paul C. Llewellyn on behalf of Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc (Brown, S.) (Entered: 12/24/2003) |
| 12/24/2003 | 63 | ORDER granting 60 Motion to Withdraw as Attorney. Attorney Peter W. Peterson; Robert Curcio and Anthony P. DeLio terminated . Signed by Judge Mark R. Kravitz on 12/22/03. (Brown, S.) (Entered: 12/24/2003) |
| 01/16/2004 | 64 | Answer to 56 Counterclaim by Swatch Group Ltd. (Inferrera, L.) (Entered: 01/21/2004) |
| 01/21/2004 |  | DOCKET ENTRY CORRECTION re 56 Answer to Amended Complaint, counterclaim - Added Affirmative Defenses to entry (Inferrera, L.) (Entered: 01/21/2004) |
| 01/26/2004 | 65 | REPORT of Rule 26(f) Planning Meeting. (Brown, S.) (Entered: 01/26/2004) |
| 01/30/2004 | 66 | proceedings held before Judge Mark R. Kravitz : Telephone Status Conference held on 1/30/2004. (Brown, S.) Modified on 1/30/2004 (Brown, S.). (Entered: 01/30/2004) |
| 02/10/2004 | 67 | ORDER re Settlement Conference for Omega III to be rescheduled; however, hearing on Motion to Enforce settlement agreement in Omega I will go forward as scheduled on 2/18/04 at 10:00 am. Signed by Magistrate Judge Thomas P. Smith on 2/10/04. (D'Onofrio, B.) (Entered: 02/14/2004) |
| 03/12/2004 | 68 | Minute Entry for proceedings held before Judge Mark R. Kravitz : Telephonic Status Conference held on 3/12/2004. (Brown, S.) (Entered: 03/19/2004) |
| 04/01/2004 | 69 | MOTION for Judgment by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc.Responses due by 4/22/2004 (Brown, S.) (Entered: 04/01/2004) |
| 04/01/2004 | 70 | Memorandum in Support re 69 MOTION for Judgment filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Attachments: # 1 |

| | | document continuation# 2 document continuation)(Brown, S.) (Entered: 04/05/2004) |
|---|---|---|
| 04/01/2004 | 71 | Manually Filed AFFIDAVIT re 69 MOTION for Judgment Signed By Christine Riggs filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 04/05/2004) |
| 04/01/2004 | 72 | Manually Filed AFFIDAVIT re 69 MOTION for Judgment Signed By Thomas Smart filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 04/05/2004) |
| 04/01/2004 | 73 | Certificate of Service by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc re 70 Memorandum in Support of Motion, [71] Affidavit, [72] Affidavit, 69 MOTION for Judgment (Brown, S.) (Entered: 04/05/2004) |
| 04/22/2004 | 74 | Memorandum in support of Opposition to 69 MOTION for Judgment filed by Omega S.A.. (Attachments: # 1 Exhibit B only) Exhibit A in paper format- too large(Pesta, J.) (Entered: 04/23/2004) |
| 04/30/2004 | 75 | MOTION for Leave to Appear pro hac vice Attorney Matthew Wagner. Filing Fee $25.00. Receipt Number N012325. by Omega S.A.. (Depino, F.) (Entered: 05/03/2004) |
| 05/03/2004 | 76 | MOTION for Leave to Appear pro hac vice Attorney Jess Collen. Filing Fee $25.00. Receipt Number N012325. by Omega S.A.. (Attachments: # 1 Exhibit)(Depino, F.) (Entered: 05/03/2004) |
| 05/03/2004 | 77 | ENDORSEMENT ORDER Ordered Accordingly 76 Motion for Jess Collen to Appear pro hac vice . Signed by Clerk on 5/3/04(Depino, F.) (Entered: 05/03/2004) |
| 05/03/2004 | 78 | ENDORSEMENT ORDER Ordered Accordingly 75 Motion FOR Matthew Wagner to Appear pro hac vice . Signed by Clerk on 05/03/04. (Depino, F.) (Entered: 05/03/2004) |
| 05/06/2004 | 79 | Memorandum in Further Support re 69 MOTION for Judgment on Pleadings and Motion for Order of Preclusion re Evidence Relating to Foreign Trademark Filings filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 05/11/2004) |
| 05/06/2004 | 80 | MOTION for Order of Preclusion of Evidence Relating to Foreign Trademark Filings and Memorandum in Further Support of Motion for Judgment on the Pleadings by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 05/11/2004) |
| 05/10/2004 | 81 | MOTION for 3 week Extension of Time to file Expert Report by Omega S.A.. (Brown, S.) (Entered: 05/12/2004) |
| 05/17/2004 | 82 | RESPONSE re 81 MOTION for Extension of Time to File Expert Report filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 05/18/2004) |
| 06/01/2004 | 83 | REPLY to Response to 81 MOTION for 3 week Extension of Time to |

| | | File Expert Report filed by Omega S.A.. (Attachments: # 1 Exhibits# 2 attachment)(Brown, S.) (Entered: 06/03/2004) |
|---|---|---|
| 06/02/2004 | 84 | ORDER denying 81 Motion for 3 Week Extension of Time to File Expert Report . Signed by Judge Mark R. Kravitz on 6/1/04. (Brown, S.) (Entered: 06/03/2004) |
