# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

March 22, 2007

STANLEY A. HADER
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY   10007



| | |
|---|---|
| Case No: | 3:01cv2104(SRU) |
| Case Name: | Omega S.A. v Omega Engineering Inc |
| USCA: | 06-5083-cv |

Dear Mr. Hader:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed. Document numbers 29 and 49 are missing.

Respectfully,

Kevin F. Rowe, Clerk

By:    Susan D'Andrea
Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _Stanley a. Hader)_____    DATE: _03|26|07_____