# EXHIBIT A

030394 CTS

# AGREEMENT

THIS AGREEMENT is made between:

(1)   OMEGA ENGINEERING INCORPORATED, a Corporation organised and existing under the Laws of the State of Delaware, United States of America, of One Omega Drive, Stamford, Connecticut 06907, United States of America, of the ONE PART, and

(2)   OMEGA SA (OMEGA AG) (OMEGA LIMTED) a Société Anonyme organised under the Laws of Switzerland, of 96, Rue Staempfli, Bienne, Switzerland, of the OTHER PART;

## WHEREAS

(A)   Both parties hereto are desirous of terminating Opposition proceedings lodged by Omega Engineering Incorporated against a Hong Kong Trademark Application N° 3221/86 in class 9 of OMEGA SA.

(B)   OMEGA ENGINEERING INCORPORATED has made a Hong Kong Trademark Application to register the mark "ΩE under Application N° 1115A/87 in class 9.

(C)   OMEGA SA intends to oppose Hong Kong Trademark Application N° 1115A/87 in class 9.

(D)   OMEGA ENGINEERING INCORPORATED has made applications under N°s 12775 and 12776 in the Federal Republic of Germany to register as trademarks OMEGA SOFT and OMEGA in class 9 and class 42.

(E)   OMEGA SA intends to oppose German Trademark Applications N°s 12775 and 12776.

(F)   Both parties hereto are desirous of coming to an arrangement for the avoidance of future interference Worldwide between their respective fields of commercial operation under their Rights in respect of Trademarks consisting of or including the word OMEGA and/or the Greek letter Ω or containing elements colourably resembling either of thos two elements.

IT IS HEREBY AGREED as follows:

1.   OMEGA ENGINEERING INCORPORATED shall forthwith withdraw its Opposition to Application N° 3221/86 upon the signing of this Agreement by formal notification to the Hong Kong Registrar of Trademarks.

2. OMEGA SA shall upon the signing of this agreement amend the specification of goods in its application N° 3221/86 to read:

*"Computer controlled apparatus for checking and controlling the measurement of time and distances for use in sporting events; electronic information display apparatus for use in sporting events and in public concourses; parts and fittings for the aforesaid goods; all included in class 9."*

3. Each of the parties hereto will bear its own costs in the said Opposition proceedings.

4. Henceforth from the signing of this Agreement and effective in all countries of the World:-
   a. OMEGA ENGINEERING INCORPORATED undertakes not to use, register or apply to register any trademark consisting of or containing the word OMEGA or the Greek letter Ω or any mark containing elements colourably resembling either of those two elements in respect of computer controlled measuring, timing and display apparatus, unless intended for science or industry.

   b. OMEGA SA undertakes not to use, register or apply to register any trademark consisting of or containing the world OMEGA or the Greek letter Ω, or any element colourably resembling either of those two elements, in respect of:

   *"Apparatus industrially and/or scientifically employed for measuring or controlling variable parameters such as temperature, pressure, force, load, vibration, electrical conductivity, liquid level, acidity, humidity, strain and flow".*

   c. OMEGA SA will not object to the use or registration by OMEGA ENGINEERING INCORPORATED of any trademark consisting of or containing the word OMEGA or the Greek letter Ω or any element colourably resembling either of those two elements in respect of apparatus industrially and/or scientifically employed for measuring or controlling variable parameters such as temperature, pressure, force, load, vibration, electrical conductivity, liquid level, acidity, humidity, strain and flow.

5. OMEGA ENGINEERING INCORPORATED shall upon the signing of this Agreement amend the specification of goods in its application N° 1115A/87 to read:

*"transducers, detectors, sensors; electrical instruments and apparatus for controlling, checking, indicating, displaying, measuring, monitoring, warning, data logging (all for use with variable parameters such as temperature, pressure, force, load, vibration, electrical conductivity, liquid level, acidity, humidity, strain and flow) and parts and fittings for all of the aforesaid goods, computers, computer programs, computer interfacing instruments and apparatus; signal conditioning instruments and apparatus and signal amplifiers; thermocouples, thermocouple probes and thermopiles; electrical power supply units; electric adapt-*

ors, connectors, terminals, feedthrough unions, bushings, sockets, wires and cable, all of the foregoing only for use in science and industry, and not including computer controlled apparatus for checking and controlling the measurement of time and distances for use in sporting events; electronic information display apparatus for use in sporting events & in public concourses and parts and fittings for the aforesaid goods".

6. OMEGA ENGINEERING INCORPORATED further undertakes to use and/or register the mark "ΩE" the subject of application N° 1115A/87 only in the form as applied for under the said application.

7. OMEGA ENGINEERING INCORPORATED shall upon the signing of this Agreement amend the specification of goods in its German applications N°s 12775 and 12776 so as to set forth that all of the goods covered are for scientific and/or industrial use.

8. Each of the parties hereto agrees that the above terms are to be binding upon themselves, their assigns and licensees and are to be communicated to their Registered and Permitted Users, if any, and are to enure to the benefit of the other party's assigns, licensees and Registered and Permitted Users.

9. Each of the parties hereto agrees that for all intents and purposes, this agreement supersedes the former Agreement made by the parties hereto and dated 6th March 1992 by OMEGA ENGINEERING INCORPORATED and 22nd April 1992 by OMEGA SA.

Signed at

this 2ND day of AUGUST 1994

) For and on behalf of
) OMEGA ENGINEERING INCORPORATED
)
)
)      *signature*
)   RALPH S. MICHEL
)   VICE PRESIDENT
)

Signed at Bienne

this 3th day of May 1994

) For and behalf of OMEGA SA
)
)      *signatures*
)
)   Hans Kurth         Hanspeter Rentsch
)   General Manager    General Counsel