# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
OMEGA, S.A.,

               Plaintiff,

        v.                                         Civil Action No.
                                               01-CV-2104 (SRU)
OMEGA ENGINEERING, INC., OMEGA SCIENTIFIC,
INC., AND OMEGA PRESS, INC.,

               Defendants.

------------------------------------x

## DECLARATION OF BRADFORD L. COLE

I, Bradford L. Cole, declare under the pains and penalties of perjury under the laws of the United States of America and the State of Connecticut that the following is true and correct. The following facts are based on my personal knowledge. If called to testify regarding these facts, I could and would so competently testify:

1.     I am currently a resident of the Connecticut.

2.     I am an employee of Diogenes LLC, a confidential investigation company located in Southbury, Connecticut, and can also be located at www.diogenesllc.com. I have more than 20 years investigative experience, the last 8 years specializing in intellectual property investigations. I am now the Managing Member of Diogenes, LLC.

3.     I have undertaken the continued investigation of the Defendants in the above captioned action as requested by Omega S.A.. I purchased two

particular items, Part Nos. PTC-1A and PTC41, from the website at URL:www.omega.com.

4. I ordered the requested items from the website www.omega.com on February 26, 2007 for a total of $584.06. Part No. PTC-1A was shipped from Omega Engineering in Connecticut and I received it on February 28, 2007. Part No. PTC41 was shipped from an unknown location in California and I received it on March 6, 2007. Both items were shipped via United Parcel Service (UPS). I processed the purchased items and forwarded to the client via UPS.

5. I took photographs of the purchased items. Attached hereto as Exhibit A is a true and correct photograph of the front portion of the PTC41 that I purchased. As shown in Exhibit 1, the product front bears the trademark, Omega, but there is no reference to "Engineering, Inc." or "Stamford, Conn."

6. Attached hereto as Exhibit 2 is a true and correct photograph of the bottom portion of the PTC41 that I purchased. As shown in Exhibit B, a sticker affixed to the bottom of the product indicates it was manufactured on February 26, 2007.

7. Attached hereto as Exhibit 3 is a true and correct photograph of the front portion and shipping box of the PTC-1A that I purchased. As shown in Exhibit 3, the product front bears the trademark, OMEGA, but there is no reference to "Engineering, Inc." or "Stamford, Conn."

8. Attached hereto as Exhibit 4 is a true and correct photograph of the bottom portion of the PTC-1A that I purchased. As shown in Exhibit 4, the bottom of the package bears the OMEGA trademark, and includes a reference to "Engineering, Inc." and "Stamford, Conn." However the font for these references is clearly smaller and less prominent than the font and typestyle used for the term OMEGA.

SWORN to under the pains and penalties of perjury.

Executed on this 29th day of March, 2007

*Bradford L Cole*

_____
Bradford L. Cole

**EXHIBIT 1**



**EXHIBIT 2**

BUILT WITH PRIDE by GO

**EXHIBIT 3**








**EXHIBIT 4**

