

FILED

2007 JUL -2 P 3: 29

D. Conn.
01-cv-2104
Underhill, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, in the City of New York, on the 5th day of June, two thousand and seven,

Present:

    Hon. Robert D. Sack,
    Hon. Sonia Sotomayor,
    Hon. Peter W. Hall,
        *Circuit Judges.*



---

Omega, S.A.,

    Plaintiff-Appellant,

v.                                                                                                  06-5083-cv

Omega Engineering, Inc., *et al.*,
    Defendants-Appellees.

---

Both Appellant and the Appellees move to dismiss the appeal. Appellees also move for costs, attorney's fees, and sanctions, based on their assertion that Appellant's appeal is frivolous. Upon due consideration, it is ORDERED that the parties' motions to dismiss the appeal are GRANTED, with costs to the Appellee. Appellees' motion for attorney's fees is DENIED.

                        FOR THE COURT:
                        Catherine O'Hagan Wolfe, Clerk

                        By: /s/ Lucille Carr

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by: _____
DEPUTY CLERK

CERTIFIED: 6/27/07