| 06/16/2004 | 85 | NOTICE to Counsel; Oral argument set 6/23/04 is cancelled and is reset to 7/20/04 @ 2:00 . Signed by Judge Mark R. Kravitz on 6/16/04. (Brown, S.) Modified on 6/17/2004 (Brown, S.). (Entered: 06/17/2004) |
| 06/16/2004 | | Minute Entry for proceedings to be held before Judge Mark R. Kravitz : . Hearing set for 7/20/2004 02:00 PM before Judge Mark R. Kravitz. (Brown, S.) (Entered: 06/17/2004) |
| 06/16/2004 | | DOCKET ENTRY CORRECTION re 85 Notice TO Counsel; docket text modified to correct reset date (Brown, S.) (Entered: 06/17/2004) |
| 06/28/2004 | 86 | NOTICE of Appearance by Jess M. Collen on behalf of Omega S.A., Swatch Group Ltd (Malone, P.) (Entered: 06/30/2004) |
| 06/30/2004 | 87 | NOTICE of Appearance by Philip J. Miolene on behalf of Omega S.A., Swatch Group Ltd (Malone, P.) (Entered: 07/01/2004) |
| 07/20/2004 | 88 | Minute Entry for proceedings held before Judge Mark R. Kravitz : Motion Hearing held on 7/20/2004 re 69 MOTION for Judgment filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc, 80 MOTION for Preclusion of Evidence Order filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Court Reporter Finkelstein.) (Ghilardi, K.) (Entered: 07/20/2004) |
| 07/20/2004 | | ORDER taking under advisement 69 Motion for Judgment, taking under advisement 80 Motion for Order of Preclusion of Evidence . Ordered by Judge Mark R. Kravitz on 7/20/04. (Ghilardi, K.) (Entered: 07/20/2004) |
| 07/27/2004 | 89 | TRANSCRIPT of Proceedings held on 7/20/04 before Judge Mark R. Kravitz. Court Reporter: Thea Finkelstein. (Warner, R.) (Entered: 07/27/2004) |
| 07/27/2004 | 90 | TRANSCRIPT of Telephone Conference held on 3/12/04 before Judge Kravitz. Court Reporter: Thea Finkelstein. (Warner, R.) (Entered: 07/27/2004) |
| 07/30/2004 | 91 | NOTICE of Appearance by Matthew C Wagner on behalf of Omega S.A. (Malone, P.) (Entered: 07/30/2004) |
| 08/03/2004 | 92 | Supplemental Memorandum in Support re 69 MOTION for Judgment on Pleadings filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. Modified on 8/4/2004 (Brown, S.). (Entered: 08/04/2004) |
| 08/03/2004 | | DOCKET ENTRY CORRECTION re 92 Supplemental Memorandum in Support of Motion for Judgment on Pleadings: Docket text modified, deleting attachment (Brown, S.) (Entered: 08/04/2004) |
| 08/03/2004 | 93 | Declaration re 69 MOTION for Judgment on Pleadings Signed By Paul |

| | | Llewellyn filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 08/04/2004) |
|---|---|---|
| 08/04/2004 | 94 | Supplemental Memorandum in Opposition to 69 MOTION for Judgment on Pleadings filed by Omega S.A.. (Attachments: # 1 ExhibitA# 2 ExhibitB)(Brown, S.) (Entered: 08/04/2004) |
| 08/04/2004 | 95 | STIPULATION: Parties to file documents electronically by Omega Eng, Inc, Omega Press, Inc, Omega S.A., Omega Scientific,Inc. (Brown, S.) (Entered: 08/05/2004) |
| 08/06/2004 | 97 | Sealed Document by Omega S.A.. (Brown, S.) (Entered: 08/10/2004) |
| 08/10/2004 | 96 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. The Stipulation and Proposed Order [doc. # 95]is hereby DENIED. This case is ineligible for electronic filing since it was filed prior to October 15, 2003. Signed by Judge Mark R. Kravitz on 08/10/2004. (Carotenuto, R.) (Entered: 08/10/2004) |
| 08/19/2004 | 98 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER denying 69 Motion for Judgment. In light of this Court's preference for deciding the issues based on all available facts, as well as the proximity of the dispositive motion deadline, Defendant OEI's Motion for Judgment on the Pleadings [doc. #69] is DENIED without prejudice in the expectation that the arguments included therein will be incorporated into OEI's forthcoming motion for summary judgment. The briefs and submissions relating to the Motion for Judgment on the Pleadings can be incorporated by reference into the parties' submissions at the summary judgment stage. In light of this resolution and Judge Covello's recent ruling in Omega Engineering, Inc. v. Omega S.A., No. 3:98cv2464 (AVC) [doc. #160], OEI's request to stay the dispositive motion deadline is denied as moot. Dispositive motions will be filed by September 15, 2004. Signed by Judge Mark R. Kravitz on 08/19/2004. (Carotenuto, R.) (Entered: 08/19/2004) |
| 09/14/2004 | 99 | Stipulated MOTION for Protective Order by Omega Eng, Inc, Omega Press, Inc, Omega S.A., Omega Scientific,Inc, Swatch Group Ltd.Responses due by 10/5/2004 (Brown, S.) (Entered: 09/14/2004) |
| 09/14/2004 | 100 | ORDER granting in part and denying in part 99 Stipulated Motion for Protective Order . Signed by Judge Mark R. Kravitz on 9/14/04. (Brown, S.) (Entered: 09/15/2004) |
| 09/15/2004 | 101 | MOTION for Summary Judgment by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc.Responses due by 10/6/2004 (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 102 | MOTION for Partial Summary Judgment by Omega Eng, Inc Granting Counterclaim for Cancellation.Responses due by 10/6/2004 (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 103 | MOTION and Incorporated Memorandum for Leave to File Unredacted Documents Under Seal by Omega Eng, Inc, Omega Press, Inc, Omega |

| | | |
|---|---|---|
| | | Scientific,Inc. (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 104 | Memorandum in Support re 102 MOTION for Partial Summary Judgment on Counterclaim for Cancellation filed by Omega Eng, Inc. (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 105 | MOTION to Preclude the Testimony of James H. Fouss by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 106 | Memorandum in Support re 105 MOTION to Preclude the Testimony of James H. Fouss filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 107 | DECLARATION re 105 MOTION to Preclude the Testimony of James H. Fouss Signed By Dr. Seymour Lieberman filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 108 | Statement of Material Facts re 101 MOTION for Summary Judgment, 102 MOTION for Partial Summary Judgment filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 109 | DECLARATION re 101 MOTION for Summary Judgment Signed By B. Christine Riggs, Esq. filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc.Exhibits in manual format.(Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 110 | DECLARATION re 101 MOTION for Summary Judgment, 102 MOTION for Partial Summary Judgment Signed By Thomas A. Smart filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. Exhibits in manual format (3 bound volumes)(Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 111 | DECLARATION re 101 MOTION for Summary Judgment Signed By Michelle R. Tepper filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc.Exhibits in manual format.(Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 112 | DECLARATION re 101 MOTION for Summary Judgment, 105 MOTION to Preclude the Testimony of James H. Fouss Signed By Dr. Milton B. Hollander filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Exhibits in manual format - one bound volume and 3 redwell folders)(Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 113 | NOTICE of Manual Filing of Exhibits by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc re 111 DECLARATION of Michelle Tepper, 112 DECLARATION of Dr. Milton Hollander 109 DECLARATION of B. Christine Riggs, 110 DECLARATION of Thomas Smart (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 114 | CERTIFICATE OF SERVICE by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc (Inferrera, L.) (Entered: 09/16/2004) |

| | | |
|---|---|---|
| 09/15/2004 | 115 | NOTICE of Filing Under Seal Pursuant to LR 5(d)(2) by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 116 | Motion for Partial Summary Judgment by Omega S.A.. (Inferrera, L.) Modified on 5/12/2005 to add PDF (S-Larsen, M.). (Entered: 09/16/2004) |
| 09/15/2004 | 117 | NOTICE of Manual Filing by Omega S.A. re 116 SEALED MOTION (Inferrera, L.) (Entered: 09/16/2004) |
| 09/15/2004 | 118 | Statement of Undisputed Facts by Omega S.A. re 116 MOTION for Partial Summary Judgment. (Inferrera, L.) .pdf added on 5/12/2005 (Kolesnikoff, D.) (Entered: 09/16/2004) |
| 09/15/2004 | 119 | Memorandum of Law in Support by Omega S.A. re 116 MOTION for Partial Summary Judgment. (Inferrera, L.) EXHIBITS ATTACHED IN PAPER FORM .pdf added on 5/12/2005 (Kolesnikoff, D.) (Entered: 09/16/2004) |
| 09/15/2004 | 120 | Affidavit of David Ewen by Omega S.A. re 116 MOTION for Partial Summary Judgment. (Inferrera, L.) .pdf added on 5/12/2005 (Kolesnikoff, D.). (Entered: 09/16/2004) |
| 09/15/2004 | 121 | Memorandum in Support re 101 MOTION for Summary Judgment filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Attachments: # 1 Continued Memo in Support)(Inferrera, L.) (Entered: 09/16/2004) |
| 09/22/2004 | 122 | MOTION to Withdraw Request to File Documents Under Seal: 116 SEALED MOTION, 118 Sealed Document, 119 Sealed Document, 120 Sealed Document by Omega S.A.. (Brown, S.) (Entered: 09/23/2004) |
| 09/22/2004 | 123 | Declaration re 103 MOTION to File Unredacted Documents Under Seal Signed By Milton Hollander filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 09/23/2004) |
| 09/29/2004 | 124 | NOTICE OF ELECTRONIC ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting absent objection 103 Defendants' Motion for Leave to File Unredacted Documents Under Seal. Signed by Judge Mark R. Kravitz on 09/29/2004. (Carotenuto, R.) (Entered: 09/29/2004) |
| 10/05/2004 | 127 | AFFIDAVIT re 116 SEALED MOTION Signed By Hilda Burke filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 125 | Memorandum in Opposition re 116 SEALED MOTION filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 126 | Statement of Material Facts re 116 SEALED MOTION filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 10/08/2004) |

| 10/06/2004 | 128 | AFFIDAVIT re 116 SEALED MOTION Signed By B. Christine Riggs filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 129 | AFFIDAVIT re 116 SEALED MOTION Signed By Thomas Smart filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 130 | MOTION to Strike 102 MOTION for Partial Summary Judgment granting Counterclaims for Cancellation by Omega S.A..Responses due by 10/27/2004 (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 131 | MOTION to Stay Case Pending Appeal by Omega S.A..Responses due by 10/27/2004 (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 132 | Memorandum in Support re 131 MOTION to Stay Pending Appeal filed by Omega S.A.. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 133 | MOTION To Place Confidential Information Underseal by Omega S.A..Responses due by 10/27/2004 (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 134 | Objection to 105 MOTION to Preclude the Testimony of James H. Fouss filed by Omega S.A.. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 135 | Memorandum in Opposition to 105 MOTION to Preclude the Testimony of James H. Fouss filed by Omega S.A.. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 136 | Statement of Material Facts re 101 MOTION for Summary Judgment filed by Omega S.A.. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 137 | Declaration Signed By Amy Laaraj filed by Omega S.A.. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 138 | Declaration Signed By Robert Emmons filed by Omega S.A.. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 139 | Manually filed Declaration Signed By Brendan Reilly filed by Omega S.A.. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 140 | Manually Filed EXHIBITS B-O to Declaration of Brendan Reilly by Omega S.A.. (Brown, S.) (Entered: 10/08/2004) |
| 10/06/2004 | 141 | Manually Filed EXHIBIT by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. Related document: 116 SEALED MOTION filed by Omega S.A., 128 Affidavit by Riggs filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc.(Brown, S.). Modified on 10/12/2004 (Brown, S.). (Entered: 10/12/2004) |
| 10/06/2004 | 142 | Manually Filed EXHIBIT U by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. Related document: 116 SEALED MOTION filed by Omega S.A., 128 Affidavit by Riggs filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc.(Brown, S.) (Entered: 10/12/2004) |
| 10/06/2004 | 143 | Manually Filed EXHIBIT W by Omega Eng, Inc, Omega Press, Inc, |

| | | |
|---|---|---|
| | | Omega Scientific,Inc. Related document: <u>116</u> SEALED MOTION filed by Omega S.A., <u>128</u> Affidavit by Riggs filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc.(Brown, S.) (Entered: 10/12/2004) |
| 10/06/2004 | <u>144</u> | NOTICE of Manually Filing Exhibits by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc re [141] Exhibit, [142] Exhibit, [143] Exhibit (Brown, S.) (Entered: 10/12/2004) |
| 10/06/2004 | <u>145</u> | Memorandum in Opposition re <u>101</u> MOTION for Summary Judgment, <u>102</u> MOTION for Summary Judgment filed by Omega S.A.. (Attachments: # <u>1</u> Document continuation# <u>2</u> document continuation) (Brown, S.) (Entered: 10/12/2004) |
| 10/06/2004 | <u>146</u> | CERTIFICATE OF SERVICE of Documents dated 10/6/04 by Omega S.A. (Brown, S.) (Entered: 10/12/2004) |
| 10/12/2004 | | DOCKET ENTRY CORRECTION re [141] Manually filed Exhibit; docket text modified to reflect that exhibit is manually filed (Brown, S.) (Entered: 10/12/2004) |
| 10/21/2004 | <u>147</u> | REPLY to Response to <u>105</u> MOTION to Preclude the Testimony of James H. Fouss filed by Omega Eng, Inc. (Brown, S.) (Entered: 10/21/2004) |
| 10/21/2004 | <u>148</u> | REPLY to Response to <u>101</u> MOTION for Summary Judgment filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 10/21/2004) |
| 10/21/2004 | <u>149</u> | REPLY to Response to <u>102</u> MOTION for Partial Summary Judgment on Counterclaims for Cancellation filed by Omega Eng, Inc. (Brown, S.) (Entered: 10/21/2004) |
| 10/21/2004 | <u>150</u> | Declaration with manually filed exhibits attached, re <u>101</u> MOTION for Summary Judgment Signed By Christine Riggs filed by Omega Eng, Inc. (Brown, S.) Modified on 10/21/2004 (Brown, S.). (Entered: 10/21/2004) |
| 10/21/2004 | | DOCKET ENTRY CORRECTION re <u>150</u> Declaration, docket text modified to note manually filed exhibits (Brown, S.) (Entered: 10/21/2004) |
| 10/22/2004 | <u>151</u> | REPLY MEMORANDUM In Support of <u>116</u> SEALED MOTION for Summary Judgment filed by Omega S.A.. (Pesta, J.) (Entered: 10/22/2004) |
| 10/22/2004 | <u>152</u> | SUPPLEMENTAL Statement of Material Facts in support of <u>116</u> SEALED MOTION filed by Omega S.A., Swatch Group Ltd. (Pesta, J.) (Entered: 10/22/2004) |
| 10/22/2004 | <u>153</u> | DECLARARTION re: <u>116</u> SEALED MOTION Signed By Bradford L. COle filed by Omega S.A., Swatch Group Ltd. (Pesta, J.) (Entered: 10/22/2004) |
| 10/22/2004 | <u>154</u> | SUPPLEMENTAL DECLARATION re <u>116</u> SEALED MOTION Signed By Amy Laaraj filed by Omega S.A., Swatch Group Ltd. (Pesta, J.) |

| | | (Entered: 10/22/2004) |
|---|---|---|
| 10/22/2004 | 156 | MOTION to Seal Document 155 REDACTED DECLARATION Signed By Peter Stierli by Omega S.A.. (Pesta, J.) (Entered: 10/26/2004) |
| 10/22/2004 | 157 | CERTIFICATE OF SERVICE by Omega S.A. of 151 Reply to Response to Motion, 152 Statement of Material Facts, 153 Affidavit, 154 Affidavit, 155 Affidavit, 156 MOTION to Seal Document 155 Affidavit (Pesta, J.) (Entered: 10/26/2004) |
| 10/26/2004 | 155 | REDACTED DECLARATION Signed By Peter Stierli filed by Omega S.A., Swatch Group Ltd. (Attachments: # 1 Notice of Manual Filing of Exhibit B)(Pesta, J.) (Entered: 10/26/2004) |
| 10/27/2004 | 158 | Memorandum in Opposition re 131 MOTION to Stay filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Attachments: # 1 ExhibitA# 2 ExhibitB# 3 ExhibitC# 4 EExhibitD# 5 ExhibitE# 6 ExhibitF# 7 ExhibitG# 8 ExhibitH# 9 ExhibitI)(Brown, S.) (Entered: 10/27/2004) |
| 11/09/2004 | 159 | Amended CERTIFICATE OF SERVICE by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc (Brown, S.) (Entered: 11/10/2004) |
| 11/10/2004 | 160 | MOTION for Leave to File Surreply and incorporated Memorandum of Law in opposition to Motion for Summary Judge by Omega S.A.. (Brown, S.) (Entered: 11/12/2004) |
| 11/10/2004 | 162 | REPLY to Response to 131 MOTION to Stay filed by Omega S.A.. (Brown, S.) (Entered: 11/17/2004) |
| 11/12/2004 | 161 | MOTION to Preclude Supplemental Statement of Facts, Declarations of Stierli and Cole, and numerous manually filed hearsay Exhibits by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) Modified on 11/18/2004 (Brown, S.). (Entered: 11/12/2004) |
| 11/18/2004 | | DOCKET ENTRY CORRECTION re 161 MOTION to Preclude Supplemental Statement of Facts, Declarations of Stierli and Cole, and numerous manually filed hearsay Exhibits; docket text modified to include "manually" in text (Brown, S.) (Entered: 11/18/2004) |
| 11/22/2004 | 163 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 160 Motion for Leave to File. Plaintiff shall file a Sur Reply and incorporated Memorandum of Law in support of its opposition to Defendants' Motion for Summary Judgment no later than November 30, 2004. Signed by Judge Mark R. Kravitz on 11/22/2004. (Carotenuto, R.) (Entered: 11/22/2004) |
| 11/22/2004 | | Set Deadlines as to 102 MOTION for Summary Judgment, 101 MOTION for Summary Judgment. Responses due by 11/30/2004 (Brown, S.) (Entered: 11/22/2004) |
| 12/06/2004 | 164 | Memorandum in Opposition re 101 MOTION for Summary Judgment filed by Omega S.A.. (Attachments: # 1 Exhibits# 2 attachmt)(Brown, S.) (Entered: 12/06/2004) |

| 12/06/2004 | 165 | Memorandum in Opposition re 161 MOTION to Preclude Supplemental Statement of Facts, Declarations of Stierli and Cole, and numerous hearsay exhibits filed by Omega S.A.. (Attachments: # 1 Exhibit# 2 attachmt)(Brown, S.) (Entered: 12/07/2004) |
|---|---|---|
| 12/20/2004 | 166 | REPLY to Response to 161 MOTION to Preclude Supplemental Statemt of Facts Affs of Stierli and Cole filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Brown, S.) (Entered: 12/23/2004) |
| 12/29/2004 | 167 | ORDER denying 80 Motion for Order for Preclusion of Evidence. Signed by Judge Mark R. Kravitz on 12/29/04. (Brown, S.) (Entered: 12/30/2004) |
| 01/04/2005 | 168 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing set for 1/19/2005 01:30 PM in Courtroom Four 141 Church Street, New Haven before Judge Mark R. Kravitz. (S-Ghilardi, K.) (Entered: 01/04/2005) |
| 01/19/2005 | 169 | Minute Entry for proceedings held before Judge Mark R. Kravitz : Motion Hearing held on 1/19/2005 re 161 MOTION to Preclude Supplemental Statemt of Facts Affs of Stierli and Cole filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc, 116 SEALED MOTION filed by Omega S.A., 130 MOTION to Strike 102 MOTION for Summary Judgment filed by Omega S.A., 101 MOTION for Summary Judgment filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc, 131 MOTION to Stay filed by Omega S.A., 102 MOTION for Summary Judgment filed by Omega Eng, Inc, 122 MOTION to Withdraw 116 SEALED MOTION, 118 Sealed Document, 119 Sealed Document, 120 Sealed Document filed by Omega S.A., 133 MOTION To Place Confidential Information Underseal filed by Omega S.A., 156 MOTION to Seal Document 155 Affidavit filed by Omega S.A., 105 MOTION to Preclude the Testimony of James H. Fouss filed by Omega Eng, Inc, Omega Press, Inc, Omega Scientific,Inc. (Court Reporter Finkelstein.) (Ghilardi, K.) (Entered: 01/19/2005) |
| 02/01/2005 | 170 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. The parties shall advise the Clerk's Office (not the Court) in writing no later than FEBRUARY 15, 2005, whether they wish the undersigned judge to recuse himself from this case in view of the disclosures made to the parties in open court on January 19, 2005. Signed by Judge Mark R. Kravitz on 2/1/2005. (Carotenuto, R.) (Entered: 02/01/2005) |
| 02/01/2005 | | Set Deadlines: Status Report due by 2/15/2005. (Ghilardi, K.) (Entered: 02/03/2005) |
| 02/15/2005 | 171 | ORDER OF TRANSFER. Case reassigned to Judge Stefan R. Underhill for all further proceedings. Signed by Judge Mark R. Kravitz on 2/15/05. (Pesta, J.) (Entered: 02/15/2005) |
| 04/13/2005 | 172 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE |

| | | |
|---|---|---|
| | | COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION., Motion Hearing set for 5/4/2005 at 1:00 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. Please see attached calendar for details. (Sbalbi, B.) (Entered: 04/13/2005) |
| 05/04/2005 | | Minute Entry for proceedings held before Judge Stefan R. Underhill : Motion Hearing held on 5/4/2005 re 161 MOTION to Preclude Supplemental Statemt of Facts Affs of Stierli and Cole filed by Omega Eng, Inc., Omega Press, Inc., Omega Scientific,Inc., 116 SEALED MOTION filed by Omega S.A., 101 MOTION for Summary Judgment filed by Omega Eng, Inc., Omega Press, Inc., Omega Scientific,Inc., 131 MOTION to Stay filed by Omega S.A., 102 MOTION for Summary Judgment filed by Omega Eng, Inc., 122 MOTION to Withdraw 116 SEALED MOTION, 118 Sealed Document, 119 Sealed Document, 120 Sealed Document filed by Omega S.A., 133 MOTION To Place Confidential Information Underseal filed by Omega S.A., 156 MOTION to Seal Document 155 Affidavit filed by Omega S.A., 105 MOTION to Preclude the Testimony of James H. Fouss filed by Omega Eng, Inc., Omega Press, Inc., Omega Scientific,Inc,. (Court Reporter Catucci.) (Montz, A.) (Entered: 05/05/2005) |
| 05/04/2005 | 174 | COURT EXHIBIT LIST. (Montz, A.) (Entered: 05/05/2005) |
| 05/04/2005 | | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 12/2/2005 09:00 in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. Jury Trial set for 12/5/2005 09:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Montz, A.) (Entered: 05/05/2005) |
| 05/05/2005 | 173 | ORAL ORDER in open Court taking under advisement 101 Motion for Summary Judgment, taking under advisement 102 Motion for Summary Judgment, denying without prejudice to renewal 105 Motion to Preclude Testimony, taking under advisement 116 Sealed Motion, granting 122 Motion to Withdraw, denying 131 Motion to Stay, granting 133 Motion to place confidential information under seal, granting 156 Motion to Seal Document Affidavit, taking under advisement 161 Motion to Preclude Supplemental Statement of Facts. Judge Stefan R. Underhill 5/4/05. (Montz, A.) (Entered: 05/05/2005) |
| 05/09/2005 | 175 | Letter from Thomas Smart Dated 5/5/05 Re: Misstatement made during 5/4/05 oral argument (Kolesnikoff, D.) (Entered: 05/13/2005) |
| 05/10/2005 | 178 | UNREDACTED VERSION (submitted in paper form and under seal) of 121 Memorandum in Support of Motion re 101 MOTION for Summary Judgment, filed by Omega Eng, Inc, Omega Scientific,Inc, Omega Press, Inc. (Cody, C.) (Entered: 05/17/2005) |
| | | |

| 05/10/2005 | 179 | UNREDACTED VERSION (submitted in paper form and under seal) of 112 Affidavit of Dr. Milton Hollander re 101 MOTION for Summary Judgment filed by Omega Eng, Inc, Omega Scientific,Inc, Omega Press, Inc. (Cody, C.) (Entered: 05/17/2005) |
| --- | --- | --- |
| 05/12/2005 | | Docket Entry Correction re 116 Sealed Motion, 118 Sealed Document, 119 Sealed Document, 120 Sealed Document. MODIFIED TO ADD PDFs. Documents previously sealed, ordered unsealed on 5/5/05. (Kolesnikoff, D.) (Entered: 05/12/2005) |
| 05/12/2005 | 176 | TRANSCRIPT of Proceedings held on 5/4/05 before Judge Underhill. Court Reporter: Catucci. (Kolesnikoff, D.) (Entered: 05/13/2005) |
| 05/16/2005 | 177 | Letter from Matthew Wagner Dated 5/12/05 in Response to post hearing letter brief of 5/5/05 (Kolesnikoff, D.) (Entered: 05/16/2005) |
| 09/29/2005 | 180 | PRETRIAL ORDERPretrial Memorandum due by 11/10/2005.. Signed by Judge Stefan R. Underhill on 9/27/05. (Kolesnikoff, D.) (Entered: 09/29/2005) |
| 09/30/2005 | 181 | RULING granting 101 Motion for Summary Judgment, denying 102 Motion for Summary Judgment, granting with respect to OEI's counterclaim and denying with respect to counts one and five 116 Sealed Motion, denying 130 Motion to Strike, denying 161 Motion to Preclude . Signed by Judge Stefan R. Underhill on 9/30/05. (Kolesnikoff, D.) (Entered: 10/03/2005) |
| 10/18/2005 | 182 | MOTION for Reconsideration & Incorporated Memorandum of Law re 181 Order on Motion for Summary Judgment, Order on Sealed Motion,, Order on Motion to Strike,, Order on Motion to Preclude, by Omega S.A..Responses due by 11/8/2005 (Kolesnikoff, D.) (Entered: 10/21/2005) |
| 10/18/2005 | 183 | CERTIFICATE OF SERVICE by Omega S.A. re 182 MOTION for Reconsideration re 181 Order on Motion for Summary Judgment,,,, Order on Sealed Motion,, Order on Motion to Strike,, Order on Motion to Preclude, (Kolesnikoff, D.) (Entered: 10/21/2005) |
| 11/03/2005 | 184 | Memorandum in Opposition re 182 MOTION for Reconsideration re 181 Order on Motion for Summary Judgment, Order on Sealed Motion, Order on Motion to Strike, Order on Motion to Preclude, filed by Omega Eng, Inc, Omega Scientific,Inc, Omega Press, Inc. (Attachments: # 1 Certificate of Service)(Simpson, T.) (Entered: 11/04/2005) |
| 11/04/2005 | 186 | Proposed Witness & Exhibit List by Omega S.A.. (Kolesnikoff, D.) (Entered: 11/09/2005) |
| 11/07/2005 | 185 | MOTION and Memorandum of Law to Voluntarily Dismiss Certain Counterclaims, MOTION to Strike Jury Demand by Omega Eng, Inc.Responses due by 11/28/2005 (Kolesnikoff, D.) (Entered: 11/09/2005) |
| 11/10/2005 | 187 | Joint TRIAL MEMO by Omega S.A., Omega Eng, Inc Estimated trial time 2-3 days. (Kolesnikoff, D.) (Entered: 11/15/2005) |

| | | |
|---|---|---|
| 11/10/2005 | 188 | MOTION in Limine & Incorporated Memorandum of Law to Preclude Hearsay & Opinion Testimony by Omega Eng, Inc.Responses due by 12/1/2005 (Kolesnikoff, D.) (Entered: 11/15/2005) |
| 11/14/2005 | 189 | Amended CERTIFICATE OF SERVICE by Omega Eng, Inc re 188 MOTION in Limine (Kolesnikoff, D.) (Entered: 11/15/2005) |
| 11/22/2005 | 190 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION., Set Deadlines/Hearings: Telephone Status Conference set for 11/22/2005 at 3:00 PM before Judge Stefan R. Underhill. (Sbalbi, B.) (Entered: 11/22/2005) |
| 11/22/2005 | 191 | Minute Entry for proceedings held before Judge Stefan R. Underhill : Telephone Status Conference held on 11/22/2005. and 10 minutes (Sbalbi, B.) (Entered: 11/22/2005) |
| 11/22/2005 | 192 | REPLY to Response to 182 MOTION for Reconsideration re 181 Order on Motion for Summary Judgment, Order on Sealed Motion, Order on Motion to Strike, Order on Motion to Preclude, filed by Omega S.A., Swatch Group Ltd. (Kolesnikoff, D.) (Entered: 11/23/2005) |
| 11/22/2005 | 193 | Revised EXHIBIT F by Omega S.A. to 187 Trial Memo. (Kolesnikoff, D.) (Entered: 11/23/2005) |
| 11/22/2005 | 194 | CERTIFICATE OF SERVICE by Omega S.A. re 193 Exhibit F, 192 Reply to Response to Motion (Kolesnikoff, D.) (Entered: 11/23/2005) |
| 11/28/2005 | 195 | OBJECTIONS to Plaintiff's Trial Exhibits filed by Omega Eng, Inc. (Kolesnikoff, D.) (Entered: 11/30/2005) |
| 11/28/2005 | 196 | MEMORANDUM of Authorities in Support of 195 Objections to Plaintiff's Trial Exhibits filed by Omega Eng, Inc. (Kolesnikoff, D.) (Entered: 11/30/2005) |
| 11/28/2005 | 197 | CERTIFICATE OF SERVICE by Omega Eng, Inc re 196 Memorandum of Authorities in Support of Objection to Plaintiff's Trial Exhibits, 195 Objections to Plaintiff's Trial Exhibits (Kolesnikoff, D.) (Entered: 11/30/2005) |
| 11/29/2005 | 198 | SUPPLEMENTAL OBJECTION & Incorporated Memorandum of Law with Respect to Belatedly Produced Exhibit filed by Omega Eng, Inc. (Kolesnikoff, D.) (Entered: 11/30/2005) |
| 11/29/2005 | 199 | OBJECTIONS to Admissability of Defendants' Exhibits, with Supporting Authority filed by Omega S.A.. (Kolesnikoff, D.) (Entered: 11/30/2005) |
| 11/29/2005 | 200 | Letter from Matthew C. Wagner Dated 11/28/05 Re: Opposition to 185 Motion to Dismiss Certain Counterclaims & to Strike Jury Demand (Kolesnikoff, D.) (Entered: 11/30/2005) |
| 12/01/2005 | 201 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS |

| | | ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION., Set Deadlines/Hearings: Pretrial Conference set for 12/2/2005 at 1:30 PM in Chambers Room 410, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Sbalbi, B.) (Entered: 12/01/2005) |
|---|---|---|
| 12/01/2005 | 204 | Opposition re 188 MOTION in Limine filed by Omega S.A.. (Attachments: # 1 Exhibit A# 2 Exhibit B, Part 1# 3 Exhibit B, Part 2# 4 Certificate of Service)(Kolesnikoff, D.) (Entered: 12/02/2005) |
| 12/02/2005 | 202 | Minute Entry for proceedings held before Judge Stefan R. Underhill : Pretrial Conference held on 12/2/2005. 20 minutes(Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered: 12/02/2005) |
| 12/02/2005 | 203 | ORDER granting 185 Motion to Strike Jury Demand. Signed by Judge Stefan R. Underhill on 12/2/05. (Sbalbi, B.) (Entered: 12/02/2005) |
| 12/06/2005 | 205 | RULING granting 182 Motion for Reconsideration. The relief requested therein is denied. Signed by Judge Stefan R. Underhill on 12/6/05. (Simpson, T.) (Entered: 12/06/2005) |
| 09/14/2006 | 206 | STIPULATION of Dismissal of second and fifth counterclaims by Omega S.A., Swatch Group Ltd, Omega Eng, Inc. (Kolesnikoff, D.) (Entered: 09/18/2006) |
| 09/20/2006 | 207 | SO ORDERED re 206 Stipulation of Dismissal of second and fifth counterclaims filed by Omega Eng, Inc,, Omega S.A., Swatch Group Ltd, . Signed by Clerk on 9/20/06. (Kolesnikoff, D.) (Entered: 09/20/2006) |
| 09/26/2006 | 208 | Letter from Deputy Clerk Dated September 26, 2006 Re: Return of Plaintiff's Exhibits (Montz, A.) (Entered: 09/26/2006) |
| 09/26/2006 | 209 | Letter from Deputy Clerk Dated September 26, 2006 Re: Return of Defendant's Exhibits (Montz, A.) (Entered: 09/26/2006) |
| 09/28/2006 | 210 | JUDGMENT in favor of defendants Omega Engineering, Inc., Omega Scientific, Inc. and Omega Press, Inc. against plaintiff, on plaintiff's five claims in complaint and for plaintiff with respect to defendants' cybersquatting counterclaim. . Signed by Clerk on 9/28/06. (Cody, C.) (Entered: 10/03/2006) |
| 10/05/2006 | 211 | ACKNOWLEDGMENT of exhibits returned by Omega S.A.. (Montz, A.) (Entered: 10/05/2006) |
| 11/01/2006 | 212 | DEFENDANTS' EXHIBITS destroyed as to Omega Eng. Inc, Omega Scientific,Inc, Omega Press, Inc. (Montz, A.) (Entered: 11/01/2006) |
| 11/02/2006 | 213 | NOTICE OF APPEAL as to 210 Judgment, 205 Order on Motion for Reconsideration, 181 Order on Motion for Summary Judgment, Order on Sealed Motion, Order on Motion to Strike, Order on Motion to Preclude, by Omega S.A. Filing Fee $455, Receipt Number B013137. (Attachments: # 1 Exh A; # 2 Exhibit B; # 3 Exhibit C, Part 1; # 4 Exhibit C, Part 2)(D'Andrea, S.) (Entered: 11/03/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/13/2006 17:46:02 | | | |
| **PACER Login:** | mw0204 | **Client Code:** | 91345 |
| **Description:** | Docket Report | **Search Criteria:** | 3:01-cv-02104-SRU |
| **Billable Pages:** | 15 | **Cost:** | 1.20 |